USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

JULIE AVERBACH FOR THE ESTATE OF STEVEN AVERBACH, JULIE AVERBACH, TAMIR AVERBACH, DEVIR AVERBACH, SEAN AVERBACH, ADAM AVERBACH, MAIDA AVERBACH for the Estate of David Averbach, MAIDA AVERBACH, MICHAEL AVERBACH, EILEEN SAPADIN, MOSES STRAUSS, PHILIP STRAUSS, BLUMA STRAUSS, AHRON STRAUSS, ROISIE ENGELMAN, JOSEPH STRAUSS, TZVI WEISS, LEIB WEISS, LEIB WEISS for the Estate of Malka Weiss, YITZCHAK WEISS, YERUCHAIM WEISS, ESTHER DEUTSCH, MATANYA NATHANSEN, CHANA NATHANSEN, MATANYA NATHANSEN and CHANA NATHANSEN for the Estate of Tehilla Nathansen, YEHUDIT NATHANSEN, S.N., A MINOR, HEZEKIEL TOPOROWITCH, PEARL B. TOPOROWITCH, YEHUDA TOPOROWITCH, DAVID TOPOROWITCH, SHAINA CHAVA NADEL, BLUMY ROM, RIVKA POLLACK, RACHEL POTOLSKI, OVADIA TOPOROWITCH, TEHILLA GREINIMAN, YISRAEL TOPOROWITCH, YITZCHAK TOPOROWITCH, MICHAL HONICKMAN for the Estate of Howard GOLDSTEIN, MICHAL HONICKMAN, EUGENE GOLDSTEIN, LORRAINE GOLDSTEIN, RICHARD GOLDSTEIN, BARBARA GOLDSTEIN INGARDIA, MICHAEL GOLDSTEIN, CHANA FREEDMAN, DAVID GOLDSTEIN, HARRY LEONARD BEER, HARRY LEONARD BEER as executor of the Estate of Alan Beer, HARRY LEONARD BEER as executor of the Estate of Anna Beer, PHYLLIS MAISEL, ESTELLE CAROLL, SARRI ANNE SINGER, JUDITH SINGER, ERIC M. SINGER, ROBERT SINGER, DANIEL ROZENSTEIN, JULIA ROZENSTEIN SCHON, ALEXANDER ROZENSTEIN, ESTHER ROZENSTEIN, JACOB STEINMETZ, DEBORAH STEINMETZ, JACOB STEINMETZ and DEBORAH STEINMETZ for the Estate of Amichai Steinmetz, NAVA STEINMETZ, ORIT MAYERSON, NETANEL STEINMETZ, ANN

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

1:19-cv-00004-GHW

NOTICE OF INITIAL
PRETRIAL CONFERENCE

COULTER for the Estate of Robert L. Coulter, :
Sr., DIANNE COULTER MILLER, ROBERT L. :
COULTER, JR., DIANNE COULTER MILLER :
and ROBERT L. COULTER, JR. for the Estate :
of Janis Ruth Coulter, LARRY CARTER as the :
administrator of the Estate of Diane Leslie Carter, :
LARRY CARTER, SHAUN CHOFFEL, :
RICHARD BLUTSTEIN and KATHERINE :
BAKER for the Estate of Benjamin Blutstein, :
RICHARD BLUTSTEIN, KATHERINE :
BAKER, REBEKAH BLUTSTEIN, :
NEVENKA GRITZ for the Estate of David :
Gritz, NEVENKA GRITZ, NEVENKA GRITZ :
for the Estate of Norman Gritz, JACQUELINE :
CHAMBERS and LEVANA COHEN as the :
administrators of the estate of Esther Bablar, :
JACQUELINE CHAMBERS, LEVANA :
COHEN, ELI COHEN, SARAH ELYAKIM, :
JOSEPH COHEN, GRETA GELLER, ILANA :
DORFMAN, REPHAEL KITSIS and TOVA :
GUTTMAN as the administrators of the Estate of :
Hannah Rogen, TEMIMA SPETNER, JASON :
KIRSCHENBAUM, ISABELLE :
KIRSCHENBAUM, ISABELLE :
KIRSCHENBAUM for the Estate of Martin :
Kirschenbaum, JOSHUA KIRSCHENBAUM, :
SHOSHANA BURGETT, DAVID :
KIRSCHENBAUM, DANIELLE :
TEITELBAUM, NETANEL MILLER, CHAYA :
MILLER, ARIE MILLER, AHARON MILLER, :
SHANI MILLER, ADIYA MILLER, ALTEA :
STEINHERZ, JONATHAN STEINHERZ, :
TEMIMA STEINHERZ, JOSEPH GINZBERG, :
PETER STEINHERZ, LAUREL STEINHERZ, :
GILA ALUF, YITZHAK ZAHAVY, JULIE :
ZAHAVY, TZVEE ZAHAVY and BERNICE :
ZAHAVY, :
                                                            Plaintiffs, :

-against- :

CAIRO AMMAN BANK :
                                                      Defendant. :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

This case has been assigned to me for all purposes.  It is hereby ORDERED that counsel for all parties appear for an initial pretrial conference with the Court at the time and place listed below.  All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.  Any open legal issues can be addressed at the conference.

All parties are required to register promptly as filing users on ECF.  Counsel are further required to review and comply with the Court's Individual Rules of Practice in Civil Cases ("Individual Rules") (available at the Court's website, http://nysd.uscourts.gov/judge/Woods).

Counsel are directed to confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at a Fed. R. Civ. P. 16 conference.

Additionally, the parties are hereby ORDERED to submit via email (WoodsNYSDChambers@nysd.uscourts.gov) a Proposed Civil Case Management Plan and Scheduling Order in PDF format **at least one week before the initial pretrial conference**.  The parties shall use this Court's form Proposed Case Management Plan and Scheduling Order available at the Court's website (http://nysd.uscourts.gov/judge/Woods).

IT IS FURTHER ORDERED that the parties submit a joint letter to the Court advising the Court on the status of the case **at least one week before the initial pretrial conference**.  The letter should be filed on ECF in accordance with the Court's Individual Rules using the filing event "Letter."  The status letter should not exceed six pages and should include the following:

(1)  A brief statement of the nature of the case, the principal claims and defenses, and the major legal and factual issues that are most important to resolving the case, whether by trial, settlement or dispositive motion;

(2)  A brief statement by plaintiff as to the basis of subject matter jurisdiction and venue, and a brief statement by each party as to the presence or absence of subject matter jurisdiction and venue. Statements shall include citations to relevant statutes.  In addition, in cases for which subject matter jurisdiction is founded on diversity of citizenship, the parties shall comply with the Court's Individual Rule 2(B)(ii);

(3)  A brief description of any (i) motions that any party seeks or intends to file, including the principal legal and other grounds in support of and opposition to the motion, (ii) pending motions, and (iii) other applications that are expected to be made at the status conference;

(4)  A brief description of any discovery that has already taken place, and any discovery that is likely to be admissible under the Federal Rules of Evidence and material to proof of claims and defenses raised in the pleadings.  (This is narrower than the general scope of discovery stated in Rule 26(b)(1));

(5)  A computation of each category of damages claimed, *see* Fed. R. Civ. P. 26(a)(1)(A)(iii);

(6)  A statement describing the status of any settlement discussions and whether the parties would like a settlement conference; and

(7)  Any other information the parties believe may assist the Court in resolving the action.

If this case has been settled or otherwise terminated, counsel are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on ECF in accordance with ECF Rule 13.19 prior to the date of the conference.

Any request for an extension or adjournment shall be made only by letter as provided in Individual Rule 1(E) and must be received at least two business days before the deadline or conference. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

Counsel who have noticed an appearance as of the issuance of this order are directed (i) to notify all other parties' attorneys in this action by serving upon each of them a copy of this order and the Court's Individual Rules forthwith, and (ii) to file proof of such notice with the Court. If unaware of the identity of counsel for any of the parties, counsel receiving this order are directed (i) to serve a copy of this order and the Court's Individual Rules upon that party, and (ii) to file proof of such service with the Court.

**DUE DATE OF JOINT LETTER and PROPOSED CASE MANAGEMENT PLAN: April 2, 2019.**

**DATE AND PLACE OF CONFERENCE: April 9, 2019 at 3:30 p.m. in Courtroom 12C** of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at **500 Pearl Street**, New York, New York, 10007.

SO ORDERED.

Dated: January 24, 2019  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge