AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Averbach et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-00004-GHW |
| Cairo Amman Bank | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cairo Amman Bank .

Date: February 1, 2019

/s/ Brett Ingerman
*Attorney's signature*

Brett Ingerman
*Printed name and bar number*

DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, Maryland 21209-3600
*Address*

brett.ingerman@us.dlapiper.com
*E-mail address*

410.580.4177
*Telephone number*

410.580.3177
*FAX number*