```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JULIE AVERBACH, individually and for the estate of Steven Averbach, et al.,

                                Plaintiffs,

                -against-

CAIRO AMMAN BANK,

                                Defendant.

------------------------------------------------------------------X

1: 19-cv-0004-GHW

ORDER REFERRING CASE TO MAGISTRATE JUDGE

The above entitled action is referred to Magistrate Judge Parker for the following purpose:

__X__ General pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific non-dispositive motion/dispute:
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____ Settlement

____ Inquest after default/damages hearing

____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)
Purpose: _____

____ Habeas corpus

____ Social Security

__X__ Dispositive motion (*i.e.*, motion requiring Report and Recommendation)

Particular motion: _____
All such motions: _____X_____

SO ORDERED.

Date: May 13, 2019
      New York, NY

                                                  GREGORY H. WOODS
                                                United States District Judge