

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/19
```

# MEMORANDUM ENDORSED

May 16, 2019

**BY ECF**
The Honorable Gregory H. Woods
United States District Court Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

   Re: *Averbach, et al. v. Cairo Amman Bank,* No. 1:19-cv-00004-GHW
      (S.D.N.Y. filed Jan. 1, 2019)

Dear Judge Woods:

  We represent Defendant Cairo Amman Bank ("CAB") in the above-referenced action and write with the consent and agreement of Plaintiffs' counsel.

  With respect to your Honor's order of May 13, 2019 (ECF No. 29) granting CAB's application to file a motion to dismiss the Complaint, we kindly request that CAB be permitted to submit its reply brief by September 6, 2019 (rather than the August 24 date set by the Court) in order to accommodate family vacation plans of defense counsel for the end of August. Plaintiffs have no objection to this request.

  The parties have also conferred and request a short adjournment of the Case Management Conference from May 23, 2019 (ECF No. 28) to June 5, 6 or 7 or, if that is not convenient for Your Honor, June 17, 19, 20 or 21 due to the unavailability of counsel.

  We thank the Court in advance for its consideration of these requests.

              Respectfully submitted,

              */s/ Jonathan D. Siegfried*

              Jonathan D. Siegfried

Application granted in part and denied in part. The Court is unavailable on the proposed alternative dates, and is on trial for the majority of June. Furthermore, the May 23, 2019 date is the result of the Court granting the parties' request to adjourn the original date for the initial pretrial conference to "a date following . . . May 16, 2019." Dkt. No. 23. Accordingly, the request to again adjourn the initial pretrial conference is denied. The application to extend the deadline for service of Defendant's reply, if any, is granted. That deadline is extended to September 6, 2019

SO ORDERED.

Dated: May 17, 2019            _____
New York, New York             GREGORY H. WOODS
                     United States District Judge