USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVERBACH et al., <br><br>                                 Plaintiffs, <br> -against- <br><br> CAIRO AMMAN BANK, <br><br><br><br>                                 Defendant. | **ORDER STAYING CASE** <br><br> **19-cv-0004-GHW-KHP** |

**KATHARINE H. PARKER, United States Magistrate Judge**

      This case is hereby stayed pending the Second Circuit's resolution of the following cases: *Weiss v. Nat'l Westminster Bank PLC*, No. 19-863; *Strauss v. Crédit Lyonnais S.A.*, No. 19-865; *Licci v. Lebanese Canadian Bank, SAL*, No. 19-3522; *Honickman v. BLOM Bank SAL*, No. 20-575. **The Clerk of Court is respectfully requested to mark this case as stayed**.

**SO ORDERED.**

Dated: February 10, 2021
      New York, New York

                                                                       _____
                                                                        KATHARINE H. PARKER
                                                                        United States Magistrate Judge