```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  07/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVERBACH et al.,

                              Plaintiffs,

        -against-

CAIRO AMMAN BANK,

                              Defendant.

ORDER SCHEDULING STATUS CONFERENCE

19-CV-0004-GHW-KHP

**KATHARINE H. PARKER, United States Magistrate Judge**

A telephonic Status Conference in this matter is hereby scheduled for **Tuesday, August 3, 2021 at 11:30 p.m.**  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

        **SO ORDERED.**

Dated: July 29, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge