USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVERBACH et al., | |
|                                      Plaintiffs, | |
| -against- | |
| CAIRO AMMAN BANK, | |
|                                      Defendant. | |

**ORDER SCHEDULING ORAL ARGUMENT**

19-cv-0004-GHW-KHP

**KATHARINE H. PARKER, United States Magistrate Judge**

Oral Argument on Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint set for **Tuesday, February 15, 2022 at 2:00 p.m.** in Courtroom 17D, 500 pearl Street, New York, NY 10007. Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of oral argument for the most up to date information.

**SO ORDERED.**

Dated: December 21, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge