```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVERBACH et al., <br><br>           Plaintiffs, <br>   -against- <br><br> CAIRO AMMAN BANK, <br><br><br>           Defendant. | **ORDER CONVERTING** <br> **ORAL ARGUMENT TO TEAMS** <br><br> 19-cv-0004-GHW-KHP |

**KATHARINE H. PARKER, United States Magistrate Judge**

  Due to unforeseen circumstances beyond our control, we are forced to convert the 2:00 p.m. Oral Argument to Microsoft Teams. A Teams invite will be sent out to all counsel this morning. We apologize for any inconvenience this may have caused.

**SO ORDERED.**

Dated: January 15, 2022
   New York, New York

                        _/s/ Katharine H. Parker_
                        _____
                        KATHARINE H. PARKER
                        United States Magistrate Judge