

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Jonathan Siegfried
Jonathan.Siegfried@dlapiper.com
T  212.335.4925
F  212.884.8477

April 12, 2022

**BY ECF**

Honorable Gregory H. Woods
United States District Court Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

    Re:    *Averbach, et al. v. Cairo Amman Bank,* No. 1:19-cv-00004-GHW-KHP

Dear Judge Woods,

    Defendant respectfully requests an extension of time to file written objections to Magistrate Judge Katharine H. Parker's April 11, 2022 Report and Recommendation on Defendant's Motion to Dismiss, ECF No. 114 ("R&R"), by two weeks as follows:

- Deadline for parties to file objections: May 9, 2022 (original date: April 25, 2022, *see* Fed. R. Civ. P. 72(b)(2)); and

- Deadline for parties to respond to objections: May 23, 2022 (original date: May 9, 2022, *see id.*)

    Defendant has conferred with Plaintiffs who consent to this request. Defendant requires this short extension due to the complexity of the issues addressed in the R&R (which is the first decision in this District to interpret the "recent guidance from the Second Circuit as to how to evaluate aiding-and-abetting claims at the pleading stage," R&R at 21) and the upcoming religious holidays, beginning just days from now, including Passover, Easter and Ramadan (the last of which directly affects the availability of our client through May 1).

    We thank the Court, in advance, for its consideration of this request.

                            Respectfully submitted,

                            /s/ *Jonathan Siegfried*

cc: All counsel (by ECF)