


**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Jonathan Siegfried
Jonathan.Siegfried@dlapiper.com
T   212.335.4925
F   212.884.8477

May 4, 2022

**VIA ECF**

Hon. Katherine H. Parker
United States Magistrate Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**APPLICATION DENIED**
**SO ORDERED:**
*Katharine H Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE   5/5/2022

Re:   *Averbach et al. v. Cairo Amman Bank*, No. 1:19-CV-00004-GHW-KHP

Dear Magistrate Judge Parker:

Defendant Cairo Amman Bank ("CAB") submits this letter request for an extension. Plaintiffs have stated that they will consent to CAB's request for a two-week extension.

On April 13, 2022, Your Honor entered an order (ECF No. 116) issued an Initial Case Management Order which scheduled an Initial Case Management Conference for June 14, 2022, and required the parties, *inter alia*, to confer by May 26, 2022 on Rule 26(f) matters, comply with their Rule 26(a) initial disclosure obligations by June 1, 2022, and complete and file their Report of Rule 26(f) Meeting and Proposed Case Management Plan by June 7, 2022.  On that same date, Judge Woods' entered an order (ECF 115) extending the time for the parties' to file objections to your Report and Recommendation (R&R) from April 25, 2022 to May 9, 2022, and responses from May 9, 20022 to May 23, 20022.

Given the revised scheduling order for objections and responses to the R&R, we respectfully request that Your Honor apply a similar two-week extension to the dates set forth in your Initial Case Management Order in order to give Judge Woods an opportunity to rule on the objections to the R&R, given the effect such ruling might have on the case going forward. The dates would be as follows:

(a) Parties to confer by June 7, 2022 on Rule 26(f) matters;
(b) Parties to comply with their Rule 26(a) Initial Disclosures by June 14, 2022;
(c) Parties to file their Report of Rule 26(f) Meeting and proposed Case Management Plan by June 21; and
(d) Initial Case Management Conference on June 28, 2022.



Hon. Katherine H. Parker
May 4, 2022
Page Two

      We thank the Court in advance for its consideration of this request.

                                        Respectfully submitted,

                                        Jonathan Siegfried

JS:dmc

cc:      All Counsel ECF