

190 Moore Street, Suite 272, Hackensack, New Jersey 07601
T: 201 265 6400 F: 201 265 0303

1441 Broadway, New York, New York 10018
T: 212 354 0111
www.osenlaw.com

June 8, 2022

**VIA ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      **Re:**    ***Averbach et al. v. Cairo Amman Bank*, No. 1:19-CV-00004-GHW-KHP**

Dear Magistrate Judge Parker:

      We write jointly on behalf of both parties in response to the Court's April 13, 2022, Initial Case Management Conference Order, ECF No. 116, directing the parties to file a completed copy of the Report of Rule 26(f) Meeting and Proposed Case Management Plan ("PCMP") one week before the June 14, 2022, Initial Case Management Conference ("Conference").

      Counsel for both parties met-and-conferred on May 31, 2022. As a result of a detailed and cooperative conversation, both parties respectfully request that the Court waive the parties' obligation to submit the PCMP before the Conference due to a number of issues that we mutually believe could affect both the scope and timing of discovery. Postponing the submission could avoid the unnecessary expenditure of funds by the parties on discovery and motion practice and preserve judicial resources. The parties therefore believe that it would be more efficient to continue discussing these issues between themselves and then with the Court on June 14 to obtain its guidance before embarking on any submissions or Rule 26 exchanges.

      The parties anticipate being able to provide each other and the Court with an update on the availability of potentially responsive records at or before the Conference. Both sides believe the answers they receive may impact not only the timing and need for certain discovery but also potential motion practice. Accordingly, counsel agree that it would be most efficient for them to undertake their initial due diligence on this issue, and for the parties to continue to engage in an open and cooperative discussion on this and other issues before drafting a proposed PCMP.

      In the interim, counsel for the parties have already exchanged an initial draft of a stipulation and proposed protective order to cover confidential information exchanged in this case. By July 1, 2022, counsel anticipate either jointly submitting to the Court the stipulation and proposed protective order or, if they cannot entirely agree on the language, submitting their respective proposals.

**Hon. Katharine H. Parker**
**June 8, 2022**
**Page 2 of 2**

Respectfully submitted,

/s/ Ari Ungar

cc:      All Counsel