**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/14/2022
```

----------------------------------------------------------------X

AVERBACH et al.,

                             Plaintiffs,

           -against-

CAIRO AMMAN BANK,

                             Defendant.

----------------------------------------------------------------X

**19-CV-0004 (GHW) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      At the June 14, 2022 Case Management Conference, the Court set the following

preliminary discovery deadlines:

- By Thursday, June 30, 2022, the parties must file a Proposed Protective Order with the Court.

- By Thursday, June 30, 2022, the parties must serve an initial tranche of third-party subpoenas.

- By Thursday, June 30, 2022, Plaintiffs must inform Defendant of any preservation notices it has sent to third parties in this action.  The parties shall continue to inform each other if and when they send preservation notices to third parties.

- By Friday, July 29, 2022, Defendant must serve specific requests regarding jurisdictional discovery, to the extent Defendant has such requests.

- By Friday, July 29, 2022, Defendant must establish clarity regarding which of its branches within the relevant locations were sold between 2001 and the present; whether Defendant can identify personnel with personal knowledge regarding the allegations in the Complaint; whether any employees mentioned in the Complaint are still employed by Defendant; and whether Defendant maintains archived or "back-up" tape systems that might include relevant information from the period 2001 until 2003.

- By Wednesday, August 31, 2022, Plaintiffs must produce transactional records supporting the allegations in the Complaint, subject to any Protective Order and any objections by either party.

In addition, a Case Management Conference is scheduled for **Thursday, August 25, 2022, at 10:30 a.m.**

       **SO ORDERED.**

DATED:     New York, New York
           June 14, 2022

                                           KATHARINE H. PARKER
                                           United States Magistrate Judge