

190 Moore Street, Suite 272, Hackensack, New Jersey 07601
T: 201 265 6400 F: 201 265 0303

1441 Broadway, New York, New York 10018
T: 212 354 0111
www.osenlaw.com

June 22, 2022

**VIA ECF**

Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

        **Re:** *Averbach, et al. v. Cairo Amman Bank,* **No. 1:19-cv-00004-GHW-KHP**
             **Letter Enclosing New Authority**

Dear Judge Woods:

     We write on Plaintiffs' behalf to submit a recent decision in *Bartlett, et al. v. Société Générale de Banque au Liban SAL, et al.*, as supplemental authority in further support of Plaintiffs' Opposition to Defendant's Objections to Magistrate Judge Parker's April 11, 2022, Report and Recommendation, ECF No. 121.

                              Respectfully submitted,

                              /s/ Gary M. Osen

Encl.

cc:     All Counsel (via ECF)