UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌──────────────────────────────────┐
│ USDC SDNY                         │
│ DOCUMENT                          │
│ ELECTRONICALLY FILED              │
│ DOC #:_____           │
│ DATE FILED:  8/30/2022            │
└──────────────────────────────────┘
```

AVERBACH et al.,

                                        Plaintiffs,

                 -against-

CAIRO AMMAN BANK,

                                        Defendant.

**SCHEDULING ORDER**

**19-CV-0004-GHW-KHP**

**KATHARINE H. PARKER, United States Magistrate Judge**

As discussed at the August 25, 2022 Case Management Conference:

Initial disclosures on the merits shall be exchanged by **Friday, September 30, 2022**.

Initial document requests shall be exchanged by **Friday, October 14, 2022**.  Jurisdictional

discovery shall be completed by **Friday, November 4, 2022**.

Case Management Conferences are scheduled for the following dates in Courtroom 17-

D, United States Courthouse, 500 Pearl Street, New York, New York:

**Monday, October 17, 2022 at 3:00 p.m.**

**Tuesday, November 15, 2022 at 2:15 p.m.**

**Tuesday, December 13, 2022 at 10:00 a.m.**

**Tuesday, January 17, 2023 at 10:00 a.m.**

Three business days in advance of each conference, the parties shall file a joint status

letter of no more than three pages in length that includes agenda items**.**

**SO ORDERED.**

Dated: August 30, 2022
       New York, New York

_Katharine H. Parker_

KATHARINE H. PARKER
United States Magistrate Judge