# OSEN LLC
### ATTORNEYS AT LAW

ore Street, Suite 272, Hackensack, New Jersey 07601
T: 201 265 6400 F: 201 265 0303

1441 Broadway, New York, New York 10018
T: 212 354 0111
www.osenlaw.com

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 9/16/2022

September 16, 2022

**VIA ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> The case management conference scheduled on October 17, 2022 is adjourned to **Tuesday, October 25, 2022 at 10:00 a.m.** The conference will take place in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.
>
> SO ORDERED:
> /s/ Katharine H. Parker
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE  9/16/2022

Re: *Averbach et al. v. Cairo Amman Bank*, No. 1:19-CV-00004-GHW-KHP

Dear Magistrate Judge Parker:

We write on Plaintiffs' behalf to request an adjournment of the next status conference, scheduled for October 17, 2022, because it falls on a Jewish holiday and limits the availability of Plaintiffs' counsel to attend. Defense counsel consent to the adjournment and have indicated that they are available in the late afternoon of Monday, October 24th, anytime on Tuesday, October 25th, and on the morning of Wednesday, October 26th. Plaintiffs' counsel are available at all of those times.

Respectfully submitted,

/s/ Gary M. Osen

cc:   All Counsel