```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVERBACH et al.,

                        Plaintiffs,

-against-

CAIRO AMMAN BANK,

                        Defendant.

**ORDER**

19-CV-0004-GHW-KHP

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the October 25, 2022 Case Management Conference:

The deadline to complete jurisdictional discovery is extended to **Friday, December 9, 2022.** No further extensions of this deadline will be granted absent good cause.

In the event Plaintiffs wish to move to compel compliance with subpoenas relating to jurisdictional discovery, Plaintiffs must file such motion(s) by **Friday, November 11, 2022**.

The parties shall meet and confer regarding their dispute as to the 30(b)(6) depositions that Plaintiff seeks, and the parties shall attempt to reach a resolution in advance of the case management conference scheduled on November 15, 2022.

    **SO ORDERED.**

Dated: October 25, 2022
       New York, New York

                                                      *Katharine H. Parker*
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge