```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____            │
│ DATE FILED: 11/14/2022           │
└─────────────────────────────────┘
```

WB | WhitmanBreed

Richard F. Lawler
500 West Putnam Avenue
Greenwich, CT 06830
Tel 203.862.2301  |  Fax 203.869.1951
rlawler@wbamct.com

November 14, 2022

> The Court thanks Arab Bank New York for this update. The deadline for Arab Bank New York to respond to the Motion to Compel is **Monday, December 5, 2022.** Oral argument on the motion will be scheduled separately.

**VIA ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

SO ORDERED:

*Katharine H Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE  11/14/2022

Re:     *Averbach et al. v. Cairo Amman Bank*, 19-cv-00004 (GHW) (KHP)

Dear Judge Parker:

We represent Arab Bank New York ("ABNY") which has received a Motion to Compel (the "Motion") in the above referenced matter. The Motion was filed by Plaintiffs and includes a 16-page Memorandum of Law and an accompanying declaration with exhibits totaling 120 pages. The Motion was filed and received on the afternoon of Friday, November 11, 2022.

The transmittal email from Plaintiffs contained an invitation to attend a case management conference scheduled for tomorrow, November 15, 2022.

We are writing to let the Court know that we have forwarded the Motion papers to our client. However, given the short period between our receipt of the Motion on Friday afternoon and the conference scheduled for tomorrow, we will not have had an opportunity to confer with our client regarding the Motion. We do, however, understand that the parties are operating under a tight discovery schedule and that the Court will want to receive our papers in opposition to the motion promptly. Accordingly, to move matters along and avoid any delays with respect to scheduling, we respectfully request that, given our individual schedules this week and the intervening Thanksgiving holiday, the Court set December 5, 2022 for us to file ABNY's response to the Motion.

We thank the Court for its consideration of our request.

Respectfully submitted,

/s/ *Richard F. Lawler*

Richard F. Lawler

**Whitman Breed Abbott & Morgan LLC**

Greenwich, CT 500 West Putnam Avenue, Greenwich, CT 06830  |  Tel 203.869.3800  |  Fax 203.869.1951
Greenwich, CT 9 Greenwich Office Park, P.O. Box 4459, Greenwich, CT 06831  |  Tel 203.900.3942  |  Fax 203.862.2322
White Plains, NY 50 Main Street, Suite 1000, White Plains, NY 10606  |  Tel 914.682.2123  |  Fax 914.682.7784

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 14, 2022, a copy of the foregoing was filed electronically and served by mail upon anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

_____/s/ Richard F. Lawler_____