```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

AVERBACH et al.,

                                                    Plaintiffs,

        -against-                                      **ORDER**

CAIRO AMMAN BANK,                              19-CV-0004-GHW-KHP

                                                  Defendant.

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the November 15, 2022 Case Management Conference:

By **Wednesday, November 30, 2022**, the parties shall have completed the meet-and-confer process as to the scope of the anticipated Rule 30(b)(6) deposition, and shall have scheduled the deposition to occur by **Friday, December 9, 2022**.

In addition, the Court invites Arab Bank New York to attend the Case Management Conference that is scheduled to occur on **Tuesday, December 13, 2022 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, NY. At the conference, the Court will hear oral argument on Plaintiffs' motion to compel Arab Bank New York to comply with the third-party subpoena.

Plaintiffs are directed to serve this order on Arab Bank New York.

**SO ORDERED.**

Dated: November 16, 2022
       New York, New York

                                                              KATHARINE H. PARKER
                                                             United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2022