USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/09/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
JULIE AVERBACH FOR THE ESTATE OF STEVEN : 
AVERBACH, *et al.*, :
 :
 :
　　　　　　　Plaintiffs, :
 : No. 19-cv-00004-GHW-KHP
　　　　　-against- :
 :
CAIRO AMMAN BANK, :
 :
　　　　　　　Defendant. :
------------------------------------------------------------------x

# STIPULATION AND ORDER

Plaintiffs, by and through their counsel, and Cairo Amman Bank ("**CAB**"), by and through its counsel, hereby stipulate as follows:

WHEREAS, the parties in the above-captioned case have been engaged in court ordered jurisdictional discovery;

WHEREAS, Plaintiffs have (a) issued subpoenas to various third-party banks and provided CAB with documents produced pursuant to those subpoenas, (b) obtained and provided to CAB documents produced in *Weiss v. National Westminster Bank, PLC*, 07-cv-4622 (DLI)(MDG) and *Miller v. Arab Bank, PLC*, 18-cv-2192 (HG)(PK) (E.D.N.Y.), and (c) produced documents to CAB in response to its First Request for Production of Documents dated 27 June 2022 including documents related to transfers made by the Holy Land Foundation, Interpal, and other entities;

Whereas, for purposes of this stipulation, the term "Transactional Records" includes any S.W.I.F.T. Messages, CHIPS Payment Messages, FedWire Payment Messages, Continuous Linked Settlement (CLS) Bank Messages, Telex Messages, requests to transfer funds and internal payment documents relating to or reflecting requests for or actual payments, payment orders, bills of exchange, checks including interbank checks, financial institution transfers, including banknote

transfers, documentary credits and guarantees, bank guarantees, letters of credit, and other wholesale transfers of value, regardless of whether they are or were blocked.

NOW, THEREFORE, it is hereby stipulated and agreed and so ordered that neither party shall object to the authenticity and admissibility under Federal Rules of Evidence 803(6), 901 and 902 of the Transactional Records produced by Plaintiffs to CAB from the jurisdictional discovery referenced in the First Whereas Clause.

Dated: December 8, 2022

By:       */s/ Jonathan D. Siegfried*
        Jonathan D. Siegfried, Esq.
        Andrew J. Peck, Esq.
        DLA Piper LLP (US)
        1251 Avenue of The Americas
        New York, NY 10020
        Telephone: (212) 335-4925

        Attorneys for Cairo Amman Bank

By:       */s/ Aaron Schlanger*
        OSEN LLC
        Aaron Schlanger, Esq.
        Michael J. Radine, Esq.
        Gary M. Osen, Esq.
        190 Moore Street, Suite 272
        Hackensack, NJ 07601
        Telephone: (201) 265-6400

        KOHN, SWIFT & GRAF, P.C.
        Stephen H. Schwartz, Esq.
        1600 Market Street, Suite 2500
        Philadelphia, PA 19103
        Telephone: (215) 238-1700

TURNER & ASSOCIATES, P.A.
C. Tab Turner, Esq.
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
Telephone: (501) 791-2277

Attorneys for *Averbach* Plaintiffs

SO ORDERED:  _____
Katharine H. Parker
United States Magistrate Judge    12/09/2022

3