

190 Moore Street, Suite 272, Hackensack, New Jersey  07601
T: 201 265 6400 F: 201 265 0303

1441 Broadway, New York, New York  10018
T: 212 354 0111
www.osenlaw.com

January 12, 2023

**VIA ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Averbach et al. v. Cairo Amman Bank*, 19-cv-00004-GHW-KHP
              Plaintiffs' Status Report

Dear Magistrate Judge Parker:

      We are writing to provide a status report as directed by the Court's August 30, 2022, Scheduling Order, ECF No. 139.

      Plaintiffs have little in the way of update since the previous status report filed by the parties on December 8, 2022, ECF No. 163. Defendant produced documents (in Arabic) on January 11, 2023, responsive to Plaintiffs' request for production of the documents referenced in their Rule 30(b)(6) deposition of Cairo Amman Bank. Plaintiffs will review those documents. Plaintiffs await Arab Bank's response to their subpoena, due January 16, 2023, per this Court's December 16, 2022, Opinion and Order, ECF No. 167. The parties have scheduled a meet and confer regarding Defendant's anticipated motion for January 13, 2023.

      Respectfully submitted,


      /s/ Dina Gielchinsky


cc:    All Counsel