

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2023

et, Suite 272, Hackensack, New Jersey 07601
T: 201 265 6400 F: 201 265 0303

1441 Broadway, New York, New York 10018
T: 212 354 0111
www.osenlaw.com

January 13, 2023

**VIA ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Averbach et al. v. Cairo Amman Bank*, 19-cv-00004-GHW-KHP

Dear Magistrate Judge Parker:

    We write on behalf of Plaintiffs to provide a brief update on discovery and request a brief adjournment of our case management conference scheduled for January 17, 2023.

    First, Plaintiffs received a letter from Arab Bank New York's counsel stating that "our client Arab Bank New York has not identified any additional documents responsive to your subpoena dated June 23, 2022, that have not been previously produced by our client in either the Linde or Miller litigations."

    Second, because Plaintiffs' primary counsel are unavailable for the scheduled conference and given that issues relating to Defendant's proposed dispositive motion are likely to arise, we respectfully request to adjourn the conference to either the morning of January 19 or January 20, if possible. Defendant's counsel have requested that the conference be kept as scheduled but are willing to consent to a short adjournment to January 19 and 20, if the Court has availability on those dates, but otherwise oppose any rescheduling beyond next week.

    Of course, should the Court decide to retain the scheduled date, Plaintiffs will designate counsel to appear.

    Respectfully submitted,

    /s/ Gary M. Osen

cc:    All counsel via ECF

The in-person Case Management Conference previously scheduled on January 17, 2023 at 10:00 a.m. is adjourned to **January 19, 2023 at 10:00 a.m.** In the future, parties should make any requests for adjournment at least 2 business days or 48 hours, whichever is greater, in advance of the conference absent good cause.

SO ORDERED:

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE     1/13/2023