```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVERBACH et al.,<br><br>          Plaintiffs,<br>  -against-<br><br>CAIRO AMMAN BANK,<br><br>          Defendant. | **ORDER CONVERTING CASE MANAGEMENT CONFERENCE TO TELEPHONIC**<br><br>19-CV-0004-GHW-KHP |

**KATHARINE H. PARKER, United States Magistrate Judge**

  The Case Management Conference in this matter scheduled for **Thursday, January 19, 2023, at 10:00 a.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

  SO ORDERED.

Dated: January 18, 2023
   New York, New York

                  */s/ Katharine H. Parker*
                  _____
                  KATHARINE H. PARKER
                  United States Magistrate Judge