USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVERBACH et al.,

                        Plaintiffs,

      -against-

CAIRO AMMAN BANK,

                        Defendant.

**ORDER**

19-CV-0004-GHW-KHP

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the January 19, 2023 Case Management Conference:

Plaintiffs shall provide Defendant with an updated chart of transactions by **Friday, January 27, 2023**. Defendant's motion to dismiss on jurisdictional grounds pursuant to Federal Rule of Procedure 12(b)(2) or, in the alternative, under Rule 56, is due on **Friday, February 17, 2023**. Plaintiffs' opposition to that motion is due on **Friday, March 10, 2023** and Defendant's Reply is due on **Friday, March 24, 2023**.

**SO ORDERED.**

Dated: January 19, 2023
       New York, New York

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge