IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE AVERBACH, et al, <br><br> Plaintiffs, <br><br> v. <br><br> CAIRO AMMAN BANK, <br><br> Defendant. | Case No. 19-cv-4 (GHW)(KHP) <br><br> **DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law dated February 17, 2023, Defendant Cairo Amman Bank ("**CAB**"), through its undersigned counsel, moves for an order permitting the sealing of documents as outlined in the supporting Memorandum of Law to be conditionally filed under seal in support of CAB's Motion to Dismiss Plaintiffs' Second Amended Complaint ("**SAC**"), filed on September 3, 2021. CAB will move this Court, before Magistrate Judge Katharine H. Parker, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, pursuant to the Court's Order dated June 17, 2022 (Dkt. 131).

Dated: February 17, 2023

Respectfully submitted,

/s/ Jonathan D. Siegfried
Jonathan D. Siegfried
Andrew J. Peck
Margaret Civetta
Erin Collins
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
(212) 335-4500
jonathan.siegfried@us.dlapiper.com
andrew.peck@us.dlapiper.com
margaret.civetta@us.dlapiper.com
erin.collins@us.dlapiper.com

*Counsel for Cairo Amman Bank*