UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
JULIE AVERBACH FOR THE ESTATE OF STEVEN : 
AVERBACH, *et al.*, :
 :
         Plaintiffs, :
 : No. 19-cv-00004-GHW-KHP
    -against- :
 :
CAIRO AMMAN BANK, :
 :
         Defendant. :
------------------------------------------------------------------------x

## PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law dated March 10, 2023, Plaintiffs, through their undersigned counsel, move for an order permitting the sealing of documents as outlined in the supporting Memorandum of Law to be conditionally filed under seal in support of Plaintiffs' Opposition to Cairo Amman Bank's Motion to Dismiss Plaintiffs' Second Amended Complaint for Lack of Personal Jurisdiction. Plaintiffs will move this Court, before Magistrate Judge Katharine H. Parker, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, pursuant to the Court's Order dated June 17, 2022, ECF No. 131.

Dated: March 10, 2023
       Hackensack, NJ

                                    Respectfully submitted,

                              By:   /s/ Michael J. Radine
                                      **OSEN LLC**
                                      Michael J. Radine, Esq.
                                      Gary M. Osen, Esq.
                                      Ari Ungar, Esq.
                                      Dina Gielchinsky, Esq.
                                      Aaron Schlanger, Esq.
                                      190 Moore St., Suite 272
                                      Hackensack, NJ 07601
                                      Telephone (201) 265-6400

**TURNER & ASSOCIATES, P.A.**
C. Tab Turner, Esq.
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
Telephone (501) 791-2277

**KOHN, SWIFT & GRAF, P.C.**
Stephen H. Schwartz, Esq.
Neil L. Glazer, Esq.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone (215) 238-1700

**ZUCKERMAN SPAEDER LLP**
Shawn P. Naunton, Esq.
485 Madison Avenue
10th Floor
New York, NY 10022
Telephone (212) 704-9600

*Attorneys for Plaintiffs*