# EXHIBIT C



190 Moore Street, Suite 272, Hackensack, New Jersey 07601
T: 201 265 6400 F: 201 265 0303

1441 Broadway, New York, New York 10018
T: 212 354 0111
www.osenlaw.com

October 18, 2022

Mr. Andrew Peck
DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104

    Re:    *Averbach et. al. v. Cairo Amman Bank,* **19-cv-0004-GHW-KHP**

Dear Andrew:

    I write in response to your October 10, 2022, letter.

    While we are aware that Plaintiffs bear the burden of establishing that the Court has personal jurisdiction over Cairo Amman Bank, *we* do not presently intend to move for summary judgment on that issue. Instead, we will likely be responding to a frivolous motion on that subject and reserve the right to address its contents with whatever factual or expert evidence is needed to do so.[1]

    That said, at the present time, apart from any further transactional records produced by third-party banks (copies of which would be shared with you contemporaneously), we do not anticipate relying on any documentary evidence other than the transactional records we have already produced to you. However, to narrow the scope of any future dispute concerning those records, we are attaching, as Exhibit 1, a spreadsheet of the transactions produced to date that we intend to rely upon to establish personal jurisdiction. We ask you to review the spreadsheet and advise us whether you disagree in any way with the representation of the transfers set forth in the documents produced. We are not asking your opinion regarding their jurisdictional relevance, merely to confirm that the spreadsheet accurately reflects the transactions produced (*e.g.*, date, amount, originating banks, correspondent banks, etc.). Once we know whether there is a material factual dispute concerning the contents of the records identified, we can ascertain whether Plaintiffs will require any additional fact or expert testimony beyond the records produced in support of their opposition to summary judgment.

    As you are well aware, jurisdictional discovery in most cases involves discovery of the *defendant* in the case. That has not occurred here because of Defendant's representations to the Court (and Plaintiffs) that it no longer possesses any transactional records from the years 1999-

---

[1] For example, the question of whether the payments listed in the spreadsheet attached to this letter were "routine banking transactions and for humanitarian services," as your letter states, is one of the key merits questions in the case. To the extent that CAB intends to present evidence regarding the "humanitarian" nature of its various Hamas customers in a motion for summary judgment based on a lack of personal jurisdiction, no discovery has occurred on this issue and Plaintiffs would certainly be entitled to full discovery before responding to arguments of that kind.

2003. Accordingly, this is one of the Rule 30(b)(6) deposition topics we would like to explore with your designated witness(es). We sent you the notice on October 9 to give you a better opportunity to evaluate it before our discussion, and you can consider the date listed in the notice as a placeholder. We look forward to discussing the subject further with you and your colleagues tomorrow.

Finally, we note that you signed your letter "Judge Andrew Peck (ret.)" This follows your continued practice of referring to yourself, as well as not correcting your colleagues when they refer to you, as "judge" in meet-and-confers in this case and *Miller v. Arab Bank, PLC*, 18-cv-2192-HG-PK. You also introduced yourself as "Judge Peck" during the October 6 deposition of David Sokolow in the *Miller* case, which, while perhaps inadvertent, had the potential to mislead or confuse the witness. We ask you to please refrain from referring to yourself as "judge" in any future correspondence, proceedings, and meet-and-confers in this case. ABA Formal Op. 95-391 advises that it is improper for a former judge who returns to the practice of law to refer to himself, or encourage others to refer to him, in a litigation context by any title that refers to his former judicial status. That opinion states that "the only reason a former judge would use the judicial title in the practice of law would be to create an appearance of an unfair advantage or expectations of an enhanced outcome." The American Bar Association also notes that "all [advisory opinions] agree that a former judge who is now a practicing lawyer should not use the judicial title in any manner professionally and should actively discourage others from doing so."[2] Accordingly, we do not believe referring to yourself whether in court, depositions, correspondence, or meet-and-confers as a "judge" is appropriate or can be justified in this context.

Sincerely,

/s/ Gary Osen

Encl.

cc: All counsel, via e-mail

---

[2] *See* https://www.americanbar.org/groups/judicial/publications/judges_journal/2020/fall/ethics-former-judges/.

# EXHIBIT 1

| File Name | Bates Number | Date of Transaction | Amount | Originating Party | Originating Bank | Originator's Correspondent Bank |
|---|---|---|---|---|---|---|
| *CAB Nested New York Correspondent Account with Arab Bank-New York* | | | | | | |
| 000016_AV-PL000017 | AV-PL000017 | 10/18/2000 | $ 8,500.00 | Yousef El Hayek | Arab Bank-Beirut | Arab Bank-New York |
| 000014_AV-PL000015 | AV-PL000015 | 11/16/2000 | $ 8,500.00 | Yousef El-Hayek | Arab Bank-Beirut | Arab Bank-New York |
| 000013_AV-PL000014 | AV-PL000014 | 12/15/2000 | $ 8,500.00 | Yousef El-Hayek | Arab Bank-Beirut | Arab Bank-New York |
| 000012_AV-PL000013 | AV-PL000013 | 1/18/2001 | $ 8,500.00 | Yousef El Hayek | Arab Bank-Beirut | Arab Bank-New York |
| 000020_AV-PL000021 | AV-PL000021 | 2/14/2001 | $ 1,500.00 | Yousef Al Hayek | Arab Bank-Beirut | Arab Bank-New York |
| 000006_AV-PL000007 | AV-PL000007 | 2/15/2001 | $ 6,000.00 | Yousef Al Hayek | Arab Bank-Beirut | Arab Bank-New York |
| 000017_AV-PL000018 | AV-PL000018 | 3/1/2001 | $ 8,500.00 | Yousef El Hayek | Arab Bank-Beirut | Arab Bank-New York |
| 000004_AV-PL000005 | AV-PL000005 | 3/1/2001 | $ 9,000.00 | Yousef El Hayek | Arab Bank-Beirut | Arab Bank-New York |
| 000001_AV-PL000002 | AV-PL000002 | 4/3/2001 | $ 13,000.00 | Yousef El Hayek | Arab Bank-Beirut | Arab Bank-New York |
| 000002_AV-PL000003 | AV-PL000003 | 4/24/2001 | $ 5,000.00 | Yousef Al Hayek | Arab Bank-Beirut | Arab Bank-New York |
| 000003_AV-PL000004 | AV-PL000004 | 4/27/2001 | $ 13,000.00 | Yousef El Hayek | Arab Bank-Beirut | Arab Bank-New York |
| 000000_AV-PL000001 | AV-PL000001 | 5/3/2001 | $ 10,000.00 | Yousef El Hayek | Arab Bank-Beirut | Arab Bank-New York |
| 000019_AV-PL000020 | AV-PL000020 | 5/8/2001 | $ 3,000.00 | Yousef El Hayek | Arab Bank-Beirut | Arab Bank-New York |
| 000005_AV-PL000006 | AV-PL000006 | 5/11/2001 | $ 13,000.00 | Yousef Al Hayek | Arab Bank-Beirut | Arab Bank-New York |
| 000011_AV-PL000012 | AV-PL000012 | 7/9/2001 | $ 2,100.00 | Yousef El Hayek | Arab Bank-Beirut | Arab Bank-New York |
| 000018_AV-PL000019 | AV-PL000019 | 9/12/2001 | $ 1,500.00 | Yousef El Hayek | Arab Bank-Beirut | Arab Bank-New York |
| 000007_AV-PL000008 | AV-PL000008 | 9/12/2001 | $ 2,100.00 | Yousef El Hayek | Arab Bank-Beirut | Arab Bank-New York |
| *CAB New York Correspondent Accounts* | | | | | | |
| NW090964-65 | AV-PL017367-68 | 1/13/1999 | $ 5,000.00 | Interpal-UK | NatWest-UK | |
| NW090956-57 | AV-PL017365-66 | 1/13/1999 | $ 7,000.00 | Interpal-UK | NatWest-UK | |
| 000030_AV-PL011260_1566 | AV-PL012824-25 | 3/11/1999 | $ 3,925.00 | Holy Land Foundation-US | BankOne-Texas | |
| NW090455-56 | AV-PL017319-20 | 5/4/1999 | $ 3,500.00 | Interpal-UK | NatWest-UK | |
| NW090443-44 | AV-PL017317-18 | 5/4/1999 | $ 12,160.00 | Interpal-UK | NatWest-UK | |
| 000031_AV-PL011260_1635 | AV-PL012893-94 | 5/21/1999 | $ 4,230.00 | Holy Land Foundation-US | BankOne-Texas | |
| NW090489-90 | AV-PL017325-26 | 7/6/1999 | $ 5,000.00 | Interpal-UK | NatWest-UK | |
| NW090483-84 | AV-PL017323-24 | 7/6/1999 | $ 6,000.00 | Interpal-UK | NatWest-UK | |
| NW090463-64 | AV-PL017321-22 | 7/6/1999 | $ 16,700.00 | Interpal-UK | NatWest-UK | |
| 000032_AV-PL011260_1700 | AV-PL012958-59 | 7/9/1999 | $ 3,804.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000033_AV-PL011260_1767 | AV-PL013025-26 | 9/23/1999 | $ 3,854.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000035_AV-PL011260_1779 | AV-PL013037-38 | 9/23/1999 | $ 7,948.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000036_AV-PL011260_1856 | AV-PL013114-15 | 12/2/1999 | $ 17,888.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000037_AV-PL011260_1871 | AV-PL013129-30 | 12/10/1999 | $ 10,152.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000038_AV-PL011260_1873 | AV-PL013131-32 | 12/10/1999 | $ 50,000.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000039_AV-PL011260_1881 | AV-PL013139-40 | 12/13/1999 | $ 5,200.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000040_AV-PL011260_1895 | AV-PL013153-54 | 12/21/1999 | $ 117,506.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000041_AV-PL011260_1903 | AV-PL013161-62 | 12/28/1999 | $ 190,743.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000042_AV-PL011260_1920 | AV-PL013178-79 | 12/31/1999 | $ 4,851.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000043_AV-PL011260_1938 | AV-PL013196-97 | 1/5/2000 | $ 50,000.00 | Holy Land Foundation-US | BankOne-Texas | |

CONFIDENTIAL

| Beneficiary's Correspondent Bank | Intermediary Bank | Beneficiary Bank | Beneficiary Party |
|---|---|---|---|
| *CAB Nested New York Correspondent Account with Arab Bank-New York* | | | |
| Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Gaza | Ghazi Ahmed Hamad |
| Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Gaza | Ghazi Ahmad Hamad |
| Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Gaza | Ghazi Ahmad Hamad |
| Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Gaza | Ghazi Ahmed Hamad |
| Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Gaza | Sayed Abou Msameh |
| Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Tulkarm | Abbas Mohaned Al Sayed |
| Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Gaza | Ghazi Ahmed Hamad |
| Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Tulkarm | Abbas Mohaned Al Sayed |
| Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Tulkarm | Abbas Mohamed El Sayed |
| Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Tulkarm | Abbas Mohaned Al Sayed |
| Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Tulkarm | Abbas Mohamed El Sayed |
| Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Tulkarm | Abbas Mohaned Al Sayed |
| Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Gaza | Sayed Abou Msameh |
| Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Tulkarm | Abbas Mohaned Al Sayed |
| Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Gaza | Mohamad Saleh Taha |
| Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Gaza | Sayed Abu Msameh |
| Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Gaza | Mohamad Saleh Taha |
| *CAB New York Correspondent Accounts* | | | |
| AMEX Bank Ltd-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Bethlehem | Beit Fajjar Zakat Committee |
| AMEX Bank Ltd-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | El Wafa Elderly Nursing Home |
| Citibank NA-New York | | Cairo Amman Bank-Hebron | Halul Zakat Committee |
| AMEX Bank Ltd-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | El-Wafa Elderly Nursing Home |
| AMEX Bank Ltd-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Jineen | Jinin Zakat Committee |
| Citibank NA-New York | | Cairo Amman Bank-Hebron | Halul Zakat Committee |
| AMEX Bank Ltd-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | Al-Mujama Al-Islami-Khan Yunis |
| AMEX Bank Ltd-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Jineen | Jinin Zakat Committee |
| AMEX Bank Ltd-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | El-Wafa Elderly Nursing Home |
| Citibank NA-New York | | Cairo Amman Bank-Hebron | Halul Zakat Committee |
| Bank of New York-New York | | Cairo Amman Bank-Hebron | Halul Zakat Committee |
| Bank of New York-New York | | Cairo Amman Bank-Hebron | Jeneen Zakat Committee |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York | | Cairo Amman Bank-Jineen | Jineen Zakat Committee |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York | | Cairo Amman Bank-Ramallah | Silwad Municipality |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |

| File Name | Bates Number | Date of Transaction | Amount | Originating Party | Originating Bank | Originator's Correspondent Bank |
|---|---|---|---|---|---|---|
| 000044_AV-PL011260_1948 | AV-PL013206-07 | 1/13/2000 | $ 75,400.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000045_AV-PL011260_1969 | AV-PL013227-28 | 2/22/2000 | $ 32,548.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000046_AV-PL011260_1972 | AV-PL013230-31 | 2/28/2000 | $ 103,452.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000047_AV-PL011260_2001 | AV-PL013259-60 | 3/7/2000 | $ 65,458.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000048_AV-PL011260_2012 | AV-PL013270-71 | 3/21/2000 | $ 193,877.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000049_AV-PL011260_2052 | AV-PL013309-11 | 4/5/2000 | $ 66,023.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000050_AV-PL011260_2063 | AV-PL013320-22 | 4/11/2000 | $ 98,981.00 | Holy Land Foundation-US | BankOne-Texas | |
| NW090403-04 | AV-PL017315-16 | 4/11/2000 | $ 4,784.00 | Interpal-UK | NatWest-UK | |
| NW090395-96 | AV-PL017313-14 | 4/11/2000 | $ 18,729.00 | Interpal-UK | NatWest-UK | |
| NW090393-94 | AV-PL017311-12 | 4/11/2000 | $ 50,129.00 | Interpal-UK | NatWest-UK | |
| 000021_AV-PL000968 | AV-PL000980 | 4/27/2000 | $ 4,202.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000051_AV-PL011260_2098 | AV-PL013355-57 | 5/23/2000 | $ 22,722.00 | Holy Land Foundation-US | BankOne-Texas | |
| NW090513-14 | AV-PL017327-28 | 6/30/2000 | $ 19,000.00 | Interpal-UK | NatWest-UK | |
| 000052_AV-PL011260_2135 | AV-PL013392-94 | 7/7/2000 | $ 26,237.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000053_AV-PL011260_2146 | AV-PL013403-05 | 7/14/2000 | $ 38,539.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000021_AV-PL000968 | AV-PL000984 | 7/19/2000 | $ 54,500.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000054_AV-PL011260_2181 | AV-PL013438-40 | 8/3/2000 | $ 27,752.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000055_AV-PL011260_2220 | AV-PL013477-79 | 9/18/2000 | $ 62,279.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000092_AV-PL014910_170 | AV-PL015079 | 9/29/2000 | $ 75,456.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000056_AV-PL011260_2243 | AV-PL013501-02 | 10/10/2000 | $ 97,810.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000015_AV-PL000016 | AV-PL000016 | 10/10/2000 | $ 8,485.86 | Yousef El Hayek | Arab Bank-Amman | Arab Bank-New York |
| 000058_AV-PL011260_2251 | AV-PL013508-10 | 10/19/2000 | $ 200,000.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000059_AV-PL011260_2267 | AV-PL013524-26 | 10/25/2000 | $ 186,210.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000060_AV-PL011260_2282 | AV-PL013540-41 | 11/2/2000 | $ 227,000.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000061_AV-PL011260_2298 | AV-PL013556-57 | 11/9/2000 | $ 116,198.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000062_AV-PL011260_2300 | AV-PL013558-59 | 11/14/2000 | $ 275,956.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000063_AV-PL011260_2312 | AV-PL013570-71 | 11/20/2000 | $ 200,000.00 | Holy Land Foundation-US | BankOne-Texas | |
| NW090551-52 | AV-PL017335-36 | 11/24/2000 | $ 9,000.00 | Interpal-UK | NatWest-UK | |
| NW090547-48 | AV-PL017333-34 | 11/24/2000 | $ 15,500.00 | Interpal-UK | NatWest-UK | |
| NW090545-46 | AV-PL017331-32 | 11/24/2000 | $ 19,000.00 | Interpal-UK | NatWest-UK | |
| NW090531-32 | AV-PL017329-30 | 11/24/2000 | $ 42,000.00 | Interpal-UK | NatWest-UK | |
| 000064_AV-PL011260_2326 | AV-PL013584-85 | 11/30/2000 | $ 245,000.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000065_AV-PL011260_2357 | AV-PL013615-16 | 12/7/2000 | $ 220,660.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000010_AV-PL000011 | AV-PL000011 | 12/19/2000 | $ 1,490.11 | Yousef El-Hayek | Arab Bank-Amman | Arab Bank-New York |
| 000066_AV-PL011260_2368 | AV-PL013626-27 | 12/22/2000 | $ 204,125.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000067_AV-PL011260_2374 | AV-PL013632-33 | 12/26/2000 | $ 24,031.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000068_AV-PL011260_2389 | AV-PL013647-48 | 1/8/2001 | $ 122,517.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000069_AV-PL011260_2406 | AV-PL013664-65 | 1/17/2001 | $ 229,283.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000070_AV-PL011260_2441 | AV-PL013699-700 | 2/2/2001 | $ 9,537.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000071_AV-PL011260_2444 | AV-PL013702-03 | 2/7/2001 | $ 20,570.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000009_AV-PL000010 | AV-PL000010 | 2/12/2001 | $ 2,090.11 | Yousef Al Hayek | Arab Bank-Amman | Arab Bank-New York |
| 000072_AV-PL011260_2455 | AV-PL013713-14 | 2/16/2001 | $ 50,000.00 | Holy Land Foundation-US | BankOne-Texas | |

| Beneficiary's Correspondent Bank | Intermediary Bank | Beneficiary Bank | Beneficiary Party |
|---|---|---|---|
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Bethlehem | Beit Fajjar Zakat Committee |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Jineen | Jinin Zakat Committee |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Nablus | Nablus Zakat Committee |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | Al-Mujama Al-Islami-Khan Yunis |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York |  | Cairo Amman Bank-Amman | Ghazi Ahmad Hamad |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Bethlehem | Beit Fajjar Zakat Committee |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Jineen | Jinin Zakat Committee |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | El-Wafa Elderly Nursing Home |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Nablus | Nablus Zakat Committee |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York |  | Cairo Amman Bank-Amman | Mohamad Saleh Taha |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York |  | Cairo Amman Bank-Amman | Mohamad Saleh Taha |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |

Case 1:19-cv-00004-GHW-KHP   Document 197-3   Filed 03/10/23   Page 9 of 10
CONFIDENTIAL

| File Name | Bates Number | Date of Transaction | Amount | Originating Party | Originating Bank | Originator's Correspondent Bank |
|---|---|---|---|---|---|---|
| 000075_AV-PL011260_2479 | AV-PL013737-38 | 3/8/2001 | $ 374,755.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000076_AV-PL011260_2493 | AV-PL013751-52 | 4/4/2001 | $ 22,820.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000008_AV-PL000009 | AV-PL000009 | 4/4/2001 | $ 2,090.11 | Yousef El-Hayek | Arab Bank-Amman | Arab Bank-New York |
| 000078_AV-PL011260_2502 | AV-PL013760-61 | 4/23/2001 | $ 9,524.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000081_AV-PL011260_2539 | AV-PL013797-98 | 5/9/2001 | $ 166,078.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000083_AV-PL011260_2553 | AV-PL013811-12 | 6/14/2001 | $ 192,403.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000084_AV-PL011260_2569 | AV-PL013827-28 | 6/22/2001 | $ 48,135.00 | Holy Land Foundation-US | BankOne-Texas | |
| NW090254-55 | AV-PL017299-300 | 7/16/2001 | $ 4,970.00 | Interpal-UK | NatWest-UK | |
| NW090252-53 | AV-PL017297-98 | 7/16/2001 | $ 5,000.00 | Interpal-UK | NatWest-UK | |
| NW090244-45 | AV-PL017295-96 | 7/16/2001 | $ 10,000.00 | Interpal-UK | NatWest-UK | |
| NW090240-41 | AV-PL017293-94 | 7/16/2001 | $ 14,830.00 | Interpal-UK | NatWest-UK | |
| NW090280-81 | AV-PL017301-02 | 8/23/2001 | $ 19,140.00 | Interpal-UK | NatWest-UK | |
| 000085_AV-PL011260_2585 | AV-PL013843-44 | 8/31/2001 | $ 219,126.00 | Holy Land Foundation-US | BankOne-Texas | |
| 000086_AV-PL011260_2600 | AV-PL013858-59 | 9/7/2001 | $ 95,505.00 | Holy Land Foundation-US | BankOne-Texas | |
| NW090318-19 | AV-PL017303-04 | 9/21/2001 | $ 6,089.00 | Interpal-UK | NatWest-UK | |
| 000027_AV-PL011171_40 | AV-PL011208-10 | 11/14/2001 | $ 97,000.00 | Holy Land Foundation-US | JPMChase-Texas | |
| 000028_AV-PL011171_55 | AV-PL011223-25 | 11/19/2001 | $ 112,500.00 | Holy Land Foundation-US | JPMChase-Texas | |
| 000029_AV-PL011171_82 | AV-PL011250-52 | 12/3/2001 | $ 373,270.00 | Holy Land Foundation-US | JPMChase-Texas | |
| NW090326-27 | AV-PL017305-06 | 12/21/2001 | $ 10,000.00 | Interpal-UK | NatWest-UK | |
| NW090336-37 | AV-PL017307-08 | 12/24/2001 | $ 10,000.00 | Interpal-UK | NatWest-UK | |
| NW090352-53 | AV-PL017309-10 | 3/13/2002 | $ 5,000.00 | Interpal-UK | NatWest-UK | |
| NW097781-805 | AV-PL018242-66 | 8/8/2002 | $ 5,000.00 | Interpal-UK | NatWest-UK | |
| NW091119-43 | AV-PL017394-418 | 8/8/2002 | $ 10,000.00 | Interpal-UK | NatWest-UK | |
| NW091246-70 | AV-PL017470-94 | 8/8/2002 | $ 10,000.00 | Interpal-UK | NatWest-UK | |
| NW091170-94 | AV-PL017419-43 | 8/8/2002 | $ 14,000.00 | Interpal-UK | NatWest-UK | |
| NW091094-118 | AV-PL017369-93 | 8/8/2002 | $ 15,000.00 | Interpal-UK | NatWest-UK | |
| NW091195-220 | AV-PL017444-69 | 8/8/2002 | $ 15,000.00 | Interpal-UK | NatWest-UK | |
| NW091321-45 | AV-PL017495-519 | 8/8/2002 | $ 27,000.00 | Interpal-UK | NatWest-UK | |
| 000026_AV-PL001040 | AV-PL001040-41 | 8/14/2002 | $ 1,749.00 | Interpal-UK | NatWest-UK | |
| NW095069-93 | AV-PL018007-31 | 8/16/2002 | $ 4,751.00 | Interpal-UK | NatWest-UK | |
| NW098214-38 | AV-PL018292-316 | 8/16/2002 | $ 5,796.00 | Interpal-UK | NatWest-UK | |
| NW094993-5017 | AV-PL017957-81 | 8/16/2002 | $ 5,900.00 | Interpal-UK | NatWest-UK | |
| NW095044-68 | AV-PL017982-8006 | 8/16/2002 | $ 6,866.00 | Interpal-UK | NatWest-UK | |
| NW093167-91 | AV-PL017723-47 | 8/16/2002 | $ 11,279.00 | Interpal-UK | NatWest-UK | |
| NW098393-419 | AV-PL018317-43 | 8/16/2002 | $ 19,712.00 | Interpal-UK | NatWest-UK | |
| NW095170-94 | AV-PL018032-56 | 8/16/2002 | $ 21,279.00 | Interpal-UK | NatWest-UK | |
| NW012065-86 | AV-PL017160-81 | 7/1/2003 | $ 40,000.00 | Interpal-UK | NatWest-UK | |
| NW011784-805 | AV-PL017138-59 | 8/1/2003 | $ 50,000.00 | Interpal-UK | NatWest-UK | |
| NW011740-61 | AV-PL017116-37 | 8/1/2003 | $ 80,000.00 | Interpal-UK | NatWest-UK | |

| Beneficiary's Correspondent Bank | Intermediary Bank | Beneficiary Bank | Beneficiary Party |
|---|---|---|---|
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York |  | Cairo Amman Bank-Amman | Mohamad Saleh Taha |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Nablus | Nablus Zakat Committee |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | El-Wafa Elderly Nursing Home |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | Al-Mujama Al-Islami-Khan Yunis |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Jineen | Jinin Zakat Committee |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Jineen | Jinin Zakat Committee |
| Citibank NA-New York |  | Cairo Amman Bank-Ramallah | Holy Land Foundation-Ramallah |
| Citibank NA-New York |  | Cairo Amman Bank-Ramallah | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | El-Wala Elderly Nursing Home |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | Holy Land Foundation-Ramallah |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | El-Wafa Medical Rehab. Hospital |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Jineen | Al-Razi Hospital |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | Al-Mujana Al-Islami - Khan Yunis |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | Al-Mujama Al-Islami-Khan Yunis |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Bethlehem | Beit Fajjar Zakat Committee |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Jineen | Jenin Zakat Committee |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Jineen | Al-Razi Hospital |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Jineen | Al-Razi Hospital |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Jineen | Jenin Zakat Committee |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | WAMY Gaza Office |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Ithna Zakat Committee |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | The Islamic Charitable Society |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Bethlehem | Beit Fajjar Zakat Committee |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | Al-Mujama Al-Islami-Khan Yunis |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | The Islamic Charity Society |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | Al-Mujama Al-Islami-Khan Yunis |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Ramallah | Islamic Society for Orphan Care Yatta |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Ramallah | Jenin Zakat Committee |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Jineen | Al-Razi Hospital |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | El-Wafa Charitable Society |
| Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | WAMY - Gaza Office |