# EXHIBIT D

Page 1

1

2   UNITED STATES DISTRICT COURT

3   SOUTHERN DISTRICT OF NEW YORK

4   ---------------------------------------x

5   JULIE AVERBACH FOR THE ESTATE OF STEVEN

6   AVERBACH, et al.,

7                Plaintiffs,

8           -against-      No. 19-cv-00004-GHW-KHP

9   CAIRO AMMAN BANK,

10               Defendant.

11  ---------------------------------------x

12               December 5th, 2022

13               10:30 a.m.

14     REMOTE DEPOSITION of KHALID MAHMOUD

15  AL-QASSEM, a 30(b)(6) Witness, taken by

16  counsel for Plaintiffs, pursuant to

17  Notice, dated October 9, 2022, via

18  Veritext Remote Zoom, before Amy Klein

19  Campion, a Shorthand Reporter and Notary

20  Public within and for the State of New

21  York.

22

23  JOB NO.: NY 5602308

24

25

Page 2

1

2  A P P E A R A N C E S:

3      OSEN LLC

4      Attorneys for Plaintiffs

5          190 Moore Street, Suite 272

6          Hackensack, New Jersey   07601

7      BY:   MICHAEL JACOB RADINE, ESQ.

          mradine@osenlaw.com

8

          AARON A. SCHLANGER, ESQ.

9          aschlanger@osenlaw.com

10

11

12      DLA PIPER LLC (US)

13      Attorneys for Defendant

14          1251 Avenue of the Americas

15          27th Floor

16          New York, New York   10020-1104

17      BY:   JONATHAN D. SIEGFRIED, ESQ.

          jonathan.siegfried@dlapiper.com

18

19

20      ALSO PRESENT:

21      GHALWAA SEBAALY - Arabic Interpreter

22      JOYCE KHOURY MOKARY - Arabic Interpreter

23                *     *     *

24

25

Page 3

 1

 2          IT IS HEREBY STIPULATED AND AGREED

 3     by and between the attorneys for the

 4     respective parties herein that filing and

 5     sealing be and the same are hereby waived.

 6          IT IS FURTHER STIPULATED AND AGREED

 7     that all objections, except as to the form

 8     of the question, shall be reserved to the

 9     time of the trial.

10          IT IS FURTHER STIPULATED AND AGREED

11     that the within deposition may be signed

12     and sworn to before any officer authorized

13     to administer an oath with the same force

14     and effect as if signed and sworn to before

15     the Court.

16

17

18

19

20

21

22

23

24

25

```
                                      Page 51
 1               - K.M. AL-QASSEM -
 2   printed in hard copies and they were kept
 3   so we could refer back to them if a
 4   customer wanted to look into any
 5   statement.
 6       Q.    And where were those hard copy
 7   files located?
 8       A.    They were kept for a
 9   transitional period of time at the IT
10   Department and then they were destroyed.
11       Q.    How long were they retained for?
12            THE WITNESS:  Not more than two
13       years.
14       A.    Not more than two years.
15       Q.    How much transactional data was
16   printed out from that server?
17            THE WITNESS:  Not transaction.
18            MR. SIEGFRIED:  Objection to the
19       form of the question.
20       Q.    Is it account statements you're
21   saying were printed out?
22       A.    Yes, account statements.
23       Q.    Going back how far?
24            THE WITNESS:  All the statements
25       of the active accounts that migrated.
```

Page 52

1                 - K.M. AL-QASSEM -

2       A.      Account statements of the active

3   accounts that migrated.

4       Q.      So was it all of the account

5   statement data for the active accounts

6   that was printed out?

7               THE WITNESS:   Account statement

8       cycle which is...

9       A.      So the account statements were

10  printed until the last cycle.  Some like

11  for one month, others for three, others

12  for six -- according to the nature of the

13  accounts.

14      Q.      And CAB has confirmed that all

15  these records were destroyed?

16      A.      Yes.

17      Q.      Just to confirm, all account

18  statements and relevant records from the

19  relevant period in the Palestinian

20  Territories have been destroyed?

21      A.      Yes.

22      Q.      Oh, just to take you back for a

23  second.  The data general server, what

24  operating system was it running?

25              THE WITNESS:  UNIX AIX.

```
                                    Page 77
 1            - K.M.  AL-QASSEM -
 2      translated.)
 3            MR. SIEGFRIED:  Michael, can we
 4      just for clarity sake and for the
 5      witness' sake read the text into the
 6      record.
 7            MR. RADINE:  I was going to.
 8      It's taking a lot of time up here.
 9      I'll read it now.
10            Aaron, head down five more
11      pages.
12            MR. SCHLANGER:  (Complies.)
13            MR. RADINE:  Stop there.  Aaron,
14      do you want to highlight the word
15      "they"?
16            MR. SCHLANGER:  (Complies.)
17      Q.    Okay.  I'm going to read it now.
18            "They still do not, and the SAC
19   offers no non-conclusory allegation that
20   CAB provided any further banking services
21   to HLF following its designation."
22            And then at the end of that
23   sentence there's a footnote.
24            MR. SCHLANGER:  (Complies.)
25            MR. RADINE:  And the footnote
```

```
                                      Page 78

 1              - K.M. AL-QASSEM -

 2       reads:  "CAB closed the account on

 3       December 5, 2001."

 4       Q.    So based on your prior

 5   testimony, what other depositories at the

 6   bank of records from 2001 to 2003 exists

 7   that would provide the bank with this

 8   information that it closed the Holy Land

 9   Foundation account on December 5, 2001?

10              THE WITNESS:  A legal case.  Us

11       against -- production of documents --

12       retention policy.

13       A.    So the case of HLF is completely

14   different.  There was a case brought

15   against HLF from the U.S. Government and

16   the U.S. Government or the U.S. Court had

17   asked the Jordanian Central Bank for a

18   copy of the account statements and that

19   was in 2004.  And based on the 2004

20   request, we have presented the documents

21   to the government via the Jordanian

22   Central Bank.

23              Copies were kept as part of the

24   case in Jordan since the case was brought

25   via the Jordanian Central Bank.
```

```
                                      Page 79
 1              - K.M.  AL-QASSEM -
 2              So it is a legal case in the
 3   U.S. against HLF.  It's a completely
 4   different case.  The documents were
 5   produced and HLF had submitted the account
 6   statements which has proven that CAB
 7   closed the account on December 5, 2011 --
 8              THE WITNESS:  2001.
 9              THE INTERPRETER:  Sorry, excuse
10      me.
11      A.    -- in December 5, 2001.  So it's
12   a completely different case from the
13   retention policy because we're talking
14   about the legal case in the U.S.
15              MR. RADINE:  Let's take a break
16      now and reconvene at 2:30.
17              THE WITNESS:  Okay.
18              (A recess was taken.)
19              MR. RADINE:  Okay, let's go back
20      on.
21   BY MR. RADINE:
22      Q.    So to follow up on what you just
23   told us, did CAB retain all records
24   concerning HLF once it was the subject of
25   the request from the United States
```

```
                                            Page 80
 1                  - K.M. AL-QASSEM -
 2    Government?
 3        A.    We kept a copy of the documents
 4    that were submitted.
 5        Q.    What kind of documents were
 6    those?
 7        A.    The statements of accounts of
 8    HLF, the opening -- the account opening
 9    request and the account opening contract,
10    the license issued by the Ministry of
11    Interior for HLF, the Ministry of Interior
12    in the Palestinian Territories, the
13    designated signatories for HLF.
14              THE WITNESS:  Something like
15        this.
16        A.    Documents like this.
17        Q.    And for how many HLF accounts
18    did CAB retain these records?
19              (Requested portion of record
20        translated.)
21              THE INTERPRETER:  It's HLF.
22        HLF.
23              THE WITNESS:  Three accounts.
24        A.    Three accounts.
25        Q.    Do these records that CAB has
```