# EXHIBIT G

**HOLY LAND FOUNDATION**
**FOR RELIEF & DEVELOPMENT**
Ramallah Office

مؤسسة الأرض المقدسة
للإغاثة والتنمية
مكتب رام الله

التاريخ: ١٣/٩/٢٠٠١

السيد:/ سهيل جرار – مدير بنك القاهرة عمان – فرع شارع القدس، المحترم

02505 149760 00

السلام عليكم ورحمة الله وبركاته،

الرجاء عمل اللازم لتحويل المبالغ التالية من حساب مؤسسة الأرض المقدسة في القاهرة عمان / فرع شارع القدس – رام الله رقم (149760)، وإيداعها في حسابنا في ب‍ـ
القاهرة عمان/ فرع المعاملات الإسلامية – فرع غزة، رقم حساب ( 1/5957 ):-

- $15000
- $37000
- $66626

المجموع الكلي: $ 118626

ولكم جزيل الشكر.

نهاية ترتير
مساعدة إدارية



Fax 02-2966930   P.O.Box (1886)
E-Mail: hlf-r@palnet.com   www.hlf.org

HLFCAB000759

45

**HLFCAB000759**

Holy Land Foundation            [emblem with 2 hands holding Al-Aqsa mosque]
For Relief and development
Ramallah Office

---

Date:   Sept. 13, 2001
Mr:/ Saheel [PH] Jarar [PH] - The honorable president of Cairo Amman Bank - Jerusalem street branch
Peace, mercy and blessing of Allah on you    0250514976000
Please do the necessary transfer of the following sums from the account of the Holy Land Foundation at Cairo Amman Bank / Jerusalem street branch - Ramallah No. (149760) and credit our account in Cairo Amman Bank / Islamic transactions branch - Gaza branch, account N0. (1/5957):
- $15000
- $37000
- $66626

The total sum:         $118626

                                    Thanks a lot    [signature]
            [emblem of Holy Land Foundation Ramallah]
[signature]                                              [signature]
Hassan Al-Khatib                                         Nehaya Tartir
Regional manager                                         Assistant manager
[squar stamp illegible]

---

Phone 022966929    Fax  02-2966930
e-mail: hlf-r@planet.com            www.hlf.org

46

AV-PL013918



**HOLY LAND FOUNDATION**
**FOR RELIEF & DEVELOPMENT**

Ramallah Office

مؤسسة الأرض المقدسة
للإغاثة والتنمية

مكتب رام الله

التاريخ: 2001/9/16

السيد:/ سهيل جرار - مدير بنك القاهرة عمان - فرع شارع القدس، المحترم.

السلام عليكم ورحمة الله وبركاته،

الرجاء عمل اللازم لتحويل مبلغ 90.000 $ ( تسعون ألف دولار ) من حساب مؤسسة الأرض المقدسة رقم (149760)، وإيداعها في حسابنا في بنك القاهرة عمان / فرع المعاملات الإسلامية - غزة، رقم (1/5957).

ولكم منا جزيل الشكر.

نهاية ترتير
مساعدة إدارية

حسين الخطيب
المدير الإقليمي



49

AV-PL013921

**HLFCAB000761**
Holy Land Foundation          [emblem with 2 hands holding Al-Aqsa mosque]
For Relief and development
Ramallah Office

---

Date: Sept. 16, 2001
Mr:/ Saheel [PH] Jarar [PH] - The honorable president of Cairo Amman Bank - Jerusalem street branch
Peace, mercy and blessing of Allah on you
Please do the necessary transfer the sums of $90,000 (ninety thousand dollars) from the account of the Holy Land Foundation No. (149760) and credit our account in Cairo Amman Bank / Islamic transactions branch - Gaza branch, account N0. (1/5957):

Thanks a lot

It has been carried out
[signature]                              Nehaya Tartir
Hussein Al-Khatib                        [signature]
Regional manager                         Nehaya Tartir
                                         Assistant manager

[emblem of Holy Land Foundation Ramallah]

verify the signature
[signature]                              [illegible]
                                         [signature]
                                         9/16/2001
                                         [squar stamp illegible]
                                         received on 9/16
                                         Department 2853



HLFCAB000773

73

AV-PL013945

**Bate: HLFCAB000773**

Amman Cairo Bank

Number   001110115

Branch: Jerusalem

Accountant Copy<br>Number 011510

To the account of the gentlemen of the Holy Land Foundation          250514976000

| | | |
|---|---|---|
| This concluded what was transferred from your above account to account number 15957. Islamic Transaction Branch. | | 20000 |
| The sum of twenty thousand dollars only. | | 20000 |

For Amman Cairo Bank

**HOLY LAND FOUNDATION
FOR RELIEF & DEVELOPMENT**

Ramallah Office



مؤسسة الأرض المقدسة
للإغاثة والتنمية

مكتب رام الله

التاريخ: ١٣/١٠/٢٠٠١

السيد:/ سهيل جرار – مدير بنك القاهرة عمان – فرع شارع القدس، المحترم،

السلام عليكم ورحمة الله وبركاته،،

الموضوع: تحويل عشرون ألف دولار

الرجاء عمل اللازم لتحويل مبلغ 20.000 (عشرون ألف دولار)، من حساب مؤسسة الأرض المقدسة للإغاثة والتنمية رقم (149760)، إلى حساب مؤسسة الأرض المقدسة – فرع غزة رقم (1/5957) في بنك القاهرة عمان / فرع المعاملات الإسلامية.

ولكم منا جزيل الشكر.



نهاية نزنر
مساعدة إدارية

حسين الخطيب
المدير الإقليمي



HLFCAB000774

75

AV-PL013947

**HLFCAB000774**

Holy Land Foundation            [Emblem with 2 hands holding Al-Aqsa mosque]
For Relief and Development
Ramallah Office

---

Date: Oct. 13, 2001

Mr:/ Saheel Jarar - The honorable president of Cairo Amman Bank - Jerusalem street branch
Peace, mercy and blessing of Allah on you    0250514976000 [written at a slant]

<u>Topic: Transfer of twenty thousand dollars</u>

Please do what is necessary to transfer the sum of 20,000 (twenty thousand dollars), from the account of Holy Land Foundation for Relief and Development, No. (149760), to the account of the Holy Land Foundation - Gaza branch No. (1/5957) at Cairo Amman Bank / Islamic transactions branch.

With our many thanks

Executing operations
[signature] 10/15

Hussein Al-Khatib          [emblem of Holy Land Foundation]          Nehaya Tartir
[signature]                          Ramallah                         [signature]
Regional manager                                                      Assistant manager

Signature verification
[signature]

[box]
10/15
3185



<u>HLFCAB000806</u>

**Page 136**

Cairo Amman Bank

### Accountant copy

09040

Deposited to: The Holy Land Foundation

Amount:   Ten thousand dollars.                                Total:    10,000

[The above form is IL, dark to be read.  Please provide the original]

---

Cairo Amman Bank

11/17/2001                                    **Deposited to account**
Branch: [IL] Jerusalem

Deposited to account:     The Islamic Transaction/ Gaza
Number:  0254601081455

| From transfer coming from Islamic Transaction Branch Gaza/ related to the Holy Land Foundations Transfer number  01057 2001  1 | 10,000 | |

Only ten thousand American dollars                                              10,000

12/30/03

Signature:

التاريخ: ١٧/١١/٢٠٠١

السيد:/ سهيل جرار - مدير بنك القاهرة عمان - فرع شارع القدس، المحترم،

السلام عليكم ورحمة الله وبركاته،

الرجاء عمل اللازم لتحويل مبلغ 10.000 $ ( عشرة آلاف دولار ) من حساب مؤسسة الأرض المقدسة رقم (149760)، وإيداعها في حسابنا فـــي بنك القاهرة عمان/ فرع المعاملات الإسلامية - غزة، رقم (1/5957).

ولكم منا جزيل الشكر.

حسين الخطيب
المدير الإقليمي

نهاية ترتير
مساعدة إدارية

HLFCAB000807

141

AV-PL014013

**HLFCAB000807**

Date: Nov. 17, 2001

Mr:/ Saheel Jarar - The honorable president of Cairo Amman Bank - Jerusalem street branch
Peace, mercy and blessing of Allah on you

Please do what is necessary to transfer the sum of $10,000 (ten thousand dollars), from the account of Holy Land Foundation for Relief and Development, No. (149760), and deposit it in our account at Cairo Amman Bank / Islamic transactions branch - Gaza No. (1/5957)

|  |  |  |
|---|---|---|
| Operations<br>To be executed<br>11/17 [signature] | With our many thanks<br><br>[Stamp]<br>Cairo Amman Bank<br>Received on 11/17<br>Record 3485 |  |
| Hussein Al-Khatib<br>[signature]<br>Regional manager | [emblem of Holy Land Foundation]<br>Ramallah | Nehaya Tartir<br>[signature]<br>Assistant manager |
|  |  | Signature verification<br>[signature] |

142

AV-PL014014