# Exhibit 8

| ID | Bates Number | Date of Transaction | Originator Amount | Originating Party | Originating Bank | Originator's Correspondent Bank | Intermediary's (or Beneficiary's) Correspondent Bank | Intermediary Bank | Beneficiary Bank | Beneficiary Party |
|---|---|---|---|---|---|---|---|---|---|---|
| *Arab Bank-New York: Correspondent Banking Transactions for the benefit of Cairo Amman Bank (CAB) Customers via Palestine Monetary Authority ("PMA") Payment Clearing System* | | | | | | | | | | |
| 001 | AV-PL000017 | 10/18/2000 | $ 8,500.00 | Yousef El Hayek | Arab Bank PLC-Chtoura Branch | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Al Rimal Branch | Ghazi Ahmed Hamad |
| 002 | AV-PL000015 | 11/16/2000 | $ 8,500.00 | Yousef El-Hayek | Arab Bank PLC-Chtoura Branch | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Al Rimal Branch | Ghazi Ahmad Hamad |
| 003 | AV-PL000014 | 12/15/2000 | $ 8,500.00 | Yousef El-Hayek | Arab Bank PLC-Chtoura Branch | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Al Rimal Branch | Ghazi Ahmad Hamad |
| 004 | AV-PL000013 | 1/18/2001 | $ 8,500.00 | Yousef El Hayek | Arab Bank PLC-Chtoura Branch | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Al Rimal Branch | Ghazi Ahmed Hamad |
| 005 | AV-PL000021 | 2/14/2001 | $ 1,500.00 | Yousef Al Hayek | Arab Bank PLC-Chtoura Branch | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Gaza Branch | Sayed Abou Msameh |
| 006 | AV-PL000007 | 2/15/2001 | $ 6,000.00 | Yousef Al Hayek | Arab Bank PLC-Chtoura Branch | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Tulkarm Branch | Abbas Mohamed Al Sayed |
| 007 | AV-PL000005 | 4/27/2001 | $ 13,000.00 | Yousef Al Hayek | Arab Bank PLC-Chtoura Branch | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Tulkarm Branch | Abbas Mohamed El Sayed |
| 008 | AV-PL000018 | 3/1/2001 | $ 8,500.00 | Yousef El Hayek | Arab Bank PLC-Chtoura Branch | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Al Rimal Branch | Ghazi Ahmed Hamed |
| 009 | AV-PL000002 | 5/3/2001 | $ 10,000.00 | Yousef El Hayek | Arab Bank PLC-Chtoura Branch | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Tulkarm Branch | Abbas Mohamed Al Sayed |
| 010 | AV-PL000003 | 4/3/2001 | $ 13,000.00 | Yousef El Hayek | Arab Bank PLC-Chtoura Branch | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Tulkarm Branch | Abbas Mohaned El Sayed |
| 011 | AV-PL000004 | 4/24/2001 | $ 5,000.00 | Yousef Al Hayek | Arab Bank PLC-Chtoura Branch | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Tulkarm Branch | Abbas Mohamed Al Sayed |
| 012 | AV-PL000001 | 3/1/2001 | $ 9,000.00 | Yousef El Hayek | Arab Bank PLC-Chtoura Branch | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Tulkarm Branch | Abbas Mohamed Al Sayed |
| 013 | AV-PL000020 | 5/8/2001 | $ 3,000.00 | Yousef El Hayek | Arab Bank PLC-Chtoura Branch | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Gaza Branch | Sayed Abou Msameh |
| 014 | AV-PL000006 | 5/11/2001 | $ 13,000.00 | Yousef Al Hayek | Arab Bank PLC-Chtoura Branch | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Tulkarm Branch | Abbas Mohamed Al Sayed |
| 015 | AV-PL000012 | 7/9/2001 | $ 2,100.00 | Yousef El Hayek | Arab Bank PLC-Chtoura Branch | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Al Moamalat Al Islamiyah Branch | Mohamad Saleh Taha |
| 016 | AV-PL018565 | 8/24/2001 | $ 3,150.00 | The Welfare Association for Palestinian and Lebanon | Arab Bank PLC-Beirut Branch | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Khalil Branch | Al Jamieh Al Khairieh Al Islamieh [Islamic Charitable Society of Hebron] |
| 017 | AV-PL000008 | 9/12/2001 | $ 2,100.00 | Yousef El Hayek | Arab Bank PLC-Chtoura Branch | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Al Moamalat Al Islamiyeh Branch | Mohamad Saleh Taha |
| 018 | AV-PL000019 | 9/12/2001 | $ 1,500.00 | Yousef El Hayek | Arab Bank PLC-Chtoura Branch | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Gaza Branch | Sayed Abu Msameh |
| 019 | AV-PL018562 | 9/19/2002 | $ 9,500.00 | Al Aqsa | Money Transfer IOC | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Islamic Banking Gaza | World Assembly of Muslim Youth WAMY |
| | Total Amount: | | $ 134,350.00 | Number of Transactions: | | 19 | | | | |
| *Cairo Amman Bank (CAB): Correspondent Banking Transactions with New York Banks* | | | | | | | | | | |
| 020 | AV-PL017365-66 | 1/13/1999 | $ 7,000.00 | Palestinians Relief + Development Fund Interpal | NatWest-UK | | AMEX Bank Ltd-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | El Wafa Elderly Nursing Home |
| 021 | AV-PL017367-68 | 1/13/1999 | $ 5,000.00 | Palestinians Relief + Development Fund - Interpal | NatWest-UK | | AMEX Bank Ltd-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Bethlehem | Beit Fajjar Zakat Committee |
| 022 | AV-PL012824-25 | 3/11/1999 | $ 3,925.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | | Cairo Amman Bank-Hebron Branch | Halhul Zakat Committee |
| 023 | AV-PL017317-18 | 5/4/1999 | $ 12,160.00 | Palestinians Relief + Development Fund - Interpal | NatWest-UK | | AMEX Bank Ltd-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Jinin Branch | Jinin Zakat Committee [Jenin Zakat Committee] |
| 024 | AV-PL017319-20 | 5/4/1999 | $ 3,500.00 | Palestinians Relief + Development Fund - Interpal | NatWest-UK | | AMEX Bank Ltd-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza Branch | El-Wafa Elderly Nursing Home |
| 025 | AV-PL012892-94 | 5/21/1999 | $ 4,230.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | | Cairo Amman Bank-Hebron | Halul Zakat Committee |
| 026 | AV-PL017321-22 | 7/7/1999 | $ 16,700.00 | Palestinians Relief + Development Fund - Interpal | NatWest-UK | | AMEX Bank Ltd-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza Branch | El-Wafa Elderly Nursing Home |
| 027 | AV-PL017323-24 | 7/7/1999 | $ 6,000.00 | Palestinians Relief + Development Fund - Interpal | NatWest-UK | | AMEX Bank Ltd-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Jinin Branch | Jinin Zakat Committee [Jenin Zakat Committee] |
| 028 | AV-PL017325-26 | 7/7/1999 | $ 5,000.00 | Palestinians Relief + Development Fund - Interpal | NatWest-UK | | AMEX Bank Ltd-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza Branch | Almujama Al-Islami-Khan Yunis |
| 029 | AV-PL012958-59 | 7/9/1999 | $ 3,804.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | | Cairo Amman Bank-Hebron Branch | Halhul Zakat Committee |
| 030 | AV-PL013025-26 | 9/23/1999 | $ 3,854.00 | Holyland Foundation | BankOne-Texas | | Bank of New York-New York | | Cairo Amman Bank-Hebron Branch | Halhul Zakat Committee |
| 031 | AV-PL013037-38 | 9/23/1999 | $ 7,948.00 | Holyland Foundation | BankOne-Texas | | Bank of New York-New York | | Cairo Amman Bank-Jeneen | Jeneen Zakat Committee [Jenin Zakat Committee] |
| 032 | AV-PL013103-04 | 11/22/1999 | $ 61,503.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Safrah Branch | Cairo Amman Bank-Islamic Transaction Hebron | Holy Land Foundation |
| 033 | AV-PL013114-15 | 12/2/1999 | $ 17,888.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Safrah Branch | Cairo Amman Bank-Hebron Islamic Transaction | Holyland Foundation |
| 034 | AV-PL013129-30 | 12/10/1999 | $ 10,152.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | | Cairo Amman Bank-Jineen | Jineen Zakat Committee [Jenin Zakat Committee] |
| 035 | AV-PL013131-32 | 12/10/1999 | $ 50,000.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadisafrah Branch | Cairo Amman Bank-Islamic Transaction Branch Hebron | Holy Land Foundation |
| 036 | AV-PL013153-54 | 12/21/1999 | $ 117,506.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrah | Cairo Amman Bank-Islamic Transaction [Branch] Hebron | Holyland Foundation |

| ID | Bates Number | Date of Transaction | Originator Amount | Originating Party | Originating Bank | Originator's Correspondent Bank | Intermediary's (or Beneficiary's) Correspondent Bank | Intermediary Bank | Beneficiary Bank | Beneficiary Party |
|---|---|---|---|---|---|---|---|---|---|---|
| 037 | AV-PL013161-62 | 12/28/1999 | $ 190,743.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrah | Cairo Amman Bank-Islamic Transaction [Branch] Hebron | Holyland Foundation |
| 038 | AV-PL013178-79 | 12/31/1999 | $ 4,851.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrah | Cairo Amman Bank-Islamic Transaction [Branch] Hebron | Holyland Foundation |
| 039 | AV-PL013196-97 | 1/5/2000 | $ 50,000.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrah | Cairo Amman Bank-Islamic Transaction [Branch] Hebron | Holy Land Foundation |
| 040 | AV-PL013206-07 | 1/13/2000 | $ 75,400.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrah Branch | Cairo Amman Bank-Silamic [sic] Transaction [Branch] Hebron | Holyland Foundation |
| 041 | AV-PL013216-17 | 1/26/2000 | $ 8,268.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrah Branch | Cairo Amman Bank-Islamic Transaction Branch Hebron | Holy Land Foundation |
| 042 | AV-PL013227-28 | 2/22/2000 | $ 32,548.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrah Branch | Cairo Amman [Bank]-Islamic Transaction [Branch] Hebron | Holy Land Foundation |
| 043 | AV-PL013230-31 | 2/28/2000 | $ 103,452.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Safrah [Branch] | Cairo Amman [Bank]-Islamic Transaction Branch Hebron | Holy Land Foundation |
| 044 | AV-PL013259-60 | 3/7/2000 | $ 65,458.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadia Sakrah Branch | Cairo Amman Bank-Islamic Transaction [Branch] Hebron | Holy Land Foundation |
| 045 | AV-PL013270-71 | 3/21/2000 | $ 193,877.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrah [Branch] | Cairo Amman Bank-Islamic Transaction [Branch] Hebron | Holy Land Foundation |
| 046 | AV-PL013309-11 | 4/5/2000 | $ 66,023.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrah [Branch] | Cairo Amman Bank-Islamic Transaction [Branch] Hebron | Holy Land Foundation |
| 047 | AV-PL013320-22 | 4/11/2000 | $ 98,981.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrah Branch | Cairo Amman Bank-Islamic Transaction [Branch] Hebron | Holyland Foundation |
| 048 | AV-PL017311-12 | 4/12/2000 | $ 30,129.00 | Palestinians Relief + Development Fund - Interpal | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Nablus Branch Islamic Transactions | Nablus Zakat Committee |
| 049 | AV-PL017313-14 | 4/12/2000 | $ 18,729.00 | Palestinians Relief + Development Fund - Interpal | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Jinin Branch | Jinin Zakat Committee [Jenin Zakat Committee] |
| 050 | AV-PL017315-16 | 4/11/2000 | $ 4,784.00 | Palestinians Relief + Development Fund - Interpal | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Bethlehem Branch | Beit Fajjar Zakat Committee |
| 051 | AV-PL000980 AV-PL013335-37 | 4/27/2000 | $ 4,202.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrah Branch | Cairo Amman [Bank]-Islamic Transaction [Branch] Hebron | Holy Land Foundation |
| 052 | AV-PL013355-57 | 5/23/2000 | $ 22,722.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrah Branch | Cairo Amman [Bank]-Islamic Transaction [Branch] Hebron | Holy Land Foundation |
| 053 | AV-PL017327-28 | 7/3/2000 | $ 19,000.00 | Palestinians Relief + Development Fund Interpal | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza Branch | Al-Mujama Al-Islami-Khan Yunis |
| 054 | AV-PL013392-94 | 7/7/2000 | $ 26,237.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman [Bank]-Islamic Transaction [Branch] Hebron | Holy Land Foundation |
| 055 | AV-PL013403-05 | 7/14/2000 | $ 38,539.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | [Cairo] Amman [Bank]-Wadi Sakrah Branch | Cairo Amman [Bank]-Islamic Transaction [Branch] Hebron | Holy Land Foundation |
| 056 | AV-PL000984 AV-PL013409-10 | 7/19/2000 | $ 54,500.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrah Branch | Cairo Amman Bank-Islamic Transaction [Branch] Hebron | Holy Land Foundation |
| 057 | AV-PL013438-40 | 8/3/2000 | $ 27,752.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrah Branch | Cairo Amman Bank-Islamic Transaction [Branch] Hebron | Holy Land Foundation |
| 058 | AV-PL018559 | 9/1/2000 | $ 4,970.68 | WAMY | Arab Bank-Amman | | Citibank NA-New York | | Cairo Amman Bank-Amman | Aljamiah Alkhairiyah Alislami Bilkhalil [Islamic Charitable Society Hebron] |
| 059 | AV-PL013477-79 | 9/18/2000 | $ 62,279.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrah Branch | Cairo Amman Bank-Islamic Transaction [Branch] Hebron | Holy Land Foundation |
| 060 | AV-PL015079 | 9/29/2000 | $ 75,456.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Islamic Transaction [Branch] Hebron | Holy Land Foundation |
| 061 | AV-PL018560 | 10/10/2000 | $ 697.11 | WAMY | Arab Bank-Amman | | Citibank NA-New York | | Cairo Amman Bank-Amman | Jamiah Alkhairiya Alislamia Alkhaleel Bait Al Awal [Islamic Charitable Society Hebron] |
| 062 | AV-PL000016 | 10/10/2000 | $ 8,485.86 | Yousef El Hayek | Arab Bank-Amman | | Citibank NA-New York | | Cairo Amman Bank-Amman | Ghazi Ahmad Hamad |
| 063 | AV-PL013501-02 | 10/10/2000 | $ 97,810.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadisakrah Branch | Cairo Amman Bank-Islamic Transaction [Branch] Hebron | Holy Land Foundation |
| 064 | AV-PL013508-10 | 10/19/2000 | $ 200,000.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrh Branch | Cairo Amman Bank-Islamic Transaction [Branch] Hebron | Holy Land Foundation |

| ID | Bates Number | Date of Transaction | Originator Amount | Originating Party | Originating Bank | Originator's Correspondent Bank | Intermediary's (or Beneficiary's) Correspondent Bank | Intermediary Bank | Beneficiary Bank | Beneficiary Party |
|---|---|---|---|---|---|---|---|---|---|---|
| 065 | AV-PL013524-26 | 10/25/2000 | $ 186,210.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrah Branch | Cairo Amman Bank-Islamic Trans[action] Branch Hebron | Holy Land Foundation |
| 066 | AV-PL013540-41 | 11/2/2000 | $ 227,000.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Islamic Transaction [Branch] Hebron | Holy Land Foundation |
| 067 | AV-PL013556-57 | 11/9/2000 | $ 116,198.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Aman [sic] Bank-Wadi Sakrah Branch | Cairo Amman Bank-Islamic Transaction [Branch] Hebron | Holy Land Foundation |
| 068 | AV-PL013558-59 | 11/14/2000 | $ 275,956.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrah Branch | Cairo Amman Bank-Islamic Transaction [Branch] Hebron | Holy Land Foundation |
| 069 | AV-PL013570-71 | 11/20/2000 | $ 200,000.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrah Branch | Cairo Amman Bank-Islamic Transaction [Branch] Hebron | Holy Land Foundation |
| 070 | AV-PL017329-30 | 11/27/2000 | $ 42,000.00 | Palestinians Relief + Development Fund Interpal | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Nablus Branch Islamic Transactions | Nablus Zakat Committee |
| 071 | AV-PL017331-32 | 11/27/2000 | $ 19,000.00 | Interpal LTD | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza Branch | El-Wafa Elderly Nursing Home |
| 072 | AV-PL017333-34 | 11/27/2000 | $ 15,500.00 | Palestinians Relief + Development Fund Interpal | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Jinin Branch | Jinin Zakat Committee [Jenin Zakat Committee] |
| 073 | AV-PL017335-36 | 11/27/2000 | $ 9,000.00 | Interpal LTD | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Beirhlehem Branch [sic] | Beit Fajjar Zakat Committee |
| 074 | AV-PL013584-85 | 11/30/2000 | $ 245,000.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrah Branch | Cairo Amman Bank-Islamic Transaction [Branch] Hebron | Holyland Foundation |
| 075 | AV-PL013615-16 | 12/7/2000 | $ 220,660.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrah Branch | Cairo Amman Bank-Islamic Transaction [Branch] Hebron | Holyland Foundation |
| 076 | AV-PL000011 | 12/19/2000 | $ 1,490.11 | Yousef El-Hayek | Arab Bank-Amman | | Citibank NA-New York | | Cairo Amman Bank-Amman | Mohamad Saleh Taha |
| 077 | AV-PL013626-27 | 12/22/2000 | $ 204,125.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrah Branch | Cairo Amman Bank-Islamic Trans[action Branch] Hebron | Holyland Foundation |
| 078 | AV-PL013632-33 | 12/26/2000 | $ 24,031.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrah Branch | Cairo Amman Bank-Islamic Transaction Hebron Branch | Holy Land Foundation |
| 079 | AV-PL013647-48 | 1/8/2001 | $ 122,517.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrah Branch | Cairo Amman Bank-Islamic Transaction [Branch] Hebron | Holy Land Foundation |
| 080 | AV-PL013664-65 | 1/16/2001 | $ 229,283.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrah Branch | Cairo Amman Bank-Islamic Transaction [Branch] Hebron | Holy Land Foundation |
| 081 | AV-PL013699-700 | 2/2/2001 | $ 9,537.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrah Branch | Cairo Amman Bank-Islamic Transaction [Branch] Hebron | Holyland Foundation |
| 082 | AV-PL018561 | 2/6/2001 | $ 8,507.18 | WAMY | Arab Bank-Amman | | Citibank NA-New York | | Cairo Amman Bank-Amman | Jamiyat Al Shubban Almuslimeen-Balkhaleel Al Khaleel Palesteen [Muslim Youth Society-Hebron] |
| 083 | AV-PL013702-03 | 2/7/2001 | $ 20,570.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrah Branch | Cairo Amman Bank-Islamic Transaction [Branch] Hebron | Holy Land Foundation |
| 084 | AV-PL018557 | 2/8/2001 | $ 2,840.78 | International Islamic Relief Organisation | Arab Bank-Amman | | Citibank NA-New York | | Cairo Amman Bank-Amman | Nablus Zaka[t] Committee |
| 085 | AV-PL000010 | 2/12/2001 | $ 2,090.11 | Yousef Al Hayek | Arab Bank-Amman | | Citibank NA-New York | | Cairo Amman Bank-Amman | Mohamed Saleh Taha |
| 086 | AV-PL018558 | 2/16/2001 | $ 7,825.85 | International Islamic Relief Organisation | Arab Bank-Amman | | Citibank NA-New York | | Cairo Amman Bank-Amman | Nablus Zaka[t] Committee |
| 087 | AV-PL013713-14 | 2/16/2001 | $ 50,000.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrah Branch | Cairo Amman Bank-Islamic Transaction Branch Hebron | Holy Land Foundation |
| 088 | AV-PL013737-38 | 3/8/2001 | $ 374,755.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrah [Branch] | Cairo Amman Bank-Islamic Transaction [Branch] Hebron | Holy Land Foundation |
| 089 | AV-PL000009 | 4/4/2001 | $ 2,090.11 | Yousef El-Hayek | Arab Bank-Amman | | Citibank NA-New York | | Cairo Amman Bank-Amman | Mohamad Saleh Taha |
| 090 | AV-PL013751-52 | 4/4/2001 | $ 22,820.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrah Branch | Cairo Amman Bank-Islamic Transaction [Branch] Hebron | Holyland Foundation |
| 091 | AV-PL013760-61 | 4/23/2001 | $ 9,524.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrah Branch | Cairo Amman [Bank]-Islamic Transaction [Branch] Hebron | Holyland Foundation |
| 092 | AV-PL013797-98 | 5/9/2001 | $ 166,078.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrah Branch | Cairo Amman Bank-Islamic Transaction [Branch] Hebron | Holyland Foundation |
| 093 | AV-PL013811-12 | 6/14/2001 | $ 192,403.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrah Branch | Cairo Amman Bank-Islamic Transaction [Branch] Gaza | Holy Land Foundation |
| 094 | AV-PL013827-28 | 6/22/2001 | $ 48,135.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrah Branch | Cairo Amman Bank-Islamic Transaction Gaza Branch | Holyland Foundation |

| ID | Bates Number | Date of Transaction | Originator Amount | Originating Party | Originating Bank | Originator's Correspondent Bank | Intermediary's (or Beneficiary's) Correspondent Bank | Intermediary Bank | Beneficiary Bank | Beneficiary Party |
|---|---|---|---|---|---|---|---|---|---|---|
| 095 | AV-PL017293-94 | 7/17/2001 | $ 14,830.00 | Palestinians Relief + Dev[elopment] Fund Interpal | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Jinin Branch | Jinin Zakat Committee [Jenin Zakat Committee] |
| 096 | AV-PL017295-96 | 7/17/2001 | $ 10,000.00 | Palestinians Relief + Development Fund Interpal | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Islamic Transaction Branch Gaza | Al-Mujama Al-Islami-Khan Yunis |
| 097 | AV-PL017297-98 | 7/17/2001 | $ 5,000.00 | Palestinians Relief + Development Fund Interpal | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza Branch | El-Wafa Elderly Nursing Home |
| 098 | AV-PL017299-300 | 7/17/2001 | $ 4,970.00 | Palestinians Relief + Development Fund Interpal | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Nablus Branch Islamic Transactions | Nablus Zakat Committee |
| 099 | BNPP000001 | 8/13/2001 | $ 703,699.77 | Islamic University of Gaza | Cairo Amman Bank-Ramallah | Citibank NA-New York | BNP Paribas-New York | | BNP Paribas Suise SA-Geneva | Al Osama Trading Company LTD |
| 100 | AV-PL017301-02 | 8/24/2001 | $ 19,140.00 | Palestinians Relief + Development Fund Interpal | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank Jinin Branch | Jinin Zakat Committee [Jenin Zakat Committee] |
| 101 | AV-PL013843-44 | 8/31/2001 | $ 219,126.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | | Cairo Amman Bank-Ramallah Branch | Holyland Foundation |
| 102 | AV-PL013858-59 | 9/7/2001 | $ 95,505.00 | Holyland Foundation | BankOne-Texas | | Citibank NA-New York | | Cairo Amman Bank-Ramallah [Branch] | Holy Land Foundation |
| 103 | AV-PL017303-04 | 9/24/2001 | $ 6,089.00 | Palestinians Relief + Development Fund Interpal | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza Branch | El-Wala Elderly Nursing Home |
| 104 | AV-PL013899-00 AV-PL013905-06 | 9/29/2001 | $ 175,290.00 | Holyland Foundation | | | Citibank NA-New York | | Cairo Amman Bank-Ramallah Branch | Holy Land Foundation |
| 105 | AV-PL013875-76 AV-PL013907-08 | 10/6/2001 | $ 132,565.00 | Holyland Foundation | | | Citibank NA-New York | | Cairo Amman Bank-Ramallah Branch | Holy Land Foundation |
| 106 | AV-PL011208-10 | 11/14/2001 | $ 97,000.00 | Holy Land Foundation | JPMChase-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrah [Branch] | Cairo Amman Bank-Islamic Transaction [Branch] Gaza | Holy Land Foundation |
| 107 | AV-PL011223-25 | 11/19/2001 | $ 112,500.00 | Holyland Foundation | JPMChase-Texas | | Citibank NA-New York | Cairo Amman Bank-Wadi Sakrah Branch | Cairo Amman Bank-Islamic Transaction [Branch] Gaza | Holy Land Foundation |
| 108 | AV-PL011250-52 | 12/3/2001 | $ 373,270.00 | Holyland Foundation | JPMChase-Texas | | Citibank NA-New York | | Cairo Amman Bank-Ramallah [Branch] | Holy Land Foundation |
| 109 | AV-PL017305-06 | 12/24/2001 | $ 10,000.00 | Palestinians Relief + Development Fund | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza Branch | El-Wafa Rehabilitation Hospital |
| 110 | AV-PL017307-08 | 12/24/2001 | $ 10,000.00 | Palesti[n]ians Relief + Development Fund | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Jinin Branch | Al-Razi Hospital |
| 111 | AV-PL017309-10 | 3/14/2002 | $ 5,000.00 | Palestians [sic] Relief + Development Fund - Interpal | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza Branch Islamic Transactions Section | Al-Mujana Al Islami - Khan Yunis |
| 112 | AV-PL018564 | 4/19/2002 | $ 3,975.00 | Al Wafa Charitable Society | Cairo Amman Bank-Amman | Citibank NA-New York | | | Arab Bank-Cairo | Aiman Ishaq Al Badri |
| 113 | AV-PL018567 | 4/29/2002 | $ 9,969.43 | Mohammed Bin Rashid Almaktoum | Arab Bank-Amman | | Citibank NA-New York | | Cairo Amman Bank-Amman | Lajnat Zakat Wa Sadaqat Alkhalil [Hebron Zakat Committee] |
| 114 | AV-PL018566 | 6/3/2002 | $ 10,944.91 | Mohammed Bin Rashid Almaktoum | Arab Bank-Amman | | Citibank NA-New York | | Cairo Amman Bank-Amman | Lajnat Amwal Alzakat [Jenin Zakat Committee] |
| 115 | AV-PL017369-93 | 8/8/2002 | $ 15,000.00 | Palestinians Relief & Dev[elopment] Fund | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Jinin Branch | Al-Razi Hospital |
| 116 | AV-PL017394-418 | 8/8/2002 | $ 10,000.00 | Palestinians Relief & Dev[elopment] Fund | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Beithlehem | Beit Fajjar Zakat Committee |
| 117 | AV-PL017419-43 | 8/8/2002 | $ 14,000.00 | Palestinians Relief & Dev[elopment] Fund | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Jinin Branch | Al-Razi Hospital |
| 118 | AV-PL017444-69 | 8/8/2002 | $ 15,000.00 | Palestinians Relief & Dev[elopment] Fund | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Jenin Branch | Jenin Zakat Committee |
| 119 | AV-PL017470-94 | 8/8/2002 | $ 10,000.00 | Palestinians Relief & Dev[elopment] Fund | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Jenin Branch | Jenin Zakat Committee |
| 120 | AV-PL017495-519 | 8/8/2002 | $ 27,000.00 | Palestinians Relief & Dev[elopment] Fund | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | WAMY - Gaza Office |
| 121 | AV-PL018242-66 | 8/8/2002 | $ 5,000.00 | Palestinians Relief & Dev[elopment] Fund | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | Al-Mujama Al-Islami-Khan Yunis |
| 122 | AV-PL001040-41 | 8/14/2002 | $ 1,749.00 | Palestinians Relief & Dev[elopment] Fund | NatWest-UK | | Citibank NA-New York | | Cairo Amman Bank-Hebron | Ithna Zakat Committee |
| 123 | AV-PL017723-47 | 8/16/2002 | $ 11,279.00 | Palestinians Relief & Dev[elopment] Fund | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | Al-Mujama Al-Islami-Khan Yunis |
| 124 | AV-PL017957-81 | 8/16/2002 | $ 5,900.00 | Palestinians Relief & Dev[elopment] Fund | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | Al-Mujama Al-Islami-Khan Yunis |
| 125 | AV-PL017982-8006 | 8/16/2002 | $ 6,866.00 | Palestinians Relief & Dev[elopment] Fund | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Islamic Banking Al-Khalil Branch | The Islamic Charity Society |
| 126 | AV-PL018007-31 | 8/16/2002 | $ 4,751.00 | Palestinians Relief & Dev[elopment] Fund | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Islamic Banking Al-Khalil Branch | The Islamic Charitable Society |
| 127 | AV-PL018032-56 | 8/16/2002 | $ 21,279.00 | Palestinians Relief & Dev[elopment] Fund | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Ramallah | Jenin Zakat Committee |
| 128 | AV-PL018292-316 | 8/16/2002 | $ 5,796.00 | Palestinians Relief & Dev[elopment] Fund | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Bethlehem | Beit Fajjar Zakat Committee |
| 129 | AV-PL018317-43 | 8/16/2002 | $ 19,712.00 | Palestinians Relief & Dev[elopment] Fund | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Ramallah | Islamic Society for Orphan Care Yatta |
| 130 | AV-PL018563 | 11/15/2002 | $ 9,500.00 | Al Aqsa | Money Transfer IOC | | Citibank NA-New York | Cairo Amman Bank-Jericho | Cairo Amman Bank-Islamic Banking Gaza | World Assembly of Muslim Youth WAMY |
| 131 | AV-PL017160-81 | 7/1/2003 | $ 40,000.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Jenin Branch | Al-Razi Hospital c/o Jenin Zakat Committee |
| 132 | AV-PL017116-37 | 8/1/2003 | $ 80,000.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | WAMY - Gaza Office |
| 133 | AV-PL017138-59 | 8/1/2003 | $ 50,000.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | El-Wafa Charitable Society |

CONFIDENTIAL

| ID | Bates Number | Date of Transaction | Originator Amount | Originating Party | Originating Bank | Originator's Correspondent Bank | Intermediary's (or Beneficiary's) Correspondent Bank | Intermediary Bank | Beneficiary Bank | Beneficiary Party |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Total Amount: | $ 7,348,915.90 | Number of Transactions: | 114 | | | | | |