# Exhibit 9

| Bates Number | Date of Transaction | Amount | Originating Party | Originating Bank | Originator's Correspondent Bank | Beneficiary's Correspondent Bank | Intermediary Bank | Beneficiary Bank | Beneficiary Party |
|---|---|---|---|---|---|---|---|---|---|
| *CAB Nested New York Correspondent Account with Arab Bank-New York* | | | | | | | | | |
| AV-PL000017 | 10/18/2000 | $ 8,500.00 | Yousef El Hayek | Arab Bank-Beirut | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Gaza | Ghazi Ahmed Hamad |
| AV-PL000015 | 11/16/2000 | $ 8,500.00 | Yousef El-Hayek | Arab Bank-Beirut | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Gaza | Ghazi Ahmad Hamad |
| AV-PL000014 | 12/15/2000 | $ 8,500.00 | Yousef El-Hayek | Arab Bank-Beirut | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Gaza | Ghazi Ahmed Hamad |
| AV-PL000013 | 1/18/2001 | $ 8,500.00 | Yousef El Hayek | Arab Bank-Beirut | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Gaza | Ghazi Ahmed Hamad |
| AV-PL000021 | 2/14/2001 | $ 1,500.00 | Yousef Al Hayek | Arab Bank-Beirut | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Gaza | Sayed Abou Msameh |
| AV-PL000007 | 2/15/2001 | $ 6,000.00 | Yousef Al Hayek | Arab Bank-Beirut | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Tulkarm | Abbas Mohaned Al Sayed |
| AV-PL000005 | 3/1/2001 | $ 9,000.00 | Yousef Al Hayek | Arab Bank-Beirut | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Tulkarm | Abbas Mohaned Al Sayed |
| AV-PL000018 | 3/1/2001 | $ 8,500.00 | Yousef El Hayek | Arab Bank-Beirut | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Gaza | Ghazi Ahmed Hamad |
| AV-PL000002 | 4/3/2001 | $ 13,000.00 | Yousef El Hayek | Arab Bank-Beirut | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Tulkarm | Abbas Mohamed El Sayed |
| AV-PL000003 | 4/24/2001 | $ 5,000.00 | Yousef Al Hayek | Arab Bank-Beirut | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Tulkarm | Abbas Mohaned Al Sayed |
| AV-PL000004 | 4/27/2001 | $ 13,000.00 | Yousef El Hayek | Arab Bank-Beirut | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Tulkarm | Abbas Mohamed El Sayed |
| AV-PL000001 | 5/3/2001 | $ 10,000.00 | Yousef El Hayek | Arab Bank-Beirut | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Tulkarm | Abbas Mohaned Al Sayed |
| AV-PL000020 | 5/8/2001 | $ 3,000.00 | Yousef El Hayek | Arab Bank-Beirut | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Gaza | Sayed Abou Msameh |
| AV-PL000006 | 5/11/2001 | $ 13,000.00 | Yousef Al Hayek | Arab Bank-Beirut | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Tulkarm | Abbas Mohaned Al Sayed |
| AV-PL000012 | 7/9/2001 | $ 2,100.00 | Yousef El Hayek | Arab Bank-Beirut | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Gaza | Mohamad Saleh Taha |
| AV-PL018565 | 8/24/2001 | $ 3,150.00 | The Welfare Association for Palestanian and Lebanon | Arab Bank-Beirut | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Khalil | Al Jamieh Al Khairieh Al Islamieh |
| AV-PL000008 | 9/12/2001 | $ 2,100.00 | Yousef El Hayek | Arab Bank-Beirut | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Gaza | Mohamad Saleh Taha |
| AV-PL000019 | 9/12/2001 | $ 1,500.00 | Yousef El Hayek | Arab Bank-Beirut | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Gaza | Sayed Abu Msameh |
| AV-PL018562 | 9/19/2002 | $ 9,500.00 | Al Aqsa | Money Transfer IOC | Arab Bank-New York | Arab Bank-New York | Arab Bank-Ramallah | Cairo Amman Bank-Gaza | World Assembly of Muslim Youth |
| *CAB New York Correspondent Accounts* | | | | | | | | | |
| AV-PL017365-66 | 1/13/1999 | $ 7,000.00 | Interpal-UK | NatWest-UK | | AMEX Bank Ltd-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | El Wafa Elderly Nursing Home |
| AV-PL017367-68 | 1/13/1999 | $ 5,000.00 | Interpal-UK | NatWest-UK | | AMEX Bank Ltd-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Bethlehem | Beit Fajjar Zakat Committee |
| AV-PL012824-25 | 3/11/1999 | $ 3,925.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | | Cairo Amman Bank-Hebron | Halul Zakat Committee |
| AV-PL017317-18 | 5/4/1999 | $ 12,160.00 | Interpal-UK | NatWest-UK | | AMEX Bank Ltd-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Jineen | Jinin Zakat Committee |
| AV-PL017319-20 | 5/4/1999 | $ 3,500.00 | Interpal-UK | NatWest-UK | | AMEX Bank Ltd-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | El-Wafa Elderly Nursing Home |
| AV-PL012893-94 | 5/21/1999 | $ 4,230.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | | Cairo Amman Bank-Hebron | Halul Zakat Committee |
| AV-PL017321-22 | 7/6/1999 | $ 16,700.00 | Interpal-UK | NatWest-UK | | AMEX Bank Ltd-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | El-Wafa Elderly Nursing Home |
| AV-PL017323-24 | 7/6/1999 | $ 6,000.00 | Interpal-UK | NatWest-UK | | AMEX Bank Ltd-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Jineen | Jinin Zakat Committee |
| AV-PL017325-26 | 7/6/1999 | $ 5,000.00 | Interpal-UK | NatWest-UK | | AMEX Bank Ltd-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | Al-Mujama Al-Islami-Khan Yunis |
| AV-PL012958-59 | 7/9/1999 | $ 3,804.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | | Cairo Amman Bank-Hebron | Halul Zakat Committee |
| AV-PL013025-26 | 9/23/1999 | $ 3,854.00 | Holy Land Foundation-US | BankOne-Texas | | Bank of New York-New York | | Cairo Amman Bank-Hebron | Halul Zakat Committee |
| AV-PL013037-38 | 9/23/1999 | $ 7,948.00 | Holy Land Foundation-US | BankOne-Texas | | Bank of New York-New York | | Cairo Amman Bank-Hebron | Jeneen Zakat Committee |
| AV-PL013114-15 | 12/2/1999 | $ 17,888.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL013129-30 | 12/10/1999 | $ 10,152.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | | Cairo Amman Bank-Jineen | Jineen Zakat Committee |
| AV-PL013131-32 | 12/10/1999 | $ 50,000.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL013139-40 | 12/13/1999 | $ 5,200.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | | Cairo Amman Bank-Ramallah | Silwad Municipality |
| AV-PL013153-54 | 12/21/1999 | $ 117,506.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL013161-62 | 12/28/1999 | $ 190,743.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL013178-79 | 12/31/1999 | $ 4,851.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL013196-97 | 1/5/2000 | $ 50,000.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL013206-07 | 1/13/2000 | $ 75,400.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL013227-28 | 2/22/2000 | $ 32,548.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |

**CONFIDENTIAL**

| Bates Number | Date of Transaction | Amount | Originating Party | Originating Bank | Originator's Correspondent Bank | Beneficiary's Correspondent Bank | Intermediary Bank | Beneficiary Bank | Beneficiary Party |
|---|---|---|---|---|---|---|---|---|---|
| AV-PL013230-31 | 2/28/2000 | $ 103,452.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL013259-60 | 3/7/2000 | $ 65,458.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL013270-71 | 3/21/2000 | $ 193,877.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL013309-11 | 4/5/2000 | $ 66,023.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL013320-22 | 4/11/2000 | $ 98,981.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL017311-12 | 4/11/2000 | $ 50,129.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Nablus | Nablus Zakat Committee |
| AV-PL017313-14 | 4/11/2000 | $ 18,729.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Jineen | Jinin Zakat Committee |
| AV-PL017315-16 | 4/11/2000 | $ 4,784.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Bethlehem | Beit Fajjar Zakat Committee |
| AV-PL000980 | 4/27/2000 | $ 4,202.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL013355-57 | 5/23/2000 | $ 22,722.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL017327-28 | 6/30/2000 | $ 19,000.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | Al-Mujama Al-Islami-Khan Yunis |
| AV-PL013392-94 | 7/7/2000 | $ 26,237.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL013403-05 | 7/14/2000 | $ 38,539.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL000984 | 7/19/2000 | $ 54,500.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL013438-40 | 8/3/2000 | $ 27,752.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL018559 | 9/1/2000 | $ 4,970.68 | World Assembly of Muslim Youth | Arab Bank-Amman | Arab Bank-New York | Citibank NA-New York | | Cairo Amman Bank-Amman | Aljamiah Alkhairiyah Alislami Bilkhalil |
| AV-PL013477-79 | 9/18/2000 | $ 62,279.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL015079 | 9/29/2000 | $ 75,456.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL018560 | 10/10/2000 | $ 697.11 | World Assembly of Muslim Youth | Arab Bank-Amman | Arab Bank-New York | Citibank NA-New York | | Cairo Amman Bank-Amman | Jamiah Alkhairiya Alislamia Alkhaleel Bait Al Awal |
| AV-PL000016 | 10/10/2000 | $ 8,485.86 | Yousef El Hayek | Arab Bank-Amman | Arab Bank-New York | Citibank NA-New York | | Cairo Amman Bank-Amman | Ghazi Ahmad Hamad |
| AV-PL013501-02 | 10/10/2000 | $ 97,810.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL013508-10 | 10/19/2000 | $ 200,000.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL013524-26 | 10/25/2000 | $ 186,210.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL013540-41 | 11/2/2000 | $ 227,000.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL013556-57 | 11/9/2000 | $ 116,198.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL013558-59 | 11/14/2000 | $ 275,956.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL013570-71 | 11/20/2000 | $ 200,000.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL017329-30 | 11/24/2000 | $ 42,000.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Nablus | Nablus Zakat Committee |
| AV-PL017331-32 | 11/24/2000 | $ 19,000.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | El-Wafa Elderly Nursing Home |
| AV-PL017333-34 | 11/24/2000 | $ 15,500.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Jineen | Jinin Zakat Committee |
| AV-PL017335-36 | 11/24/2000 | $ 9,000.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Bethlehem | Beit Fajjar Zakat Committee |
| AV-PL013584-85 | 11/30/2000 | $ 245,000.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL013615-16 | 12/7/2000 | $ 220,660.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL000011 | 12/19/2000 | $ 1,490.11 | Yousef El-Hayek | Arab Bank-Amman | Arab Bank-New York | Citibank NA-New York | | Cairo Amman Bank-Amman | Mohamad Saleh Taha |
| AV-PL013626-27 | 12/22/2000 | $ 204,125.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL013632-33 | 12/26/2000 | $ 24,031.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL013647-48 | 1/8/2001 | $ 122,517.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |

| Bates Number | Date of Transaction | Amount | Originating Party | Originating Bank | Originator's Correspondent Bank | Beneficiary's Correspondent Bank | Intermediary Bank | Beneficiary Bank | Beneficiary Party |
|---|---|---|---|---|---|---|---|---|---|
| AV-PL013664-65 | 1/17/2001 | $ 229,283.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL013699-700 | 2/2/2001 | $ 9,537.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL018561 | 2/6/2001 | $ 8,507.18 | World Assembly of Muslim Youth | Arab Bank-Amman | Arab Bank-New York | Citibank NA-New York | | Cairo Amman Bank-Amman | Jamiyat Al Shubban Almuslimeen |
| AV-PL013702-03 | 2/7/2001 | $ 20,570.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL018557 | 2/8/2001 | $ 2,840.78 | International Islamic Relief Organisation | Arab Bank-Amman | Arab Bank-New York | Citibank NA-New York | | Cairo Amman Bank-Amman | Nablus Zakat Committee |
| AV-PL000010 | 2/12/2001 | $ 2,090.11 | Yousef Al Hayek | Arab Bank-Amman | Arab Bank-New York | Citibank NA-New York | | Cairo Amman Bank-Amman | Mohamad Saleh Taha |
| AV-PL018558 | 2/16/2001 | $ 7,825.85 | International Islamic Relief Organisation | Arab Bank-Amman | Arab Bank-New York | Citibank NA-New York | | Cairo Amman Bank-Amman | Nablus Zakat Committee |
| AV-PL013713-14 | 2/16/2001 | $ 50,000.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL013737-38 | 3/8/2001 | $ 374,755.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL000009 | 4/4/2001 | $ 2,090.11 | Yousef El-Hayek | Arab Bank-Amman | Arab Bank-New York | Citibank NA-New York | | Cairo Amman Bank-Amman | Mohamad Saleh Taha |
| AV-PL013751-52 | 4/4/2001 | $ 22,820.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL013760-61 | 4/23/2001 | $ 9,524.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL013797-98 | 5/9/2001 | $ 166,078.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Holy Land Foundation-Ramallah |
| AV-PL013811-12 | 6/14/2001 | $ 192,403.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | Holy Land Foundation-Ramallah |
| AV-PL013827-28 | 6/22/2001 | $ 48,135.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | Holy Land Foundation-Ramallah |
| AV-PL017293-94 | 7/16/2001 | $ 14,830.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Jineen | Jinin Zakat Committee |
| AV-PL017295-96 | 7/16/2001 | $ 10,000.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | Al-Mujama Al-Islami-Khan Yunis |
| AV-PL017297-98 | 7/16/2001 | $ 5,000.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | El-Wafa Elderly Nursing Home |
| AV-PL017299-300 | 7/16/2001 | $ 4,970.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Nablus | Nablus Zakat Committee |
| AV-PL017301-02 | 8/23/2001 | $ 19,140.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Jineen | Jinin Zakat Committee |
| AV-PL013843-44 | 8/31/2001 | $ 219,126.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | | Cairo Amman Bank-Ramallah | Holy Land Foundation-Ramallah |
| AV-PL013858-59 | 9/7/2001 | $ 95,505.00 | Holy Land Foundation-US | BankOne-Texas | | Citibank NA-New York | | Cairo Amman Bank-Ramallah | Holy Land Foundation-Ramallah |
| AV-PL017303-04 | 9/21/2001 | $ 6,089.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | El-Wala Elderly Nursing Home |
| AV-PL011208-10 | 11/14/2001 | $ 97,000.00 | Holy Land Foundation-US | JPMChase-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | Holy Land Foundation-Ramallah |
| AV-PL011223-25 | 11/19/2001 | $ 112,500.00 | Holy Land Foundation-US | JPMChase-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | Holy Land Foundation-Ramallah |
| AV-PL011250-52 | 12/3/2001 | $ 373,270.00 | Holy Land Foundation-US | JPMChase-Texas | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | Holy Land Foundation-Ramallah |
| AV-PL017305-06 | 12/21/2001 | $ 10,000.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | El-Wafa Medical Rehab. Hospital |
| AV-PL017307-08 | 12/24/2001 | $ 10,000.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Jineen | Al-Razi Hospital |
| AV-PL017309-10 | 3/13/2002 | $ 5,000.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | Al-Mujana Al-Islami - Khan Yunis |
| AV-PL018564 | 4/19/2002 | $ 3,795.00 | Al Wafa Charitable Society | Cairo Amman Bank-Amman | Citibank NA-New York | Arab Bank-New York | | Arab Bank- Cairo | Aiman Ishaq Al Badri |
| AV-PL018567 | 4/29/2002 | $ 9,969.43 | Mohammed Bin Rashid Almaktoum | Arab Bank-Amman | Arab Bank-New York | Citibank NA-New York | | Cairo Amman Bank-Amman | Lajnat Amwal Alzakat |
| AV-PL018566 | 6/3/2002 | $ 10,944.91 | Mohammed Bin Rashid Almaktoum | Arab Bank-Amman | Arab Bank-New York | Citibank NA-New York | | Cairo Amman Bank-Amman | Lajnat Amwal Alzakat |
| AV-PL017369-93 | 8/8/2002 | $ 15,000.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Jineen | Al-Razi Hospital |
| AV-PL017394-418 | 8/8/2002 | $ 10,000.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Bethlehem | Beit Fajjar Zakat Committee |
| AV-PL017419-43 | 8/8/2002 | $ 14,000.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Jineen | Al-Razi Hospital |
| AV-PL017444-69 | 8/8/2002 | $ 15,000.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Jineen | Jenin Zakat Committee |

| Bates Number | Date of Transaction | Amount | Originating Party | Originating Bank | Originator's Correspondent Bank | Beneficiary's Correspondent Bank | Intermediary Bank | Beneficiary Bank | Beneficiary Party |
|---|---|---|---|---|---|---|---|---|---|
| AV-PL017470-94 | 8/8/2002 | $ 10,000.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Jineen | Jenin Zakat Committee |
| AV-PL017495-519 | 8/8/2002 | $ 27,000.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | WAMY - Gaza Office |
| AV-PL018242-66 | 8/8/2002 | $ 5,000.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | Al-Mujama Al-Islami-Khan Yunis |
| AV-PL001040-41 | 8/14/2002 | $ 1,749.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | Ithna Zakat Committee |
| AV-PL017723-47 | 8/16/2002 | $ 11,279.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | Al-Mujama Al-Islami-Khan Yunis |
| AV-PL017957-81 | 8/16/2002 | $ 5,900.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | Al-Mujama Al-Islami-Khan Yunis |
| AV-PL017982-8006 | 8/16/2002 | $ 6,866.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | The Islamic Charity Society |
| AV-PL018007-31 | 8/16/2002 | $ 4,751.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Hebron | The Islamic Charitable Society |
| AV-PL018032-56 | 8/16/2002 | $ 21,279.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Ramallah | Jenin Zakat Committee |
| AV-PL018292-316 | 8/16/2002 | $ 5,796.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Bethlehem | Beit Fajjar Zakat Committee |
| AV-PL018317-43 | 8/16/2002 | $ 19,712.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Ramallah | Islamic Society for Orphan Care Yatta |
| AV-PL018563 | 11/15/2002 | $ 9,500.00 | Al Aqsa | Money Transfer IOC | Arab Bank-New York | Citibank NA-New York | Cairo Amman Bank-Jericho | Cairo Amman Bank-Gaza | World Assembly of Muslim Youth |
| AV-PL017160-81 | 7/1/2003 | $ 40,000.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Jineen | Al-Razi Hospital |
| AV-PL017116-37 | 8/1/2003 | $ 80,000.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | WAMY - Gaza Office |
| AV-PL017138-59 | 8/1/2003 | $ 50,000.00 | Interpal-UK | NatWest-UK | | Citibank NA-New York | Cairo Amman Bank-Amman | Cairo Amman Bank-Gaza | El-Wafa Charitable Society |