USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AVERBACH et al.,

                              Plaintiffs,

-against-

CAIRO AMMAN BANK,

                              Defendant.

**ORDER**

19-CV-0004-GHW-KHP

---

**KATHARINE H. PARKER, United States Magistrate Judge**

As discussed at the October 12, 2023 Case Management Conference:

The parties shall meet and confer in an effort to reach agreement as to categories of CAB records for preliminary production, and shall file a joint status letter by **Friday, November 3, 2023** of no more than 5 pages providing an update as to their resolution of the issue.

By **Thursday, November 30, 2023,** Plaintiff shall have produced all relevant and responsive documents in its possession that it represented at the conference it intends to produce by the end of November.

Additionally, by **Thursday, November 30, 2023**, the parties shall compile a spreadsheet (or spreadsheets) in accordance with the Court's guidance at the Conference so that the parties and the Court can more easily understand what discovery is necessary as to the various Plaintiffs and claims. The spreadsheet(s) should be in a format that is shareable with the Court should the Court request a copy.

A Case Management Conference is scheduled on **Monday, December 11, 2023 at 2:00 p.m.** in Courtroom 17-D, U.S. Courthouse, 500 Pearl Street, New York NY 10016.

**SO ORDERED.**

2

Dated: October 13, 2023
      New York, New York

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge