USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVERBACH et al.,

                                    Plaintiffs,

          -against-

CAIRO AMMAN BANK,

                                    Defendant.

**SCHEDULING ORDER**

**19-CV-0004-GHW-KHP**

**KATHARINE H. PARKER, United States Magistrate Judge**

      As discussed at the December 11, 2023 Case Management Conference:

      By **Tuesday, December 19, 2023**, Plaintiffs shall provide Defendant with a list of the questions used in previous "Plaintiff Profile Forms" that Plaintiffs' counsel has used in other litigations where there is an overlap of Plaintiffs. The parties shall then meet and confer as to whether Plaintiffs should produce the "Plaintiff Profile Forms" from the other litigations and/or whether the parties should send out revised or supplemental forms.

      By **Friday, December 22, 2023,** Defendant shall provide to Plaintiffs a declaration from a Cairo Amman Bank ("CAB") official regarding whether CAB processed any so-called martyr payments, prisoner payments, or salary payments, between 2001 and 2010 and the process put in place in 2011 for processing payments from the Palestinian Authority as discussed at the Conference. The parties shall then meet and confer as to what categories of CAB records and/or interrogatory responses are appropriate for production by CAB and about any stipulations that could narrow discovery.

      Additionally, the parties shall meet and confer regarding the next steps in this case, and specifically whether CAB agrees to engage in summary judgment briefing on liability only before

moving to damages discovery.  By **Friday, January 12, 2024**, the parties shall file a joint letter updating the Court as to the parties' positions regarding the above issues and their proposed discovery schedule.

**Case Management Conferences in this matter are scheduled on the following dates:**

- **Monday, January 29, 2024 at 10:00 a.m.**
- **Monday, February 26, 2024 at 2:00 p.m.**
- **Monday, March 25, 2024 at 10:00 a.m.**
- **Monday, April 22, 2024 at 10:00 a.m.**

These Conferences will be held in Courtroom 17-D, U.S. Courthouse, 500 Pearl Street, New York NY 10016.

**SO ORDERED.**

Dated: December 12, 2023
New York, New York

_Katharine H. Parker_
KATHARINE H. PARKER
United States Magistrate Judge