USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVERBACH et al.,

                                         Plaintiffs,

              -against-

CAIRO AMMAN BANK,

                                         Defendant.

**ORDER RESCHEDULING CASE
MANAGEMENT CONFERENCE
AND DISCOVERY ORDER**

19-CV-0004-GHW-KHP

**KATHARINE H. PARKER, United States Magistrate Judge.**

As discussed at the February 26, 2024 Case Management Conference:

***Upcoming Case Management Conferences.***  The Case Management Conference previously scheduled for **Monday, April 22, 2024 at 10:00 a.m. is adjourned to Wednesday, May 1, 2024 at 10:00 a.m.**  Additionally, there is a Case Management Conference scheduled for Thursday, March 28, 2024 at 2:00 p.m., but if there are no issues requiring Court intervention at that time, counsel may file a joint letter by **Monday, March 25, 2024** providing an update as to the status of discovery and requesting adjournment of the conference.

***Al Qassem Declaration.***  Two issues relating to the Al Qassem Declaration were discussed at the February 26 Conference.

- ***First***, Plaintiffs disagreed with CAB as to the scope of individuals and entities whose names CAB would search in relation to the Al Qassem Declaration.  The parties shall continue to meet and confer as to this issue, and if they are unable to reach a resolution, should write a joint letter to the Court by **Friday, March 15, 2024** succinctly crystalizing each party's position.  The Court will promptly issue a ruling.

- ***Second***, Plaintiffs understood that CAB was required to search its post-2009 customer data to identify the number of accounts it held during the 2000-2003 period for the names to be searched (without identifying the specific accountholders) and include that number in the Al Qassem Declaration.  Even though the Court's Order directing CAB to provide the Al Qassem Declaration was unclear on this point, the Court agrees that Plaintiffs' understanding reflects what was discussed at the December 11, 2023 Conference.  (See ECF No. 234.)  Additionally, after hearing argument on this issue, the Court agrees that this discovery is relevant and proportional to the needs of the case.  Thus, CAB is ordered to search its post-2009 customer data to identify the number of accounts it held during the 2000-2003 period that belonged to individuals and/or entities named in the complaint and additional individuals as per the parties' meet and confer process (discussed above) and shall provide the revised Al Qassem Declaration that states that number (without providing identifying information regarding the accounts in question) by **Friday, March 29, 2024.**

**SO ORDERED.**

Dated: February 26, 2024
 New York, New York

_Katharine H. Parker_
KATHARINE H. PARKER
United States Magistrate Judge