

190 Moore Street

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2024

March 25, 2024

> The Court thanks the parties for this status update.  Per the parties' request, the Case Management Conference scheduled for **March 28, 2024 at 2:00 p.m. is adjourned sine die**.  The Court will see the parties at the Case Management Conference that is already scheduled to occur on May 1, 2024.  If the parties find that the May 1 conference is not needed, they should write to the Court by April 19, 2024 and the Court will reschedule the conference to a later date.

**VIA ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court, S[DNY]
Daniel Patrick Moynihan Unit[ed States Courthouse]
500 Pearl Street
New York, NY 10007

SO ORDERED:

/s/ Katharine H. Parker
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
3/26/2024

Re:   *Averbach et al v. Cairo Amman Bank*, 19-cv-00004-GHW-KHP
      Joint Status Report and Request for Adjournment

Dear Magistrate Judge Parker:

The parties write jointly to provide a discovery status report and request an adjournment of the March 28, 2024, Case Management Conference, as directed by the Court's February 26, 2024, Order, ECF No. 249.

Defendant will furnish Plaintiffs with a revised Al Qassem Declaration by March 29, 2024, reflecting, *inter alia*, the number of accounts CAB held during the 2000-2003 period that were still open as of 2009 that belonged to individuals and/or entities on the lists Plaintiffs provided to CAB. Thereafter, the parties will meet and confer to determine what, if any, further discovery Plaintiffs may request of CAB based on the revised declaration.

Additionally, CAB has confirmed that three of its five Rule 26 witnesses are available for depositions during the week of May 13, 2024, and the two remaining witnesses at the beginning of the following week of May 20, 2024.

                                              Respectfully submitted,


                                              /s/ Dina Gielchinsky

cc:   All Counsel