

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/17/2024
```

**DLA Piper LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
www.dlapiper.com

Samantha Chaifetz
samantha.chaifetz@us.dlapiper.com
T  202.799.4082
F  202.799.5082

May 16, 2024

**APPLICATION GRANTED**
*/s/ Katharine H. Parker*   5/17/2024
Hon. Katharine H. Parker, U.S.M.J.

**VIA ECF**
Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Averbach et al. v. Cairo Amman Bank*, Index No. 19-cv-00004

Dear Judge Parker,

    As discussed at the status conference on May 1, 2024, we are writing on behalf of both parties to provide this Court with the parties' proposed modifications to this Court's January 29, 2024 Scheduling Order (ECF No. 244), regarding the deadlines for expert discovery as to liability.

    The parties propose the Court adopt the following schedule:

- **Monday, July 1, 2024**:  Deadline for Plaintiffs to serve their expert report(s) as to liability.

- **Thursday, August 15, 2024**:  Deadline for CAB to serve its expert report(s) as to liability, including rebuttal testimony and affirmative testimony, if any.

- **Friday, August 30, 2024**:  Deadline for Plaintiffs to serve any reply or rebuttal expert report(s) responding to CAB's expert report(s).

- **Monday, September 16, 2024**: Deadline for CAB to serve any reply expert report(s) responding to any rebuttal expert reports by Plaintiffs.

- **Thursday, October 31, 2024**:  Deadline for the parties to complete expert depositions.

    Plaintiffs' counsel has authorized us to submit the proposal on behalf of both parties.

    Respectfully submitted,

    */s/ Samantha Chaifetz*

    Samantha Chaifetz

Cc:  All Counsel of Record (via ECF)