

190 Moore Street, Suite 272, Hackensack, New Jersey 07601
T: 201 265 6400 F: 201 265 0303

1441 Broadway, New York, New York 10018
T: 212 354 0111
www.osenlaw.com

June 25, 2024

**VIA ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> Re:   *Averbach et al. v. Cairo Amman Bank*, 19-cv-00004-GHW-KHP
>        **Request for Modification to Expert Discovery Schedule**

Dear Magistrate Judge Parker:

    Plaintiffs write to request a short modification to the expert discovery schedule Your Honor endorsed on May 17, 2024. *See* ECF No. 266. The chart below reflects the proposed modification, which extends each deadline by 14 days. Defense counsel have informed Plaintiffs they do not object.

| **Date** | **Deadline** |
|---|---|
| Monday, July 15, 2024 | Deadline for Plaintiffs to serve their expert report(s) as to liability. |
| Thursday, August 29, 2024 | Deadline for CAB to serve its expert report(s) as to liability, including rebuttal testimony and affirmative testimony, if any. |
| Friday, September 13, 2024 | Deadline for Plaintiffs to serve any reply or rebuttal expert report(s) responding to CAB's expert report(s). |
| Monday, September 30, 2024 | Deadline for CAB to serve any reply expert report(s) responding to any rebuttal expert reports by Plaintiffs. |
| Thursday, November 14, 2024 | Deadline for the parties to complete expert depositions. |

      This is Plaintiffs' first request to modify the expert discovery schedule. We thank the Court for its consideration of this request.

                                    Respectfully submitted,

                                    /s/ Aaron Schlanger


cc:     All Counsel