USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVERBACH et al.,

                              Plaintiffs,

          -against-

CAIRO AMMAN BANK,

                              Defendant.

POST-CASE MANAGEMENT
CONFERENCE ORDER

19-CV-0004-GHW-KHP

**KATHARINE H. PARKER, United States Magistrate Judge.**

As discussed at the August 15, 2024 Case Management Conference:

Plaintiff's deadline to file a third amended complaint is extended to **August 27, 2024**. In addition, by **September 6, 2024**, the parties shall file a letter with the Court that includes a proposed revised expert discovery schedule as to liability, as well as a proposed briefing schedule as to the impact, if any, of *Twitter, Inc. v. Taamneh*, 598 U.S. 471 (2023) on this case. The letter should indicate whether the parties intend to address the impact of *Twitter* on a motion to dismiss or on a motion for summary judgment.

      **SO ORDERED.**

Dated: August 15, 2024
       New York, New York

                                                                    _____
                                                                    KATHARINE H. PARKER
                                                                    United States Magistrate Judge