USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__2/6/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVERBACH et al.,

                                    Plaintiffs,

              -against-

CAIRO AMMAN BANK,

                                    Defendant.

**POST-CASE MANAGEMENT
CONFERENCE ORDER**

**19-CV-0004-GHW-KHP**

**KATHARINE H. PARKER, United States Magistrate Judge.**

        As discussed at the February 5, 2025 Case Management Conference:

The parties shall file a status letter by **Monday, April 7, 2025**, updating the Court on the status

of expert discovery.

        **SO ORDERED.**

Dated: February 6, 2025
        New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge