```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVERBACH et al.,

                             Plaintiffs,

        -against-

CAIRO AMMAN BANK,

                             Defendant.

**ORDER ON MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

19-CV-0004-GHW-KHP

**KATHARINE H. PARKER, United States Magistrate Judge.**

On October 10, 2024, in connection with its motion to compel, Plaintiffs filed a motion for leave to file documents under seal that were exhibits to the Declaration of Dina Gielchinsky. (ECF No. 293.) Plaintiffs sought to seal the exhibits because they contain transcripts that Defendant Cairo Amman Bank ("CAB") had designated "highly confidential[.]" Cognizant that the exhibits may not be sufficiently confidential to warrant sealing, Plaintiffs raised the issue with CAB, and CAB informed Plaintiffs that it would review the designations. (*See id.*) It is unclear to the Court whether CAB reviewed or altered the designations of the transcripts contained in the exhibits. Accordingly, if CAB seeks to keep the exhibits sealed, it shall file a motion to seal by **February 21, 2025**, including proposed redactions to the exhibits, and explaining why the proposed redactions are consistent with the *Lugosch* standard. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006). If CAB does not file a motion to seal by February 21, 2025, the Court will unseal the exhibits.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 293.**

**SO ORDERED.**

Dated: February 11, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge