# Exhibit G

# Expert Report

**of**

# Dr. Matthew Levitt

***Averbach, et al. v. Cairo Amman Bank***

# TABLE OF CONTENTS


I. SCOPE OF ENGAGEMENT .......... 1

II. SUMMARY OF OPINIONS .......... 2

III. HAMAS'S FOUNDATION AND BACKGROUND .......... 4

A. Hamas's Origins – The Muslim Brotherhood .......... 4

1. The Muslim Brotherhood's Formation .......... 4

2. Muslim Brotherhood *Da'wa* from 1973-1987 .......... 7

3. Hamas's Ideology .......... 9

B. Hamas is Formed by Senior Members of the Muslim Brotherhood's Leadership 10

C. Additional Hamas Leaders .......... 16

IV. THE RELATIONSHIP BETWEEN HAMAS'S SOCIAL WELFARE NETWORK (DA'WA) AND ITS MILITARY (TERRORIST) WING .......... 22

A. Hamas's Da'wa and its Primary Purposes in Support of Hamas's Terrorist Acts .......... 22

1. The Da'wa Finances and Participates in Hamas Attacks .......... 23

a. Direct Da'wa Role in Hamas Terror .......... 24

2. Da'wa as Logistical Support Network .......... 24

3. Hamas Leaders and Terror Operatives Positioned within the *Da'wa* .......... 27

4. Building Grassroots Support .......... 30

5. Radicalizing Palestinian Society .......... 33

V. HAMAS'S FUNDRAISING OPERATIONS AND NETWORK .......... 35

A. HOLY LAND FOUNDATION FOR RELIEF AND DEVELOPMENT ("HLF") 37

1. Nature of Entity .......... 41

B. UNION OF GOOD .......... 44

1. Union of Good: Origins .......... 44

2. Union of Good: Leadership .......... 45

3. **Union of Good: Goals** .......... **47**

4. **Union of Good: Key Member Organizations** .......... **48**

5. **Union of Good: Transfers to Hamas Zakat Committees** .......... **49**

6. **Union of Good: Designations** .......... **49**

a. **Israel and the PA** .......... **49**

b. **United States** .......... **50**

C. **CBSP** .......... **51**

1. **CBSP: Origins** .......... **51**

2. **CBSP: Leadership** .......... **51**

3. **CBSP: Goals** .......... **52**

4. **Transfers by CBSP to Hamas-Controlled Entities** .......... **52**

5. **CBSP: Designations** .......... **52**

a. **Israel** .......... **52**

b. **United States** .......... **53**

D. **ASSOCIATION DE SECOURS PALESTINIEN (ASP)** .......... **53**

E. **INTERPAL** .......... **54**

1. **Interpal: Origins** .......... **54**

2. **Interpal: Leadership** .......... **55**

3. **Interpal: Goals** .......... **55**

4. **Transfers to and From Interpal** .......... **56**

5. **Interpal: Designations** .......... **58**

a. **Israel** .......... **58**

b. **United States** .......... **58**

c. **Palestinian Authority** .......... **59**

F. **AL-AQSA FOUNDATION** .......... **59**

1. **Al-Aqsa Foundation: Origins ... 59**

2. **Al-Aqsa Foundation: Goals & Relationship to Hamas ... 60**

3. **Al-Aqsa Foundation: Similarity of Fundraising Conduct to Other Union of Good Entities and HLF ... 60**

4. **Terrorism Designations ... 61**

a. **Israel ... 61**

b. **United States ... 61**

c. **Great Britain ... 63**

5. **Al-Aqsa Foundation: Germany ... 63**

a. **Leadership ... 63**

b. **Connection to Hamas ... 64**

c. **Transfers Made to Hamas by Al-Aqsa Germany ... 66**

6. **Al-Aqsa Foundation – Holland ... 66**

7. **Al-Aqsa Foundation – Belgium ... 67**

8. **Al-Aqsa Foundation – Sweden ... 68**

9. **Al-Aqsa Foundation – Yemen ... 68**

G. **INTERNATIONAL RELIEF FUND FOR THE AFFLICTED AND NEEDY (IRFAN) ... 69**

H. **HUMAN APPEAL INTERNATIONAL ... 71**

I. **WORLD ASSEMBLY OF MUSLIM YOUTH ("WAMY") ... 73**

J. **WELFARE ASSOCIATION FOR PALESTINIAN AND LEBANESE FAMILIES ("Al-Waqfiya") ... 74**

VI. **ADDITIONAL ENTITIES THAT PLAINTIFFS CLAIM MAINTAINED ACCOUNTS AT CAIRO AMMAN BANK ... 75**

A. **Islamic Center Gaza (*Al-Mujama Al-Islami*) ... 75**

1. **Ties to Hamas ... 76**

2. **Shared Leadership ... 77**

3. **Hamas-related Activities** .......... 77

B. **Islamic Society Gaza (*Al-Jam'iya Al-Islamiya*)** .......... 78

1. **Shared Leadership** .......... 79

2. **Indoctrination** .......... 79

3. **International Links** .......... 80

C. ***Al Salah Society*** .......... 82

1. **Ties to Hamas and Indoctrination** .......... 82

2. **Shared Members** .......... 84

3. **Hamas-related Activities** .......... 84

D. **Islamic Charitable Society – Hebron** .......... 85

1. **Shared Leadership** .......... 86

2. **Indoctrination** .......... 89

3. **Connections with other Hamas-Affiliated Institutions** .......... 89

E. **Tulkarem Zakat Committee** .......... 90

1. **Committee Members Affiliated with Hamas** .......... 91

2. **Indoctrination and the Funding of Martyrs' Families** .......... 92

3. **International Ties** .......... 93

F. **Nablus Zakat Committee** .......... 94

1. **Shared Leadership** .......... 94

2. **Ties to Hamas** .......... 96

3. **Hamas-related Activities** .......... 97

G. **Islamic Solidarity (Al-Tadamun) Charitable Society – Nablus** .......... 97

H. **Ramallah - Al-Bireh Zakat Committee** .......... 100

1. **Shared Leadership** .......... 101

2. **Ties to Hamas** .......... 102

**3. Hamas-related Activities ..... 103**

**I. Jenin Zakat Committee ..... 103**

**1. Shared Operatives ..... 104**

**2. Hamas-Related Activities ..... 106**

**3. International Links ..... 107**

**J. Al-Islah Charitable Society - Ramallah & Al-Bireh ..... 107**

**1. Shared Leadership ..... 108**

**2. Hamas-Related Activities ..... 108**

**3. International Links ..... 109**

**K. Beit Fajar Zakat Committee ..... 110**

**L. Al-Ansar Charity Association (Al-Ansar) ..... 111**

**VIII. CONCLUSIONS ..... 113**

## DR. MATTHEW LEVITT

Fromer-Wexler Senior Fellow at The Washington Institute for Near East Policy and director of its Jeanette and Eli Reinhard Program on Counterterrorism and Intelligence.

## I. SCOPE OF ENGAGEMENT

I have been asked to provide expert testimony about:

A. The Islamic Resistance Movement's ("Hamas") creation in 1987 as an outgrowth and ideological and political offshoot of the Muslim Brotherhood generally and of precursor institutions in the Palestinian Territories specifically.

B. Hamas's organizational structure, including its leadership and social welfare system from 1987-2004.

C. The relationship between Hamas's social wing, military (terrorist) wing ("Izz al-Din al-Qassam Brigades"), and political wing, from 1987-2004.

D. The profiles and brief biographical details of the following Hamas leaders:

1. Sheikh Ahmed Yassin
2. Ismail Abu Shanab
3. Ahmad Bahar
4. Abd al-Aziz al-Rantisi
5. Ibrahim Fares al-Yazuri
6. Mahmud Khalid al-Zahar
7. Muhammad Sham'a
8. Mohammad Saleh Taha
9. Salah Mustafa Mohamad Shehadeh
10. Ismail Abd Al Salam Ahmed Haniyeh
11. Abbas al-Sayed
12. Ghazi Ahmad Hamad
13. Sheikh Hamed al-Bitawi
14. Salah al-Din Daruza
15. Jamal Salim Damuni
16. Jamal and Muna Mansour
17. Jamal Tawil.

E. How Hamas funded its operations from 1987-2004 and the relationship among Hamas and its foreign benefactors, including:

(a) Holy Land Foundation for Relief & Development ("HLF")
(b) The Union of Good (and its member organizations, including some listed below)
(c) Comité de Bienfaisance et de Secours aux Palestiniens ("CBSP")
(d) Association de Secours Palestinien ("ASP")
(e) Interpal
(f) The Al-Aqsa Foundation (all branches)
(g) The International Relief Fund for the Afflicted and Needy ("IRFAN")
(h) Human Appeal International

(i) World Assembly of Muslim Youth ("WAMY")
(j) The Welfare Association for Palestinian and Lebanese Families ("Al-Waqfiya").

F. Whether the following entities were, in fact, controlled by, or alter-egos of, Hamas:
1. *Al-Mujama Al-Islami* - Gaza
2. *Al-Jam'iya Al-Islamiya* - Gaza
3. *Al Salah* Islamic Association - Gaza
4. Islamic Charitable Society - Hebron
5. Tulkarem Zakat Committee
6. Nablus Zakat Committee
7. Islamic Solidarity (Al-Tadamun) Charitable Society - Nablus
8. Ramallah - Al-Bireh Zakat Committee
9. Jenin Zakat Committee Bethlehem
10. Al-Islah Charitable Society - Ramallah & Al-Bireh
11. Beit Fajar Zakat Committee
12. Al-Ansar Charitable Association.

I am being compensated by Plaintiffs in this case with a $10,000, flat non-refundable fee for the time I spent preparing, revising, and reviewing the report in the *Linde v. Arab Bank, Plc* case that served as the basis for this report. I am being further compensated my hourly billable rate of $550.00 for any work required to update the *Linde* report and include material specific to this case. I have no prior professional or personal connection with any of the parties or witnesses in this case precluding my ability to provide impartial evidence in this matter. My curriculum vitae attached as Exhibit 1 identifies, *inter alia*, publications I have authored during the past 10 years, and cases where I have testified (either at trial or in a deposition) as an expert witness.

## II. <u>SUMMARY OF OPINIONS</u>

My expert opinions set forth below are largely directed to the time period between January 2000 and December 2004. However, when relevant, I refer to events preceding or following this time period. Based on my knowledge, experience, training and education, and after a comprehensive review of the material presented by counsel for the Plaintiffs, my expert opinion on the issues and questions set forth above is as follows:

In the words of former senior U.S. Government official David Aufhauser, "Hamas is loosely structured, with some elements working clandestinely and others working openly through mosques and social service institutions to recruit members, raise money, organize activities, and distribute propaganda."[1]

The benefits provided to Hamas – an Israeli, U.S. and European Union designated terrorist organization – by the structure described generally by Mr. Aufhauser is critical to the movement's ability to function at every level, from its political activism to its terrorist activities. Indeed, and as

[1] David Aufhauser, testimony before U.S. House Committee on Financial Services, Subcommittee on Oversight and Investigations, September 24, 2003, available online at https://home.treasury.gov/news/press-releases/js758.

described herein, there is ample evidence for the role of Hamas social institutions in the terror activities directed and authorized by Hamas leaders and commanders. Inside the Palestinian Territories,[2] the battery of mosques, schools, orphanages, summer camps, medical services, soup kitchens, charitable giving, and sports leagues serve as integral parts of Hamas's overarching apparatus. These activities amplify, enable, and accelerate Hamas's overall ability to engage in incitement, recruitment, and logistical and operational support for weapons smuggling, reconnaissance, and acts of terror from suicide bombings to rocket fire. Hamas's social structure at the same time provides day jobs for field commanders, and shelter for fugitive operatives. It also helps nurture an environment assuring a steady stream of new recruits, adherents, and supporters, socializing even the youngest children to aspire to die as martyrs.

This report sets forth a detailed description of the origins and ideology of the Islamic Resistance Movement (Hamas), an analysis of the relationship between Hamas's social welfare network and its military (terrorist) wing, and an analysis of Hamas's fundraising operations and network. In this report, I will offer the following specific opinions:

1. In my professional opinion, Hamas is an outgrowth and ideological and political offshoot of the Muslim Brotherhood movement generally, and of precursor institutions in the Palestinian Territories specifically. This report will describe in detail the history of Hamas, including its precursor organizations, and its official "launch" in 1987 under the leadership of Sheikh Ahmed Yassin.
2. In my professional opinion, during the relevant period (1999-2003) Hamas was structured around a mix of clandestine and public elements and organizations, which operated through a variety of institutions, including mosques and social service institutions, to carry out its various activities, as well as to achieve political and ideological influence over large segments of the Palestinian population. This report will describe in detail the organization, its structure, and distinctions in the overall Hamas enterprise during the relevant period.
3. In my professional opinion, certain individuals are demonstrably Hamas leaders, founders, operatives, affiliates, and supporters. This report will discuss some of these key leaders, and explain the bases for my conclusions in these regards.
4. In my professional opinion, particular organizations and entities are demonstrably Hamas departments, agents, alter egos, precursors, or otherwise controlled or dominated by Hamas. This report will identify and discuss some of the most significant of these organizations and entities during the relevant period and explain the bases for my conclusions in these regards.
5. In my professional opinion, Hamas succeeds in obtaining adequate funding and financial support for its various activities through a variety of fundraising operations. An international network of fundraising organizations that support Hamas facilitates this financial support activity, one of the most significant of which was the Union of Good. This report

[2] In the course of this report, the term "Palestinian Territories" denotes the West Bank and the Gaza Strip.

> will discuss the Union of Good's history, logistics, key member organizations, and leadership in detail, and explain the bases for its conclusions.

I understand that Cairo Amman Bank has not produced all relevant documents ordered by the Court in this case and has not provided full testimony on the grounds of foreign bank secrecy. To the extent Cairo Amman Bank later produces additional documents or testimony, I reserve my right to supplement and amend this Report.

## III. HAMAS'S FOUNDATION AND BACKGROUND

Hamas is an acronym of the Arabic name *Harakat al-Muqāwamah al-Islāmiyyah*, which means "The Islamic Resistance Movement." In 1995, the United States government designated Hamas a Specially Designated Terrorist ("SDT").[3] In 1997, the United States government designated Hamas a Foreign Terrorist Organization ("FTO"), a designation that has been renewed every two years.[4] In 2001, the United States government designated Hamas a Specially Designated Global Terrorist ("SDGT"), a designation Hamas has retained through the present.[5] Additionally, several individuals and front organizations associated with Hamas have been designated SDTs and SDGTs.[6] The information provided below explains the history of Hamas from its roots in the Muslim Brotherhood through its activities during the Second Intifada.[7]

### A. Hamas's Origins – The Muslim Brotherhood

#### 1. The Muslim Brotherhood's Formation

The Muslim Brotherhood was founded in 1928 by an Egyptian schoolteacher named Hassan Al-Banna. Many of Hamas's leaders, including its founding spiritual leader, Sheikh Ahmed Yassin, were senior members of the Muslim Brotherhood's leadership in the Gaza Strip before Hamas was officially founded in December 1987. In fact, Hamas grew out of – and was heavily influenced by – the Muslim Brotherhood,[8] which captured the spirit of discontent reflected

---

[3] Executive Order 12947, "Prohibiting Transactions with Terrorists Who Threaten to Disrupt the Middle East Peace Process," Part IX, January 25, 1995, available online at https://www.govinfo.gov/content/pkg/FR-1995-01-25/pdf/X95-110125.pdf. That designation no longer exists.

[4] Office of the Coordinator for Counterterrorism, Designation of Foreign Terrorist Organizations, October 8, 1997, available online at https://www.state.gov/foreign-terrorist-organizations/.

[5] *See* Executive Order 13224 - Blocking Property And Prohibiting Transactions With Persons Who Commit, Threaten To Commit, Or Support Terrorism, available online at https://www.govinfo.gov/content/pkg/FR-2001-09-25/pdf/01-24205.pdf.

[6] *See*, for example, "US Designates Five Charities Funding Hamas and Six Senior Hamas Leaders as Terrorists," Office of Public Affairs, U.S. Treasury Department, August 22, 2003, available online at https://home.treasury.gov/news/press-releases/js672.

[7] In the course of this report, the term "Second Intifada" (also known as the "Al-Aqsa Intifada") denotes the violent conflict that erupted in late September 2000 between the Palestinians and Israel. This episode of conflict has no 'official' conclusion date but is generally considered to have concluded at the end of 2004.

[8] Indeed, Hamas proudly acknowledges its longstanding Muslim Brotherhood roots. Its April 1988 charter states that "The Islamic Resistance Movement is one of the wings of Moslem Brotherhood in Palestine" and further notes:

> The Islamic Resistance Movement is one of the links in the chain of the struggle against the Zionist invaders. It goes back to 1939, to the emergence of the martyr Izz al-Din al-Qassam and his brethren

among various strata in Egyptian society in the 1930s and 40s. The nascent Muslim Brotherhood advocated an Islamic religious revival as the antidote to societal ills such as government corruption and deficiencies in the educational and legal systems that it thought were caused by European imperialism and Westernized Arab leadership.[9]

A student of both traditional Islam and modern Western thought, Al-Banna rejected the notion that traditional Islam had to adopt elements of modern Western thought in order to thrive in the modern world. Instead, he argued that the canon of Islamic thought provided a self-contained philosophy capable of bringing about government accountability, educational reform, and legal change. Al-Banna also believed that armed struggle (Jihad) should be employed to spread Islam worldwide.[10]

Thus, the Muslim Brotherhood saw itself as a self-sufficient alternative to the dominant Western ideologies of free market capitalism and Marxism and was determined to revolutionize Egyptian society from within, by striving to develop a populist movement appealing to both traditional, Islamic-oriented Egyptians and secular, Western-oriented elites.

One of the key components of the Muslim Brotherhood's early success was its focus on the provision of social services neglected by the Egyptian government. As sociologist Ziad Munson describes:

> Each new branch of the Society followed a similar pattern of growth. The organization would establish a branch headquarters and then immediately begin a public service project—the construction of a new mosque, school, or clinic…This private social service infrastructure grew quickly and became an important part of the Egyptian social, political, and economic landscape.[11]

Through its social service network, Al-Banna's budding movement was able to secure popular legitimacy in a way the Egyptian state was either incapable of, or unwilling to do.

The Brotherhood's activity in Palestinian areas dates back to 1935, when Hassan Al-Banna's brother, Abdel Rahman Al-Banna, visited the Mufti of Jerusalem, Hajj Amin al-Husseini. As a consequence of this meeting, Hassan Al-Banna created and personally led the General Central Committee to Aid Palestine, which protested the British presence there and promoted the Palestinian national cause. In 1936, Muslim Brotherhood volunteers participated in attacks on

---

> the fighters, members of Moslem Brotherhood. It goes on to reach out and become one with another chain that includes the struggle of the Palestinians and Moslem Brotherhood in the 1948 war and the Jihad operations of the Moslem Brotherhood in 1968 and after.

The charter also states, "The Islamic Resistance Movement is one of the wings of Moslem Brotherhood in Palestine." Jordanian Muslim Brotherhood leader Ziad Abu Ghanima acknowledged much the same, noting that "the mother movement to which Hamas belongs is the Muslim Brotherhood Society which has been digging its roots into Palestinian soil for decades before the establishment of the occupying Zionist entity."

[9] Chris Zambelis, "Egypt's Muslim Brotherhood: Political Islam Without Al-Qaeda," Jamestown Foundation, November 26, 2007; Ikhwan Web, The Muslim Brotherhood's Official English Web Site, available online at https://ikhwanweb.com/.

[10] Hassan Al-Banna, "On Jihad" in Charles Wendell, "Five Tracts of Hasan Al-Banna," Vol. 20, Berkeley: University of California Press, 1978.

[11] Ziad Munson, "Islamic Mobilization: Social Movement Theory and the Egyptian Muslim Brotherhood," Sociological Quarterly 42, no. 4 (2001): p. 501.

British and Jewish interests, in what became known as the "1936 Revolt." Brotherhood activist Said Ramadan opened the first Muslim Brotherhood branch in Palestinian areas in Jerusalem in 1945; by 1947, the Brotherhood was running some 25 branches throughout the British Mandate, with a membership ranging from 12,000 to 20,000.[12]

During the 1940s, Muslim Brotherhood activists sought to politicize the organization. After Israel won independence in 1948, Muslim Brotherhood volunteers, both acting on their own and organized into Muslim Brotherhood battalions, actively fought against the new state.[13] According to Palestinian scholar Ziad Abu-Amr, Al-Banna claimed to have 1,500 volunteers inside of Palestine in 1948, a relatively insignificant number that was nonetheless sufficient for the Brotherhood to widely publicize its participation in the war.[14] During the same period, Muslim Brotherhood chapters began springing up all over the Arab and Muslim world, and soon thereafter, additional spin-off groups were founded, making the Muslim Brotherhood the most influential Islamic movement of the 20th century.[15]

After 1948, the Brotherhood branches in Gaza fell under Egyptian jurisdiction, while those in the West Bank were subject to Jordanian law. In Egypt, the group was suppressed,[16] and in Jordan it was both tolerated and co-opted (to such an extent that, in the 1950s, the Brotherhood sided with the Jordanian regime against secular Palestinian groups). It was a fallow time for the Brotherhood, as one Israeli scholar notes: "Between 1948 and 1967 the Brothers were weak and kept a low profile. In the Gaza Strip the movement was under systematic repression by the Nasserist regime, while in the West Bank it was effectively monitored by the Jordanian authorities."[17]

In the wake of the Israeli victory over Arab armies in the Six Day War - the 1967 conflict in which Israel occupied the West Bank and Gaza Strip, and which consequently bolstered Palestinian national and Islamic consciousness - the Brotherhood dropped its low profile and reorganized into a considerably more activist entity. This evolution of the Brotherhood as an increasingly open opposition to secular Arab rulers, combined with Israeli tolerance of non-violent Islamist activities, enabled the Brotherhood to regroup. A 1988 article in the Kuwaiti newspaper *al-Anba* offered an Arab perspective on the increasing importance of the Brotherhood's activities during this period:

> During the years 1967–1975 the role of the Islamic movement was characterized by the building of mosques, bringing the [younger] generation into the fold, providing them with guidance and strengthening their ideology. To this end, the movement utilized all means at its disposal. The mosque, therefore, did not serve

---

[12] Columbia Encyclopedia, s.v. "Muslim Brotherhood," accessed via the Academic Search Premier Database.

[13] Richard Paul Mitchell, "The Society of Muslim Brothers," London: Oxford University Press, 1969, pp. 56-57.

[14] Ziad Abu-Amr, Islamic Fundamentalism in the West Bank and Gaza: Muslim Brotherhood and Islamic Jihad (Bloomington, IN: Indiana University Press, 1994), p. 2.

[15] John L. Esposito, The Islamic Threat/ Myth or Reality? (New York, Oxford: Oxford University Press, 1992), pp. 120-130.

[16] Both Al-Banna and the Muslim Brotherhood he founded came to be seen as serious threats to the secular Egyptian regime, and Al-Banna was assassinated in 1949.

[17] Meir Hatina, Islam and Salvation in Palestine, Dayan Center Paper 127 (Tel Aviv: The Moshe Dayan Center for Middle Eastern and African Studies, Tel Aviv University, 2001); *see also* Abu-Amr, Islamic Fundamentalism in the West Bank and Gaza, p. 28.

> solely as a place of worship, but also as school, kindergarten, or even library or venue for women's activities. Ideology and religion were preached at clubs, schools and universities, where mosques were often built, and politics discussed. In this fashion the [younger] generation opened its eyes and discovered the Jewish plots against the nation.[18]

### 2. Muslim Brotherhood *Da'wa* from 1973-1987

According to Islamic tradition, all Muslims are obligated to propagate true Islam. This obligation, which is captured in the word "*da'wa*" (meaning proselytization), covers a wide spectrum of outreach activity, from outright proselytizing to charitable giving and social welfare activities.[19]

To fulfill their *da'wa* duties, Islamic endowments[20] responsible for the upkeep of mosques and holy sites also undertake the funding and running of Islamic social welfare institutions, such as schools, orphanages and soup kitchens. From the early 1970s, the Muslim Brotherhood in the Gaza Strip used the dispensation of these services not only to provide for the local Palestinian population's temporal needs but also to provide the movement with a means of winning the hearts and minds of the people it assisted (who became indebted to it for the services it rendered them).[21]

There is nothing nefarious about *da'wa* activities, *per se*. Indeed, precisely the opposite is true: *da'wa* organizations – frequently formed as local charities, non-governmental organizations or private voluntary organizations – play an important communal role in Islamic history and culture.[22] However, the Muslim Brotherhood exploited this long-established Islamic tradition of charity and good works to build a ruthless political organization designed to actively support its violent ideology.

The first official organization created by the Muslim Brotherhood's *da'wa* in Gaza was "*Al-Mujama Al-Islami*" – the Islamic Center or Islamic Complex established by Ahmed Yassin in 1973[23] and licensed by the Israeli government as a non-profit religious organization in 1978.[24] Following the 1967 War, the Muslim Brotherhood expanded its reach into local social and

---

[18] al-Anba, October 1998, as cited in Boaz Ganor, "Hamas – The Islamic Resistance Movement in the Territories" Jerusalem Center for Public Affairs, Survey of Arab Affairs, no. 27 (February 2, 1992), available online at https://jcpa.org/article/hamas-the-islamic-resistance-movement-in-the-territories/.

[19] Wiedl, Nina. "Dawa and the Islamist Revival in the West." Current Trends in Islamist Ideology. vol. 9 (14 December, 2009), available online at https://www.hudson.org/national-security-defense/dawa-and-the-islamist-revival-in-the-west.

[20] Waqf, or awqaf in the plural.

[21] Ziad Abu-Amr, Islamic Fundamentalism in the West Bank and Gaza: Muslim Brotherhood and Islamic Jihad, p. 15.

[22] *See* Quintan Wiktorwicz, "Prepared Statement to a Hearing on the Role of Charities and NGOs in the Financing of Terrorist Activities," Testimony before the United States Subcommittee on International Trade and Finance, Committee on Banking, Housing, and Urban Affairs, August 1, 2002, available online at https://www.govinfo.gov/content/pkg/CHRG-107shrg89957/html/CHRG-107shrg89957.htm.

[23] Michael Irving Jensen, "Islamism and Civil Society in the Gaza Strip," in Ahmad S. Moussali, ed., Islamic Fundamentalism: Myths and Realities, Garnet Publishing Ltd (1998), p. 200.

[24] Diego Baliani, "The internecine struggle among Palestinian factions after Hamas' takeover of the Gaza Strip," October 23, 2007, available online at https://web.archive.org/web/20091015074153/http://www.ict.org.il/Articles/tabid/66/Articlsid/253/currentpage/6/Default.aspx.

religious spheres as it sought to "develop social service institutions, control the mosques, and take over university student councils, labors unions, and professional associations."[25] The *Mujama* also opened a series of medical clinics, sports clubs, and a nursing school.[26] Indeed, Ahmed Yassin's "focus on *da'wa* was the result of a major lesson the Muslim Brotherhood had learned from its experience in Egypt: as long as it confined its activity to education and preaching, the regime would leave it alone."[27] Yet, as the *Mujama* gained strength it grew in confidence and "employed violence to impose Islamic norms on the population, particularly to prevent the consumption of alcohol and to ensure women's modesty." The *Mujama* also encouraged strikes within specific trade and service sectors in the Gaza Strip, such as the doctors' association.[28]

The close link between the Muslim Brotherhood's *da'wa* and its military operations is reflected by a senior Hamas activist who described Yassin's strategy as constituting a phased plan. "The *da'wa* was considered as the first and essential step to instill and strengthen Islamic faith in the believers' heart and to pave the way to use arms against the occupation forces and their associates."[29]

In the late 1970s, the Muslim Brotherhood began establishing quasi-military cells and gathering weapons.[30] Khalid Mishal, the former Secretary General of Hamas who previously headed the group's Political Bureau based in Damascus, recounted that "In 1983, we carried out our first military experience under the leadership of Sheikh Ahmed Yassin; the 1983 organization that sought to gather weapons to prepare groups for military training and launch the jihad project…. It is no secret that the 1983 arms deal was funded from abroad; Hamas was still forming."[31]

The Muslim Brotherhood's ideology considers Islamist revivalism as a gradual process requiring comprehensive education from preschool to adulthood and emphasizing Islamic education for all ranks of society. This "cradle to grave" approach explains the establishment of other Muslim Brotherhood institutions such as *Al-Jam'iya Al-Islamiya* and *Al Salah* (both

---

[25] Loren D. Lybarger, "Identity and Religion in Palestine: the Struggle Between Islamism and Secularism in the Occupied Territories," Princeton University Press: Princeton, 2007.

[26] Ziad Abu-Amr, Islamic Fundamentalism in the West Bank and Gaza: Muslim Brotherhood and Islamic Jihad, p. 16.

[27] Shaul Mishal and Avraham Sela, "The Palestinian Hamas: Vision, Violence, and Coexistence," Columbia University Press, 2000, p. 19.

[28] *Id*. at p. 23.

[29] Dr. Atef Adwan, "Sheikh Ahmed Yassin: His Life and Struggle," accessed online at https://web.archive.org/web/20060902140328/http://palestine-info.info/arabic/books/yaseen/y125-151.pdf.

[30] Ghassan Charbel, "The Khalid Mishal Interview (2 of 7), al Hayat, December 15, 2003, available online (in English) at http://web.archive.org/web/20051210191208/english.daralhayat.com/Spec/12-2003/Article-20031215-7a215ab8-c0a8-01ed-0015-c5ece4bc1b17/story.html; Yassin himself was arrested in 1984 after Israeli authorities found a cache of weapons in his home. The secular Palestine Liberation Organization ("PLO") was the dominant Palestinian political movement at this time. *See* Ziad Abu-Amr, Islamic Fundamentalism in the West Bank and Gaza: Muslim Brotherhood and Islamic Jihad, pp. 31, 35, 64.

[31] Ghassan Charbel, "The Khalid Mishal Interview (2 of 7), al Hayat, December 15, 2003, available online (in English) at http://web.archive.org/web/20051210191208/english.daralhayat.com/Spec/12-2003/Article-20031215-7a215ab8-c0a8-01ed-0015-c5ece4bc1b17/story.html.

discussed *infra*) as well as the eventual takeover of the Islamic University of Gaza ("IUG").[32] Palestinian scholar Ziad Abu-Amr adds that the IUG "is considered the principal Muslim Brotherhood stronghold. The university's administration, most of the employees who work there, and the majority of students are Brotherhood supporters."[33] According to Khalid Mishal, Hamas's former political and overall leader, "The Islamic Movement [*i.e.* the Muslim Brotherhood] participated in building [the IUG] in 1978."[34]

An outbreak of violence and civil disobedience in the West Bank and Gaza Strip (including a general strike) in December 1987 that later came to be known as the First Intifada proved to be the key turning point in Hamas's formation. At this time, the senior Muslim Brotherhood leadership in Gaza decided to complete the transition from an established network of *da'wa* institutions[35] and a nascent paramilitary organization to a full-fledged political and military movement able to rival both the PLO and commit terrorist attacks against Israel.[36]

### 3. Hamas's Ideology

From its inception, Hamas has been explicitly dedicated to Israel's destruction and the establishment of an Islamist Palestinian state in all of historic Palestine.[37] Its core ideology is manifest in its 1988 charter, which rejects any permanent peace with Israel on religious, nationalist, and ideological grounds. The Hamas charter also states that: "The Islamic Resistance Movement believes that the land of Palestine is an Islamic Waqf (Trust) consecrated for future Muslim generations until Judgment Day. It, or any part of it, should not be squandered: it, or any part of it, should not be given up."[38] It therefore flows logically, according to the charter, that with respect to negotiations with Israel and the prospect of any international peace conference:

---

[32] The Islamic University of Gaza was established in 1978. *See* Ziad Abu-Amr, Islamic Fundamentalism in the West Bank and Gaza: Muslim Brotherhood and Islamic Jihad, p. 17. Salah Shehadah, who later founded Hamas's Izz al-din al-Qassam Brigades, featured prominently among the many political, social, and military Hamas leaders who have been affiliated with the Islamic University of Gaza, along with Hamas founder Abd al-Aziz al-Rantisi and others. *See* Ghassan Charbel, "The Khaled Mishaal Interview (2 of 7)," al Hayat, December 15, 2003, available online (in English) at http://web.archive.org/web/20051210191208/english.daralhayat.com/Spec/12-2003/Article-20031215-7a215ab8-c0a8-01ed-0015-c5ece4bc1b17/story.html.

[33] Ziad Abu-Amr, Islamic Fundamentalism in the West Bank and Gaza: Muslim Brotherhood and Islamic Jihad, p. 17.

[34] Ghassan Charbel, "The Khalid Mishal Interview (2 of 7), al Hayat, December 15, 2003, available online (in English) at http://web.archive.org/web/20051210191208/english.daralhayat.com/Spec/12-2003/Article-20031215-7a215ab8-c0a8-01ed-0015-c5ece4bc1b17/story.html. According to Mishal, the experiences of Hamas officials who studied at Islamic universities in Egypt, including Abd al-Aziz al-Rantisi, Ibrahim Maqadma, Mahmoud al Zahar, Mousa Abu Marzook and Ismail Abu Shanab, led to the idea of establishing an Islamic university in Gaza.

[35] "HAMAS (Islamic Resistance Movement)," GlobalSecurity.org, June 6, 2007, available online at http://www.globalsecurity.org/military/world/para/hamas.htm.

[36] Tony Karon, December 11, 2001, "Hamas Explained," Time. Available online at https://time.com/archive/6945794/hamas-explained/.

[37] The Covenant of the Islamic Resistance Movement, August 18, 1988, *see*, *e.g.* Article 2 of Hamas's charter that states the movement (i.e. Hamas) is a wing of The Muslim Brotherhood. In Articles 6, 7, 11 and 13 of the charter, there are repeated references to the establishment of a Muslim state in Historical Palestine and of the necessity to wage Jihad in order to free all of Palestine and to destroy the Jews. *See* http://avalon.law.yale.edu/20th_century/hamas.asp.

[38] The Covenant of the Islamic Resistance Movement, August 18, 1988, Article 11 of the Hamas Charter, available online via the Avalon Project at Yale Law School, at http://avalon.law.yale.edu/20th_century/hamas.asp. In May 2017,

> There is no solution for the Palestinian question except through Jihad. Initiatives, proposals and international conferences are all a waste of time and vain endeavors. The Palestinian people know better than to consent to having their future, rights and fate toyed with.[39]

The charter calls for the creation of an Islamic state, rather than a secular one: "Secularism completely contradicts religious ideology. Attitudes, conduct and decisions stem from ideologies."[40]

The 1988 Charter's core principle – the eradication of Israel – was affirmed by senior Hamas spokesman Ghazi Hamad (discussed below) who stated in an interview after Hamas's October 7, 2023, massacres of Israeli communities near the Gaza border: "Israel is a country that has no place on our land. We must remove that country, because it constitutes a security, military, and political catastrophe to the Arab and Islamic nation, and must be finished. We are not ashamed to say this, with full force."[41]

### B. Hamas is Formed by Senior Members of the Muslim Brotherhood's Leadership

As noted above, in 1987 Hamas was formally established by senior members of the Muslim Brotherhood's leadership in Gaza. These leaders included, but were not limited to:

**Sheikh Ahmed Yassin**

As a young adult, Ahmed Yassin studied in Cairo at 'Ayn Shams University, where he first came into contact with the Egyptian branch of the Muslim Brotherhood.[42] In 1965, he was arrested by the Egyptian authorities because of his alleged role in a Muslim Brotherhood attempt to seize power in Egypt.[43] When the Egyptians lost control of Gaza to Israel in 1967, Yassin started working to strengthen the Muslim Brotherhood in Gaza and worked toward promoting the Islamic movement.[44] In 1973, he founded *Al-Mujama Al-Islami* (the "Islamic Center" or the "Islamic

---

Hamas issued a revised and somewhat sanitized edition of its founding charter, but Hamas leaders made clear the revised version does not replace the original 1988 charter, which remains in effect. The document is available online at https://web.archive.org/web/20170712143650/http://hamas.ps/ar/uploads/documents/06c77206ce934064ab5a901fa8bfef44.pdf. Despite reducing some of the original charter's overtly antisemitic rhetoric, the 2017 revision affirmed that "Hamas rejects any alternative to the full and complete liberation of Palestine, from the river to the sea."

[39] The Covenant of the Islamic Resistance Movement, August 18, 1988, Article 13 of the Hamas Charter, available online via the Avalon Project at Yale Law School, at http://avalon.law.yale.edu/20th_century/hamas.asp.

[40] The Covenant of the Islamic Resistance Movement, August 18, 1988, Article 27 of the Hamas Charter, available online via the Avalon Project at Yale Law School, at http://avalon.law.yale.edu/20th_century/hamas.asp.

[41] Ghazi Hamad interview with LBC (Lebanon), October 24, 2023. Available online at https://www.memri.org/reports/hamas-official-ghazi-hamad-we-will-repeat-october-7-attack-time-and-again-until-israel.

[42] Ziad Abu-Amr, Islamic Fundamentalism in the West Bank and Gaza: Muslim Brotherhood and Islamic Jihad, p. 64.

[43] *Id.* at p. 9.

[44] Ghassan Charbel, "The Khalid Mishal Interview (2 of 7), al Hayat, December 15, 2003, available online (in English) at http://web.archive.org/web/20051210191208/english.daralhayat.com/Spec/12-2003/Article-20031215-7a215ab8-c0a8-01ed-0015-c5ece4bc1b17/story.html.

Complex") (as discussed below, this was an important precursor of Hamas).[45] Israel arrested Yassin on multiple occasions; those arrests and the interrogations by the Israel Security Agency shed light on his direct role in managing Hamas's military operations and of the subordination of Hamas's military wing to its political wing, which he headed.[46] In 1989, he was sentenced to fifteen years in jail by an Israeli court for orchestrating terrorist attacks, specifically the kidnapping and murder of two Israeli soldiers.[47] In 1997, he was released at the request of the Jordanian government, in exchange for Israeli agents, following a failed Israeli attempt to assassinate senior Hamas leader Khalid Mishal.[48] The U.S. Department of Treasury labeled Yassin a Specially Designated Global Terrorist ("SDGT") in August 2003 for his leadership role in Hamas and operational planning of its activities.[49] He was assassinated in an Israeli targeted killing on March 22, 2004.[50]

**Ismail Abu Shanab**

Ismail Abu Shanab was born in 1950 in Gaza. He obtained a B.S. in Civil Engineering from al-Mansura University in Egypt[51] and studied engineering at Colorado State University.[52] He was a Hamas leader responsible for both policy and military decisions[53] who publicly acknowledged his previous involvement in *Al-Jam'iya Al-Islamiya* (the "Islamic Society") (as discussed below, this was another important precursor of Hamas). He stated, "I founded Jam'iya al-Islamiyah, but I cut my connection with them when Hamas was first established" in December 1987.[54] During the First Intifada,[55] Abu Shanab, who was appointed deputy to Sheikh Yassin,[56] played a significant role in conducting its activities in the Gaza Strip. According to the al-Qassam Brigades website, he worked to intensify the fighting against Israel and to develop combative methods. As a result of these activities, Abu Shanab was arrested by the Israeli security services on May 30, 1989. While he was in Ramleh and Ashkelon prisons, he acted as the leader for all Hamas prisoners. After his release from prison on April 2, 1997, he assumed a position in Hamas's political leadership, which

---

[45] Ziad Abu-Amr, Islamic Fundamentalism in the West Bank and Gaza: Muslim Brotherhood and Islamic Jihad, p. 64.
[46] *Id.*
[47] *Id.* at p. 65.
[48] Ghassan Charbel, "The Khalid Mishal Interview (2 of 7), al Hayat, December 15, 2003, available online (in English) at http://web.archive.org/web/20051210185204/english.daralhayat.com/Spec/12-2003/Article-20031205-4343f65c-c0a8-01ed-0012-e4cdc62232f8/story.html.
[49] U.S. Department of Treasury, "US Designates Five Charities Funding Hamas and Six Senior Hamas Leaders as Terrorist Entities," August 22, 2003.
[50] James Bennet, "Leader of Hamas Killed by Missile in Israeli Strike." *The New York Times*. March 22, 2004, available online at http://www.nytimes.com/2004/03/22/world/leader-of-hamas-killed-by-missile-in-israeli-strike.html?scp=1&sq=yassin&st=nyt.
[51] "Marked for Liquidation," Al-Ahram Weekly, August 28-September 3, 2003, available online at https://web.archive.org/web/20050317185224/http://weekly.ahram.org.eg/2003/653/re1.htm.
[52] "Ismail Abu Shanab: Prominent Leader, Co-Founder of Hamas," Xinhua News, August 21, 2003.
[53] "Hamas Terrorist Ismail Abu Shanab," Israel Ministry of Foreign Affairs, August 21, 2003.
[54] Jessica Stern, Terror in the Name of God: Why Religious Militants Kill (New York, N.Y.: Harper Collins Publishers 2003), p. 41.
[55] In the course of this report, "First Intifada" denotes the violent conflict that erupted in December 1987 between the Palestinians and Israel. This episode of conflict has no 'official' conclusion date but is generally considered to have ended with the signing of the Oslo Accords in 1993.
[56] "Ismail Abu Shanab: Prominent Leader, Co-Founder of Hamas," Xinhua News, August 21, 2003.

was responsible for establishing Hamas's military strategy employed by the al-Qassam Brigades.[57] Abu Shanab was killed in an IDF military operation in the Gaza Strip on August 21, 2003.[58]

**Ahmad Bahar**

Dr. Ahmad Bahar was born in 1949 in Gaza. A member of Hamas's senior leadership and chairman of *Al-Jam'iya Al-Islamiya* from 1985 to 2004,[59] he has described acts of terror committed by Hamas as "Hamas' heroic attacks," and has publicly espoused the belief that "resistance is the only way to pressure the Jews."[60] Bahar is known as an advocate of jihad, including calls to kill Israelis and Americans. In an April 2007 speech broadcast on Palestinian television, Bahar called on Allah to "kill them to the last one and don't leave even one."[61] As with many members of Hamas's senior leadership, Bahar's connections to both Hamas and *Al-Jam'iya Al-Islamiya* were a matter of public record from the early to mid-1990s.[62] In 2006, following Hamas's victory in Palestinian legislative elections in which he was a leading candidate, Bahar became Speaker of the Palestinian Legislative Council. Bahar was killed on November 17, 2023, in an IDF military operation.[63]

**Abd al-Aziz al-Rantisi**

Abd al-Aziz al-Rantisi, a co-founder of Hamas and an original member of *Al-Jam'iya Al-Islamiya*, was born in 1947 near the present-day Israeli city of Jaffa. In 1948, when Israel was founded, al-Rantisi and his family moved to a refugee camp in Khan Yunis in the Gaza Strip. Al-Rantisi earned his medical degree in Egypt, where he first came into contact with the Muslim Brotherhood. In 1973, he co-founded *Al-Mujama Al-Islami* with Sheikh Yassin. In 1992, he was among approximately 400 Hamas and other Palestinian militants deported by Israel to Lebanon for a year because they were suspected of supporting or participating in terrorist attacks against Israel.[64] Rantisi was the head of Hamas in the Gaza Strip following the death of Sheikh Ahmed Yassin in March of 2004.[65] The U.S. Department of Treasury labeled al-Rantisi an SDGT in August 2003 for his leadership role in Hamas and operational planning of its activities.[66] According to the Israeli Ministry of Foreign Affairs, al-Rantisi was "…responsible for encouraging and inciting the

[57] Al Qassam Brigades website, Ismail Abu Shanab, available online at https://web.archive.org/web/20080903024810/http://www.alqassam.ps/arabic/special_files/esmael_shanb/reports/sirah.htm.
[58] "Hamas Terrorist Ismail Abu Shanab," Israel Ministry of Foreign Affairs, August 21, 2003.
[59] Israel Ministry of Foreign Affairs, "The Exploitation of Children for Terrorist Purposes," January 14, 2003; The Palestinian Legislative Council: A Handbook, The Washington Institute for Near East Policy, 2007, https://www.washingtoninstitute.org/media/7560.
[60] Khaled Abu Toameh, "Hamas: Gaza Pullout is Victory for Intifada," *The Jerusalem Post*, March 25, 2005.
[61] Ahmad Bahar, speech on Palestinian Media Watch, April 30, 2007, cited in Nissan Ratzlav-Katz, "Speaker of PA Legislature: Kill Every Last Jew & American," Israel National News, January 5, 2007, available online at http://www.israelnationalnews.com/News/News.aspx/122302.
[62] *See*, *e.g.* *The Jerusalem Post* article dated April 9, 1995, identifying Bahar as the head of the Islamic Society.
[63] "Palestinian reports: Hamas official Ahmad Bahar killed in Israeli strike in Gaza," Times of Israel, November 17, 2023, https://www.timesofisrael.com/liveblog_entry/palestinian-reports-hamas-official-ahmad-bahar-killed-in-israeli-strike-in-gaza/.
[64] "Profile: Hamas Leader Rantisi," BBC News, April 17, 2004, available online at http://news.bbc.co.uk/2/hi/middle_east/2977816.stm.
[65] "Profile: Hamas Leader Rantisi," BBC News, April 17, 2004, available online at http://news.bbc.co.uk/2/hi/middle_east/2977816.stm.
[66] U.S. Department of Treasury, "US Designates Five Charities Funding Hamas and Six Senior Hamas Leaders as Terrorist Entities," August 22, 2003.

Palestinian population against Israel and the continuation of terrorist attacks."[67] Al-Rantisi's own statements demonstrate his support for terrorist activity. For example, in January 2004 he stated to al-Jazeera, "…the political leadership [of Hamas] has made it clear that the gates are open to any form of action including suicide bombings."[68] Al-Rantisi briefly succeeded Yassin after Yassin's death, only to be killed in a targeted Israeli airstrike on April 17, 2004.[69]

**Ibrahim Fares al-Yazuri**

Ibrahim al-Yazuri (also known as Abu Hazem) graduated from Cairo University. He was arrested by the Egyptian government between 1965-1966 for being a member of the Muslim Brotherhood. A pharmacist by profession who owned a private pharmacy in the Gaza Strip,[70] he served as a member of *Al-Mujama Al-Islami*'s board of directors since the 1970s and became its executive director in 1984. Al-Yazuri was later among the seven original founders of Hamas.[71] According to Human Rights Watch, in an interview in a Hamas-affiliated magazine al-Yazuri characterized Hamas's objective as "the liberation of all Palestine from the tyrannical Israeli occupation." "This is the main part of its concern," he said. "Social work is carried out in support of this aim."[72] Al-Yazuri died of natural causes on February 11, 2021.[73]

**Mahmud Khalid al-Zahar**

Mahmud al-Zahar was born in 1945. While little information is available about his early years, it has been established that he was educated in Egypt and received degrees in medicine from both Cairo University and Ayn Shams University in Cairo.[74] He was an original member of *Al-Jam'iya Al-Islamiya*, and a founder of Hamas who served as a major public spokesman.[75] He has been a member of Hamas's senior leadership since its formation in 1987.

Prior to Sheikh Yassin's death in 2004, al-Zahar also allegedly served as Yassin's personal physician.[76] Following the assassinations of Yassin and al-Rantisi, al-Zahar was rumored to have been named the successor to Hamas's leadership. However, Hamas refused to publicly announce its leadership at that time, for fear of Israeli reprisal.[77] Al-Zahar was Foreign Minister in the 2006 Palestinian National Unity government, but lost this position in the wake of the Gaza coup. For a

---

[67] Israel Ministry of Foreign Affairs, "Hamas leadership-Abd al-Aziz al-Rantisi," June 10, 2003.
[68] Al Jazeera, January 7, 2004.
[69] Mark Lavie, "Israel Identifies New Hamas Leader," Associated Press, April 26, 2004.
[70] Ziad Abu Amr, "Hamas: A Historical and Political Background," Journal of Palestine Studies, Vol. 22, No. 4, Summer 1993, p. 10.
[71] Ziad Abu Amr, Islamic Fundamentalism in the West Bank and Gaza: Muslim Brotherhood and Islamic Jihad, p. 146.
[72] "Erased In A Moment: Suicide Bombing Attacks Against Israeli Civilians," Chapter VI: Financial and Logistical Support, Human Rights Watch, October 15, 2002, available online at https://www.hrw.org/report/2002/10/15/erased-moment/suicide-bombing-attacks-against-israeli-civilians.
[73] "One of Hamas' founders, al-Yazouri, 80, dies from COVID-19 in Gaza," Palestine Chronicle, February 21, 2021, https://www.palestinechronicle.com/one-of-hamas-founders-al-yazouri-80-dies-from-covid-19-in-gaza/.
[74] "The Palestinian Legislative Council: A Handbook," The Washington Institute for Near East Policy, 2007, https://www.washingtoninstitute.org/media/7560.
[75] *Id.*
[76] "Profile: Hamas' Mahmud Zahar," BBC News, January 27, 2006. http://news.bbc.co.uk/1/hi/world/middle_east/4653706.stm.
[77] Mark Lavie, "Israel Identifies New Hamas Leader," Associated Press, April 26, 2004.

time, he served as the de-facto "Foreign Minister" in the Hamas regime of Ismail Haniyeh in Gaza.[78] In May 2009, al-Zahar was elected a member of Hamas's political bureau, the highest authority in Hamas that establishes Hamas's political and military strategy.[79] On November 14, 2023, the U.S. Department of the Treasury designated Zahar as an SDGT, finding that he "is a senior member and co-founder of Hamas who has worked closely with Specially Designated Global Terrorist (SDGT) and Hamas leader Ismail Haniyeh. Zahar has spoken publicly on behalf of Hamas, including in formal interviews, to threaten violence against Jewish civilians and emphasize its commitment to the destruction of Israel."[80]

**Muhammad Sham'a**

Muhammad Sham'a was a founder of Hamas and a senior leader in charge of the organization's social and economic infrastructure. He stated in an interview with Islam Online that the "social aspect in the intifada is no less important than public relations or political aspects, as it is the source of power for the intifada... The material support provides the strength to persist and escalate the intifada."[81] Sham'a died of natural causes on June 10, 2011.[82]

**Mohammad Saleh Taha**

Mohammad Saleh Taha was one of the co-founders of Hamas. Taha, along with five of his sons, was arrested by Israeli troops on March 3, 2003.[83] He was released on May 5, 2004.[84] Taha was also listed as an unindicted co-conspirator in the *U.S. v. Holy Land Foundation* criminal case as an individual "who [is] and/or [was] part of the HAMAS' social infrastructure in Israel and the Palestinian territories."[85] In December of 1995, Taha was a featured speaker at a Hamas rally attended by approximately 30,000 people at Gaza's Yarmuk stadium. According to published reports, Taha read out Hamas's official announcement: "We assert Hamas will continue its jihad (holy war) until all of Palestine is liberated."[86] His son Yaser, a commander in the Izz al-Din al-Qassam Brigades, was killed in an Israeli airstrike in June 2003.[87] Another son, Ayman, served as

---

[78] Mahmoud al-Zahar, "No Peace Without Hamas," *The Washington Post*, April 17, 2008. https://www.washingtonpost.com/archive/opinions/2008/04/17/no-peace-without-hamas/cfeebaee-8957-4ae0-8243-f7c1cde42af4/

[79] Khaled Abu Toameh, "Mashaal Re-elected Hamas Political Chief," *The Jerusalem Post*, May 5, 2009.

[80] "United States and United Kingdom Take Coordinated Action Against Hamas Leaders and Financiers," U.S. Department of the Treasury, November 14, 2023, https://home.treasury.gov/news/press-releases/jy1907.

[81] Lt. Col. Jonathan D. Halevi, "What Drives Saudi Arabia to Persist in Terrorist Financing?" Jerusalem Center for Public Affairs, June 1, 2005, available online at https://jcpa.org/article/what-drives-saudi-arabia-to-persist-in-terrorist-financing-al-jihad-bi-al-mal-financial-jihad-against-the-infidels/.

[82] "Hamas founder dies," Associated Press via CBC News, June 10, 2011, https://www.cbc.ca/news/world/hamas-founder-dies-1.1118351.

[83] Dan Collins, "Israel Targets Hamas Leadership," CBS News, March 3, 2003, available online at https://www.cbsnews.com/news/israel-targets-hamas-leadership/ .

[84] "Israel releases Hamas co-founder Mohammed Taha," Haaretz, May 6, 2004, available online at http://www.haaretz.com/print-edition/news/israel-releases-hamas-co-founder-mohammed-taha-1.121655.

[85] *U.S. v. HLF*, CR 3:04-CR-240-G, List of Unindicted Co-Conspirators and/or Joint Venturers.

[86] "Hamas Leaders Promise to Kill More Israelis," *Associated Press*, December 16, 1995; *see also*, "Hamas vows to kill Jews," Courier-Mail, December 18, 1995.

[87] "Israel releases Hamas co-founder Mohammed Taha," Haaretz, May 6, 2004, available online at http://www.haaretz.com/print-edition/news/israel-releases-hamas-co-founder-mohammed-taha-1.121655; "Hamas warning after Gaza strikes," BBC, June 12, 2003, available online at http://news.bbc.co.uk/2/hi/middle_east/2983426.stm.

a senior official and spokesman for Hamas in Gaza prior to his death in 2014.[88] In 2009, Ayman was caught smuggling nearly £8 million into Gaza from Egypt.[89] Mohammad Taha died on November 12, 2014.[90]

**Salah Mustafa Mohamad Shehadeh**

Salah Mustafa Mohamad Shehadeh was one of the founders of Hamas' military wing, the Izz al-Din al-Qassam Brigades, and was for a time its "general leader."[91] After graduating from the Social Service Institute in Alexandria, Shehadeh worked for several years in Al-Arish before joining the Student Affairs Department at the Islamic University of Gaza. In 1986, he was appointed as the Director of Student Affairs at the University.[92] According to the Israeli Ministry of Foreign Affairs, Shehadeh "was among the founders of the Hamas and directly responsible for initiating and directing dozens of attacks carried out over the last two years [2000-02], in which dozens of Israeli citizens have been killed and hundreds injured. In addition, he was behind the financing of laboratories for the production of Kassam missiles and was personally involved in the purchase and manufacture of arms."[93] In a May 2002 interview with Islam Online, Shehadeh stated that children should be "trained properly prior to the execution of terrorist attacks and that they should be enlisted in a special branch of the military arm of the organization, so that they are imbued with the values of the armed jihad..."[94] A poster from the Islamic Charitable Society – Hebron, presented during the Holy Land Foundation trial, features Shehadeh along with images of Palestine, Chechnya, and Afghanistan.[95] He is also quoted on the website of the Izz al-Din al-Qassam Brigades website, stating "the stream of youths [who seek to] attain martyrdom shows

---

[88] Adiv Sterman and Marissa Newman, "Top Hamas official reported executed in Strip," Times of Israel, August 8, 2014, https://www.timesofisrael.com/top-hamas-official-reported-executed-in-strip/.

[89] "Egyptian police catch Hamas official attempting to enter Gaza with £8m stuffed in bags," Daily Mail, February 6, 2009, available online at http://www.dailymail.co.uk/news/worldnews/article-1138104/Egyptian-police-catch-Hamas-official-attempting-enter-Gaza-8m-stuffed-bags.html.

[90] "Hamas co-founder dies in Gaza Strip," Times of Israel, November 12, 2014, https://www.timesofisrael.com/hamas-co-founder-dies-in-gaza-strip/.

[91] "The General Leader of Al-Qassam Brigades," Ezzedeen Al-Qassam Brigades – Information Office, available online at https://web.archive.org/web/20090726073432/http://www.qassam.ps/specialfile-248-The_General_leader_of_Al_Qassam_Brigades.html ; Molly Moore and John Ward Anderson, "Suicide Bombers Change Mideast's Military Balance," *The Washington Post*, August 18, 2002.

[92] "Salah M. Shehada 'Abu Mustafa' Biography," Ezzedeen Al-Qassam Brigades – Information Office, available online at https://web.archive.org/web/20090726074108/http://www.qassam.ps/specialfile-250-Salah_M_Shehada_Abu_Mustafa.html .

[93] Israel Ministry of Foreign Affairs, "Findings in the inquiry into the death of Salah Shehadeh." August 2, 2002, available online at https://web.archive.org/web/20050316211333/http://www.mfa.gov.il/MFA/Government/Communiques/2002/Findings%20of%20the%20inquiry%20into%20the%20death%20of%20Salah%20Sh.

[94] Israel Ministry of Foreign Affairs (MFA), "The Exploitation of Children for Terrorist Purposes—January 2003," available online at https://web.archive.org/web/20050315015531/http://www.mfa.gov.il/MFA/MFAArchive/2000_2009/2003/1/The+Exploitation+of+Children+for+Terrorist+Purpose.htm.

[95] Government Exhibit ICS Hebron-9, *U.S. v. HLF*, 3:04-CR-240-G, available online at https://casetext.com/case/us-v-holy-l-foundation-for-relief-development-4?q=3:04-CR-240-G&sort=relevance&p=1&type=case.

[mental] health and the awareness of Palestinian society, and is not a mistake or an escape from a situation of despair or frustration."[96] Shehadeh was killed in an IDF operation on July 22, 2002.[97]

### C. Additional Hamas Leaders

In addition to the above Hamas founders, I have been asked to opine on the following additional leaders of Hamas:

**Ismail Abd Al Salam Ahmed Haniyeh**

Ismail Abd Al Salam Ahmed Haniyeh is Hamas's senior political and overall leader. After Hamas's victory in the 2006 Palestinian elections, Haniyeh was chosen as prime minister of the Palestinian Authority. During the conflict between Hamas and Fatah in mid-2007, PA President Mahmoud Abbas dismissed Haniyeh, a move the Hamas leader refused to accept.[98]

Haniyeh graduated in 1987 from the Hamas-affiliated Islamic University of Gaza, just as the First Intifada began. Haniyeh was arrested and released several times before his arrest in 1989; he was sentenced to three years in prison and released in 1992. Haniyeh was then deported along with 400 other Hamas activists to South Lebanon. Upon his return in 1993, he was made dean of the Islamic University, a position he held until 1997, when Hamas spiritual leader Sheikh Yassin was released from Israeli jail and Haniyeh was appointed as his assistant.[99]

After the assassinations of Sheikh Yassin in 2004 and his successor Abd al-Aziz al-Rantisi later that same year, Haniyeh was reportedly named to Hamas' "collective leadership," though the exact identities of Hamas' leaders were kept secret.[100] When it designated Haniyeh in 2018, the U.S. Department of State found that: "Ismail Haniyeh is the leader and President of the Political Bureau of Hamas, which was designated in 1997 as a Foreign Terrorist Organization and in 2001 as an SDGT. Haniyeh has close links with Hamas' military wing and has been a proponent of armed struggle, including against civilians."[101]

**Abbas al-Sayed**

Abbas al-Sayed is an al-Qassam Brigades commander who was convicted by an Israeli court and sentenced to 35 life sentences for his role as the mastermind behind the Park Hotel Passover massacre in March 2002 that killed dozens of people, including several elderly Holocaust survivors

---

[96] "An interview with sheikh Salah Shehada" Ezzedeen Al-Qassam Brigades – Information Office, available online at https://web.archive.org/web/20090726054414/http://www.qassam.ps/specialfile-246-An_interview_with_shiekh_Salah_Shehada_1.html .

[97] *See* "12 dead in attack on Hamas," The Guardian, July 22, 2002, available at: https://www.theguardian.com/world/2002/jul/23/israel1

[98] "Profile: Hamas PM Ismail Haniyeh," BBC News, December 14, 2006, available online at http://news.bbc.co.uk/2/hi/middle_east/4655146.stm; "Abbas sacks Hamas-led government," June 15, 2007, available online at http://news.bbc.co.uk/2/hi/middle_east/6754499.stm.

[99] *Id.*

[100] *Id.*

[101] State Department Terrorist Designations of Ismail Haniyeh, Harakat al-Sabireen, Liwa al-Thawra, and Harakat Sawa'd Misr (HASM), https://2017-2021.state.gov/state-department-terrorist-designations-of-ismail-haniyeh-harakat-al-sabireen-liwa-al-thawra-and-harakat-sawad-misr-hasm/.

attending a Passover seder meal.[102] He simultaneously served as a Hamas spokesperson in Tulkarem and the covert head of the Qassam Brigades terrorist cell there.[103] Wearing these two hats, al-Sayed gave public speeches and represented Hamas at public functions even as he secretly recruited military operatives and suicide bombers, received orders and funds from Hamas leaders in Lebanon and Syria, and personally planned and oversaw the cell's operations. Al-Sayed openly acknowledged his contacts with Hamas leaders abroad, but maintained these were purely political in nature. In fact, al-Sayed received funds for Hamas political activity—$9,000-$13,000 a month—that were overtly transferred from Hamas leaders abroad into al-Sayed's personal bank accounts (including at Cairo Amman Bank).[104] Al-Sayed was recruited into Hamas by Jamal Mansur (discussed below).

In his conviction by an Israeli court in Haifa, Israel noted that al-Sayed:

> joined the Hamas movement starting November 2000 and acted as its spokesman and the head of its military wing in Tulkarem. In performing his duties, he kept in direct contact with the Hamas leadership in Syria and received from them funding for the activities of the Hamas, he set up rallies and represented the Hamas in press interviews…. The accused conspired with the leaders of the Hamas abroad, a fact that was admitted by him to the interrogators "N" and "F". Furthermore, the accused defined himself before "F" as the holder of a "high rank" in the leadership of Hamas. The accused considered himself as a military leader for all purposes and, starting in, 2001 dealt vigorously in funding the operatives of Hamas, purchasing weapons, and planning and carrying out terrorist acts. Furthermore, the accused used to keep in direct contact with the Hamas leadership in Syria. His high rank expresses itself in the sizeable Hamas funds that were directly transferred to his private bank account, out of complete trust of the transferors that these funds will serve the causes of the Hamas movement completely.[105]

**<u>Ghazi Ahmad Hamad</u>**

Ghazi Ahmad Hamad is a chief spokesperson for Hamas leader Ismail Haniyeh. Hamad joined Hamas shortly after its founding.[106] In 1989, he was arrested by Israeli authorities, convicted and

---

[102] The information in this section on the Park Hotel bombing comes from the Israeli military indictment against Fathi Kahtib, Samaria Military Court, September 7, 2002; and from C.S.S. Special Information Bulletin, Passover Eve Massacre at Park Hotel in Netanya: Analysis of a Mass-Murder Terror Attack as a Case Study of the Terrorist Nature of the Hamas Movement and the Involvement of Its Political Leadership in Operational Terrorist Activity, May 2004, https://www.terrorism-info.org.il/Data/pdf/PDF1/JUNE_6_2_1700435765.pdf. *See also*, AV-PL087691 (Israel Supreme Court decision regarding Abbas al-Sayed's appeal); AV-PL087642-AV-PL087650 (Sentencing of Abbas al-Sayed).
[103] As an example of his public role in Hamas, *see* a *St. Louis Dispatch* article dated October 8, 2001, reporting that: "In the West Bank city of Tulkarm, about 1,000 Palestinians demonstrated Sunday over the arrest by Palestinian police of Abbas al-Sayed, spokesman for Hamas."
[104] AV-PL000001- AV-PL000007.
[105] *See*, AV-PL087789 (Verdict for Abbas al-Sayed with English translation).
[106] Caridi Paola, Hamas From Resistance to Government, (New York: Seven Stories Press, 2012) p, 353.

sentenced to prison for five years for membership in Hamas.[107] During those years he became Hamas's official spokesman.[108] After his release from prison, he was appointed deputy editor of the Hamas weekly newspaper *Al-Watan* until it shut down in 1996. Thereafter, he served as the chief editor of *Al-Watan*'s successor publication, *Al-Risala.*[109] Hamad was also the head of the Islamic Salvation Party, formerly the unofficial political wing of Hamas.[110] In 1996, Hamad was cited by the *Associated Press* as a "Hamas official" who warned that violence would continue if Israel did not accept an offer from the Qassam Brigades to 'freeze military operations against Israel' if Israel halted 'Zionist terrorism in every form against Hamas and the Qassam Brigades.'[111]

In 1997, CNN interviewed Hamad (as well as another Hamas leader) after a bombing in Jerusalem. Hamad told the news channel that "But now, they are crying and shouting about 14 or 10 people who are killed in Jerusalem, but they don't care about 60 percent of unemployment in Gaza Strip." He added: "I think that the Palestinians, not only Hamas, I think that the majority of Palestinians are ready now to present more of their blood, their soul, their money to their homeland, because every day and every moment, we lose."[112]

The *Associated Press* again reported in 1999 that "Ghazi Hamad, the editor of Hamas' official newspaper al-Risala, was taken into police custody late Saturday to answer questions about an article he published criticizing the Palestinian Authority…"[113]

From March 2006 until June 2007, he was the spokesperson for the Palestinian government. Since the October 7, 2023, atrocities, Ghazi Hamad has also given multiple interviews to Arab and international media as one of Hamas's leading spokesmen.

**<u>Hamed al-Bitawi</u>**

Sheikh Hamed al-Bitawi, a Nablus resident, was the head of the Hamas-affiliated Palestinian Islamic Scholars Association, as well as the chairman of the al-Tadamun Charitable Society, and vice chairman of the Nablus Charity (Zakat) Committee.[114] Bitawi was a very public spokesman and religious authority representing Hamas. During the Holy Land Foundation Trial, he was identified as one of the founders of Hamas in the West Bank.[115] He was elected to the Palestinian Legislative Council in 2006.[116] Sheikh al-Bitawi was also one of the preachers at the al-Aqsa

---

[107] *Id. See also* Conal Urquhart "Hamas Ready to Cooperate, But Only In Gaza" *The Guardian,* April 20, 2004, available at: https://www.theguardian.com/world/2004/apr/20/israel.

[108] Caridi Paola, Hamas From Resistance to Government, (New York: Seven Stories Press, 2012) p, 353

[109] Amal Jamal, "The Palestinian Media: An Obedient Servant or a Vanguard Of Democracy?" *Journal of Palestine Studies*, Vol. 29, No. 3 (Spring, 2000), p. 52.

[110] Roland Friedrich and Arnold Leuthold, eds. Entry-Points to Palestinian Security Sector Reform, (Geneva: Geneva Centre for the Democratic Control of Armed Forces, 2007), p. 185.

[111] "Hamas Leaflet Offers to Halt Attacks On Israel," *Associated Press*, June 20, 1996.

[112] "Hamas Is Blamed for Last Week's Bombings in Jerusalem," CNN WORLDVIEW, August 4, 1997.

[113] "PA detains editor of Hamas newspaper," *Associated Press*, August 15, 1999.

[114] C.S.S. Special Information Bulletin, "The Union of Good," February 2005, available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf.

[115] Testimony of Avi (ISA) *U.S. v. HLF*, United States District Court for the Northern District of Texas, Dallas Division, vol. 27, 3:04-CR-240P, October 29, 2008, p. 106.

[116] "The Palestinian Legislative Council: A Handbook," The Washington Institute for Near East Policy, available online at https://www.washingtoninstitute.org/media/7560.

Mosque in Jerusalem. He also served as one of three Union of Good Trustees in the West Bank.[117]

Bitawi, born in 1944 near Nablus, graduated from the Shari'a college of the University of Jordan and received a partial Master's degree in Islamic law from the Shari'a department of Al-Najah University. In 1992, Bitawi was deported to Lebanon along with other Hamas activists.[118]

Following Israel's killing of the al-Qassam Brigades commander Ibrahim Bani Odeh in 2000, Bitawi was identified as a "Hamas leader in Nablus" and quoted by the *Associated Press* stating: "Our response will be more car bombs and they (the Israelis) will pay a high price."[119]

He stated that "jihad is a collective duty… However, if infidels conquer even an inch of the Muslims' land, as happened with the occupation of Palestine by the Jews, then jihad becomes an individual duty, and, therefore, suicide attacks are permissible."[120] In August 2001, Bitawi presided over a massive rally in Nablus honoring senior Hamas operatives killed by Israeli forces (Salah al-Din Daruza, Jamal Salim and Jamal Mansur). During the event, Bitawi held up a rifle and led the large crowd in a pledge: "I swear by Allah Almighty to resist and engage in holy war against the Israeli enemy with my soul and my money and my words, even if this leads to my martyrdom. To avenge the souls of the martyrs. Jihad is our way! Jihad is our way! And death in Allah's path is our paramount wish."[121] Bitawi died of natural causes on April 4, 2012.

**Salah al-Din Daruza**

Salah al-Din Daruza was a Hamas political leader in the West Bank. He was also a lecturer at al-Najah University in Nablus.[122] A poster from the Tulkarem Zakat Committee submitted as evidence in the Holy Land Foundation trial identifies Daruza, Jamal Salim, and Jamal Mansur as "Political leaders of the Islamic Resistance Movement – Hamas Nablus." Daruza was killed in an Israeli missile strike on July 25, 2001.[123]

**Jamal Salim Damuni**

Sheikh Jamal Salim Damuni was a former board member of the Al-Tadamun Charitable Society, a Hamas front which operated in close cooperation with the Nablus and Jenin Zakat Committees. In his interrogation, 'Abd al-Khaliq al-Natsheh, head of the Islamic Charitable Society – Hebron, revealed that he had previously discussed important matters of Hamas policy such as carrying out attacks against Jews and participating in PA elections with Damuni. According to the Israeli Ministry of Foreign Affairs, Damuni "supported an increase in terrorist activity against Israel and

---

[117] C.S.S. Special Information Bulletin, "The Union of Good," February 2005, available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf.
[118] *Id.*
[119] "Barak, Arafat Agree on Security," *Associated Press*, November 24, 2000.
[120] Jeffrey Goldberg, "Letter From Gaza: The Martyr Strategy," New Yorker, July 9, 2001, available online at https://www.newyorker.com/magazine/2001/07/09/the-martyr-strategy .
[121] *See*, Journeyman Pictures, "Dirty War: The bitter struggle between Israelis and Palestinians has created a network of Palestinian collaborators caught in the crossfire." Available online at https://www.youtube.com/watch?v=KKma5eW7_sw (last accessed June 5, 2024).
[122] Testimony of Avi (ISA) *U.S. v. HLF*, United States District Court for the Northern District of Texas, Dallas Division, vol. 27, 3:04-CR-240P, October 29, 2008, pp. 195-196.
[123] Government Exhibit Tulkarem Zakat 2, *U.S. v. HLF*, 3:04-CR-240-G, available online at https://web.archive.org/web/20090109061045/http://www.txnd.uscourts.gov/judges/hlf2/10-20-08/Tulkarem%20Zakat%202.pdf.

the increased use of suicide bombers. He attacked the 'fatwahs' (Islamic religious rulings) which decried suicide bombings and called for Muslims to ignore them.” During a Hamas rally on April 24, 2001, Damuni stated “Hamas chooses Intifada and militant operations. You the Israelis, it is your turn to weep for your dead; we have prepared a hundred attacks [suicide bombers] who await their turn ... after the hundreds there will be thousands more.”[124] Damuni was killed in a July 31, 2001, Israeli helicopter missile strike on the Palestinian Center for Studies and Media (a Hamas center run by Jamal Mansour).[125]

**Jamal and Muna Mansour**

Sheikh Jamal Mansour was a prominent Hamas political and *da'wa* leader in the West Bank. He initially rose to prominence as a radical student leader at the University of Al-Najah near Nablus. In 1992, Mansour was among those deported to South Lebanon and spent more than 5 years in Israeli jails following his return. After the Oslo agreements, Mansour was imprisoned by the Palestinian Authority for two years. [126] In an interview with BBC radio, he stated that he saw no wrong in the killing of civilians on every possible occasion.[127] He was killed in a July 31, 2001, Israeli helicopter missile strike on the Palestinian Center for Studies and Media, described as Hamas' West Bank headquarters, where he was the director. After his death his image was used as a fundraising tool by several Hamas charities.[128] Following the strike, Israel stated that Mansour had been responsible for several attacks against Israelis, including the June 1, 2001, attack on the Dolphinarium discotheque in Tel Aviv which killed 21.[129]

According to the Israeli Ministry of Foreign Affairs, “Mansour oversaw the implementation of the Hamas' policy of terrorist attacks. He provided guidance, chose the targets and methods, established the necessary organizational infrastructure and dispatched the operatives to carry out their lethal missions. He organized mass rallies during which he publicly called for the increase of

---

[124] Israel Ministry of Foreign Affairs, “IDF Strikes at Heads of Hamas Command in Samaria,” August 1, 2001, available online at https://web.archive.org/web/20050316213034/http://www.mfa.gov.il/MFA/Government/Communiques/2001/IDF%20Strikes%20at%20Heads%20of%20Hamas%20Command%20in%20Samaria%20-.

[125] Intelligence and Terrorism Information Center at the Center for Special Studies (C.S.S.) Special Information Bulletin, “The Union of Good: An Umbrella Organization Comprised of More than 50 Islamic Charitable Funds and Foundations Worldwide” Appendix A, Israel, February 2005, available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf.

[126] “Profile: Hamas activist Jamal Mansour” BBC News, July 31, 2001, available online at http://news.bbc.co.uk/2/hi/middle_east/1467082.stm.

[127] Israeli Ministry of Foreign Affairs, “IDF Strikes at Heads of Hamas Command in Samaria,” August 1, 2001, available online at https://web.archive.org/web/20050316213034/http://www.mfa.gov.il/MFA/Government/Communiques/2001/IDF%20Strikes%20at%20Heads%20of%20Hamas%20Command%20in%20Samaria%20-.

[128] *See*, for example, Government Exhibit Tulkarem Zakat 2, *U.S. v. HLF*, 3:04-CR-240-G, available online at https://web.archive.org/web/20090109061045/http://www.txnd.uscourts.gov/judges/hlf2/10-20-08/Tulkarem%20Zakat%202.pdf, and Government Exhibit ICS-Hebron 10, *U.S. v. HLF*, 3:04-CR-240-G, available online at https://web.archive.org/web/20090109055524/http://www.txnd.uscourts.gov/judges/hlf2/10-20-08/ICS%20Hebron%2010.pdf.

[129] “Profile: Hamas activist Jamal Mansour” BBC News, July 31, 2001, available online at http://news.bbc.co.uk/2/hi/middle_east/1467082.stm; Margot Dudkevitch, “Targeted Hamas leaders had hand in many terror attacks,” *The Jerusalem Post*, August 1, 2001.

attacks against Israel and rejected the idea of a negotiated settlement."[130]

Muna Mansour was a Nablus-based member of the Palestinian Legislative Council for Hamas and the widow of Jamal Mansour.[131] She was arrested by Israeli police on July 21, 2008, and released soon after.[132]

**Jamal Tawil**

Jamal Tawil is a Hamas member and founder and director of the Al-Islah Charitable Society, Ramallah-Al-Bireh. According to the Israeli government, Tawil was responsible for recruiting the suicide bombers responsible for the December 1, 2001, bombing on Ben Yehuda Street in Jerusalem. Tawil had previously been deported along with 400 other Hamas activists to South Lebanon in 1992. Al-Islah was outlawed in early 2002 and Tawil was arrested in April of the same year during Operation Defensive Shield, his third arrest since 1996.[133] An Israel Security Agency (Shin Bet) official testifying in the Holy Land Foundation trial identified Jamal Tawil as a member of Hamas's military wing from the beginning of the Second Intifada until his arrest in 2002.[134]

After his 2002 arrest, Israeli investigators learned that Tawil had taken on political and *da'wa* roles in order to facilitate and conceal his military activities. He had been instructed by the head of the Hamas propaganda bureau in Lebanon, who went by the nom de guerre Abu Ahmad, to become the chief Hamas spokesman in Ramallah. During his interrogation Tawil revealed that beginning in March 1998, Abu Ahmad began regular wire transfers into his personal Arab Bank account.[135]

Tawil was also charged with leading a Hamas prisoners committee. In this capacity Tawil

---

130 Israel Ministry of Foreign Affairs, "IDF Strikes at Heads of Hamas Command in Samaria," August 1, 2001, available online at https://web.archive.org/web/20050316213034/http://www.mfa.gov.il/MFA/Government/Communiques/2001/IDF%20Strikes%20at%20Heads%20of%20Hamas%20Command%20in%20Samaria%20-.

131 The Media Line News Agency "Hamas: PA using prisoner's wife as bargaining chip" *The Jerusalem Post*, July 7, 2009, available online at https://www.jpost.com/middle-east/hamas-pa-using-prisoners-wife-as-bargaining-chip; "The Palestinian Legislative Council: A Handbook," The Washington Institute for Near East Policy, available online at https://www.washingtoninstitute.org/media/7560.

132 "Chronological Review of Events Relating to the Question of Palestine, Monthly media monitoring review" Division of Palestinian Rights, United Nations, July 2008, https://www.un.org/unispal/document/auto-insert-202500/. *See also* https://www.reuters.com/article/economy/israeli-forces-detain-hamas-lawmaker-businessmen-idUSL21491039 and https://www.tandfonline.com/doi/pdf/10.1179/175272609X12494659367032

133 Israel Ministry of Foreign Affairs, "Operation for the confiscation of terror funds – Background" February 24, 2004, available online at https://embassies.gov.il/MFA/FOREIGNPOLICY/Terrorism/Palestinian/Pages/Security%20forces%20seize%20terrorist%20funds%20-%20Background.aspx; Intelligence and Terrorism Information Center at the Center for Special Studies (C.S.S.) Special Information Bulletin, Interpal, Part II, "Appendix B: Information Disclosed by Jamal Muhammad Farah al-Tawil, Founder of Al-Islah Charitable Society in Ramallah-Al-Bireh, about the Circumstances Surrounding Its Founding by Hamas," Israel, December 2004, available online at https://www.terrorism-info.org.il/app/uploads/2021/11/intrpal.pdf.

134 *U.S. v. HLF*, Testimony of Avi (ISA), United States District Court for the Northern District of Texas, Dallas Division, vol. 27, 3:04-CR-240P, October 29, 2008, pp.195-196.

135 Intelligence and Terrorism Information Center at the Center for Special Studies (C.S.S.) Special Information Bulletin, Interpal, Part II, "Appendix B: Information Disclosed by Jamal Muhammad Farah al-Tawil, Founder of Al-Islah Charitable Society in Ramallah-Al-Bireh, about the Circumstances Surrounding Its Founding by Hamas," Israel, December 2004, available online at https://www.terrorism-info.org.il/app/uploads/2021/11/intrpal.pdf; Israel Ministry of Foreign Affairs, "Iran and Syria as Strategic Support for Palestinian Terrorism" September 30, 2002, available online at https://web.archive.org/web/20050228093700/http://www.mfa.gov.il/MFA/MFAArchive/2000_2009/2002/9/Iran%20and%20Syria%20as%20Strategic%20Support%20for%20Palestinia#c.

instructed Hamas members in Israeli jails to have bank accounts opened for them into which Hamas could deposit funds to be used in the prison canteens. When he was unable to obtain a license for his prisoners committee from the Palestinian Authority, he was advised by other Hamas leaders to found an Al-Islah branch in Ramallah "to camouflage the activities of the prisoners committee and to enable it to expand and receive donations from Islamic charitable societies abroad." During his interrogation Tawil confirmed that he had established the Al-Islah Ramallah branch in order to provide legal cover for transferring funds to Hamas.[136]

## IV. THE RELATIONSHIP BETWEEN HAMAS'S SOCIAL WELFARE NETWORK (DA'WA) AND ITS MILITARY (TERRORIST) WING

As discussed further herein, once Hamas was formally established in December 1987, the *da'wa* infrastructure – the pre-existing network of Muslim Brotherhood social welfare institutions established by Sheikh Yassin and other senior Muslim Brotherhood leaders in Gaza – became the backbone of Hamas's physical infrastructure and political power base. As also explained further herein, Hamas utilizes the *da'wa* to recruit and mobilize Palestinians to its cause, which includes the commission of terrorist acts. Sheikh Yassin himself rejected the idea that Hamas's political wing and its military wing, the Izz al-Din al-Qassam Brigades, are uncoordinated:

> We cannot separate the wing from the body. If we do so, the body will not be able to fly. Hamas is one body.[137]

### A. Hamas's Da'wa and its Primary Purposes in Support of Hamas's Terrorist Acts

Any proper analysis of Hamas's *da'wa* must note that funds supporting any part of Hamas free up existing monies to support its terrorist activities. As then-Assistant Secretary for Economic and Business Affairs at the U.S. Department of State E. Anthony Wayne testified in 2003, "This [the flow of money to Hamas] is a sensitive issue given that some of these financial flows are used to support charitable activities. There can be no doubt, however, that donations to Hamas for charitable purposes free up funds for use in terrorism."[138] Similarly, in a 2008 U.S. Department of Treasury designation, Under Secretary for Terrorism and Financial Intelligence, Stuart Levey, stated, "Terrorist groups such as Hamas continue to exploit charities to radicalize vulnerable communities and cultivate support for their violent activities."[139]

Hamas deems legitimate the mingling of these funds, as it considers the social services it provides a jihadist extension of its terrorist attacks. For example, in 2003, the Muslim Brotherhood's Hamas-associated "Islam-online" website featured a special page glorifying suicide

---

[136] Intelligence and Terrorism Information Center at the Center for Special Studies (C.S.S.) Special Information Bulletin, Interpal, Part II, "Appendix B: Information Disclosed by Jamal Muhammad Farah al-Tawil, Founder of Al-Islah Charitable Society in Ramallah-Al-Bireh, about the Circumstances Surrounding Its Founding by Hamas," Israel, December 2004, available online at https://www.terrorism-info.org.il/app/uploads/2021/11/intrpal.pdf.
[137] "Yassin Sees Israel 'Eliminated' Within 25 Years, *Reuters*, May 27, 1998.
[138] Testimony of E. Anthony Wayne, Assistant Secretary for Economic and Business Affairs, U.S. Department of State, to the House of Representatives Committee on Financial Services, September 24, 2003, available online at http://financialservices.house.gov/media/pdf/092403eaw.pdf.
[139] "Treasury Designates the Union of Good," U.S. Department of Treasury, November 12, 2008. https://home.treasury.gov/news/press-releases/hp1267.

attacks and stressing the need to support not only Palestinian armed struggle but also youth education, social activity and economic assistance as a means of fighting the "economic Jihad."[140]

Fully exposing Hamas's *da'wa*, however, requires revealing both its sources of funding as well as the means by which Hamas uses its charitable and social service infrastructure to further its terrorist operations. As a U.S. official testified in 2003, "Hamas is loosely structured, with some elements working clandestinely and others working openly through mosques and social service institutions to recruit members, raise money, organize activities, and distribute propaganda."[141]

Hamas's *da'wa*, then, not only confers a cloak of legitimacy around its terrorist activity, but its funding actually facilitates that activity. Significantly, some commentators suggest that acts of terrorism are relatively inexpensive and conclude that Hamas funds are primarily geared toward humanitarian work – neglecting the extremely high cost of maintaining safe houses, buying loyalties, maintaining the physical infrastructure of its organization, paying its members' salaries and more. In fact, Hamas's charities and social service organizations – which facilitate Hamas attacks – form the backbone of Hamas's operational capacity. In other words, without its *da'wa*, Hamas would not have the capacity to commit terrorist attacks on the scale that it has to date.

Hamas's *da'wa* serves five primary purposes in support of its terrorist activity:

1. *Da'wa* operatives and organizations fund and participate in terrorist attacks committed by Hamas.
2. The *da'wa* functions as Hamas's logistical support network.
3. Senior Hamas leaders and operatives hold positions within the *da'wa*.
4. *Da'wa* activities are targeted to build grassroots support for Hamas.[142]
5. *Da'wa* charities and social organizations radicalize Palestinian society.

### 1. The Da'wa Finances and Participates in Hamas Attacks

Hamas social welfare organizations play a direct role in facilitating the group's terrorist attacks, including suicide bombings. For example, Hamas uses social activists' cars and homes to ferry and hide fugitives and relies on them to launder and transfer funds for terrorist activity through local charity committees associated with Hamas.

---

[140] Israel Defense Forces Spokesperson's Unit, "Hamas-Related Associations Raising Funds Throughout Europe, the US and the Arab World," September 3, 2002.

[141] David Aufhauser, testimony before House Committee on Financial Services, Subcommittee on Oversight and Investigations, September 24, 2003, available online at https://home.treasury.gov/news/press-releases/js758.

[142] The International Crisis Group, secular Palestinian activists, and independent observers agree that Hamas would not have achieved its prominent role in Palestinian society without the use of the *da'wa*'s social welfare organizations. In an interview with the International Crisis Group, a Palestinian Authority official stated, "Let's be blunt. When kids go to schools run by Hamas or charities run by Hamas, it helps the organization." *See* "Islamic Social Welfare Activism In The Occupied Palestinian Territories: A Legitimate Target?" ICG Middle East Report No. 13, Footnote 174, International Crisis Group, April 2, 2003, available online at https://www.crisisgroup.org/sites/default/files/13-islamic-social-welfare-activism-in-the-occupied-palestinian-territories-a-legitimate-target_0.pdf .

Investigations into Hamas activity in the U.S. led investigators to similar conclusions and to the determination that, in light of the links between the *da'wa* networks and terrorist operatives plotting attacks, tracking the money through the *da'wa* system of logistical supporters of terrorism can be particularly effective in preventing attacks by Hamas. FBI Deputy Director John Pistole testified to Congress in 2003 that FBI investigations into the financial activities of terrorist supporters in the United States helped prevent four different terror attacks abroad.[143] According to Pistole, at least "a portion" of contributions made to Hamas fronts directly support "the terrorist organization's military wing"; other funds support Hamas attacks indirectly, as "any contribution to Hamas, for any purpose, frees up other funds for its planned violence."[144]

### a. Direct Da'wa Role in Hamas Terror

Hamas charities, and those that fund them, not only assist Hamas's effort to build grassroots support, they also contribute directly to its military wing, the Izz al-Din al-Qassam Brigades, and fund its attacks. The FBI describes such charities as "an easy target for fraud" as some funds are donated for altruistic charitable purposes but "find their way to supporting Hamas's military wing and ultimately are the source for terrorist attacks."[145] Similarly, the State Department has determined that "there can be no doubt…that donations to Hamas for charitable purposes free up funds for use in terrorism."[146]

### 2. Da'wa as Logistical Support Network

By its very nature, the *da'wa* operates overtly, offering an extensive and entrenched network of charities, social service organizations, mosques, employees, members and donor and service recipients available to support Hamas activities.

Hamas actively solicits the assistance of "civilian" Hamas members to facilitate its terrorist attacks, especially those who can make use of their places of employment to facilitate the al-Qassam Brigades. For example, Hamas recruited Mustafa Amjad, a doctor at al-Razi Hospital in Jenin, to help infiltrate suicide bombers into Israel. After his arrest in June 2002, Amjad confessed to helping Hamas terrorists enter Israel while delivering medicines in his professional capacity.[147] Similarly, according to Israeli intelligence information cited by the FBI, the Dar el-Salam Hospital

---

143 Whether these pertained to Hamas or other international terrorist groups, the example highlights the close link between those who provide logistical and financial support to terrorist groups and those who actually execute the attacks. *See* John Pistole testimony before Senate Committee on Banking, Housing and Urban Affairs, September 25, 2003. At the time of his testimony, Pistole was Assistant Director of the FBI.

144 John Pistole testimony before House Committee on Financial Services, Subcommittee on Oversight and Investigations, September 24, 2003, available online at https://web.archive.org/web/20090330021742/htm http://www.house.gov/financialservices/media/pdf/092403jp.pdf.

145 John Pistole testimony before House Committee on Financial Services, Subcommittee on Oversight and Investigations, September 24, 2003, available online at https://archives.fbi.gov/archives/news/testimony/the-terrorist-financing-operations-section.

146 Testimony of E. Anthony Wayne, Assistant Secretary of State for Economic and Business Affairs, Department of State, to the House of Representatives Committee on Financial Services, September 24, 2003.

147 "Terrorist Misuse of Medical Services to Further Terrorist Activity," Israel Foreign Ministry, August 26, 2002, available online at https://embassies.gov.il/MFA/FOREIGNPOLICY/Terrorism/Palestinian/Pages/Terrorist%20Misuse%20of%20Medical%20Services%20to%20Further%20Te.aspx.

"was founded in 1995 with HAMAS funds and protection. The building is located on the land of a HAMAS-associated family by the name of Al Bata from Khan Yunis."[148]

In another case, Hamas operative and financial intermediary Muhammad Salah met al-Qassam Brigades recruits at several mosques, including the al-Bireh mosque and the al-Nasser mosque.[149] According to al-Qassam Brigades activist Salah Arouri, "I received 96,000 American dollars from Abu Ahmad [Muhammad Salah] which he gave me personally in the Abd al-Nasser mosque in al-Bireh. He told me that the money was meant for our weapons procurement activity."[150]

Mosques associated with Hamas also serve as meeting places for Hamas fugitives. For example, arrested al-Qassam Brigades member Salah Arouri recounted hiding al-Qassam Brigades activists Bashir Hamad, Talal Salah, and Imad Aqel in the al-Hares mosque in Hebron after three other members of their cell were captured in October 1992. Muhammad Salah then personally ferried two of these fugitives to Ramallah.[151]

The *da'wa* network also serves as an opportunity for Hamas to identify and enlist individuals into Hamas. For example, Ahmad Salim Ahmad Saltana, the former head of the Jenin Zakat Committee, recruited young men working for that charity committee into Hamas.[152] Recognizing this phenomenon, a senior U.S. official noted that, at a minimum, funding any part of Hamas enhances the group's credibility and provides it with "the opportunity to recruit people through its charitable activities."[153]

The Jihad Mosque in Hebron was one such breeding ground. The Mosque had its own soccer team, which produced several Hamas terrorists responsible for a string of attacks conducted over the first six months of 2003, five of which were suicide bombings executed by team members.[154] The team's jerseys bore a picture of a hand holding an axe with an inscription reading,

---

[148] Dale L. Watson, assistant director for counterterrorism, Federal Bureau of Investigation, "Holy Land Foundation for Relief and Development, International Emergency Economic Powers Act, Action Memorandum," memorandum to R. Richard Newcomb, director of the Office of Foreign Assets Control, U.S. Department of the Treasury, November 5, 2001 ("Watson Memorandum"), p. 43.

[149] "Subject: Transcriptions of the Police Interviews with Salah Arouri," Israeli Police Document recording Arouri's January 27, 1993 interview.

[150] *Id*. When the U.S. Department of the Treasury designated Arouri as an SDGT in 2015, it found that "[i]n the late 1990s, al-Aruri was a key Hamas recruiter and his authority over Hamas military activity extends back to at least the early 1990s, when he served as a commander in Hamas's military wing. In 2010, immediately after his release from a 10-year prison term, al-Aruri resumed his military activity for Hamas and reconnected with Hamas political figures." *See*, https://home.treasury.gov/news/press-releases/jl0159. Arouri was killed in an Israeli airstrike in January 2024.

[151] *Id*.

[152] Watson Memorandum, November 5, 2001, p. 34.

[153] Testimony of E. Anthony Wayne, Assistant Secretary of State for Economic and Business Affairs, Department of State, to the House of Representatives Committee on Financial Services, September 24, 2003. http://commdocs.house.gov/committees/bank/hba92334.000/hba92334_0f.htm.

[154] Ian Fisher, "A Sudden, Violent End for a Promising Youth," *The New York Times*, June 13, 2003.

"Prepare for the enemy and to fight the occupation."[155] Another Hamas-affiliated sports club has the infamous reputation of serving as the recruitment grounds for six different suicide bombers.[156]

Hamas also recruits new members on university campuses. In his statement to Israeli police in January 1993, Salah Arouri noted that he, like many others, was first recruited into Hamas on the campus of a Palestinian university, in his case Hebron University. Arouri recounted a meeting at which "Muayn [Muin Shabib] told me that there was authorization for military activity and gave me a code word for an anonymous person that would come to him which was 'Abu Hani sends you his regards and wants to make a license.'" When the unnamed man arrived in July or August 1991, Arouri continued, he made contact at the university. "He came to the University in Hebron and gave me the code word," Arouri recalled, and then assigned Arouri "to recruit a squad in Hebron and to obtain weapons."[157]

The Hamas-affiliated *Kutla Islamiya*, or Islamic bloc, was by far the most prominent of these student associations. Funded in part through Hamas charities like the Islamic Association in al Bira, the Bloc has long been a critical component of the Hamas *da'wa* infrastructure.[158] Even before the Palestinian Muslim Brotherhood adopted the name Hamas, the Islamic Bloc played an important part in the Brotherhood's structure and activities, as Hamas former political bureau head Khalid Mishal acknowledged: "Inside, we had several names: the Islamic Movement [Hamas], Muslim Brotherhood, Islamic Front, the (Islamic) Youth Center and the Islamic Bloc. It was one organization with different names." After the founding of Hamas, the Islamic Bloc continued to operate under that name (Kutla Islamiya) but with an overt affiliation with Hamas.[159]

As the group's emblem suggests—a globe atop a Koran, assault rifle, and jihad flag, with a map of historic Palestine in the background—the Bloc is deeply involved in militant activity, and many of its members have led Hamas terror cells.[160] Of the thirteen members of al-Najah's 2004 student council, eight—including the chairperson—belong to Hamas's Islamic Bloc. The accuracy of the description was evident in July 2004 when Israeli forces exposed and arrested a Hamas terrorist cell planning kidnappings, shooting attacks, and a suicide bombing in either

---

155 https://www.telegraph.co.uk/news/worldnews/middleeast/israel/1432360/Mosque-football-team-was-terrorists-cover.html.

156 "Unmasking Hamas' Hydra of Terror," A Simon Wiesenthal Center Snider Social Action Institute Report, August 2003. *See also*: Arnon, Regular. "Hebron's playing and plotting field," Haaretz, May 30, 2003, available online at https://www.haaretz.com/2003-05-30/ty-article/hebrons-playing-and-plotting-field/0000017f-e194-d9aa-afff-f9dc2ade0000.

157 "Subject: Transcriptions of the Police Interviews with Salah Arouri," Israeli Police Document recording Arouri's January 27, 1993 interview.

158 C.S.S. Special Information Bulletin, "Suicide Bombers and Martyr Culture at al-Najah University in Nablus," October 2004 available online at https://web.archive.org/web/20050219092522/www.intelligence.org.il/eng/sib/11_04/najah.htm.

159 Ghassan Charbel, "The Khalid Mishal Interview (2 of 7), al Hayat, December 15, 2003, available online (in English) at http://web.archive.org/web/20051210185204/english.daralhayat.com/Spec/12-2003/Article-20031205-4343f65c-c0a8-01ed-0012-e4cdc62232f8/story.html.

160 C.S.S. Special Information Bulletin, "Suicide Bombers and Martyr Culture at al-Najah University in Nablus," October 2004 available online at https://web.archive.org/web/20050219092522/www.intelligence.org.il/eng/sib/11_04/najah.htm.

Netanya or Ariel. The leader of the cell was Alaa Zuharyr Nimr Jayusi, a leader of the Islamic Bloc at al-Najah. Other members of the cell were also Islamic Bloc activists.[161]

### 3. Hamas Leaders and Terror Operatives Positioned within the *Da'wa*

Hamas terrorist operatives frequently hold day jobs within Hamas's *da'wa* system, which provides them with both a salary and cover for their less charitable activities plotting and carrying out terrorist attacks. For example, documents seized from the offices of the Islamic Relief Agency ("IRA") revealed that it had been paying the salaries of ten West Bank Hamas activists.[162] Additionally, the placement of battle-hardened operatives in key *da'wa* positions streamlines Hamas's ability to skim and launder funds from its charities and social service organizations.

Hamas social welfare activists running charitable societies and zakat committees in the West Bank and the Gaza Strip are often closely tied to Hamas's terror cells. Indeed, they are frequently current or former members of Hamas's terror cells. Consider the following examples cited by the FBI:[163]

- Fadel Muhammad Salah Hamdan, a member of the Ramallah al-Bireh Zakat Committee, was "directly connected with the planning of suicide attacks and the spiritual preparation of those about to commit suicide attacks, including the Mahane Yehuda attack in July 1997."[164]

- Khalil Ali Rashad Dar Rashad, an associate member of the Orphan Care Association in Bethlehem, provided shelter and assistance to Hamas fugitives, including Muhi a-Din al-Sharif, a Hamas bomb maker, and Hassan Salameh, the commander behind a string of suicide bus bombings in February-March 1996.

- Adnan abd al-Hafez Musbah Maswada, Directorate Co-Chairman of the Islamic Charity Association (a/k/a The Islamic Charitable Society in Hebron), was detained for several months in 1989 and again in 1994 "for HAMAS activity." According to the government of Israel, "Maswada is a member of HAMAS headquarters in Hebron and is connected to HAMAS terrorist activities against settlers." Maswada was therefore included among the Hamas and Palestinian Islamic Jihad leaders Israel deported to Lebanon in 1992.[165]

---

[161] *Id.*
[162] Watson Memorandum, November 5, 2001, p. 43.
[163] *Id.* at pp. 34-36; 40.
[164] *Id.* at p. 33. The Ramallah Zakat Committee also received funds from CBSP and Interpal (*see* "Comité de Bienfaisance et de Secours aux Palestiniens (CBSP): A French Hamas-Affiliated Fund Which Provides Financial Support for Hamas Institutions in the PA-Administered Territories," March 2005, available online at https://web.archive.org/web/20051120181812fw_/http://www.intelligence.org.il/eng/sib/4_05/cbsp_e2.htm and C.S.S. Special Information Bulletin, "Interpal, Part I," December 2004, available online at https://www.terrorism-info.org.il/app/uploads/2021/11/intrpal.pdf).
[165] Watson Memorandum, November 5, 2001, p. 30.

- Ahmad Salim Ahmad Saltana, head of the Jenin Zakat Committee,[166] was involved in transferring bomb-making materials for the preparation of explosives in 1992, and participated in a car bombing in 1993.

- Nur Al-Din Kamal Asad Tahaina was in charge of the Jenin Zakat Committee computer. He was imprisoned from July 1994 to December 1994 for "'aiding' one of the suicide bombers in the 1994 terrorist attack against an Israeli bus in Afula" and again from January 1995 to January 1996 "for conducting HAMAS activities."

- Naser Khalid Ibrahim Jarar, another member of the Jenin Zakat Committee, was detained for three months in April 1994 "for recruiting young men to the HAMAS terrorist wing," and again in January 1998 "for his connection to one of the suicide bombers in the 1994 terrorist attack against an Israeli bus in Afula, as well as his assistance to other HAMAS operatives."

- Abd al-Jaber Muhammad Ahmed Jarar, also a member of the Jenin Zakat Committee, was arrested in May 1993 "for transferring weapons to HAMAS recruits who subsequently conducted terrorist attacks."

- Fawaz Hamdan, active in both the Jenin Zakat Committee and the Hamas-funded al-Razi Hospital (cited above) there, "was imprisoned for his activities in connection with HAMAS, which included aiding fugitives and funding weapons purchases."

Hamas offices located abroad tied to the Hamas *da'wa* also feature seasoned Hamas activists in leadership positions. For example:

- The U.S. Treasury Department noted that Mahmoud Amr, the director of Al-Aqsa International Foundation's Germany offices, "is an active figure in Hamas."[167]

- The U.S. Treasury Department noted that "The secretary general of the Union of Good, for example, also acts as the vice-chairman of the United Kingdom-based Interpal, which was designated in 2003 for providing financial support to Hamas under the cover of charitable activity …. served

---

[166] The Jenin Zakat Committee also received funds from CBSP and Interpal (*see* "Comité de Bienfaisance et de Secours aux Palestiniens (CBSP): A French Hamas-Affiliated Fund Which Provides Financial Support for Hamas Institutions in the PA-Administered Territories," March 2005, available online at https://web.archive.org/web/20051120181914fw_/http://www.intelligence.org.il/eng/sib/4_05/cbsp_e3.htm and C.S.S. Special Information Bulletin, "Interpal, Part I," December 2004, available online at https://www.terrorism-info.org.il/app/uploads/2021/11/intrpal.pdf).

[167] "Treasury Designates Al-Aqsa International Foundation as Financier of Terror: Charity Linked to Funding of the Hamas Terrorist Organization," Department of the Treasury, Office of Public Affairs, available online at https://home.treasury.gov/news/press-releases/js439.

on the Hamas executive committee under Hamas leader Khaled Misha'al."[168]

- Abdelhaleem al Ashqar of the now-defunct U.S.-based Hamas front Al-Aqsa Educational Fund ("AAEF") "sent a representative from the United States to Israel" in April 1991 "to obtain detailed reports on Hamas activities in [Hamas activist Mahmud] Rumahi's region."[169]

- Muin Kamel Muhammad Shabib was identified by one of the al-Qassam Brigades operatives he recruited as "being involved in the Hamas terrorist apparatus."[170] Prior to his assignment to the Hamas *da'wa* fundraising effort, Shabib was in charge of Hamas's central sector (Ramallah-Jerusalem) where he recruited leaders for Hamas's terrorist cells.[171]

An FBI analysis of organizations that received funds from HLF revealed that a significant number of Palestinian charities and service organizations are "controlled by Hamas."[172] Many of the same organizations received funding from CBSP and Interpal.[173] Specifically, FBI investigation determined that, among others, the following organizations and individuals, employed by or affiliated with these organizations, were all part of Hamas's network of social, religious and fundraising institutions in the West Bank:

- <u>Islamic Charity Association</u> (a.k.a. Islamic Charitable Society - Hebron):[174] Muhammad Ayad Muhammad Missaq; Abdallah Najar; Hashem abd al-Nabi Natshe; Adnan abd al-Hafez Musbah Maswada; Azzam Naaman abd al-Rahman Salhab; Hathem Mahmud Hassan Shahada; Taher abd al-Aziz Dandis.

- <u>Charity Committee in Ramallah</u> (a.k.a. Ramallah Zakat Committee):[175] Aqel Suliman Muhammad Rabia (a/k/a Aqal Sulayman Muhammad Rabiyah); Amar Muhammad Ahmed Hamadan; Ibrahim Said Hassan Abu Salem; Fadel Muhammad Salah Hamadan; Mahmud Ahmed Abd Al-Rahman Ramhi; Nabil Abd Al-Hadi Mustafa Mansur.

---

[168] Treasury Designates the Union of Good, Department of the Treasury, Office of Public Affairs, available online at https://home.treasury.gov/news/press-releases/hp1267.
[169] Watson Memorandum, November 5, 2001, p. 11.
[170] *Id.* at p. 12.
[171] *Id.*
[172] *Id.* at p. 28.
[173] *Id.* at p. 44.
[174] According to Abd al-Khaleq Hasan al-Natsheh's police statement (10/30/2002) (al-Natsheh was Hamas's representative in Hebron and the head of the ICS until his arrest in 2002), the Society received donations from the Holy Land Foundation that arrived at banks in Hebron. In 2000, the ICS received $7,000,000 to an account at Cairo Amman Bank. Another account in the same bank (no. 184741 to which Natsheh's salary from the Awqaf Ministry arrived), and another, in Arab Bank Hebron, were used for canteen expansions, for Hamas and non-Hamas prisoners.
[175] According to an internal PA report from December 22, 2001, the different members of this committee are Hamas members, and some of them are even Hamas activists. *See U.S vs. HLF*, 3:04-CR-240-G GX Palestinian Authority-9. *See also* Watson Memorandum, November 5, 2001, p. 33.

- Jenin Zakat Committee: Ahmad Salim Ahmad Saltana; Ibrahim Hassan Ali Jaber; Nur Al-Din Kamal Asad Tahaina; Naser Khalid Ibrahim Jarar; Abd al-Jaber Muhammad Ahmed Jarar; Fawaz Hamdan; Professor Khalid Said (a/k/a Abu Hammam); Zayd Mahmud al-Rahim Salameh Zakarneh.[176]

- Al-Razi Hospital (tied to the Jenin Zakat Committee).

- Nablus Zakat Committee: Abd Al-Rahim Taha Hanbali; Hamid Sulayman Jaber Bitawi.

- Tulkarem Zakat Committee: Hammad Muhammed Hamed Qa'adan; Ibrahim Muhammad Salim Salim Nir Al Shams; Riad Abd Al-Latif Abd Al-Karim Al Ras; Husni Hassan Hussein Hawaja; Bilal Hamis Yussef Abu Safira.

- Qalqiliyah Zakat Committee: Bilal Abd Al-Rahim Muhammad Hanoun; Riad Rashid Hamed Walwil; Ibrahim Zahran; Walid Abd Al-Latif Suliman Abu Labadah.

- Halhul Zakat Committee: Tawfiq Muhammad Ali Atrash; Ahmed abd al-Rahman Abdallah Jahshan; Ahmed Rashid Ahmed Abu Aroush.

- Hebron Zakat Committee: Majed Musbah abd al-Fatah Naser al-Din; Muhammad Najab Kamal Sadeq Jabari.

### 4. Building Grassroots Support

In order for Hamas's dispensation of *da'wa* services to successfully influence the Palestinian population's views, the populace must be aware that Hamas is the source of the services that it receives. The FBI cited Israeli intelligence and open source reporting to conclude that "the civilian [Palestinian] population is aware that the services being provided by the zakat committees, whether it's the distribution of food, medical services or other social services, are being provided by Hamas."[177] For example, according to the U.S. Treasury Department, the Sanabil Association for Relief and Development (Sanabil), a designated SDGT[178] and now-defunct Hamas front organization in Lebanon, increased its influence in Palestinian refugee camps there by initially providing basic necessities to needy families and only subsequently requiring these families to fill out application forms noting whether they had ever worked with Hamas.[179]

Hamas aid does in fact buy the support of those who benefit from its largesse. An Israeli defense official stated, "In the territories, there are no free lunches: those who receive help from

[176] Palestinian National Authority Document, No. 01/281, January 12, 2001, *U.S. v. HLF*, GX 3:04-CR-240-G, Jenin Zakat-2.
[177] Watson Memorandum, November 5, 2001, pp. 28-29.
[178] U.S. Designates Five Charities Funding Hamas and Six Senior Hamas Leaders as Terrorist Entities," Office of Public Affairs, Department of the Treasury, August 22, 2003, available online at https://home.treasury.gov/news/press-releases/js672.
[179] *Id.*

the Islamic associations pay with support for Hamas."[180] For example, recipients are unlikely to turn down requests to participate in the *da'wa*'s logistical support activities by allowing their homes to serve as safe houses for Hamas fugitives moving from place to place to avoid capture.

The support Hamas provides is largely determined by a cost-benefit analysis that links the amount of aid awarded to the extent of support that aid will presumably buy.[181] According to Sheikh Yassin, during the Second Intifada, Hamas distributed $2 million to $3 million in monthly handouts to the relatives of Palestinian suicide bombers; "martyrs" who have been killed by Israelis; and prisoners in Israeli jails.[182]

Dr. Ibrahim al-Yazuri, one of the original founders of Hamas, offered a similar description of Hamas's philosophy regarding charitable giving:

> Everyone knows that the Islamic Resistance Movement, Hamas, is a Palestinian Jihad movement that strives for the liberation of all Palestine, from the (Mediterranean) sea to the river (Jordan), from the north to the south, from the tyrannical Israeli occupation, and this is the main part of its concern. Social work is carried out in support of this aim, and it is considered to be part of the Hamas movement's strategy . . . The Hamas movement is concerned about its individuals and its elements, especially those who engage in the blessed jihad against the hateful Israeli occupation, since they are subjected to detention or martyrdom. The movement takes care of their families and their children and provides them with as much material and moral support as it can. This is one of the fundamental truths of Islamic work and thus represents the duties of the Islamic state . . . The movement provides this aid through the support and assistance it gives to the zakat (Islamic alms-giving) committees and the Islamic associations and institutions in the Gaza Strip.[183]

Palestinians themselves have widely acknowledged the political impact of Hamas's social charitable outreach. According to an article in *The New York Times*, "Palestinians often trace the appeal of Hamas to its network of social services, which largely supplanted the crumbling and feeble institutions of the Palestinian Authority. Thus, a poor Palestinian family in the West Bank

---

[180] Amos Harel, "'The PA Steals from Me, Hamas Takes Care of Me,'" Ha'aretz, June 27, 2002.
[181] To be sure, individuals tied to Hamas receive more assistance than those unaffiliated with it, while members linked to terrorist activity receive the most. An Israeli government report notes that Hamas charitable organizations "grant preference" to those close to the movement and see to it that those in its favor receive increased financial assistance." According to the report, families of Hamas activists killed or wounded while carrying out terror attacks, and those imprisoned for their involvement in such attacks, "typically receive an initial, one-time grant of between $500-5,000, as well as a monthly allowance of approximately $100." Significantly, "the families of Hamas terrorists usually receive larger payments than those of non-Hamas terrorists." *See* "Hamas's Use of Charitable Societies to Fund and Support Terror," Communicated by the Israel Government Press Office, Monday, September 22, 2003, available online at https://www.gov.il/en/pages/hamas-s-use-of-charitable-societies-to-fund-and-support-terror.
[182] Lee Hockstader, "Palestinians Find Heroes in Hamas; Popularity Surges for Once-Marginal Sponsor of Suicide Bombings," *The Washington Post*, August 11, 2001.
[183] Watson Memorandum, November 5, 2001, p. 17.

or Gaza might send a child to a Hamas school on a Hamas bus, use a low-cost Hamas medical clinic, play soccer at a Hamas sports club and perhaps rely on a ration of Hamas rice."[184]

One specific documented example of Hamas's use of charitable giving to enhance its image in the Palestinian community was its use of HLF to support its activities. U.S. officials investigating HLF, the Texas-based organization that depicted itself as a politically-neutral supporter of needy Palestinians in the West Bank and Gaza Strip, noted that Hamas's "benevolent programs are used to enhance its image and earn goodwill in the Palestinian community."[185] To that end, HLF funded zakat committees tied to Hamas. (In 2004, HLF and several of its directors were indicted on criminal charges that it was illegally providing material support to Hamas. In 2008, after a jury trial, HLF and five of its former directors were found guilty of illegally transferring more than $12 million to Hamas.[186] In 2011, the Fifth Circuit affirmed the jury verdict.[187])

Not only does Hamas's *da'wa* network allow it to capture broad popular support in the Palestinian Territories, but research also indicates that it has the effect of making Hamas attacks more deadly. There appears to be a robust relationship between Hamas's decision to provide comprehensive social services, and its concomitant lethality as an organization when compared to other terrorist organizations lacking anything comparable to Hamas's *da'wa* network. This subject has been studied specifically by economist Professor Eli Berman, whose analysis indicates that Hamas and other terrorist organizations that provide social service networks are able to recruit a greater number of operatives than terrorist organizations that do not provide such services. Moreover, according to Professor Berman, terrorist organizations that provide social service networks are more likely to be the beneficiaries of greater loyalty from their membership and supporters than terrorist organizations not providing similar social services, because terrorist organizations providing such social services come into contact with a large array of candidates who are dependent on the social services these terrorist organizations provide, either for the candidate themselves, or for that candidate's family. In addition, nonmembers are less likely to share incriminating evidence about social service providing terrorist organizations with authorities, because the nonmembers also benefit from these terrorist organizations groups' social services. Thus, according to Professor Berman's research and analyses, organizations such as Hamas produce operatives with a much higher "defection constraint." Even when offered generous rewards from the Israeli government, Hamas operatives are resistant to defection, allowing for more complicated and deadly plots. Professor Berman concludes that "*social service provision is*

---

[184] John Kifner, "How Hamas Rose From Wild Card to Power," *The New York Times*, January 29, 2006.
[185] U.S. Department of the Treasury, "Shutting Down the Terrorist Financial Network," December 4, 2001, available online at https://home.treasury.gov/news/press-releases/po841 (http://www.investigativeproject.org/documents/misc/29.pdf).
[186] U.S. Department of Justice, "Holy Land Foundation, Leaders, Accused of Providing Material Support to Hamas Terrorist Organization," July 27, 2004, available online at http://www.justice.gov/opa/pr/2004/July/04_crm_514.htm; U.S. Department of Justice, "Federal Jury in Dallas Convicts Holy Land Foundation and Its Leaders for Providing Material Support to Hamas Terrorist Organization, November 24, 2008, available online at http://www.justice.gov/opa/pr/2008/November/08-nsd-1046.html.
[187] https://www.ca5.uscourts.gov/opinions%5Cpub%5C09/09-10560-CR0.wpd.pdf

*a key indicator of the ability of terrorists to be lethal*, as the logic of clubs and defection constraints implies." (Italics in original.)[188]

### 5. Radicalizing Palestinian Society

In its effort to "Islamicize" the Palestinian national struggle, Hamas invests significant resources in Palestinian popular culture and society. Indeed, experts have noted that giving the Palestinian cause an Islamic flavor is part of Hamas's effort "to link the particular Palestinian struggle with the wider Islamic wave in the Muslim world."[189]

To this end, beyond earmarking its assistance to build grassroots support for its terrorist activities, Hamas charities, social service organizations, hospitals, schools, and mosques openly laud suicide bombing, teach hate, and incite even the youngest and most impressionable of Palestinians to violence. For example, pictures from a 2001 Islamic Society of Gaza (*Al-Jam'iya Al-Islamiya*) kindergarten graduation depict a child dressed as Hezbollah[190] leader Hassan Nasrallah, and children carrying weapons burning an Israeli flag.[191] Hamas former supreme leader Khalid Mishal himself stated in a July 2010 interview that "in building the resistance, we took pains to focus on building the resistance activist religiously, educationally, psychologically, and intellectually, ensuring a high degree of organizational and behavioral discipline."[192]

During the HLF trial,[193] prosecutors proffered posters extolling Hamas "martyrs" that were found on the walls of the zakat committees in Tulkarem, Nablus, and Hebron as evidence establishing the links between Hamas and various zakat committees. The posters not only strongly suggest the zakat committees' sympathies; they also illustrate Hamas's ideological viewpoint, its culture of "martyrdom" and its use of propaganda in a variety of settings.[194]

Ibrahim Abd Al-Fatah Shubaka, a Hamas activist, informed Israeli authorities after his capture that the Islamic Charitable Association - Hebron, which maintains two orphanages and

---

[188] Eli Berman, Radical Religious, and Violent: The New Economics of Terrorism, (Cambridge, MA: MIT Press, 2009), pp. 139-142, 174.

[189] Meir Litvak, The Islamization of Palestinian Identity: The Case of Hamas, The Moshe Dayan Center for Middle Eastern Studies, Tel Aviv University, available online at https://web.archive.org/web/20060111150037/http://www.dayan.org/d&a-Hamas-litvak.htm. Hamas has furthered its indoctrination of the youngest members of Palestinian society through broadcasting networks in the Gaza Strip. A popular children's program whose main characters are puppets has spread Hamas's message of hate through statements citing "the Zionists' filth" and having a popular character find martyrdom after dying from poor healthcare due to Gaza's closed borders. The hostess of the show, Saraa, when asked if everyone seeks martyrdom, responded, "Of course we are. We are all ready to sacrifice ourselves for the sake of our homeland. We will sacrifice our souls and everything we own for the homeland." Steve Erlanger, "In Gaza, Hamas's Insults to Jews Complicate Peace," *The New York Times*, April 1, 2008.

[190] A Foreign Terrorist Organization based in Lebanon.

[191] Hamas kindergarten video, *U.S. v. HLF*, GX 6-59.

[192] Khalid Mishal, "Hamas' Mesh'al lays out new policy direction" Ezzedin al-Qassam Brigades – Information Office, available online at https://web.archive.org/web/20101109134426/http://www.qassam.ps/interview-3469-Hamas_Meshal_lays_out_new_policy_direction.html.

[193] There were two HLF trials, the first one resulting in a hung jury. It is the second trial, which took place in 2008, that is referred to here.

[194] *See U.S vs. HLF*, 3:04-CR-240-G, Gxs: Tulkarem Zakat – 1, Tulkarem Zakat -7, Nablus Zakat – 1, Nablus Zakat-2, ICS-Hebron 10. A student's timetable adorned with different pictures including various pictures of terror attacks was also found in the offices of the Nablus Zakat Committee. *See U.S v. HLF*, 3:04-CR-240-G, GX Nablus Zakat-5.

schools, "instill[s] the pupils with Hamas values, and their graduates include operational Hamas activists."[195]

This radicalization is no less common at Palestinian institutions of higher education. Hamas incitement material appears on university campuses, including pamphlets, posters and a printed table for university lectures featuring pictures of Hamas suicide bombers. For example, Ramez Fahmi Izz al-din Abu Salim, the suicide bomber responsible for blowing up the Café Hillel in Jerusalem on September 9, 2003, was a member of the Hamas-affiliated student union, *Al-Kutla Al-Islamiya* (the Islamic Bloc discussed above) at al-Quds University in Ramallah.[196]

These messages extolling Hamas also pervade its social service organizations. For example, press reports about the Islamic Charity Association - Hebron described an assembly line of Palestinian men and teen-age boys packing food items while listening to inspirational music praising Hamas. The lyrics stated that "the holy war is calling," and, "we will continue the resistance, the Hamas revolution."[197]

None of this inculcation should be surprising, because as far back as 1996, Israeli forces found similar messages when it raided several Hamas charities.[198] For example, when Israeli authorities raided and shut the Muslim Youth Association in Hebron they found the walls covered with Hamas slogans – "Hamas is Everywhere," and "Ayash [the infamous late Hamas bomb maker Yihya Ayash] is the symbol of courage" – indoctrinating the indigent Palestinian youth they served with radical Islamist fundamentalism.[199] Similarly, Israeli forces found "large amounts of seditious materials" when they raided four institutions in Hebron and two in the village of Abu Dis near Jerusalem.[200]

Hamas's influence is such that even Palestinians who do not support its jihadist agenda support its *da'wa* network and political leadership in return for the critical humanitarian support Hamas provides. As the mother of ten children and a recipient of Hamas aid told a reporter, "All we know is they [Hamas] are the ones who bring us food."[201]

And there is ample evidence that this support of Hamas's *da'wa* – whether motivated by ideological conviction or abject need – plays a vital role in the terrorist activities Hamas leaders and commanders direct and authorize. Inside the Palestinian Territories, the battery of mosques, schools, orphanages, medical clinics, sports leagues, and summer camps are integral components

---

[195] Watson Memorandum, November 5, 2001, p. 24.

[196] *See* article posted on the Hamas site: "al-Qasamiyaan Ihaab waRamez " (The two Qassam [warriors] Ihaab and Ramez), March 24, 2009. [Arabic], available online at https://web.archive.org/web/20050311035301/http://www.palestine-info.info/arabic/Hamas/shuhda/2003/abosleem/syrah.htm.

[197] Jamie Tarabay, "Islamic Militants Gain Influence," AP, March 2, 2001.

[198] A Palestinian National Authority document discussing the Zakat Committee in Ramallah states: "Officials and members of this committee are associated with Hamas Movement and some of them are activists in the Movement." (*See* Palestinian National Authority document, December 22, 2001, *U.S. v. HLF*, Palestinian Authority-9, GX 3:04-CR-240-G.)

[199] "Charles W. Homes, "Hamas' Support Is From More Than Just Its Military Function," The Atlanta Journal and Constitution, March 10, 1996.

[200] "IDF Raids Hamas Institutions in Hebron, Abu-Dis," Qol Yisrael Radio, March 6, 1996, FBIS-NES-96-045, March 6, 1996, p. 41.

[201] Jamie Tarabay, "Islamic Militants Gain Influence," AP, March 2, 2001.

of an overarching apparatus Hamas created and manipulated to incite, recruit, and provide logistical and operational support for weapons smuggling, reconnaissance, and suicide bombings.[202] These entities provide day jobs for field commanders, and shelter fugitive operatives. They socialize even the youngest children to aspire to die as martyrs.[203]

The zakat committees and charitable societies, mosque classes, student unions, sport clubs, and other *da'wa* organizations run by Hamas served as places where Hamas activists recruit Palestinian youth for terrorist training courses in Syria or Iran or for suicide and other terror attacks. Indeed, in the latter stages of the Second Intifada, Hamas terror cells in the West Bank increasingly relied on Palestinians unaffiliated with the al-Qassam Brigades for logistical and operational support, and even for leading suicide bombers to their targets.[204]

## V. <u>HAMAS'S FUNDRAISING OPERATIONS AND NETWORK</u>

Hamas obtains foreign funds that support the full gamut of its activities, including terrorist attacks, logistical support, social services and radicalization and recruitment. Since its inception, Hamas has cultivated a relatively complex fundraising network, through which it receives funds from U.S.-designated State Sponsors of Terrorism such as Iran as well as a network of mainly Saudi and other Gulf State individuals, charities functioning as front organizations for Hamas, legitimate, illegitimate, and phantom businesses, and an international network of Muslim Brotherhood organizations. Most of the money – tens of millions of dollars raised every year on behalf of Hamas prior to 2006 – originated outside the Palestinian Territories. As Hamas leader Khalid Mishal stated in July 2010, "another strategy of movement-building at home was also adopted in terms of recruitment, training, arming and maneuver, while making every effort to collect financial and technical support and arms from abroad."[205] A table of donors seized by the IDF in 2004 from the offices of the Ramallah-al-Bireh Zakat Committee offers a typical example of the foreign organizations that fund the Hamas social welfare and terrorism network. Of the fourteen donors listed, two are Israeli-Arab charities, one is an "internal" sponsor from the West

---

[202] Israeli Ministry of Foreign Affairs, "The Exploitation of Children for Terrorist Purposes—Jan 2003," MFA Library, January 15, 2003, available online at https://web.archive.org/web/20050315015531/http://www.mfa.gov.il/MFA/MFAArchive/2000_2009/2003/1/The+Exploitation+of+Children+for+Terrorist+Purpose.htm; Watson Memorandum, November 5, 2001, p. 37; *U.S. vs. HLF*, GX 3:04-CR-240-G Palestinian Authority - 2 - 3:04-CR-240-G. PA report entitled "Man Tamwil Hamas? (Who Finances Hamas?)."

[203] *Id.*

[204] Watson Memorandum, November 5, 2001, p. 18. There are many examples: Ahmad Salim Ahmad Saltana, a Jenin bombmaker on a zakat committee, recruited young men working for the committee into Hamas (*see* Watson Memorandum, November 5, 2001). In one case, a Nablus homeowner rented an apartment to someone he was told was a schoolteacher. In fact, the schoolteacher proved to be a Hamas fugitive bomb maker who used the apartment as a safe house and bomb production lab. This became self-evident when the explosives he was handling detonated prematurely, destroying the apartment and killing the tenant (*see* Mohammed Daraghmeh, "After Israel's Warning, Militants Shave Off Beards, Ditch Cell Phones to Escape Intensified Manhunt," Associated Press, August 27, 2003). For more examples, *see* Matthew Levitt, Hamas: Politics, Charity, and Terrorism in the Service of Jihad, New Haven: Yale University Press, 2006, p. 97.

[205] Khalid Mishal, "Hamas' Mesh'al lays out new policy direction" Ezzedin al-Qassam Brigades – Information Office, available online at https://web.archive.org/web/20101109134426/http://www.qassam.ps/interview-3469-Hamas_Meshal_lays_out_new_policy_direction.html.

Bank, and the rest are foreign-based foundations, from Jordan, Qatar, Kuwait, Saudi Arabia, Britain, Germany, the United States, United Arab Emirates, Italy and France.[206]

As stated *infra*, this Report focuses primarily on the funding Hamas receives from Muslim Brotherhood organizations and Palestinian support organizations outside of the West Bank and the Gaza Strip (during the relevant period). More specifically, and at the request of Plaintiffs' counsel, this Report focuses extensively on Hamas's network of European "charities," several of which are members of the Union of Good[207] (discussed below), HLF, and the Hamas charities in the Palestinian Territories that have received funding from these European charities (along with funding from some American charities. Most of these entities mask their support for Hamas as generic or humanitarian support for Palestinians, confident that the international community will not subject such purported benevolent activity to significant scrutiny. Hamas fundraisers and other operatives located abroad are key members of the Hamas *da'wa*, closely tied to *da'wa* and al-Qassam Brigades operatives on the ground in the West Bank and the Gaza Strip, as well as to Hamas political leaders in Damascus and elsewhere in the Middle East.[208]

As early as 1994, Hamas fundraising activities were discussed, at least in part, in the media. For example, an article in *The New York Times* reported:

> Hamas funding of all its activities is estimated by the Israelis at about $30 million a year. It comes from money collected by associations operating largely abroad but with ties to the international Muslim Brotherhood network. Money is also collected from Islamic and Arab communities in the United States and in Britain, the Netherlands and other Western European locations.[209]

Similarly, in 1996, *The New York Times* reported:

> Israeli, Palestinian and Western intelligence officials say Jordan is a major conduit for much of the Hamas budget, estimated at $70 million a year, nearly all of it for the social service network of mosques, hospitals, schools and other institutions that form the movement's political base in the West Bank and Gaza Strip.
>
> …Jordan, intelligence officials say, is a major path through which money reaches the Hamas network of mosques and charities. Jordanian intelligence reports

[206] "Interpal, Part II," Appendix A (12), Intelligence and Terrorism Information Center at the Center for Special Studies (C.S.S.), December 2004, available online at https://www.terrorism-info.org.il/app/uploads/2021/11/intrpal.pdf.
[207] The exact membership list of the Union of Good appears to have fluctuated slightly over the past 8 years. The United States Department of the Treasury provided one list upon its designation (*see* U.S. Department of the Treasury, "Treasury Designates the Union of Good," November 12, 2008).
[208] C.S.S. Special Information Bulletin, "Interpal Part I," December 2004, available online at https://www.terrorism-info.org.il/app/uploads/2021/11/intrpal.pdf; C.S.S. Special Information Bulletin, "Interpal Part II, December 2004, available online at https://www.terrorism-info.org.il/app/uploads/2021/11/intrpal.pdf; C.S.S. Special Information Bulletin, "Interpal Part III," December 2004, available online at https://web.archive.org/web/20050305124906fw_/http://www.intelligence.org.il/eng/sib/12_04/images/jan17_05.pdf
[209] Youssef M. Ibrahim, "Brotherhood of Anger," *The New York Times*, November 8, 1994.

> indicate that much of the money is coming from the Persian Gulf emirates and Saudi Arabia.[210]

Hamas often secures funds through their members' personal and family accounts, sometimes directly, sometimes through charities, in an effort to streamline the funding process. In the case of Palestinian groups, once Israel handed over administrative functions to the Palestinian Authority under the Oslo Accords, Israeli authorities no longer had direct oversight over Palestinian banks and therefore less direct access to certain banking information. Documents seized by Israeli forces in the West Bank in the course of Operation Defensive Shield (April 2002) indicate that Palestinian groups recognized this gap and took advantage of it.[211] Israeli raids of Arab Bank and Cairo Amman Bank branches in Ramallah uncovered sizeable funds from accounts tied to terrorists, including funds located in the personal and family accounts of these operatives.[212]

Despite Hamas's documented efforts to obfuscate the nature of its fundraising apparatus, sometimes its donors are very open about their intentions and transfer funds using traditional means such as the international banking system. According to a sworn declaration by the chief banking officer of Arab Bank made on November 11, 2004, "beginning in December of 2000, the Saudi Committee [for the Support of the al-Aqsa Intifada] made approximately 200,000 payments into Palestine through Arab Bank branches totaling of US$90,000,000." The Committee's website declared that it provided $5,333 to the family of every Palestinian killed in the Intifada—regardless of whether those killed were victims or died in the process of trying to kill others—totaling disbursements of $133 million as of May 2002.[213]

### A. HOLY LAND FOUNDATION FOR RELIEF AND DEVELOPMENT ("HLF")

The Holy Land Foundation for Relief and Development (HLF), originally named the Occupied Land Fund, was the largest Muslim charity in the United States before its designation as a Hamas front organization in 2001 and subsequent conviction in 2008 for providing material support to Hamas.[214] According to J. Millard Burr and Robert O. Collins, authors of Alms for

---

[210] John Kifner, "Money is Channeled to Hamas By Way of a 'Shocked' Jordan," *The New York Times*, March 21, 1996.

[211] "The Cooperation Between Fatah and the PA Security Apparatuses with PIJ and Hamas in the Jenin Area," Israel Defense Forces, April 9, 2002, available online at http://web.archive.org/web/20031204223308/http://www.idf.il/jenin/site/english/main_index.stm.

[212] James Bennet, "Israelis, in raid on Arab banks, seize reputed terrorist funds," *The New York Times*, February 26, 2004, https://www.nytimes.com/2004/02/26/world/israelis-in-raid-on-arab-banks-seize-reputed-terrorist-funds.html; *see also* https://embassies.gov.il/MFA/FOREIGNPOLICY/Terrorism/Palestinian/Pages/Security%20forces%20seize%20terrorist%20funds%20-%20Background.aspx

[213] For sworn declaration by chief banking officer, *see Philip Litle et al. v. Arab Bank, PLC* (U.S. District Court, Eastern District of New York), First Amended Complaint, 2005; for the Saudi Committee's website, *see* Scott Peterson, "Saudis Channel Anger into Charity," Christian Science Monitor, May 30, 2002.

[214] U.S. Department of Justice, "Federal Jury in Dallas Convicts Holy Land Foundation and its Leaders for Providing Material Support to Hamas Terrorist Organization," November 24, 2008, available online at https://www.justice.gov/archive/usao/txn/PressRel08/HLF_convict_pr.html; U.S. Department of the Treasury, "Shutting Down the Terrorist Financial Network," December 4, 2001, available online at https://home.treasury.gov/news/press-releases/po841 (http://www.investigativeproject.org/documents/misc/29.pdf).

Jihad, HLF was "America's most perfectly disguised Islamic 'charity.'"[215] HLF was originally established in 1989 in California under the name of the Occupied Land Fund.[216] It later relocated to Richardson, Texas, in 1992 and established offices around the United States and in the West Bank and Gaza.[217]

As early as February 17, 1993, *The New York Times* reported on the Israeli arrest and interrogation of Mohammed Abdel-Hamid Salah, a Chicago-based Hamas operative.[218] According to *The New York Times*, "Mr. Salah named several organizations in the United States that he said acted as covers for Hamas funding, including the Holy Land Foundation for Relief and Development, of Richardson, Tex."[219] *The New York Times* reported on HLF's role in Hamas fundraising again in 1996.[220] Israel's 1997 designation of HLF was contemporaneously reported in the international press.[221] The U.S.'s 2001 designation was broadly reported, as was the "FBI memo" setting out HLF's ties to Hamas (the "Watson Memorandum," discussed above).[222]

The FBI cited substantial support of its conclusion that throughout its history HLF acted on behalf of Hamas, including:

1. HAMAS Financing: FBI investigation has determined that in the early 1990s, HAMAS, through Mousa Abu Marzook, provided substantial funds to the HLFRD.

2. Fund Recipients: FBI investigation has determined that a majority of the funds collected by the HLFRD are used to support HAMAS activities in the Middle East.

3. HLFRD Leadership: Key decision-makers within the HLFRD have been identified as active members of HAMAS.[223]

On May 7, 1995, the Israeli security services conducted a search of HLF's offices in Beit Hanina (on the outskirts of Jerusalem). The Israeli government subsequently closed those offices, and HLF unsuccessfully appealed the closure order to the Israeli Supreme Court. As the *Jerusalem*

---

[215] J. Millard Burr and Robert O. Collins, Alms for Jihad: Charity and Terrorism in the Islamic World, Cambridge: Cambridge University Press, 2006.
[216] U.S. Department of the Treasury, December 4, 2001, available online at https://ofac.treasury.gov/recent-actions/20011204.
[217] *Id.*
[218] Judith Miller, "Israel Says That a Prisoner's Tale Links Arabs in U.S. to Terrorism," *The New York Times*, February 17, 1993, https://www.nytimes.com/1993/02/17/world/israel-says-that-a-prisoner-s-tale-links-arabs-in-us-to-terrorism.html.
[219] *Id.*
[220] John Fifner, "ROOTS OF TERROR: A special report," *The New York Times* (March 15, 1996), https://www.nytimes.com/1996/03/15/world/roots-of-terror-a-special-report-alms-and-arms-tactics-in-a-holy-war.html.
[221] "Israel bans Muslim charity based in Texas," *Associated Press* (June 21, 1997).
[222] Lisa Getter, "Noted Islamic Charity's Assets Frozen for Alleged Terrorist Ties," *L.A. Times* (December 6, 2001).
[223] Watson Memorandum p. 8. The FBI investigation revealed that during March 1992 and August 1992, Marzook deposited a $100,000 check from the Central Fidelity Bank Account #7920439173 and a $100,000 check from a First Virginia Bank Account #68168179 to the HLF account at Bank of America, California Account #094l402284.

*Post* reported on May 20, 1996, the government responded to HLF's claims that it was a legitimate charity by providing evidence that:

> while the foundation does give occasional small grants to ordinary orphans, the vast majority of its assistance goes to the families of Hamas terrorists who have been killed, deported, or imprisoned. By giving terrorists the assurance that their families will be cared for if anything happens to them, the state said, the foundation encourages and sustains terrorism.[224]

For example, the search of HLF's offices in Beit Hanina revealed that HLF had paid $400 to the family on Yahya Sinwar (Hamas's current leader in Gaza) in 1993 while he was serving a life sentence for participating in the murder of Palestinians suspected of collaborating with Israel.[225] Similarly, the family of Imad Aqel, one of the founding members of Hamas's al-Qassam Brigades received $400 shortly after he was killed in a gun battle with Israeli security forces on November 24, 1993.[226]

Israel designated HLF as an Unlawful Association in May 1997, because of its role as a Hamas institution:

> The identity of this foundation with Hamas can be learned from the manner in which it is perceived by the public at large, both within the Palestinian Authority's area and abroad; from the Foundation's activities as a component of the Hamas infrastructure in the United States; from its fundraising in support of terrorist attacks; from the Foundation's activities in the area of propaganda in the spirit of Hamas and in favor of terrorism; and finally through the identities of the foundation's activists as Hamas people.[227]

On September 25, 1997, as a result of diplomatic pressure prompted by a series of Hamas terrorist attacks, the PA closed what they identified as 16 Hamas institutions and associations as part of its efforts to degrade the terrorist infrastructure. HLF's Gaza office was one of those 16 offices that the PA closed.[228]

On December 10, 1997, the head of HLF's Beit Hanina office, Mohammad Anati, was arrested and detained by Israeli authorities on charges of aiding and abetting a terrorist organization. During his interview by Israeli authorities, he stated that he joined Hamas in 1990 and was hired by Shukri Abu Baker to run HLF's Beit Hanina office from early 1993 until its

---

224 "Court: Holy Land Foundation must close," *The Jerusalem Post*, May 20, 1996.
225 *See* Exhibit 84, Watson Memorandum p 1139 (translating an Israeli government report).
226 *Id.* at 1136. A poster commemorating Aqel was found in the offices of the Tulkarem Zakat Committee. *Se*e, *U.S. v. HLF*, 3:04-CR-240-G, GX Tulkarem Zakat-7.
227 Exhibit E to the Jennings Memorandum, pp. 1335-38 (English translation of 1997 Israeli designations).
228 Speaking at a fundraiser in Buena Park, California, on September 30, 1997, Shukri Abu Baker noted the closing of the HLF Gaza office, discussed HLF's mission "to support the families of the martyrs" and described the PA's closing of a number of charitable organizations' offices in Gaza, including the HLF office. He then stated that "Arafat would be sorry that he did this and that the goal of HAMAS to form an Islamic State could not be thwarted." Watson Memorandum at p. 26.

closure. According to the FBI, "while working for the HLFRD, Anati also secretly promoted HAMAS interests."

As noted above, one of HLF's founders, Mousa Mohammed Abu Marzook, was formerly the deputy chief of Hamas. Marzook lived in the United States for more than a decade before he was elected chairman of Hamas's political bureau in 1991 and moved to Jordan to lead the organization's external headquarters at that time. He was expelled from Jordan in 1995[229] and extradited to the United States where he was arrested and later deported in 1997 based on his ties to terrorist elements. Marzook also provided the Holy Land Foundation with seed money. He was designated a terrorist by the U.S. Department of the Treasury in 1995 and was indicted in August 2004 by a federal court in Chicago, Illinois, on charges of conspiracy to provide material support to Hamas. Today, Marzook is a senior member of Hamas's political bureau and deputy leader of Hamas's Diaspora Office and resides in Qatar and remains a fugitive of justice.[230]

Following an extensive FBI investigation, the United States Treasury designated HLF and blocked its assets in December 2001 based on evidence that the organization had been funding Hamas. The U.S. Treasury Press Release announcing HLF's designation stated, *inter alia*:

- The Holy Land Foundation for Relief and Development, headquartered in Richardson, Texas, raises millions of dollars annually that is used by HAMAS. Last year, Holy Land raised over $13 million.

- Holy Land supports HAMAS activities through direct fund transfers to its offices in the West Bank and Gaza that are affiliated with HAMAS and transfers of funds to Islamic charity committees ("*zakat* committees") and other charitable organizations that are part of HAMAS or controlled by HAMAS members.

- Mousa Mohamed Abu Marzook, a political leader of HAMAS, provided substantial funds to the Holy Land Foundation in the early 1990s. In 1994, Marzook (who was named a Specially Designated Terrorist by the Treasury Department in 1995) designated the Holy Land Foundation as the primary fund-raising entity for HAMAS in the United States.[231]

---

[229] *See* https://www.nytimes.com/1995/07/28/world/us-detains-arab-tied-to-militants.html?searchResultPosition=1

[230] *Id.*; U.S. Department of Justice, "Chicago and Washington, D.C., Area Men Among Three Indicted in Racketeering Conspiracy in U.S. to Finance Hamas Terror Abroad," August 20, 2004, available online at https://www.justice.gov/archive/usao/iln/chicago/2004/pr0820_01.pdf; Dan Eggen, "Two Men Acquitted of Conspiracy to Fund Hamas Activities in Israel," *The Washington Post*, February 2, 2007.

[231] U.S. Department of the Treasury, "Shutting Down the Terrorist Financial Network December 4, 2001," December 4, 2001, available online at https://home.treasury.gov/news/press-releases/po841.

HLF subsequently was re-designated in May of 2002. The U.S. Department of the Treasury stated that it "provides millions of dollars each year that is used by Hamas."[232] HLF's assets were also frozen by the European Union.[233]

HLF leaders were extremely careful to attempt to maintain the illusion of legitimacy. In the aftermath of the 1993 World Trade Center bombing, the aggressive investigations into suspicious financial activity provoked Marzook to complain that "there is nothing that can be concealed in the world anymore." In October 1993, HLF President Shukri Abu Bakar, Ghassan Elashi, and several important members of HLF met to discuss how to increase fundraising for "Samah" – the reversal of Hamas which they transposed in order to disguise the subject matter they were discussing in the event that their conversation was being monitored. The strategy can be summed up by the remarks of another high-profile supporter of Hamas and Hizballah, Abd al-Rahman Mohammed Alamoudi, who stated "If we are outside this country we can say, 'Oh Allah destroy America.' But once we are here, our mission in this country is to change it."[234]

### 1. Nature of Entity

HLF directed funds to Hamas via smaller charitable organizations in the West Bank and Gaza, some of which were controlled by Hamas, and others which were affiliated with the group. Notably, HLF funds were transferred to Hamas-controlled schools that actively encouraged suicide bombing and offered financial support to the families of suicide bombers.[235]

According to the U.S. Department of Justice, HLF was the primary fundraiser for the U.S. Palestine Committee, which was established by the Muslim Brotherhood in order to aid Hamas. In a 1993 meeting of the Palestine Committee, HLF President Shukri Abu Baker stressed the importance of hiding HLF's ties with Hamas in order to continue raising funds in the United States. Additionally, another HLF representative was recorded (in a wiretapped phone call) saying that a suicide bombing was "a beautiful operation."[236]

The Holy Land Foundation funded charities publicly tied to Hamas. For example, FBI investigations determined that the Nablus Zakat Committee and certain individuals affiliated with it are tied to Hamas and received funds from the Holy Land Foundation.[237] Indeed, the Nablus

---

[232] *Id.*
[233] European Union Press Release, "Fighting Against Terrorism; Updating of the List of Terrorist Organisations," Brussels, September 15, 2003, available online at https://ec.europa.eu/commission/presscorner/detail/en/PRES_03_264 .
[234] J. Millard Burr and Robert O. Collins, Alms for Jihad: Charity and Terrorism in the Islamic World.
[235] U.S. Department of the Treasury, "Shutting Down the Terrorist Financial Network," December 4, 2001, available online at https://home.treasury.gov/news/press-releases/po841 (http://www.investigativeproject.org/documents/misc/29.pdf). See also, AV-PL067381, *U.S. v. HLF*, 3:04-CR-240-G, GX-HLF Search-77 (Letter from HLF's Hebron office to Cairo Amman Bank dated May 9, 2001 directing the bank to transfer $16,000 to its CAB account in Gaza "for the Families of Demolished Homes Project.")
[236] U.S. Department of Justice, "Federal Jury in Dallas Convicts Holy Land Foundation and its Leaders for Providing Material Support to Hamas Terrorist Organization," November 24, 2008, available online at https://www.justice.gov/archive/usao/txn/PressRel08/HLF_convict_pr.html.
[237] Watson Memorandum, November 5, 2001.

Zakat Committee received funds from abroad, including over $457,000 provided by the Holy Land Foundation between May 1991 and October 2001.[238]

According to author Loretta Napoleoni, the Holy Land Foundation "collected $42 million from 1994 to 2000, according to its tax returns. In 2000 it raised an estimated $13 million in the U.S. alone ($6.3 million in 1999 and $5.8 million in 1998). HLF also received money from other charitable institutions across North America. In December 2001, for example, South African intelligence unveiled a contribution to HLF from the Jerusalem Fund, a Canadian aid organization."[239] Additionally, in 1994, HLF's chief executive at the time, Shukri Abu Baker, addressed a meeting of the Muslim Arab Youth Association (MAYA), at which $207,000 was collected for the families of Hamas militants.[240]

According to the FBI, several Hamas deportees were supported by HLF and by zakat committees tied to Hamas. Many of these zakat committees were themselves funded by HLF. The FBI cited 18 families of Hamas deportees funded by HLF.[241]

According to the FBI report on HLF, "It is the FBI's analysis that the zakat committees receiving HLFRD financial support are controlled by Hamas. GOI [Government of Israel] analysis has also determined that Hamas activists have been elected or appointed to senior leadership positions on these zakat committees."[242] To be sure, the Hamas social welfare activists running these organizations in the West Bank and Gaza are often closely tied to the group's terror cells. In fact, they are frequently current or former members of Hamas terror cells.[243]

Indeed, evidence presented at the HLF trial revealed that the foundation's leadership was well aware it was funding Hamas charities. For example, a 1991 report sent by an unindicted co-conspirator to HLF's chief executive officer, Shukri Abu Baker, specifically listed charity committees controlled by Hamas: Ramallah al-Bireh Zakat Committee and the Islamic Charitable Society of Hebron, for example, were described with the phrase "All of it is ours."[244] HLF internal documents also reflect its efforts to direct funds to the families of "*shahid*," or martyrs.[245] For example, an internal HLF aid application for aid form seeks assistance for the son of Yahya Ayash, Hamas' principal bomb maker, who was killed.[246]

Later, at the 1993 Philadelphia meeting of Hamas supporters in North America, Muin Shabib, a member of Hamas's terrorist al-Qassam Brigades, categorized the institutions tied to Hamas as educational, social, charitable, cultural, medical, and religious. He then proceeded to name specific

---

[238] Nablus Zakat Committee Grant Report, *U.S. v. HLF*, GX 020-0006, 3:04-CR-240-G.
[239] Loretta Napoleoni, Terror Incorporated: Tracing the Dollars Behind the Terror Networks, New York: Seven Stories Press, 2005.
[240] *Id.*
[241] *See* Watson Memorandum, November 5, 2001.
[242] *Id.*
[243] *Id.*
[244] Testimony of Lara Burns, *U.S. v. HLF*, vol. 25, October 27, 2008.
[245] Abu Baker Dep., Ex. 23; Abu Baker Dep., pp. 163-68.
[246] Abu Baker Dep., Ex. 20; Abu Baker Dep., pp. 137-46; Muhammad Anati confession translation.

charities and organizations that he described as "our institutions." At the top of the list was "The Islamic Complex" (*Al-Mujama Al-Islami*), a well-known Hamas institution funded by HLF.[247]

According to the FBI, "evidence strongly suggests that the HLFRD has provided crucial financial support for families of Hamas suicide bombers, as well as the Palestinians who adhere to the Hamas movement."[248] By providing these annuities to families of Hamas members, the FBI concludes, "Hamas provides a constant flow of suicide volunteers and buttresses a terrorist infrastructure heavily reliant on moral support of the Palestinian populace."[249] Authors Burr and Collins concur, stating that "the evidence collected left no doubt that HLF was the principal U.S. charity supporting Hamas.[250]

The federal criminal prosecution of The Holy Land Foundation and several of its senior officers began in July 2007 in Dallas and ended in a mistrial in October 2007. A re-trial began in August 2008, resulting in the November 24, 2008, conviction of the Holy Land Foundation and five of its leaders on all counts, including providing material support to Hamas to the tune of $12.4 million.[251] The Fifth Circuit affirmed the convictions in 2011.[252]

According to Patrick Rowan, Assistant Attorney General for National Security, "For many years, the Holy Land Foundation used the guise of charity to raise and funnel millions of dollars to the infrastructure of the Hamas terror organization. This prosecution demonstrates our resolve to ensure that humanitarian relief efforts are not used as a mechanism to disguise and enable support for terrorist groups."[253] HLF and the five individual defendants, Shukri Abu Baker, Mohammad El-Mezain, Ghassan Elashi, Mufid Abdulqader and Abdulrahman Odeh, "provided approximately $12.4 million in support to Hamas and its goal of creating an Islamic Palestinian state by eliminating the State of Israel through violent jihad."[254] Jimmy Gurulé, a law professor at Notre Dame Law School and a former Under Secretary for Enforcement at the U.S. Department of the Treasury, considers the HLF case to be "the largest and most complex legal effort to shut down American financing for terrorist organizations in the Middle East."[255]

Before the trial, in 2006, the Treasury shut another charity, Kindhearts, a Toledo, Ohio, NGO, describing it as the progeny of HLF. According to Treasury, HLF official Muhammad el-Mezain, among the HLF defendants convicted in November, transferred his fund-raising skills to Kindhearts after the closure of HLF.[256] According to Treasury, "Information indicates that SDGT Khalid Mishaal, Hamas' Secretary General based in Damascus, Syria, identified El-Mezain as the

---

[247] Transcript of Dr. Muin Shubib, Philadelphia meeting, *U.S. v. HLF*, 3:04-CR-240-G, GX 016-0059.
[248] *See* Watson Memorandum, November 5, 2001.
[249] *Id.*
[250] J. Millard Burr and Robert O. Collins, Alms for Jihad: Charity and Terrorism in the Islamic World.
[251] U.S. Department of Justice, "Federal Jury in Dallas Convicts Holy Land Foundation and its Leaders for Providing Material Support to Hamas Terrorist Organization," November 24, 2008, available online at https://www.justice.gov/archive/usao/txn/PressRel08/HLF_convict_pr.html.
[252] https://www.ca5.uscourts.gov/opinions%5Cpub%5C09/09-10560-CR0.wpd.pdf
[253] *Id.*
[254] *Id.*
[255] Jimmy Gurulé, Unfunding Terror: The Legal Response to the Financing of Global Terrorism, Cheltenham, UK: Edward Elgar Publishing Limited, 2008.
[256] U.S. Department of the Treasury, "Treasury Freezes Assets of Organization Tied to Hamas," February 19, 2006, available online at https://home.treasury.gov/news/press-releases/js4058.

Hamas leader for the U.S. At the time, Mishaal advised that all financial contributions to Hamas from individuals in the U.S. should be channeled through El-Mezain."[257]

## B. UNION OF GOOD

### 1. Union of Good: Origins

The Union of Good[258] is an umbrella "charitable" organization that constitutes a principal fundraising mechanism for Hamas. It was established in 2000 almost immediately after the outbreak of the Second Intifada. Although it was conceived of and initially operated as a one-time fundraising campaign to support the Second Intifada – the so-called "101 Days Campaign"[259] – it ultimately developed into a permanent structure.[260] In 2001, the Union of Good created an Arabic language website for the 101 Days Campaign, launching English and French web pages soliciting donations.[261] Both Interpal and CBSP were subsequently designated Specially Designated Global Terrorists by the U.S. Government in August 2003 because of their fundraising efforts on Hamas's benefit.[262]

---

[257] *Id.*

[258] a.k.a. 101 DAYS CAMPAIGN; a.k.a. CHARITY COALITION; a.k.a. UNION FOR GOOD; a.k.a. COALITION OF GOOD; a.k.a. ETELAF AL-KHAIR; a.k.a. ETILAFU EL-KHAIR; a.k.a. I'TILAF AL-KHAIR; a.k.a. I'TILAF AL-KHAYR (U.S. Department of the Treasury, "Treasury Designates Union of Good," November 12, 2008, available online at https://home.treasury.gov/news/press-releases/hp1267). The Union of Good's official mailing address is P.O. Box 136301, Jeddah 21313, Saudi Arabia (U.S. Department of the Treasury, Alphabetical Listing of Specially Designated Nationals and Blocked Persons).

[259] The '101 days' is a reference to former Israeli Prime Minister Ariel Sharon's comment that the Second Intifada would be crushed within 100 days. The premise behind the campaign was that it – and the Second Intifada – would not be extinguished in that time period (*see* "Fatah Responds to Sharon Government With Call for Escalation of Intifadah," Al Ayyam covered in BBC Worldwide Monitoring, March 13, 2001).

[260] *See*, 2009 U.K. Charity Commission Report, Palestinians Relief and Development Fund (Interpal). The Union of Good appears to have maintained an account at Cairo Amman Bank through at least November 2001. *See* AV-PL063912.

[261] These webpages appear to have been hosted by Interpal and CBSP. *See* 101 Days Campaign website, available online at http://web.archive.org/web/20011020004111/www.interpal.org/web/campaign.htm and http://web.archive.org/web/20010814111826/cbsp.free.fr/101days; CBSP, also known as Comité de Bienfaisance et de Secours aux Palestiniens ("Committee for Welfare and Aid to the Palestinians"), is Hamas's central supporting organization in France and works in concert with Interpal. (*See* U.S. Department of the Treasury, "U.S. Designates Five Charities Funding Hamas and Six Senior Hamas Leaders as Terrorist Entities," August 22, 2003, available online at https://home.treasury.gov/news/press-releases/js672). CBSP is discussed in greater detail *infra*. Interpal, also known as the Palestinian Relief and Development Fund, is Hamas's central supporting organization in Britain and one of the most important conduits through which money flows to Hamas from other charities. (*See* U.S. Department of the Treasury, "U.S. Designates Five Charities Funding Hamas and Six Senior Hamas Leaders as Terrorist Entities," August 22, 2003, available online at https://home.treasury.gov/news/press-releases/js672). Interpal is discussed in greater detail *infra*.

[262] U.S. Department of the Treasury, "Treasury Designates the Union of Good," November 12, 2008, available online at https://home.treasury.gov/news/press-releases/hp1267.

The web page hosted by Interpal contains a fatwa, or Islamic religious decree, from Sheikh Yousef al-Qaradawi, who conceived of the Union of Good and led it until his death in September 2022.[263] The web page states, in part:

> Dear Brothers and Sisters in Islam, the situation in Palestine is desperate. Since the start of the Al-Aqsa Intifadah [*i.e.* Second Intifada] things have taken a turn for the worse…In recognition of our Islamic duty to provide relief to the poor and needy, and in response to these urgent needs, a group of charities across the world have collaborated to form the Union of Good and launched an international appeal, the 101 Days Palestine Campaign to help ease the suffering of the poor and needy of Palestine. I as Chairman of the international Union for Good, would like to call upon all charities to participate in providing relief to the people of Palestine, upon the media to highlight the humanitarian issues affecting this campaign. I appeal to you, my brothers and sisters, to join us in this expression of solidarity with the Palestinian people.[264]

### 2. Union of Good: Leadership

The Union of Good was conceived of by Sheikh Yousef al-Qaradawi, an Egyptian-born Muslim Brotherhood leader. Sheikh al-Qaradawi publicly sanctioned suicide bombings against Israeli citizens through a series of "fatwas" he issued in 2001.[265] These proclamations were reported contemporaneously in the international press—for example, a *Guardian* analysis explained: "The world's most quoted independent Islamic jurist, Sheikh Yusuf al-Qaradawi, calls the [suicide] bombs 'commendable' and 'among the greatest form of holy struggle against oppression'."[266]

When the Union of Good created its initial websites, Sheikh al-Qaradawi's widely recognized image[267] appeared prominently on the homepage. For example, the English language homepage for www.101days.org in July 2001:

---

[263] Fatwa from Sheikh Al-Qaradawi, http://web.archive.org/web/20011020004111/www.interpal.org/web/campaign.htm; https://www.nytimes.com/2022/09/30/world/middleeast/yusuf-al-qaradawi-dead.html

[264] Fatwa from Sheikh Al-Qaradawi, http://web.archive.org/web/20011020004111/www.interpal.org/web/campaign.htm.

[265] 2009 U.K. Charity Commission Report, Palestinians Relief and Development Fund (Interpal), p. 49. Even before the outbreak of the Second Intifada in 2000, al-Qaradawi advocated violence against Israel, publicly asserting for example, that: "There should be no dialogue with these people [Israelis] except with swords." *See* Leading Muslim Cleric Under Fire for Meeting Israeli Chief Rabbi," *AP Worldstream* (Jan. 7, 1998), quoting a January 6, 1998, article by al-Qaradawi in the Arab newspaper Al-Shaab.

[266] Faisal Bodi, "Comment & Analysis: Bombing for God," *The Guardian* (August 28, 2001). *See also* Mariam Fam, "Palestinian female bomber rivets Arabs; sparks religious debate," *Associated Press* (February 26, 2002) ("Youssef al-Qaradawi, a highly respected Egyptian clergyman, said suicide bombings … are the best form of jihad and that 'what applies to men also applies to women.'").

[267] Prior to his death, Sheikh al-Qaradawi was one of the most recognizable figures in the Arab and Muslim world. During the years before, during and after the Second Intifada, he was best known for his weekly television program on the Al Jazeera satellite channel called "Sharia and Life." The Al Jazeera-hosted program reached approximately 60 million viewers during its height before its end in 2013.




In fact, in September 2009, Hamas's terrorist wing posted on its website a paper on "The Concept of Jihad as the Islamic World Understand" [sic] in which it highlighted the work of Qaradawi. Sheikh Yousef al-Qaradawi, the paper stresses, "is extremely careful to distinguish between extremist groups that declare war on the whole world, killing indiscriminately, tainting the image of Islam and providing its enemies with fatal weapons to use against it, on the one hand, and on the other groups resisting occupation."[268]

As noted above, Sheikh Qaradawi was formerly the Union of Good's leader and chairman.[269] The Union of Good's leadership also included Abd al-Rahman Siwar al-Dhahab, the former President of Sudan[270] who served as the Secretary General of the Union of Good. According to the U.S. Treasury Department, as of 2007, al-Dhahab served on the Hamas executive committee under Hamas leader Khalid Mishal.[271] The Union of Good also had three senior Hamas members on its board of trustees: Sheikh Hamed Bitawi,[272] Dr. 'Azzam Nu'aman 'Abd al-Raham Salhab, and Bassam Jarrar.[273] They were all one time members of the Palestinian Association of Islamic Scholars.[274] Furthermore, Abd al-Majid al-Zindani, a Yemen-based Hamas fundraiser who was designated a Specially Designated Global Terrorist in 2004 for providing support to al-Qaida, served on the Union of Good's board of directors. In 2006, Zindani delivered a fundraising speech at a Hamas conference in Yemen where the crowd pledged millions of riyals for Hamas.[275]

---

[268] "The Concept of Jihad as the Islamic World Understand [sic]," September 26, 2009, posted on the Izz al-Din al-Qassam Brigades website, available online at http://www.qassam.ps/specialfiles.html (last accessed October 6, 2009).
[269] 2009 U.K. Charity Commission Report, Palestinians Relief and Development Fund (Interpal), p. 15.
[270] C.S.S. Special Information Bulletin, "The Union of Good," February 2005, available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf.
[271] U.S. Department of the Treasury, "Treasury Designates the Union of Good," November 12, 2008, available online at https://home.treasury.gov/news/press-releases/hp1267.
[272] Sheikh Bitawi was a Hamas representative in the Palestinian parliament in 2006 (*see* "'Tens of Thousands of Palestinians Said to Protest 'International Extortion,'" BBC Monitoring Middle East, May 5, 2006).
[273] C.S.S. Special Information Bulletin, "The Union of Good," February 2005, available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf.
[274] *Id.*
[275] U.S. Department of the Treasury, "Treasury Designates the Union of Good," November 12, 2008, available online at https://home.treasury.gov/news/press-releases/hp1267.

### 3. Union of Good: Goals

In the U.S government's designation of the Union of Good as an SDGT, it underscored that the Union of Good's overarching goal is raising funds for Hamas:

> The leadership of Hamas created the Union of Good in late-2000, shortly after the start of the second Intifada, in order to facilitate the transfer of funds to Hamas. The Union of Good acts as a broker for Hamas by facilitating financial transfers between a web of charitable organizations--including several organizations previously designated under E.O. 13224 for providing support to Hamas--and Hamas-controlled organizations in the West Bank and Gaza. The primary purpose of this activity is to strengthen Hamas' political and military position in the West Bank and Gaza, including by: (i) diverting charitable donations to support Hamas members and the families of terrorist operatives; and (ii) dispensing social welfare and other charitable services on behalf of Hamas.[276]

Al-Qaradawi, the Union of Good's founder and former chairman, did not conceal his views about the true fundamental philosophy and aim underpinning the Union of Good: aggressively combating Jews and Israelis, using any, and all, means possible. For example, the U.K. Charity Commission report issued in 2009 examining Union of Good "member" Interpal quoted Sheikh Qaradawi as follows:

> I became more preoccupied and interested in [the Palestinian issue] when I became mature and more aware of life, and that is for many reasons. Because the issue is concerned with a part of the Islamic lands and we have been taught in [school] that when any part of the Islamic land is invaded by any invader, it will be an individual duty on all its people to resist the invader, each as far as he could, male or female, and that all Muslims across the world have to aid them with all that is needed, be it weapons, money or men.[277]

Al-Qaradawi's reference to "weapons, money or men" was not accidental. On the contrary, Sheikh al-Qaradawi was consistently outspoken in the varied ways that support could be provided to Hamas, underscoring that assistance can be provided through suicide bombings against Israeli targets[278] as well as by providing financial support. For example, in 2001, al-Qaradawi described the activities of the Islamic Hamas-related "charitable" societies sustaining the Second Intifada as "a new type of jihad, financial jihad, through which financial support is guaranteed to the martyrs' families, Palestinian prisoners and detainees, and every prisoner whose property is damaged during the conflict."[279] In a 2006 sworn declaration submitted to a federal court in New York, al-Qaradawi stated "[M]y attitude toward 'suicide bombing' in Israel, where the Palestinians have been invaded

---

[276] *Id.*
[277] 2009 U.K. Charity Commission Report, Palestinians Relief and Development Fund (Interpal), p. 16
[278] "Al-Jazeera Programme Debates Arab Stand on Intifadah, Suicide Bombers," BBC Worldwide Monitoring, April 30, 2002.
[279] Lt. Col. Jonathan D. Halevi, "What Drives Saudi Arabia to Persist in Terrorist Financing? Al-Jihad bi-al-Mal - Financial Jihad Against the Infidels," Jerusalem Viewpoints no. 531, 1 June 2005.

and oppressed, is different. I support such actions as a people's defense of their homeland."[280] As is apparent in the 2009 U.K. Charity Commission Report, Al-Qaradawi played a personal role in supporting both Hamas and its violent activities.[281] In fact, at one public event, Hamas leader Khalid Mishal publicly thanked him for his assistance.[282]

### 4. Union of Good: Key Member Organizations

Three key member organizations forming the Union of Good's core were CBSP, Interpal and the Al-Aqsa Foundation, each of which is discussed in detail below. These organizations had all been individually raising funds for Hamas prior to 2000 when the Union of Good came into existence and instituted an umbrella-like fundraising system.[283]

However, these three organizations are not the only members of the Union of Good. Other notable member organizations under the Union of Good's "umbrella" include the Palestinian Association in Austria (PVOE), the Sanabil Association for Relief and Development in Lebanon (now closed), and the Association de Secours Palestinien – Switzerland (ASP), each of which was also designated as a Hamas-affiliated terrorist by the U.S. government.[284] Other key members include well-known Saudi terror financiers, including the World Association of Muslim Youth (WAMY) and the International Islamic Relief Organization (IIRO).[285] Two branches of the IIRO itself were designated SDGTs by the U.S Treasury Department.[286] In fact, in 2008, the State of

---

[280] Declaration of Sheikh Yusuf Al-Qawadari in Support of His Motion to Dismiss the Complaints, *In re Terrorist Attacks on September 11, 2001* (S.D.N.Y.), 1:03-md-01570-GBD-FM (July 30, 2006). Document number 1878.

[281] 2009 U.K. Charity Commission Report, Palestinians Relief and Development Fund (Interpal).

[282] "Hamas Leader Khaled Mash'al Praises Sheikh Yousef Al-Qaradhawi for His Support of Suicide Operations and States: Holocaust Exaggerated, Being Used to Extort Germany, and Zionist Holocaust against Arabs Much Worse," The Middle East Media Research Institute, August 2, 2007, available online at https://www.memri.org/reports/hamas-leader-khaled-mashal-praises-sheikh-yousef-al-qaradhawi-his-support-suicide-operations.

[283] C.S.S. Special Information Bulletin, "The Union of Good," February 2005, available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf.

[284] U.S. Department of the Treasury, "Treasury Designates Union of Good," November 12, 2008, available online at https://home.treasury.gov/news/press-releases/hp1267.

[285] C.S.S. Special Information Bulletin, "The Union of Good," February 2005, available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf.

[286] The Treasury Department states in regard to IIRO, "The IIRO was established in 1978 and, according to its website, the organization has branch offices in over 20 countries in Africa, Europe, Asia, and the Middle East. Abd Al Hamid Sulaiman Al-Mujil (Al-Mujil) was the Executive Director of the IIRO Eastern Province (IIRO-EP) branch office in the Kingdom of Saudi Arabia. Al-Mujil has been called the 'million dollar man' for supporting Islamic militant groups. Al-Mujil provided donor funds directly to al Qaida and is identified as a major fundraiser for the Abu Sayyaf Group (ASG) and Jemaah Islamiyah (JI). Both ASG and JI are al Qaida-associated terrorist groups in Southeast Asia designated pursuant to the authorities of E.O. 13224. These terrorist groups are also on the United Nations 1267 Committee's consolidated list of individuals and entities associated with the Taliban, al Qaida and/or Usama Bin Ladin. In 2004, Al-Mujil invited a Philippines-based JI supporter to Saudi Arabia under the cover of traveling for the hajj (the Muslim pilgrimage), and planned to provide him with cash to carry back to the Philippines to support organizations including JI. Al-Mujil was also present in Afghanistan in the late 1990s and personally knew Usama Bin Ladin and deceased al Qaida co-founder Abdallah Azzam. Al-Mujil traveled continuously to meet with members of Bin Ladin's organization in Arab countries. In the 1990s, Al-Mujil established a relationship with senior al Qaida operational planner Khalid Shaykh Muhammad. Al-Mujil has a long history of providing support to terrorist organizations. He has contributed direct financial assistance to ASG leaders, including Abdurajak Janjalani (deceased). The Indonesian and Philippines branches of IIRO have received support from IIRO-EP, which in turn is controlled by Al-Mujil. Indeed, he is often responsible for authorizing payment transfers for IIRO Philippines (IIRO-

Israel separately designated 36 member organizations of the Union of Good as illegal organizations.[287]

### 5. Union of Good: Transfers to Hamas Zakat Committees

To facilitate such large-scale funding, the Union of Good split its operations in the Palestinian territories into four administrative districts, one in Gaza, and three in the West Bank. While the organization had its own representative office in Gaza to distribute aid there, its operations in the three West Bank districts were run through the offices of local Hamas charity committees. The al-Tadamun organization in Nablus coordinated distribution in the northern West Bank, while activities in the central West Bank were run through the al-Islah committee in Ramallah and in the southern West Bank through the Islamic Charitable Society - Hebron. As discussed *infra*, each of these organizations was intimately tied to and controlled by Hamas.[288]

### 6. Union of Good: Designations

#### a. Israel and the PA

The Israeli government declared the Union of Good an "unlawful organization" in 2002 because of its ties to Hamas.[289]

Before the Israeli government designated the Union of Good an unlawful organization, it had designated its constituent members CBSP, Interpal and the Al-Aqsa Foundation as "unlawful associations" in May 1997 and "terror organizations" in January 1998.[290] Additionally, an internal assessment by the Palestinian Preventive Service, the internal Palestinian Authority Security Service, noted that Hamas funding had multiple sources including the Palestinian – Lebanese Fund (a reference to Interpal's prior name) and the Comité de Bienfaisance et de Secour aux Palestiniens

---

PHL) and IIRO Indonesia (IIRO-IDN)." *See* U.S. Department of the Treasury, "Treasury Designates Director, Branches of Charity Bankrolling Al Qaida Network," August 3, 2006, available online at https://home.treasury.gov/news/press-releases/hp45#:~:text=Treasury%20Designates%20Director%2C%20Branches%20of%20Charity%20Bankrolling%20Al%20Qaida%20Network,-August%203%2C%202006&text=The%20U.S.%20Department%20of%20the,Qaida%20and%20affiliated%20terrorist%20groups..

287 C.S.S. Special Information Bulletin, "The war on financing terrorism" July 8, 2008, available online at https://www.terrorism-info.org.il/Data/pdf/PDF_08_179_2.pdf.

288 C.S.S. Special Information Bulletin, "The Union of Good," Intelligence and Terrorism Information Center, February 2005, available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf.

289 Defense Minister Signs Order Banning Hamas-Affiliated Charitable Organizations, Israel Ministry of Foreign Affairs, July 7, 2008, https://web.archive.org/web/20100608195414/http://www.mfa.gov.il/MFA/Government/Communiques/2008/Defense+Minister+signs+order+banning+Hamas-affiliated+charitable+organizations+7-Jul-2008.htm. *Also see* ISA report available online at https://web.archive.org/web/20091111104847/http://www.shabak.gov.il/English/EnTerrorData/Reviews/Pages/coalition.en.aspx.

290 "Comité de Bienfaisance et de Secours aux Palestiniens (CBSP): A French Hamas-Affiliated Fund Which Provides Financial Support for Hamas Institutions in the PA-Administered Territories, Part A: Background Information About Hamas's Terrorism-Funding Apparatus and its Civilian Infrastructure (da'wah)," March 2005, available online at https://web.archive.org/web/20050907161022fw_/http://www.intelligence.org.il/eng/sib/4_05/cbsp_e1.htm.

(CBSP or the Palestinian Solidarity Committee in English).[291] Furthermore, and as noted above, in 2008 Israel designated 36 Union of Good member organizations as illegal organizations.[292]

### b. United States

The U.S. Treasury Department designated the Union of Good an SDGT on November 12, 2008, for its ties to Hamas.[293] In its press release announcing the designation, excerpted below, the Treasury Department detailed its reasons for the designation:

> Union of Good was designated today under Executive Order 13224, which targets terrorists, terrorist organizations, and those providing financial, technological, or material support to terrorists, terrorist organizations, or acts of terrorism. Any assets the Union of Good holds under U.S. jurisdiction are frozen and U.S. persons are prohibited from engaging in any transactions with the Union of Good.
>
> The leadership of Hamas created the Union of Good in late-2000, shortly after the start of the second Intifada, in order to facilitate the transfer of funds to Hamas. The Union of Good acts as a broker for Hamas by facilitating financial transfers between a web of charitable organizations--including several organizations previously designated under E.O. 13224 for providing support to Hamas--and Hamas-controlled organizations in the West Bank and Gaza. The primary purpose of this activity is to strengthen Hamas' political and military position in the West Bank and Gaza, including by: (i) diverting charitable donations to support Hamas members and the families of terrorist operatives; and (ii) dispensing social welfare and other charitable services on behalf of Hamas.
>
> Among the primary financiers of Union of Good projects are several organizations designated pursuant to E.O. 13224 for providing support to Hamas and other terrorist groups, including the International Palestine Relief and Development Fund (Interpal), Al-Aqsa Foundation, Comite de Bienfaisance et de Secours aux Palestiniens (CBSP), the Association de Secours Palestiniens (ASP) of Switzerland, the Palestinian Association in Austria (PVOE), and the Sanabil Association for Relief and Development in Lebanon. The Union of Good facilitates the transfer of tens of millions of dollars a year to Hamas-managed associations in the West Bank and Gaza Strip…
>
> The Union of Good's executive leadership and board of directors includes Hamas leaders, Specially Designated Global Terrorists (SDGTs), and other terrorist supporters. The secretary general of the Union of Good, for

[291] *U.S. v. HLF*, 3:04 CR-240-G, Government Exhibit, Palestinian Authority-2.
[292] C.S.S. Special Information Bulletin, "The war on financing terrorism" July 8, 2008, available online at https://www.terrorism-info.org.il/Data/pdf/PDF_08_179_2.pdf.
[293] U.S. Department of the Treasury, "Treasury Designates the Union of Good," November 12, 2008, available online at https://home.treasury.gov/news/press-releases/hp1267.

> example, also acts as the vice-chairman of the United Kingdom-based Interpal, which was designated in 2003 for providing financial support to Hamas under the cover of charitable activity. As of mid-2007, this official served on the Hamas executive committee under Hamas leader Khaled Misha'al.
>
> Board members of the Union of Good include a West Bank Hamas member, and Abd al-Majid al-Zindani, a Yemen-based Hamas fundraiser who was designated pursuant to E.O. 13224 in 2004 for providing support to al-Qaida. In 2006, Zindani delivered a fundraising speech at a Hamas conference in Yemen where the crowd pledged millions of riyals for Hamas…[294]

## C. CBSP

### 1. CBSP: Origins

CBSP, Hamas's primary fundraiser in France, was founded in 1990 and registered there as a non-profit organization. In 2001, CBSP changed its name from "Comité de Bienfaisance et de Solidarité avec la Palestine" (Committee for Welfare and Solidarity with Palestine) to "Comité de Bienfaisance et de Secours aux Palestiniens" (Committee for Welfare and Aid to the Palestinians). It has four branches in France, located in Paris, Lille, Lyon and Marseille.[295]

That CBSP was a Hamas fundraiser was reported in the international press going back at least to the 1990s. The *Associated Press* reported in 1997 that an Israeli official said that "Hamas had set up offices in London, Paris and Aachen, which collected donations of more than dlrs 10 million a year"; the official identified the Paris office as "CBSP."[296]

### 2. CBSP: Leadership

As of 2003, Khalid Al-Shuli was the president of both CBSP and ASP (Association de Secours Palestinien – Switzerland),[297] Hamas's primary fundraiser in Switzerland, founded in that

---

[294] *Id.*

[295] "Comité de Bienfaisance et de Secours aux Palestiniens (CBSP): A French Hamas-Affiliated Fund Which Provides Financial Support for Hamas Institutions in the PA-Administered Territories, Part A: Background Information About Hamas's Terrorism-Funding Apparatus and its Civilian Infrastructure (da'wah)," March 2005, available online at https://web.archive.org/web/20050907161022fw_/http://www.intelligence.org.il/eng/sib/4_05/cbsp_e1.htm.

[296] "Palestinian group in Germany denies helping Hamas," *Associated Press* (August 7, 1997).

[297] U.S. Department of the Treasury, Office of Financial Terrorism and Intelligence, "Comité de Bienfaisance et de Secours aux Palestiniens," available online at https://web.archive.org/web/20111029083645/http://www.treasury.gov/resource-center/terrorist-illicit-finance/Pages/protecting-charities_execorder_13224-b.aspx; Mahmoud Hussein was the founder and first president of CBSP (*see* "Comité de Bienfaisance et de Secours aux Palestiniens (CBSP): A French Hamas-Affiliated Fund Which Provides Financial Support for Hamas Institutions in the PA-Administered Territories, Part A: Background Information About Hamas's Terrorism-Funding Apparatus and its Civilian Infrastructure (da'wah)," March 2005, available online at https://web.archive.org/web/20050907161022fw_/http://www.intelligence.org.il/eng/sib/4_05/cbsp_e1.htm).

country in 1994,[298] and like CBSP designated as an SDGT by the United States in 2003.[299]

### 3. CBSP: Goals

CBSP is a significant fundraiser for Hamas. Like other Hamas-affiliated funds and foundations all over the world, it collects contributions in Islamic centers and mosques. Its largest contributors are believed to be the North African and Palestinian communities in France.[300] CBSP collaborates with other Hamas-affiliated organizations based in different towns in the West Bank and Gaza and in Palestinian refugee camps in Lebanon.[301]

### 4. Transfers by CBSP to Hamas-Controlled Entities

CBSP transferred funds both to Hamas-affiliated organizations in the Palestinian Territories and to organizations outside the Palestinian Territories, including:

- Jenin Zakat Committee[302]
- Nablus Zakat Committee[303]
- Qalkilya Zakat Committee[304]
- Islamic Association Gaza.[305]

### 5. CBSP: Designations

#### a. Israel

As noted above, the Israeli government designated CBSP an illegal organization in May 1997 because of its affiliation with Hamas and the support it gave to Hamas-affiliated institutions, and subsequently designated it a terrorist organization in January 1998.[306]

---

[298] U.S. Department of the Treasury, "U.S. Designates Five Charities Funding Hamas and Six Senior Hamas Leaders as Terrorist Entities," August 22, 2003, available online at https://home.treasury.gov/news/press-releases/js672.
[299] *Id.*
[300] "Comité de Bienfaisance et de Secours aux Palestiniens (CBSP): A French Hamas-Affiliated Fund Which Provides Financial Support for Hamas Institutions in the PA-Administered Territories, Part A: Background Information About Hamas's Terrorism-Funding Apparatus and its Civilian Infrastructure (da'wah)," March 2005, available online at https://web.archive.org/web/20050907161022fw_/http://www.intelligence.org.il/eng/sib/4_05/cbsp_e1.htm.
[301] U.S. Department of the Treasury, "U.S. Designates Five Charities Funding Hamas and Six Senior Hamas Leaders as Terrorist Entities," August 22, 2003, available online at https://home.treasury.gov/news/press-releases/js672; "Comité de Bienfaisance et de Secours aux Palestiniens (CBSP): A French Hamas-Affiliated Fund Which Provides Financial Support for Hamas Institutions in the PA-Administered Territories, Part A: Background Information About Hamas's Terrorism-Funding Apparatus and its Civilian Infrastructure (da'wah)," March 2005, available online at https://web.archive.org/web/20050907161022fw_/http://www.intelligence.org.il/eng/sib/4_05/cbsp_e1.htm.
[302] For example, AV-PL016838-39 provided by Plaintiffs.
[303] For example, AV-PL016821-23 provided by Plaintiffs.
[304] For example, AV-PL016785-86 provided by Plaintiffs.
[305] For example, AV-PL016897-98 provided by Plaintiffs.
[306] "Comité de Bienfaisance et de Secours aux Palestiniens (CBSP): A French Hamas-Affiliated Fund Which Provides Financial Support for Hamas Institutions in the PA-Administered Territories, Part A: Background Information About Hamas's Terrorism-Funding Apparatus and its Civilian Infrastructure (da'wah)," March 2005, available online at https://web.archive.org/web/20050907161022fw_/http://www.intelligence.org.il/eng/sib/4_05/cbsp_e1.htm.

When it designated CBSP in 1997, the Israeli government found:

> The identity of this foundation with Hamas can be learned from the manner in which it is perceived by the public at large and in France; from fund-raising activities in support of terrorist attacks; from the distribution of the Foundation's money to parties identified with Hamas; from the Foundation's activities in the area of propaganda in the spirit of Hamas; and the identities of the foundation's activists as Hamas people.[307]

**b. United States**

Both CBSP and its Swiss sister organization, ASP, were designated by the U.S. Treasury Department as Specially Designated Global Terrorists on August 22, 2003. The press release announcing the designation stated:

> CBSP and ASP are primary fundraisers for HAMAS in France and Switzerland, respectively. Founded in France in the late 80s/early 90s, CBSP acts in collaboration with more than a dozen humanitarian organizations based in different towns in the West Bank and Gaza and in Palestinian refugee camps in Jordan and Lebanon. ASP, a subsidiary of CBSP, was founded in Switzerland in 1994. The group has collected large amounts of money from mosques and Islamic centers, which it then transfers to sub-organizations of HAMAS. Khalid Al-Shuli is the president of CBSP and ASP.[308]

## D. ASSOCIATION DE SECOURS PALESTINIEN (ASP)

The Association de Secours Palestinien (ASP) is a Swiss subsidiary of the French CBSP. It was founded in Switzerland in 1994 and collects donations from mosques and Islamic Centers and then transfers the funds to Hamas sub-organizations. In 2002, ASP received approximately 1 million Swiss Francs in donations.[309] Khaled al-Shuli was the president of both ASP and CBSP before and during the Second Intifada period. In 2002, the Palestinian Authority froze transfers between al-Shuli and the Islamic Center of Gaza for ties with Hamas and Palestinian Islamic Jihad ("PIJ").[310]

ASP was designated as a Specially Designated Global Terrorist (SDGT) on August 22, 2003, freezing any assets in the United States and prohibiting any transactions with U.S.

---

[307] Exhibit E to the Jennings Memorandum, pp. 1335-38 (English translation of 1997 Israeli designations).

[308] U.S. Department of the Treasury, "U.S. Designates Five Charities Funding Hamas and Six Senior Hamas Leaders as Terrorist Entities," August 22, 2003, available online at https://home.treasury.gov/news/press-releases/js672.

[309] Johanne Gurfinkiel, "Suisse: récolte de fonds pour le Hamas" Coordination Intercommunautaire Contre l'Antisémitisme et la Diffamation, available online at https://web.archive.org/web/20070831033241/http://www.cicad.ch/index.php?id=45&tx_ttnews[tt_news]=27&tx_ttnews[backPid]=29&cHash=4c1eac049b.

[310] Intelligence and Terrorism Information Center at the Center for Special Studies (C.S.S.) Special Information Bulletin: "Comité de Bienfaisance et de Secours aux Palestiniens (CBSP): a French Hamas-affiliated fund which provides financial support for Hamas institutions in the PA-administered territories," Israel, March 2005, available online at https://web.archive.org/web/20051120170600fw_/http://www.intelligence.org.il/eng/sib/4_05/cbsp_e.htm.

nationals.[311] On November 21, 2003, Australia followed suit and listed ASP as a terrorist entity and seized its funds.[312] ASP appeared in the list of unindicted co-conspirators in the Holy Land Foundation case as an entity that is part of Hamas's "global financing mechanism."[313]

## E. INTERPAL

### 1. Interpal: Origins

Interpal, the principal[314] and most important fundraising organization for Hamas in the United Kingdom, is one of the six Union of Good member organizations[315] operating in that nation and one of Hamas's key global non-governmental funding sources. It was founded in 1981 as the "Palestine and Lebanon Relief Fund."[316] It was formally registered as a charity with the U.K. Charity Commission on August 11, 1994, and renamed as the Palestinian Relief and Development Fund.[317]

Interpal's role as a Hamas fundraiser was reported in the international press going back to the 1990s. The *Guardian* reported in 1994 that Interpal (then referred to as the Palestine and Lebanon Relief Fund[318]) was "a principal conduit of funds for the Palestinian Hamas movement. Israeli officials say much of the money is spent on weapons."[319] *U.S. News & World Report* cited sources stating that "at least some of" the money provided by Interpal "winds up financing Hamas

---

[311] U.S. Department of the Treasury, "U.S. Designates Five Charities Funding Hamas and Six Senior Hamas Leaders as Terrorist Entities," August 22, 2003, available online at https://home.treasury.gov/news/press-releases/js672.

[312] "Australia lists six Hamas leaders as terrorists and freezes charity assets," AP, November 21, 2003.

[313] *U.S. v. HLF*, United States District Court for the Northern District of Texas, Dallas Division, CR NO. 3:04-CR-240-G, "List of Unindicted Co-conspirators and/or Joint Venturers," available online at http://www.investigativeproject.org/documents/case_docs/423.pdf.

[314] 2009 U.K. Charity Commission Report, Palestinians Relief and Development Fund (Interpal), [INTERPAL] provided the UK branch of the Union for Good with substantial administrative support when it was first set up, including hosting its website, organising and providing administrative support to the first meetings between members, and undertaking the task of coordinating the Union for Good's UK and Europe-based members (p.18). The Charity Commission also noted that "The Charity [Interpal] has been variously described by the trustees as 'a founding member', 'one of the leading founders' and 'the founder' of the Union for Good." *See* footnote 45 of the report, p. 15.

[315] These include: Interpal, Human Relief Foundation, Human Appeal International, Islamic Relief, Muslim Aid and Muslim Hands (*see* C.S.S. Special Information Bulletin, "The Union of Good," Appendix E: The names of organizations and bodies belonging to the Union of Good." February 2005. Available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf).

[316] C.S.S. Special Information Bulletin, "Interpal, Part I," December 2004, available online at https://www.terrorism-info.org.il/app/uploads/2021/11/intrpal.pdf.

[317] 2009 U.K. Charity Commission Report, Palestinians Relief and Development Fund (Interpal), p. 3. Interpal has operated under many names, including Relief and Development Fund for Palestine, Welfare and Development Fund of Palestine, Palestinian Aid and Support Fund (U.S. Department of the Treasury, Additional Background Information on Charities Designated Under Executive Order 13224, Interpal, available online at https://web.archive.org/web/20111029082845/http://www.treasury.gov/resource-center/terrorist-illicit-finance/Pages/protecting-charities_execorder_13224-i.aspx#i). For a complete list of aliases, *see* the U.S. Department of the Treasury Alphabetical Listing of Specially Designated Nationals and Blocked Persons, available online at https://sanctionslist.ofac.treas.gov/Home/SdnList.

[318] U.S. Treasury Department notes lists Palestine and Lebanon Relief Fund as an AKA for Interpal. See https://sanctionssearch.ofac.treas.gov/Details.aspx?id=7917

[319] Kathy Evans, "Radical time-bomb under British Islam: Congregations run 'charity' gauntlet" *The Guardian (London)* (February 7, 1994).

activities, from funding the families of suicide bombers to bankrolling the suicide units."[320] Israel's 1997 designation of Interpal was reported contemporaneously.[321]

### 2. Interpal: Leadership

Issam Yusuf Mustafa, former head of Interpal, was described by the United States government as 'Vice Chairman' of Interpal and a member of the Hamas executive committee under Hamas leader Khaled Misha'al [Khalid Mishal].[322] While visiting Yemen in 2002, Dr. Mustafa met with Sheikh Mohammed Ali Hassan al Moayad (discussed below) and Dr. Mohammed Siam, both described as "senior members of Hamas."[323] Dr. Mustafa has publicly expressed his support for Sheikh al-Qaradawi (then-head of the Union of Good) telling an *Al Jazeera* audience in 2001 that al-Qaradawi was the "Sheikh of the Mujahideen."[324] In April 2002, Dr. Mustafa again appeared on *Al Jazeera* telephoning al-Qaradawi and hailing him once again as "the Sheikh of the Mujahideen….The Sheikh of heroic stands. …But my biggest salutation is to the Mujahideen: to the heroes of the Palestinian people who are sacrificing everything that is precious." Dr. Mustafa went on to say: "We here in the Union for [sic] Good - headed by Sheikh Yusuf al-Qaradawi - have a role in rescuing the nation of Palestine."[325]

According to the BBC, articles (mostly in Arabic) bearing Dr. Mustafa's name asserted:

> "Palestinians have not resigned themselves to the end of this struggle..."
>
> "…our battle with the Zionist enemy is a long one… our right to liberate our homeland and holy places, and to continue working hard for this with the use of language, and support and jihad in all its forms, until God allows for victory: victory only comes from God."[326]

### 3. Interpal: Goals

Interpal focuses on collecting contributions from Muslims living in Britain and transferring the money to Hamas-controlled zakat institutions in the Palestinian Territories. Interpal's activity, however, is not limited to Britain. In addition to the money that it collects in Britain, it serves as a global clearing house for transferring to Hamas the money Interpal is sent by the other funds and foundations in Western Europe, Saudi Arabia and the Gulf States.[327]

---

[320] Richard Z. Chesnoff and Robin Knight, "A helping hand from Saudi Arabia," *U.S. News & World Report* (July 8, 1996).
[321] "Israel bars five foreign-based Islamic groups," *Agence France Presse* (May 21, 1997).
[322] U.S. Department of the Treasury, "Treasury Designates the Union of Good," November 12, 2008, available online at https://home.treasury.gov/news/press-releases/hp1267.
[323] BBC News, "Panorama: Faith, Hate, and Charity," July 30, 2006, available online at http://www.bbc.co.uk/press office/pressreleases/stories/2006/07_july/30/panorama.shtml.
[324] John Ware, "Response to Interpal Inquiry by Charity Commission," BBC News, available online at http://news.bbc.co.uk/panorama/hi/front_page/newsid_7915000/7915916.stm.
[325] *Id.*
[326] *Id.*
[327] Interpal website, "About Us," available online at http://www.interpal.info/about-us; U.S. Department of the Treasury, "U.S. Designates Five Charities Funding Hamas and Six Senior Hamas Leaders as Terrorist Entities," August 22, 2003, available online at https://home.treasury.gov/news/press-releases/js672.

The U.S. Treasury Department's Office of Terrorism and Financial Intelligence's description of Interpal also notes that Interpal has served as a principal charity involved in hiding the flow of money to Hamas from other charities, such as the Al-Aqsa Foundation, and has served as Hamas's fundraising coordinator, including supervising other charities' activities, developing new fundraising organizations, directing inter-charity funds transfers, and advising and generating public relations activities.[328]

### 4. Transfers to and From Interpal

Shortly after the September 11th attacks, the FBI tied Interpal to HLF. According to an FBI memorandum discussing HLF, Hamas members often run the charity committees funded by Interpal, HLF and others. The FBI memo also observed that "FBI analysis linked Sanabil, Interpal and the HLF." Sanabil (since defunct), a Hamas front in Lebanon through which both Interpal and CBSP transferred funds, was among the Hamas fronts designated in August of 2003. The report added, "a review of the HLF's financial records shows that on April 11, 2000, the HLF wired Interpal $66,000.00." [329]

U.S. and German law enforcement investigators also tied Interpal to Sheikh Mohammad Ali Hassan al Moayad, who headed the Al-Aqsa International Foundation's Yemen office. Moayad was arrested in Germany in 2003 for providing money, arms, communication gear, and recruits to al Qaeda.[330] In transcripts of covertly recorded conversations, Sheikh Moayad described then-Union of Good Chairman al-Qaradawi and his assistant, Issam Kashashani, as people who "support the entire Jihad movement."[331] As proof of his ability "to get money to the Jihad" Moayad offered an FBI informant a receipt showing he transferred $70,000 to Interpal. After his conviction was overturned by the Second Circuit Court of Appeals in 2008, Sheikh Moayad ultimately pled guilty in the U.S. District Court in Brooklyn, New York, in August 2009 to providing funding to Hamas.[332]

---

[328] U.S. Department of the Treasury, "U.S. Designates Five Charities Funding Hamas and Six Senior Hamas Leaders as Terrorist Entities," August 22, 2003, available online at https://home.treasury.gov/news/press-releases/js672.
[329] Watson Memorandum, November 5, 2001, p. 46.
[330] U.S. Department of Justice, "Yemeni Citizens Arrested for Conspiring to Provide Support to Al Qaeda, Hamas, and Other Terrorist Groups," March 4, 2003, available online at http://www.bbc.co.uk/pressoffice/pressreleases/stories/2006/07_july/30/panorama.shtml.
[331] Transcript videotaped meeting, January 9, 2003, starting approximately 10:55am, CD: Rm6231, Government Exhibit T-5, *U.S. v. Mohammed Ali Hasan Al-Moayad et al.* (U.S. District Court, Eastern District of New York), February 2005.
[332] *U.S. v. Mohammed Ali Hassan Al-Moayad*, Plea Agreement, 03 CR 1322 (s-1) DLI. In the Plea Agreement, Moayad stipulated that he agreed to deliver money to Hamas that he expected to be provided by an individual whom he believed was a donor from Brooklyn, New York, who wanted to fund violent operations by Hamas. Al-Moayad knew that Hamas engaged in 'terrorist activity' as defined under U.S. law, including that Hamas committed politically motivated acts of violence targeting civilian populations. Al-Moayad was associated and worked with Hamas leaders in Yemen and Hamas-related organizations to provide financial support to Hamas. Al-Moayad intended to use those relationships to ensure that the money provided by the New York donor would in fact get to Hamas. Al-Moayad traveled from Yemen to Germany in furtherance of the conspiracy, and knew that the money was to travel from Brooklyn, New York, to places outside the United States.

Like CBSP, Interpal transferred funds to numerous Hamas-affiliated or -controlled organizations, including,[333] *Al-Mujama Al-Islami*-Khan Yunis,[334] Islamic Society – Rafah,[335] Nablus Zakat Committee,[336] and the Jenin Zakat Committee.[337]

Interpal's ties with Hamas front organizations in the West Bank, Gaza, and Israel proper (discussed later in this report) have been established through telephone transcripts introduced in the Israeli criminal prosecution in June 2003[338] of Sheikh Raed Salah, an Israeli-Arab leader convicted of funneling money to Hamas.[339] The transcripts revealed that Sheikh Salah communicated extensively with Interpal officials while laundering and funneling money received from Interpal to Hamas-controlled institutions in the West Bank and Gaza Strip.[340]

Moreover, Interpal has, historically, not concealed its connections to some of the most well-known Hamas front organizations. Its October 2002 newsletter lists Interpal's funding of *Al Salah* Charitable Association (designated as a terrorist entity by the U.S. and Israel), for "Emergency Aid, sponsorship of orphans, Ramadan campaign and Qurbani project."[341] The 2002 newsletter also identifies Interpal's financial support for the "Al-Mujamma' Al-Islami, Gaza – Job creation programme."[342] The latter organization, as noted *supra*, was established by Hamas founder Ahmed Yassin and was Hamas's de facto headquarters at the time.[343]

In 1996, authorities determined that the International Islamic Relief Organization (IIRO) and the World Assembly of Muslim Youth (WAMY), both al-Qaeda Saudi-associated charities, were funding Hamas through Interpal. In documents confiscated at the time, recipient Hamas organizations were asked to send thank-you letters directly to IIRO and WAMY rather than to Interpal.[344]

---

[333] Interpal transferred $33,800 to the Al-Islah Charitable Society in Ramallah. Among the documents seized from the charity's office was a receipt dated January 15, 2001, for that donation, printed on Interpal stationary and signed by Jamal Mohammad Tawil, a senior Hamas operative and founder of the charity. Tawil was involved in planning several suicide attacks, including the car bomb attack in Jerusalem's Ben Yehuda pedestrian mall in December 2001 that killed 12 people and wounded 180 others. *See* C.S.S. Special Information Bulletin, Interpal, Part I; *see also* C.S.S. Special Information Bulletin, Israeli Security Forces Seize Palestinian Terrorist Assets Held in Banks Across the West Bank, December 2004, available online at https://www.terrorism-info.org.il/app/uploads/2021/11/intrpal.pdf.

[334] AV-PL017957-81.

[335] AV-PL017087-89.

[336] AV-PL017004-5.

[337] AV-PL017073-74.

[338] Greg Myre, "Israel Ties 5 Citizens to Funding for Hamas," *The New York Times*, June 25, 2003.

[339] Gideon Maron and Yuval Karni, "The Secret Intercepts of Shaykh Salah," Yediot Ahronot, August 29, 2003 (Hebrew).

[340] *Id.*

[341] Interpal Newsletter, No. 5, October 2002.

[342] *Id.*

[343] Ravi Nessman, "Sheikh Ahmed Yassin, Founder of Radical Hamas Group, Is Killed in Israeli Airstrike," Associated Press, March 22, 2004. Yassin confirmed his own role in *Al-Mujama* in an interview with Abu-Amr. P. 140, note 43.

[344] C.S.S. Special Information Bulletin, Interpal, Part III, Appendix B (5-6), available online at https://web.archive.org/web/20050305124906fw_/http://www.intelligence.org.il/eng/sib/12_04/images/jan17_05.pdf

### 5. Interpal: Designations

#### a. Israel

As early as 1995, published reports in Israel linked Interpal to Hamas.[345] As noted above, the Israeli government outlawed Interpal in May 1997 because of its affiliation with Hamas and the support it gave to Hamas-affiliated institutions, and declared it a terrorist organization in January 1998.[346]

When it designated Interpal in 1997, the Israeli government found Interpal was:

> one of the major apparatuses of Hamas for raising and distributing funds for the purpose of funding Hamas activities in Judea, Samaria and the Gaza Strip. The Foundation centralizes and coordinates the activities of other foundations, such as the Al Aqsa Foundation in Germany and the Committee for Aid and Solidarity with Palestine (CBSP) in France. The Foundation is legally registered as a non-profit association. Its identification with Hamas can be discerned by its financial sources, which include other Hamas fund-raising foundations; through the features of the parties that benefit from the Foundation's money - which include only Hamas institutes or Hamas activists and their families; and through the identities of senior Foundation officials as Hamas people and its ties to other Hamas entities….[347]

According to an Israeli analysis of a 2002 Interpal trustees' report, every one of Interpal's twelve "local partner" charities listed in the report is "affiliated with Hamas or works on its behalf, not only with regard to humanitarian issues but as part of its terrorism-supporting apparatus."[348]

#### b. United States

The U.S. designation of Interpal as a Specially Designated Global Terrorist on August 22, 2003, summarized Interpal's role in the Hamas fundraising network:

> Interpal, headquartered in the UK, has been a principal charity utilized to hide the flow of money to HAMAS. Reporting indicates it is the conduit through which money flows to HAMAS from other charities, *e.g.,* the Al-Aqsa Foundation (designated under EO 13224 on May 29th) and oversees the activities of other charities. For example, the Sanabil Association for Relief and Development (designated as part of this tranche), represents Interpal in Lebanon. Reporting indicates that Interpal is the fundraising coordinator of HAMAS. This role is of the type that includes supervising activities of charities, developing new charities in targeted areas, instructing

[345] Faiza Saad, "Islamists Strong in UK," *The Jerusalem Post*, July 19, 1995.
[346] AV-PL056686 – AV-PL057707. *See also* https://www.terrorism-info.org.il/app/uploads/2021/11/intrpal.pdf .
[347] Exhibit E to the Jennings Memorandum, pp. 1335-38 (English translation of 1997 Israeli designations).
[348] C.S.S. Special Information Bulletin, Interpal Part I, December 2004, available online at https://www.terrorism-info.org.il/app/uploads/2021/11/intrpal.pdf.

how funds should be transferred from one charity to another, and even determining public relations policy.[349]

#### c. Palestinian Authority

On August 23 and 24, 2003, the Palestinian Authority ordered the freezing of the bank accounts of 40 Palestinian associations that it described as "HAMAS organizations." According to German intelligence services, "In the letter containing the order, 40 branches of associations are listed under 39 numbered markings, whose accounts were to be blocked."[350] The list included, *inter alia*, the same organizations Interpal's October 2002 newsletter proudly listed as Interpal's funding recipients – *Al Salah* Charitable Association, *Al-Mujama Al-Islami* and *Al-Jam'iya Al-Islamiya*.[351]

## F. AL-AQSA FOUNDATION

### 1. Al-Aqsa Foundation: Origins

The Al-Aqsa Foundation,[352] was a major fundraiser for Hamas, which had branch offices in Germany, Holland, Belgium, Denmark, Sweden, Yemen, South Africa, and Pakistan. It was founded in July 1991 in Germany[353] (Al-Aqsa e.V.), where it was headquartered, and which served as its main branch until the U.S Treasury designated it an SDGT in May 2003.[354]

As with HLF and Interpal, the Al Aqsa Foundation's role in financing Hamas was reported in international press going back to the 1990s.[355] And as with HLF and Interpal, Israel's designation of the Al-Aqsa Foundation was reported contemporaneously.[356] When Germany shut down the Al-Aqsa Foundation branches in that country in 2002, *Newsday* reported that Interior Minister Otto Schily's made a statement to the effect that "Al-Aqsa raised money for families of suicide bombers who carried out deadly attacks against Israelis."[357]

---

[349] U.S. Department of the Treasury, "U.S. Designates Five Charities Funding Hamas and Six Senior Hamas Leaders as Terrorist Entities," August 22, 2003, available online at https://home.treasury.gov/news/press-releases/js672.
[350] Letter from the Federal Ministry of the Interior, Germany, to the Federal Chancellery of Germany, March 4, 2004, certified translation from the German language, provided by Plaintiffs, marked pages AV-PL079958–AV-PL079972.
[351] Interpal Newsletter, No. 5, October 2002.
[352] a.k.a. Al-Aqsa International Foundation, Al-Aqsa Charitable Foundation, Sanabil al-Aqsa Charitable Foundation, Al-Aqsa Sinabil Establishment, Al-Aqsa Charitable Organization, Charitable Al-Aqsa Establishment, Mu'assa al-Aqsa al-Khayriyya, Mu'assa Sanabil Al-Aqsa al- Khayriyya, Aqssa Society, Al-Aqsa Islamic Charitable Society, Islamic Charitable Society for al-Aqsa, Charitable Society to Help the Noble al-Aqsa, Nusrat al-Aqsa al-Sharif, *see* U.S. Department of the Treasury, "Treasury Designates Al-Aqsa International Foundation as Financier of Terror Charity Linked to Funding of the Hamas Terrorist Organization," May 29, 2003, available online at https://home.treasury.gov/news/press-releases/js439.
[353] "U.S. Freezes Al-Aqsa Assets," VOA News, June 9, 2003, available online at https://editorials.voa.gov/a/a-41-a-2003-06-09-1-1-83096057/1478054.html.
[354] U.S. Department of the Treasury, "Treasury Designates Al-Aqsa International Foundation as Financier of Terror Charity Linked to Funding of the Hamas Terrorist Organization," May 29, 2003, available online at https://home.treasury.gov/news/press-releases/js439.
[355] "Palestinian group in Germany denies helping Hamas," *Associated Press* (August 7, 1997).
[356] "Israel bars five foreign-based Islamic groups," *Agence France Presse* (May 21, 1997).
[357] "World; Nation Briefs," *Newsday (NY)* (August 6, 2002).

### 2. Al-Aqsa Foundation: Goals & Relationship to Hamas

The U.S Treasury Department described the Al-Aqsa Foundation, one of Hamas's primary fundraising organs in the West, as "a critical part of Hamas's terrorist support infrastructure."[358] It collects donations for Hamas-controlled institutions, and according to German intelligence services, "it is known by the donors and the organizations where donations are collected that these funds are intended for Hamas and the 'Intifada.'"[359] A 2003 German Intelligence document classifies "Al-AQSA associations in Germany, Belgium, the Netherlands [and] Denmark" as "Direct HAMAS relief organizations."[360] According to the document, an organization received that classification when it "regularly and over a long period of time received donations of several foreign organizations which, independently from each other, are considered HAMAS relief organizations by us."[361]

### 3. Al-Aqsa Foundation: Similarity of Fundraising Conduct to Other Union of Good Entities and HLF

It is also worth noting that the Al-Aqsa Foundation banned in Holland and Germany;[362] the Holy Land Foundation, whose assets were frozen by Great Britain[363] and the European Union,[364] and which was designated by the United States;[365] and Interpal, CBSP and other Union of Good entities ostensibly transferred funds to some of the same Hamas-controlled entities and often to each other.[366] The cooperation between these groups has sometimes extended beyond money. For example, the Holy Land Foundation (convicted in the United States of providing material support to Hamas in 2008) attempted to assist Interpal's managing trustee, Issam Yusuf Mustafa, in procuring a visa to attend a conference in the United States.[367] In sum, Hamas's fundraising

---

358 *Id.*
359 C.S.S. "The war on financing terrorism: Defense Minister Ehud Barak signed an order outlawing 36 global 'Union of Good' Islamic funds which raise money for Hamas institutions in the Palestinian Authority administered territories. The money supports Hamas in building a political alternative to the PA and maintain a terrorism-supporting system." July 8, 2008, available online at https://www.terrorism-info.org.il/Data/pdf/PDF_08_179_2.pdf.
360 Bundesnachrichtendienst (German Intelligence Service) letter to the Federal Ministry of the Interior in Berlin. February 12, 2003, provided by Plaintiffs, marked pages AV-PL079950–AV-PL079955.
361 *Id.*
362 German Ministry of the Interior document, July 31, 2002, provided by Plaintiffs, marked pages AV-PL075953–AV-PL075968, certified translation from German; "German Minister Explains Ban on Islamic Fund-Raising Organization," BBC Worldwide Monitoring, August 5, 2002; Michael Jonsson and Christian Nils Larson, "Scandanavian Trials Demonstrate Difficulty of Obtaining Terrorist Financing Convictions," Terrorism Monitor Vol. 8, Issue 5, The Jamestown Foundation, March 13, 2009, available online at https://jamestown.org/program/scandinavian-trials-demonstrate-difficulty-of-obtaining-terrorist-financing-convictions/, "Audit Record of Al-Aqsa Foundation, provided by Plaintiffs, marked page AV-PL077534, certified translation.
363 "Muslim Charity's Assets Frozen Over Hamas Link," The Telegraph (UK), December 5, 2001.
364 European Union Council Common Position 2005/936/CFSP, Official Journal of the European Union, December 21, 2005, available online at https://eur-lex.europa.eu/legal-content/EN/TXT/PDF/?uri=CELEX:32005E0936.
365 U.S. Department of the Treasury, Office of Foreign Assets Control, Addition to listing of Specially Designated Nationals and Blocked Persons, June 27, 2002, available online at https://ofac.treasury.gov/recent-actions/20020627.
366 For example, Interpal thanked the Al-Aqsa Charitable Society for its transfer of $70,000 to Interpal for food and medical assistance, summer centers, and a general "offering" (*U.S. v. HLF*, Government Exhibit T-21b, 03-CR-1322(8J); Payments to Islamic Charitable Society/Hebron, *U.S. v. HLF*, Government Exhibit 3:04-CR-240-G; Payments to Jenin Zakat Committee, *U.S. v. HLF*, Government Exhibit 3:04-CR-240-G; Payments to Tulkarem Zakat Committee, Government Exhibit 3:04-CR-249-G.
367 *U.S. v. HLF*, 3:04-CR-240-G, GX 001-0186.

network in Europe has largely functioned in materially similar ways across the continent.[368] The organizations comprising the network have typically sent funds to the same Hamas entities in the Palestinian Territories and Lebanon.

### 4. Terrorism Designations

#### a. Israel

In 1997, Israel outlawed the Al-Aqsa Foundation (including its German branch).[369] In 1998, Israel declared it a terrorist organization.[370] The 1997 Israeli designation found:

> This foundation maintains close ties with other Hamas fund-raising foundations. The identity of the Al Aqsa Foundation with Hamas can be learned through the manner with which the Foundation is perceived by the public at large, both within the Palestinian Authority areas and abroad (for example, an article in the German newspaper Focus identified the Foundation with Hamas, following which the Foundation sued the paper for liable); from its fund-raising activities in support of terrorist attacks; from the distribution of the Foundation's funds only to parties identified with Hamas; from the Foundation's activities in the area of propaganda in the spirit of Hamas and in favor of terrorism; and finally through the identities of the foundation's activists as Hamas people.[371]

#### b. United States

In May 2003, the United States Treasury Department designated the Al-Aqsa Foundation (including its German branch) an SDGT.[372] The press release announcing the designation states, in relevant part:

> The AL-AQSA FOUNDATION is a critical part of Hamas' transnational terrorist support infrastructure. Hamas is designated by the Secretary of State as a Foreign Terrorist Organization (66 Fed. Reg. 51088) and as Specially Designated Global Terrorist (SDGT) under Executive Order

---

368 Payments to Islamic Charitable Society/Hebron, *U.S. v. HLF*, Government Exhibit 3:04-CR-240-G; Payments to Jenin Zakat Committee, *U.S. v. HLF*, Government Exhibit 3:04-CR-240-G; Payments to Tulkarem Zakat Committee, Government Exhibit 3:04-CR-249-G; Evidence of the Al-Aqsa Foundation's financing of Hamas is abundant. For example, on May 1, 2003, Israeli authorities arrested Lis Ben Khaled who "arrived in Israel with 11,000 Euros and contact details for someone in Jenin." During his questioning, Khaled provided information about the activities of certain Al-Aqsa Foundation offices, including their money transfers and other connections to Hamas charities in the West Bank and Gaza ("Hamas's Use of Charitable Societies to Fund and Support Terror," Israel Ministry of Foreign Affairs, September 22, 2003).

369 AV-PL056686 – AV-PL057707; Exhibit E to the Jennings Memorandum, pp. 1335-38 (English translation of 1997 Israeli designations).

370 List of declared terrorist organizations, Israeli Department of Defense.

371 Exhibit E to the Jennings Memorandum, pp. 1335-38 (English translation of 1997 Israeli designations).

372 U.S. Department of the Treasury, "Treasury Designates Al-Aqsa International Foundation as Financier of Terror Charity Linked to Funding of the Hamas Terrorist Organization," May 29, 2003, available online at https://home.treasury.gov/news/press-releases/js439; this designation encompassed all of Al-Aqsa Foundation's branches.

13224, "Blocking Property and Prohibiting Transactions with Persons Who Commit, Threaten to Commit, or Support Terrorism." Hamas is known to raise at least tens of millions of dollars per year throughout the world using charitable fundraising as cover.

The AL-AQSA FOUNDATION, until recently headquartered in Germany, uses humanitarian relief as cover to provide support to the Hamas terrorist organization. Mahmoud Amr, the Director of the AL-AQSA FOUNDATION in Germany, is an active figure in Hamas. The AL-AQSA FOUNDATION also is known to maintain branch offices in The Netherlands, Denmark, Belgium, Sweden, Pakistan, South Africa, Yemen and elsewhere. AL-AQSA FOUNDATION offices are included in lists of organizations that contributed to the Hamas-affiliated Charity Coalition in 2001 and 2002.

Since the summer of 2002, authorities in The Netherlands, Denmark, Germany and the U.S. have taken administrative and/or law enforcement action against the AL-AQSA FOUNDATION and some of its leaders based on evidence of the organization's support for Hamas and other terrorist groups. Pursuant to a July 31, 2002 administrative order, German authorities closed the AL-AQSA FOUNDATION in Germany for supporting Hamas. In April 2003, Dutch authorities blocked AL-AQSA FOUNDATION assets in The Netherlands based on information that funds were provided to organizations supporting terrorism in the Middle East.

Criminal charges against some AL-AQSA FOUNDATION officials were also filed. On January 1, 2003, the Danish government charged three AL-AQSA FOUNDATION officials in Denmark for supporting terrorism. Also, the head of the Yemeni branch of the AL-AQSA FOUNDATION, Shaykh Muhammad Ali Hassan AL-MUAYAD, was arrested for providing support to terrorist organizations including Al-Qaeda and Hamas in January 2003 by German authorities.

In Scandinavia, the Oslo, Norway-based Islamic League used the AL-AQSA FOUNDATION in Sweden to channel funds from some members of the Islamic community in Oslo, Norway to Hamas. In late 2001 for example, a human courier was used to transfer funds from the Islamic League in Norway to the AL-AQSA FOUNDATION in Sweden. In another instance in 2002, money, gold and jewelry were collected by the Islamic League (in Oslo, Norway) and transferred to the AL-AQSA FOUNDATION in Sweden to be provided to Hamas.

At the Islamic League of Norway's annual conference held on May 18 and 19, 2002, the General Secretary of the Islamic League in Sweden urged all Muslims to provide support and to participate in continuing the suicide operations against Israel. He called for further financial support from all conference participants to the AL-AQSA FOUNDATION in Sweden,

> noting that this financial support could contribute to the destruction of Israel.
>
> Strong ties have existed between the Hamas and AL-AQSA FOUNDATION offices in Yemen. Officials of the organizations met frequently and the AL-AQSA FOUNDATION was identified as a "Hamas-affiliate." As discussed in a previously unsealed FBI Affidavit, AL-MUAYAD, the head of the AL-AQSA FOUNDATION in Yemen, has allegedly provided money, arms, recruits and communication equipment for Al-Qaeda. At least until AL-MUAYAD's arrest, Ali Muqbil, the General Manager of the AL-AQSA FOUNDATION in Yemen and a Hamas official, transferred funds on AL-MUAYAD's orders to Hamas, PIJ or other Palestinian organizations assisting "Palestinian fighters." The disbursements were recorded as contributions for charitable projects. Through channels such as this, AL-MUAYAD reportedly provided more than U.S. $3 million to the "Palestinian cause."[373]

#### c. Great Britain

On May 29, 2003, the British government designated the Al-Aqsa Foundation (including its German branch) a supporter of terrorism. In May 2003, Britain's Treasury Ministry issued a statement declaring that "strong evidence from international law enforcement agencies links al-Aqsa Foundation with terrorist activity."[374]

### 5. Al-Aqsa Foundation: Germany

#### a. Leadership

Mahmud Amr, Al-Aqsa–Germany's former director, was "an active figure in Hamas," according to the U.S. Department of the Treasury.[375] He was the former Chairman of the Al-Aqsa Foundation head office in Aachen, Germany, and the former Chairman of the Al-Aqsa Foundation branch in Holland. A 1993 interrogation of Hamas operatives in Israel revealed that they considered him to be a "senior Hamas figure in Germany" who could be contacted through the Muslim Brotherhood center and that he was in contact with Hamas's leadership in Germany and Hamas elements in Jordan.[376] The German Ministry of the Interior, in closing down Al-Aqsa, noted

---

[373] *Id.*
[374] "Chancellor Orders Immediate Freeze of All Al-Aqsa Foundation Assets in UK," Hermes Database, HM Treasury, May 29, 2003.
[375] U.S. Department of the Treasury, "Treasury Designates Al-Aqsa International Foundation as Financier of Terror Charity Linked to Funding of the Hamas Terrorist Organization," May 29, 2003, available online at https://home.treasury.gov/news/press-releases/js439.
[376] C.S.S. "An Important Step in the Struggle Against the Financing of Terrorism from Europe," Intelligence and Terrorism Information Center, December 2004, available online at https://www.terrorism-info.org.il/Data/pdf/pdf3/JAN13_05_1093557097.pdf.

that Amr was "integrated into the structures" of the German Muslim Brotherhood organization.[377] Saif al-Din Thabet was Mahmud Amr's deputy.[378]

**b. Connection to Hamas**

The connection between Al-Aqsa Foundation – Germany and Hamas was strong. Among the records German police seized from the organization was a fundraising solicitation letter signed by Ahmed Yassin in his capacity as "Founder of the Islamic Resistance Movement – Hamas."[379] A July 31, 2002, document from the German Ministry of the Interior announced that "The AL-AQSA e. V. is illegal and will be closed."[380] It continued, "AL-AQSA e. V. actions are based on the principles of the Muslim Brotherhood (MB) and particularly in the context of HAMAS…The intention announced by AL-AQSA e. V. to provide financial services for families which have produced 'martyrs' already or who will provide martyrs, is tantamount to an endorsement of suicide attacks." The document also noted that "AL-AQSA e. V. activities particularly benefit HAMAS which initiates and carries out suicide and other terrorist attacks in Israel and the occupied territories."[381]

Additionally, according to a 2004 German Intelligence document, a Palestinian Authority freezing of the accounts of 40 branches of 12 social clubs on August 24, 2003, was a measure against "HAMAS organizations" and an effort at "stopping support for HAMAS organizations."[382] The document noted that:

> When comparing the social clubs affected by the account freeze with the list of recipients of donation money from al-Aqsa e.V. (letter BfV of 9/3/2002), several overlaps show up. Of the total of twelve social clubs affected by account freezes, five can be clearly identified as recipients of donation monies from al-Aqsa e.V. It is not always traceable which local branches of these five associations have received donation funds from al-Aqsa e.V (locations are not always given; they

---

[377] German Ministry of the Interior document, July 31, 2002, provided by Plaintiffs, marked page AV-PL075963, certified translation from German.

[378] German Ministry of the Interior document, July 31, 2002, provided by Plaintiffs, marked page AV-PL075955, certified translation from German.

[379] *U.S. v. HLF*, 3:04-CR-240-G. GX "German Doc-2."

[380] Bundesministerium Des Innern (German Ministry of the Interior) letter to AL-AQSA e. V, Attn: Mr. Mahmoud Amr. July 31, 2002, provided by Plaintiffs, marked pages AV-PL075953–AV-PL075968; in August 2002, the German Ministry of Interior issued a decree banning Al-Aqsa Foundation's activities because of its ties to Hamas (*see* "German Minister Explains Ban on Islamic Fund-Raising Organization," BBC Monitoring Europe, August 5, 2002). Upon Al-Aqsa Foundation's appeal, a German court suspended the ban in 2003 (*see* "German Court Suspends Al-Aqsa Association Ban," BBC Monitoring Europe, July 29, 2003). In December 2004, the higher Administrative Court overturned the lower court's ruling and upheld the government's original ban, effectively shutting down the Al-Aqsa Foundation – Germany. The Administrative Court found that Al-Aqsa Foundation "supported the activity of an organization [Hamas] outside the Federal Republic that instigates and supports killing of people and damage to property" (*see* C.S.S. Special Information Bulletin, "An Important Step in the Struggle Against the Financing of Terrorism from Europe," December 2004, available online at https://www.terrorism-info.org.il/Data/pdf/pdf3/JAN13_05_1093557097.pdf.

[381] Bundesministerium Des Innern (German Ministry of the Interior) letter to AL-AQSA e. V, Attn: Mr. Mahmoud Amr. July 31, 2002, provided by Plaintiffs, marked pages AV-PL075953 – AV-PL075968.

[382] Bundesnachrichtendienst (German Intelligence Service) letter to the Federal Ministry of the Interior in Berlin. March 4, 2004, provided by Plaintiffs, marked pages AV-PL079958 – AV-PL079972.

> partly refer to the headquarters of the main associations and not to the actual project supported in the local association.) Clearly, five of the main associations affected by account freezes in August of 2003 are recipients of donations from Al-Aqsa e.V.[383]

The five social clubs referenced above are: (1) *Al-Mujama Al-Islami*; (2) *Al-Jam'iya Al-Islamiya*; (3) *Jam'iyat al-Salah al-islamiya*; (4) Jam'iyat al-Shabbat al-muslimat; and (5) Jam'iyat Markaz al-'ilm wal-thaqafa.[384]

The document also noted that:

> For more than a year now, the BND [German intelligence] has determined that HAMAS was particularly successful in the Gaza Strip in creating a parallel social system. Particularly in the fall of 2002 this led to such a strong support for HAMAS that several times HAMAS directly challenged the authority of the Palestinian Authority. Because of this power structure there were several clashes between HAMAS members and representatives of the Palestinian security services.[385]

The evidence tying Al-Aqsa Foundation – Germany and its most senior officers to Hamas is also extensive. Particularly damning information was provided to Israeli authorities by Abd al-Hakim Mohammad abd al-Fatah Abd al-Rahman, a Hamas activist from the Palestinian village of Bir Naballah near Jerusalem, in 1993. Under interrogation, Abd al-Rahman revealed that before he left for Germany to pursue his studies, he approached Sheikh Jamil Hamami - a senior Hamas leader in the West Bank - about joining Hamas. Hamami instructed Abd al-Rahman to contact Mahmoud Amr, the head of Al-Aqsa Foundation – Germany, who Hamami described as a senior Hamas activist in Aachen, Germany. Abd al-Rahman contacted Amr though the local Islamic center, and maintained contact with him throughout the course of his studies in Germany. Amr reportedly served as his contact with other Hamas activists in Germany, provided him with ideological materials, and helped him contact Hamas activists in Jordan.[386]

The German Interior Ministry banned Al-Aqsa Foundation – Germany on August 5, 2002, and issued the equivalent of a warrant to secure/seize "all evidentiary documentation within the scope of the decree concerning the ban" including:[387]

> [a]ny and all information on the integration of AL-AQSA e.V. in the overall structure of HAMAS, documents on the contacts of AL-AQSA e.V. to the following foreign "sister organizations":[388]

---

[383] *Id.*
[384] *Id.*
[385] *Id.*
[386] *See* C.S.S. Special Information Bulletin, An Important Step in the Struggle against the Financing of Terrorism from Europe, December 2004, available online at https://www.terrorism-info.org.il/Data/pdf/pdf3/JAN13_05_1093557097.pdf.
[387] Letter from Federal Ministry of the Interior, Germany, IS5-618 060 2/2, to Ministry of the Interior and Sport, January 8, 2002, provided by Plaintiffs, marked pages AV-PL079989–AV-PL079991.
[388] *Id.*

- Al-AQSA centers in Belgium, the Netherlands, Pakistan, South Africa, Yemen and Sudan
- Committee for Charity and Support for the Palestinians/CBSP (France)
- Palestine Relief and Development Fund/INTERPAL (Great Britain)
- Jerusalem Fund for Human Services (Canada)
- Holy Land Foundation (more precisely: Holy Land Foundation for
- Relief and Development, registered office in Richardson/Texas)
- Council of American Islamic Relations/CAIR, Washington, DC
- Bait al-Mal al-Filastini al-Arabi (Palestinian-Arabian Financing
- Company)
- Al-AQSA Islamic Bank
- Al-Taqwa-Bank, Bahamas/Lugano.

#### c. Transfers Made to Hamas by Al-Aqsa Germany

Al-Aqsa Foundation – Germany transferred funds to Hamas-alter egos and Hamas-controlled or -affiliated organizations in the Palestinian Territories, including:[389]

- *Al-Mujama Al-Islami* (Islamic Center, Gaza)
- *Al-Jam'iya Al-Islamiya* (Islamic Society or Islamic Association, Gaza)
- *Al Salah* in Gaza
- Jam'iyat al-Shabbat al-muslimat (Muslim Young Women's Society)
- Jam'iyat Markaz al-'ilm wal-thaqafa (Science and Culture Center, Nuseirat)
- Al-lslah Charitable Society
- Al-Tadamun Charitable Society
- El-Wafa Rehabilitation & Health Center (Al Wafa Charitable Society)
- Islamic Charitable Society - Hebron
- Islamic University of Gaza
- Sanabil Association for Relief & Development
- Tulkarem Zakat Committee
- Ramallah Zakat Committee
- Beit Fajar Zakat Committee
- Jenin Zakat Committee.

### 6. Al-Aqsa Foundation – Holland

Until the Al-Aqsa Foundation was officially banned in Germany, Al-Aqsa Foundation – Holland shared the same chairman as its German sister organization. After the ban in Germany, an administrative member of Al-Aqsa in Belgium who at the same time was an administrative member in the Netherlands, became chairman of Al-Aqsa in the Netherlands. Like its other sister organizations, the Al-Aqsa Foundation-Holland worked with other Union of Good entities to raise

---

[389] Bank transfer records from the prosecution of Al-Aqsa in Germany, provided by Plaintiffs, marked pages Islamic Society AV-PL076209 and AV-PL076226; Al-Islah AV-PL076262; Al-Tadamun Charitable Society AV-PL076268; Al-Aqsa e.V. 225/5900/0435, February 1994, AV-PL077534 and Al-Aqsa e.V. 225/5900/0435 February 1994, AV-PL079489.

money, including the 101 Days Campaign.[390] Amin Abou Ibrahim was a former member of the organization. He was the author of a document providing a description of Hamas's support network in Europe that was discussed in the Holy Land Foundation trial.[391]

On April 3, 2003, the Dutch Ministry of Foreign Affairs issued an Ordinance freezing all funds belonging to Al-Aqsa Foundation – Holland and prohibiting all financial services "for, or for the benefit of the al-Aqsa Foundation."[392]

### 7. Al-Aqsa Foundation – Belgium

In 1993, Al-Aqsa was formed in Belgium with an address at 4800 Verviers (44 Spintay Street), a municipality located in the Belgian province of Liège.[393] In 2001, Al-Aqsa moved to 116 Hodimont Street, 4800 Verviers.[394] On July 19, 2002, the Belgian Senate's Permanent Committee for the Monitoring of the Intelligence and Security Services included in its 2001 activity report: "Palestinian Hamas is present in Belgium through the ASBL 'Al-Aqsa' in Verviers."[395] On September 24, 2002, Al-Aqsa changed its name to Al-Aqsa Humanitaire.[396]

On September 29, 2006, the Al-Aqsa branch in Belgium changed its name from Al-Aqsa Humanitaire to Aksahum "so as to avoid any confusion with the group Al-Aqsa Martyrs Brigades, which was recognized as a terrorist entity by decision of the European Council on December 12, 2002."[397] It also changed its address to 28/30 Gymnase Street, still in 4800 Verviers.[398]

Mahmoud Amr, the former chairman of Al-Aqsa-Germany, served as president of the Belgian Al-Aqsa (ASBL) in the early 2000s prior to the German government's ban of Al-Aqsa in Germany (July 31, 2002). The Belgian branch of Al-Aqsa was still active in 2008 under the name Aksahum ASBL.[399]

Like its sister organizations, Al-Aqsa in Belgium has raised funds for:[400]

---

[390] Decision of *Al Aqsa Foundation v. State of the Netherlands*, Court in the Hague, May 13, 2003, certified English translation, provided by Plaintiffs, marked pages AV-PL079869–AV-PL079875.
[391] *U.S. v HLF*, Government exhibit GX 001-0357.
[392] Ministry for Foreign Affairs, Germany, "Substantiation According to Articles," provided by Plaintiffs, marked page AV-PL079862.
[393] Belgian Justice Ministry document, No. 016193, September 23, 1993, provided by Plaintiffs.
[394] Non-for-profit Associations, Annex to the Belgian Monitor of October 11, 2001, provided by Plaintiffs.
[395] Belgian Senate's Permanent Committee for the Monitoring of the Intelligence and Security Services, 2001 activity report: "Palestinian Hamas is present in Belgium through the ASBL 'Al-Aqsa' in Verviers," July 19, 2002, available online at http://www.lachambre.be/FLWB/pdf/50/1851/50K1851001.pdf.
[396] Non-for-profit Associations, Annex to the Belgian Monitor of November 14, 2002, provided by Plaintiffs.
[397] Public Hearing at the Verviers Commerce Court, involving Aksahum against the Bank La Poste, June 13, 2007, available online at https://web.archive.org/web/20101205150215/http://www.juridat.be/tribunal_commerce/verviers/images/1306.0009.pdf.
[398] *Id.*
[399] https://juportal.be/content/ECLI:BE:TELIE:2007:JUG.20070613.9/FR?HiLi=eNpLtDK2qs60MrAutjK3UnLMLk7MKM1Vss60MoSKeAc7eoT6gkSMICKJMDW1ABSGEcM=.
[400] Al Aksahum website, available online at https://web.archive.org/web/20090201193209/http://www.aksahum.be/remerciment_photo.htm.

- *Al-Jam'iya Al-Islamiya* (Islamic Society or Islamic Association, Gaza)
- *Al Salah* in Gaza
- Islamic Charitable Society - Hebron
- Tulkarem Zakat Committee.

### 8. Al-Aqsa Foundation – Sweden

The connection among Al-Aqsa Foundation – Sweden and the Union of Good and Hamas is also apparent. For example, on October 20, 2006, the Swedish Prosecution Authority made a Request for Judicial Assistance from Israel's Ministry of Justice in connection with two individuals of Swedish origin, Khalid Al Yousef and Haitham Mohammed Abdulhadi, suspected of involvement in a terrorist offence. The request noted that Al-Aqsa "belongs to a global network of associations known as the Union of Good" and that "[b]ehind the Union of Good is the Palestinian Islamist movement Hamas which is involved in extensive relief work within the occupied territories while at the same time also being involved in carrying out terrorist attacks and suicide bombings in the State of Israel."[401]

Swedish prosecutors discovered that Al-Aqsa Foundation – Sweden (Al-Aqsa Spannmål Stiftelse) transferred funds to Hamas-controlled charities, including:[402]

- *Al-Jam'iya Al-Islamiya* (Islamic Society or Islamic Association, Gaza)
- Sanabil Association for Relief & Development
- Ramallah Zakat Committee
- Beit Fajar Zakat Committee
- Jenin Zakat Committee.

### 9. Al-Aqsa Foundation – Yemen

Al-Aqsa's Yemen branch also operated as Islamic Charitable Society for the Preservation of Holy Al-Aqsa, Islamic Charitable Society to Help Al-Aqsa, al-Gameyah al-Khereya al-Islameyah, and Aqsa Society. The organization was established in Yemen in 1990 and operated 32 branches around the country, with its head office located in Sanaa.[403] Sheikh Abdalla Ben Husein al-Ahmar founded the organization[404] and Sheikh Mohammed Moayad was its head prior to his arrest in Germany and subsequent incarceration in the United States.[405] Al-Ahmar was a member of the Yemeni government as well as Chairman of the Popular Committee for the Kuwaiti People Support upon the Iraqi invasion of Kuwait, Member of the Trustees Council of the World

---

[401] Swedish Prosecution Authority Request For Judicial Assistance to Deputy Director Yitzchak Blum, Israeli Ministry of Justice, October 20, 2006, Reference No. C 30-2-12-06, provided by Plaintiffs, marked pages AV-PL075529 – AV-PL075534.
[402] Bank Transfer Records, Utlandsbetalning, Forum 99, Sidan 109 av 698, provided by Plaintiffs, marked page AV-PL074869.
[403] Al-Aqsa website, Yemen (Arabic), available online at http://www.aqsaorg.com/index.php?page=free&type_page=2&num_item=37.
[404] https://web.archive.org/web/20080331133616/https://www.terrorism-info.org.il/malam_multimedia/html/final/eng/sib/2_05/funds_i.htm
[405] https://extremism.gwu.edu/sites/g/files/zaxdzs5746/files/2023-11/tackling-hamas-funding-final.pdf

Organization for Islamic Call (Dawa) and Deputy Chairman of an organization called Trustees of Al-Quds (Jerusalem) Establishment in Yemen."[406]

As previously noted, Sheikh Moayad was arrested in Germany in January of 2003 and according to court documents filed in support of his arrest warrant, Moayad offered an FBI informant a receipt showing that he had transferred $70,000 to Interpal as proof of his ability "to get money to the Jihad." Moayad also told FBI informants he had provided $3.5 million to Hamas and $20 million to al-Qaeda.[407] The FBI sting that led to Moayad's arrest included a video clip of Sheikh Moayad telling an FBI informant that he had "sat with Essam" [Mustafa] in London. Moayad adds that Mustafa is "one of the best people."[408]

According to the U.S. Department of Justice, at a mass wedding in Yemen on September 19, 2002, hosted by Moayad, "a speech was given by Mohammed Siam, one of the founders of Hamas. After thanking Moayad, Siam praised a 'Hamas operation' that had just occurred in Tel Aviv, Israel, and suggested that the organizers of the wedding must have known of the Hamas mission. That same day, a suicide bomber detonated a bomb on a bus in Tel Aviv, Israel, killing five people and injuring more than 50 others."[409]

### G. INTERNATIONAL RELIEF FUND FOR THE AFFLICTED AND NEEDY (IRFAN)

The International Relief Fund for the Afflicted and Needy (IRFAN) was a Canadian charity established in 1991 as The Jerusalem Fund for Human Services (JFHS). IRFAN's general manager was Rasem 'Abd al-Majid (Abu Basem). During Operation Defensive Shield in 2002, documents were found detailing IRFAN's ties to Hamas-affiliated charitable organizations, including the Jenin Charitable Society, the Tulkarem Charitable Society, the Bethlehem Orphan Care Society, the Qalqilya Charitable Committee, and the Ramallah-Al-Bireh Charitable Society.

Neil Barclay, Director, Charities Division of Canada's Revenue Agency wrote to Mr. R. Abdel-Majid, Chairman of Jerusalem Fund for Human Services on March 1, 1999, noting JFHS's troubling connections to HLF, Hamas and support for terrorism. For example, the letter noted that "several of the fund-raising leaflets you have provided to us make what we consider to be clear references to Hamas activists, to martyrdom and to Jihad."[410] And referring back to a previous letter, Mr. Barclay noted that "bank records and project materials submitted to us concerning

---

[406] "Sheikh Abdullah Bin Hussein Al-Ahmar deceased in Riyadh," available online at https://web.archive.org/web/20220525231801/https://www.almotamar.net/en/3970.htm; *see also* "A memorandum and accompanying documents from Rashid Abu Shbak, head of Palestinian Preventive Security in Gaza, to Arafat about the activities of the Union of Good, presented as one of the organizations supporting Hamas," The Intelligence & Terrorism Information Center, available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf.

[407] U.S. Department of Justice, "Yemeni Citizens Arrested for Conspiring to Provide Support to Al Qaeda, Hamas, and Other Terrorist Groups," March 4, 2003, available online at http://www.usdoj.gov/opa/pr/2003/March/03_ag_134.htm.

[408] "Faith, Hate & Charity," Panorama, BBC ONE, July 30, 2006, transcript available online at http://news.bbc.co.uk/2/hi/programmes/panorama/5234586.stm.

[409] U.S. Department of Justice, "Yemeni Citizens Arrested for Conspiring to Provide Al Support to Al Qaeda, Hamas, and Other Terrorist Groups," March 4, 2003, available online at http://www.usdoj.gov/opa/pr/2003/March/03_ag_134.htm.

[410] AV-PL101426

JFHS's allocation of funds to various zakat committees and other organizations specifically refer to sponsorship programs for orphans and families of martyrs, and for the families of prisoners and deportees."[411] The letter went on to cite various JFHS fundraising brochures soliciting funds to support the Hamas and PIJ leaders who were deported to Marj al-Zuhur in southern Lebanon in 1992. The letter went on to note "JFHS's involvement in sponsoring the Ramadan Breakfast Program indicat[ing] that it undertook this project in cooperation with the Islamic Centre in Gaza. It is well documented that the leadership of the Centre, including current Hamas leaders Sheikh Ahmad Yasin and Dr. Abdel Aziz Rantisi, was instrumental in founding Hamas."[412]

The subtle ways in which the Hamas network of fundraisers and social organizations publicly communicates about their shared ideology can be seen in a letter sent by Hosni Hassan Khawajah, head of the Tulkarem Zakat Committee, to JFHS/IRFAN expressing thanks for JFHS /IRFAN's funding of eighty packages of food in December 2000, characterizing the gift in a radical Islamist context. Khawajah wrote: "We would like to take this opportunity to note that your support will increase our motivation and make us all the more determined to continue with our self-sacrifices and daring, to become as mountains planted firmly in the earth [standing] opposed to the abominable occupation, which seeks to uproot us" from the Holy Land.[413]

IRFAN joined the Union of Good when it was known as JFHS. In a secret memo sent on May 23, 2000, to Jean Chretien, then prime minister of Canada, discussing groups with "unsavory links with terrorism," JFHS was identified as a Hamas front.[414] IRFAN later appeared in the list of unindicted co-conspirators in the Holy Land Foundation case as an entity that is part of Hamas's "global financing mechanism."[415] Israel designated IRFAN as an Unlawful Association on December 30, 2004. On April 24, 2014, Canada added IRFAN to its list of terrorist organizations for its role in providing material support to Hamas.[416]

On April 13, 2010, the Canada Revenue Agency stripped IRFAN of its tax-exempt status for one year as a result of deficient accounting practices.[417]

---

[411] *Id.*

[412] AV-PL101433

[413] *See* Intelligence and Terrorism Information Center at the Center for Special Studies (C.S.S.) Special Information Bulletin, IRFAN: A Hamas Front Organization Operating in Canada to Enlist Financial Support for Hamas Institutions in the Palestinian Authority-Administered Territories, "Appendix D(1): Hosni Hassan Khawajah, Head of the Tulkarem Charitable Society and Hamas Activist Thanks the Jerusalem Fund (IRFAN's Predecessor) for Its Financial Support. The letter of thanks emphasizes importance of the political-Islamic aspect of the support, which will increase Palestinian motivation to fight against Israel," November 2004, https://web.archive.org/web/20041205090443/http://www.intelligence.org.il/eng/sib/11_04/irfan.htm.

[414] Stewart Bell, "Cat Stevens was guest of Canadian Hamas front," November 28, 2004, available online at https://web.archive.org/web/20041205054734/http://www.intelligence.org.il/eng/sib/11_04/irfan_app_g.htm.

[415] *U.S. v. HLF*, United States District Court for the Northern District of Texas, Dallas Division, CR NO. 3:04-CR-240-G, "List of Unindicted Co-conspirators and/or Joint Venturers," available online at http://www.investigative project.org/documents/case_docs/423.pdf.

[416] Office of the Minister of Public Safety and Emergency Preparedness, "Government of Canada Lists IRFAN-Canada as terrorist entity," April 29, 2014, available online at https://web.archive.org/web/2014042915453 1/http://news.gc.ca/web/article-en.do?nid=843809.

[417] Canada Revenue Agency, "The Canada Revenue Agency issues Notice of Suspension to International Relief Fund for the Afflicted and Needy-Canada," April 13, 2010, available online at https://web.archive.org/web/201108051 92459/http://www.cra-arc.gc.ca/nwsrm/rlss/2010/m04/nr100413c-eng.html.

## H. HUMAN APPEAL INTERNATIONAL

According to its website, the UAE-based Human Appeal International ("HAI") was established in 1984 under the name Human Appeal Committee; its name was changed to Human Appeal International in 1988. HAI claimed to operate in more than 10 countries. HAI was a charter member of the original Union of Good 101 Days Campaign.[418] A 1996 CIA report identifies HAI as having acted as a fundraiser for Hamas.[419] The HAI board comprised leading figures in the UAE, including Khaled bin Zayed bin Saqr Al Nahyan, a member of the Abu Dhabi ruling family and head of the Bin Zayed Group.[420]

The British branch of HAI was first registered with the U.K. Charity Commission in November 1991[421] and later listed a contact address in Manchester.[422] According to the FBI, HAI received significant funding from HLF prior to the U.S. government's designation of HLF as an SDGT in December of 2001. Between 1997 and September 2000, HLF transferred $651,696 to HAI accounts. A 2001 FBI report states that because HLF is not licensed to operate in Jordan, "it is likely that this close relationship with HAI allows the HLF[] to circumvent this restriction on its activities."[423] HAI transferred funds to various Hamas-controlled organizations in the Palestinian Territories including the Beit Fajjar Zakat Committee.[424] HAI also was one of five U.K. Union of Good charities banned by Israel in 2008 for their ties with Hamas.[425]

Dr. Nooh Al-Kaddo was the chairman and a trustee of Human Appeal International.[426] Dr. Al-Kaddo was a trustee of the Al-Maktoum Foundation in the Netherlands, an organization that provided financial support for the Federation of Islamic Organizations in Europe.[427] During the relevant period, he lived in Ireland and was the director of the Islamic Cultural Center of Ireland

---

[418] Steve Merley, "The Union of Good: INTERPAL and the U.K. Member Organizations," March 23, 2009, The NEFA Foundation, available online at https://web.archive.org/web/20120720155137/http://www.nefafoundation.org/miscellaneous/FeaturedDocs/nefaunionofgoodmemberorgs0309.pdf, p. 17.

[419] Declassified CIA document, 1996, included on page 151 in the EVALUATING THE JUSTICE AGAINST SPONSORS OF TERRORISM ACT, S.,https://www.congress.gov/111/chrg/CHRG-111shrg64296/CHRG-111shrg64296.pdf. *See also* David E. Kaplan, "How billions in oil money spawned a global terror network," US News and World Report, December 7, 2003. *See* http://intelfiles.egoplex.com/cia-ngos-1996.pdf.

[420] https://web.archive.org/web/20190504020538/https://www.hai.ae/en/.

[421] https://web.archive.org/web/20090216222922/http://www.charity-commission.gov.uk/ShowCharity/RegisterOfCharities/CharityFramework.aspx?RegisteredCharityNumber=1005733&SubsidiaryNumber=0.

[422] *Id.*

[423] Watson Memorandum, November 5, 2001, p. 45.

[424] Beit Fajjar Zakat Committee General Report, https://web.archive.org/web/20040708005034/http://www.zakatbeitfajjar.org/zakat%20beit%20Fajjar.pdf.

[425] Israel Ministry of Foreign Affairs, "Defense Minister signs order banning Hamas-affiliated charitable organizations," July 7, 2008.

[426] https://www.irishtimes.com/news/social-affairs/religion-and-beliefs/who-is-dr-nooh-al-kaddo-chief-executive-of-islamic-centre-1.3423123; https://gulfnews.com/uae/human-appeal-international-sends-aid-convoy-to-iraq-1.355057.

[427] Steve Merley, "The Union of Good: INTERPAL and the U.K. Member Organizations," March 23, 2009, The NEFA Foundation, p. 18 [for note 1]; p. 19 [for note 2], available online at https://web.archive.org/web/20120720155137/http://www.nefafoundation.org/miscellaneous/FeaturedDocs/nefaunionofgoodmemberorgs0309.pdf . The Al-Maktoum Foundation also provided financing to the Council on American-Islamic Relations ("CAIR"), an unindicted co-conspirator of HLF (*see U.S. v. HLF*, CR 3:04-CR-240-G, List of Unindicted Co-Conspirators and/or Joint Venturers).

("ICCI")[428] that hosted the European Council for Fatwa and Research, formerly headed by Sheikh al-Qaradawi, the former head of the Union of Good.[429]

Khalid Afeef A K Shadeed, one of the trustees of HAI,[430] who also appears to have served as Director of Educational Aid for Palestine (Palestinians)[431] – an organization that in 2009 boasted on its website of its "donation to the Islamic University of Gaza by way of a cheque for £120,000 in order to rebuild with IT and Science laboratories."[432]

Dr. Muin M.K. Shabib was the Executive Director of Human Appeal International in Great Britain. Prior to his involvement in HAI, Shabib was a Hamas operative who presented at the 1993 "Philadelphia Meeting" which was attended by several (subsequently) convicted Hamas fundraisers.[433] On the FBI wiretap of that meeting, Shabib provided an assessment of Hamas's institutions in the Gaza Strip:

> If we speak in general terms about our organizations in the [Gaza] Sector, they are limited and I will try to mention them quickly. The main organization and which is known to belong to us is Islamic University in the Gaza Sector and we will speak later about the solutions we will mention it because it is really a wound in the heart. Number two, the Islamic Complex which was founded in 1973 and licensed in 1976. The Complex' activities at that time was more inclusive. The Islamic Society which was founded in 1976. Al Salah Society in the [Gaza] Sector which oversees the sacrifices and other things. The Young Muslim Women Association and then Al Wafa Society for Seniors Care …[434]

Several HAI employees have come under scrutiny for links to terrorism. As of 2003, Lazhar Mokdad was the President of Human Appeal International in Switzerland. Thereafter, there was an outstanding Interpol arrest warrant for Mokdad, which included the charges "attempt[ing]

---

[428] Patsy McGarry, "New Body Launched to Represent Muslims in Ireland," The Irish Times, September 19, 2006.
[429] "Muslim Issue Will Turn and Bite Us if We Fail to Act," The Sunday Independent (Ireland), November 11, 2007.
[430] Steve Merley, "The Union of Good: INTERPAL and the U.K. Member Organizations," March 23, 2009, The NEFA Foundation, p. 19. Available online at https://www.globalmbwatch.com/wp-content/uploads/2013/04/27722268-The-Union-of-Good-Interpal-and-the-UK-Member-Organizations-NEFA-Foundation.pdf .
[431] Education Aid For Palestinians, Financial Statements, 31st March 2007, Charity Registration Number 1030807, U.K. Charity Commission, available online at http://www.charity-commission.gov.uk/registeredcharities/ScannedAccounts/Ends07/0001030807_ac_20070331_e_c.pdf.
[432] Educational Aid for Palestinians, website available online at http://www.eap.org.uk. As discussed in more detailed herein, the Islamic University of Gaza is a key institution of Hamas.
[433] In October 1993, less than one month after the public signing of the Oslo Accords, approximately 20 members of the so-called Palestine Committee gathered together in Philadelphia, Pennsylvania, to discuss how to proceed in light of the peace agreement between Israel and the Palestinians. HLF members Shukri Abu Baker and Ghassan Elashi attended. The FBI was investigating Abdelhalem Ashqar, an Oxford, Mississippi-based Hamas activist at the time, and learned of the Philadelphia meeting through the Ashqar investigation. As a result, the FBI monitored the meeting, which lasted approximately three days (*see* Watson Memorandum, November 5, 2001, p. 9, and U.S. Department of Justice Press Release, "Chicago and Washington, D.C., Area Men are Among Three Indicted in Racketeering Conspiracy in U.S. to Finance Hamas Terror Abroad," August 20, 2004, available online at https://www.justice.gov/archive/usao/iln/chicago/2004/pr0820_01.pdf).
[434] Transcript of Dr. Muin Shabib, Philadelphia meeting, *U.S. v. HLF*, 3:04-CR-240-G, GX 016-0059.

to blow up a vehicle, Molotov cocktail attacks, murder, and attempt to blow up an airplane." Mokdad was also wanted for membership in an "extremist terrorist organization."[435]

HAI employee Hadj Boudella was transferred to Guantanamo Bay, Cuba, in 2002; he was suspected of planning an attack on the U.S. and British Embassies in Sarajevo. Boudella, who worked for Benevolence International Foundation (designated an SDGT in 2002) in Bosnia from 1992-1994, was believed to be connected to Abu Al-Me'Ali, the leader of a unit of Islamic fighters in Zenica.[436] At the time of his arrest, Boudella was employed at HAI. He had also previously worked for the Federation of Islamic Organizations in Europe.[437] He was detained along with Bensayah Belkacem, an Al Qaeda associate for whom he was accused of providing subsistence. Belkacem was recorded having phone conversations with Abu Zubaydah, a senior al Qaeda affiliated terrorist.[438] Boudella was released from Guantanamo Bay in late 2008.[439]

## I. WORLD ASSEMBLY OF MUSLIM YOUTH ("WAMY")

The World Assembly of Muslim Youth (WAMY) was established decades ago as a non-profit institution by a group of Muslims from various countries, but during the relevant period it had close ties to the Saudi royal family. According to a 1996 CIA report on charitable organizations that finance terror, authorities determined that the International Islamic Relief Organization (IIRO) and WAMY, both al-Qaeda Saudi-associated charities, were funding Hamas through Interpal. In documents confiscated at the time, recipient Hamas organizations were asked to send thank-you letters directly to IIRO and WAMY rather than to Interpal.[440] Documents seized from al-Islah in Ramallah document a series of small gifts—$100 each—presented by Interpal and WAMY to the families of suicide bombers in celebration of the three day Eid al-Fitr, marking the end of the holy month of Ramadan, in 2001. Over two dozen families received the holiday gift, including families of Hamas and Palestinian Islamic Jihad operatives—among them several suicide bombers.[441]

A Palestinian Authority report from 1999 found that WAMY transferred funds to Hamas members through the Islamic Charitable Society in Hebron (ICSH). The same report indicated that through ICSH, WAMY supported poor people, orphans, widows and families of Hamas martyrs

---

[435] *United States of America v. Abdurahman Muhammad Alamoudi*, United States District Court for the Eastern District of Virginia, Alexandria Division, Appeal from Case No. 03-1009M, Supplemental Declaration in Support of Detention, Special Agent Brent Guntrup, p. 9.
[436] Viola Gienger, "Guantanamo Detainee was Charity Worker," Chicago Tribune, June 5, 2002, available online at https://web.archive.org/web/20121217113109/http://articles.chicagotribune.com/2002-06-05/news/0206050294_1_islamic-charity-benevolence-international-foundation-enaam-arnaout.
[437] Steve Merley, "The Union of Good: INTERPAL and the U.K. Member Organizations," March 23, 2009, The NEFA Foundation, available online at https://web.archive.org/web/20120720155137/http://www.nefafoundation.org/miscellaneous/FeaturedDocs/nefaunionofgoodmemberorgs0309.pdf , pp. 21-22.
[438] Unclassified Summary of Basis for Tribunal Decision, Tribunal Panel #6, ISN # 10005, available online at https://web.archive.org/web/20071204202323/http://www.dod.mil/pubs/foi/detainees/csrt_arb/ARB_Transcript_Set_13_22245-22523.pdf.
[439] William Glaberson, "U.S. Is Set to Release 3 Detainees from Base," *The New York Times*, December 15, 2008, available online at http://www.nytimes.com/2008/12/16/washington/16gitmo.html?hp.
[440] https://www.washingtoninstitute.org/policy-analysis/turning-blind-eye-hamas-london; https://web.archive.org/web/20050305124906fw_/http://www.intelligence.org.il/eng/sib/12_04/images/jan17_05.pdf
[441] The financial link between WAMY and Interpal (both Union of Good members) can be seen in funds transfers between them, e.g., AV-PL017059-66; AV-PL017111-12 (transfers from Interpal to WAMY's offices in Gaza).

and prisoners.[442] WAMY also joined the Union of Good (discussed above), and two of its senior officials sat on the organization's board of trustees.[443] As a result of WAMY's support of Hamas and because of its activities to strengthen Hamas's infrastructure, it was designated by the Israeli government as an Unlawful Association on February 25, 2002. On April 12, 2002, *Arab News* reported that" "The World Assembly of Muslim Youth (WAMY) has decided to raise its monthly contribution to Palestinian Intifada from SR3 million to SR10 million …"[444] Not long thereafter, Khalid Mishal was an honored guest at WAMY's October 2002 annual conference in Riyadh.[445]

The U.S. government did not designate WAMY during the relevant period, preferring instead to work behind the scenes with the Saudi government to curb its activities and those of other Saudi NGOs implicated in the financing of terrorism. An example of this effort was set forth in the 2005 testimony of Daniel L. Glaser, Deputy Assistant Secretary Office of Terrorist Financing and Financial Crimes, U.S. Department of the Treasury before the Senate Judiciary Committee:

> We have … been repeatedly raising the issue of so-called international NGOs, namely the International Islamic Relief Organization (IIRO), the World Assembly of Muslim Youth (WAMY), and the Muslim World League (MWL). The Saudis have responded that charitable organizations and these international NGOs are de facto prohibited from sending funds abroad. It is not clear to us that this de facto prohibition is having true effect and we remain deeply concerned about this issue.[446]

## J. WELFARE ASSOCIATION FOR PALESTINIAN AND LEBANESE FAMILIES ("Al-Waqfiya")

The Welfare Association for Palestinian and Lebanese Families ("Al-Waqfiya")[447] was a Lebanese-based member organization of the Union of Good.[448] It was designated by Israel as an Unlawful Association on December 28, 2008[449] and as a terrorist organization on December 2, 2012.[450] The U.S. Department of the Treasury designated Al-Waqfiya an SDGT on October 4, 2012, finding:

> The Beirut-based Al-Waqfiya and Al-Quds exist to support the families of Hamas fighters and prisoners and to raise money for programs and projects

---

[442] https://www.terrorism-info.org.il//Data/pdf/PDF1/JAN22_05_133001866.pdf.
[443] https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf. *See also*, AV-PL099073-88 at AV-PL099085. *See also*, AV-PL099141 (English translation of ISA report titled "The Union of Good – Mapping and Analysis of Terror-Financing Network).
[444] Arab News, "WAMY to raise monthly contributions to Palestinian Intifada to SR10 million," April 12, 2002.
[445] See Matthew Levitt, "Combating Terrorist Financing, Despite the Saudis," PolicyWatch 673, November 1, 2002, available online at https://www.washingtoninstitute.org/policy-analysis/combating-terrorist-financing-despite-saudis.
[446] https://home.treasury.gov/news/press-releases/js3011.
[447] The U.S. Treasury Department records that al-Waqfiya is the same organization as Palestinian and Lebanese Families Welfare Trust and the Welfare Association for Palestinian and Lebanese Families. See https://home.treasury.gov/news/press-releases/tg1725
[448] https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf.
[449] AV-PL056686 – AV-PL057707.
[450] https://www.opensanctions.org/entities/NK-ZH2i5XX6796fSxadPJHPm2/.

in the Palestinian territories intended to spread Hamas's influence and control.

Al-Waqfiya, a central component of the Union of Good, which was designated pursuant to E.O. 13224 in November 2008 for supporting Hamas, was established by Hamas in 2000 to financially support the families of Hamas terrorists. The organization has been run by senior Hamas leadership for years, and several senior Hamas leaders play a dominant role within the organization.

Al-Waqfiya has facilitated the collection of money on Hamas's behalf, and has used its ties with money-changers and merchants in the Middle East to transfer funds to Hamas in Gaza. When delivering funds to Gaza, Al-Waqfiya obscures the sources of the money so that donations appear as innocuous charitable contributions. Portions of funds sent by Al-Waqfiya to Hamas were used by Hamas military operatives, and have financed the Hamas infrastructure in the Palestinian territories.[451]

## VI. ADDITIONAL ENTITIES THAT PLAINTIFFS CLAIM MAINTAINED ACCOUNTS AT CAIRO AMMAN BANK

### A. Islamic Center Gaza (*Al-Mujama Al-Islami*)

The Islamic Center Gaza or the Islamic Complex Gaza, otherwise known as *Al-Mujama Al-Islami*, is one of the oldest and most important charities comprising Hamas's *da'wa* wing.[452] It was formally designated by Israel as an Unlawful Association affiliated with Hamas in February 2002 and by the Palestinian Authority on August 24, 2003,[453] but its status as Hamas's central institution has been widely and publicly recognized since the early 1990s.[454] In the 1970s, *Al-Mujama* focused on building new mosques to establish a power base for the Muslim Brotherhood outside the traditional channels of the Islamic religious authorities in Gaza. In the late 1970s and

---

[451] https://home.treasury.gov/news/press-releases/tg1725. Al-Qaqfiya's website in 2003 solicited contributions to the organization through an account at Cairo Amman Bank. *See*, http://web.archive.org/web/20030213201040/http:/www.alwakf.com/alwakf/contributionsAr.asp.

[452] Jimmy Gurulé, Unfunding Terror: The Legal Response to the Financing of Global Terrorism, p. 133.

[453] A March 4, 2004, report by the German Intelligence Service - BND (Federal Office for the Protection of the Constitution) noted the Palestinian Authority evinced a pattern prior to 2003 of targeting individual branches of Hamas zakat committees while failing to designate the larger umbrella organizations. "All individual clubs and branch associations affected by the prohibition decree by the Palestinian Authority in the winter of 2001/2 and August of 2003 are located on the West Bank. All individual associations and branch associations affected by the account freeze in August of 2003 are located in the Gaza Strip. In that regard, true "duplicate bans" between then and now cannot be observed." The BND noted that the August 24, 2003, action by the PA against *inter alia*, *Al-Mujama Al-Islami*, *Al-Jam'iya Al-Islamiya* and *Al Salah* was explicitly justified for the purpose of "stopping support for HAMAS organizations." (*See* Letter from the Federal Ministry of the Interior, Germany, to the Federal Chancellery of Germany, March 4, 2004, certified translation from the German language, provided by Plaintiffs, marked page AV-PL079963.)

[454] Ziad Abu-Amr, Islamic Fundamentalism in the West Bank and Gaza, p. 16.

early 1980s, it turned its attention to a Muslim Brotherhood take-over of the Islamic University of Gaza which further extended its influence in the Gaza Strip.[455]

According to a document produced by the group and written by its leadership, "Al-Mojama'a al-islami was established in 1978, and initially started its activities as a mosque. It afterward developed to practice religious appeals and educational, cultural and sport activities."[456] Sheikh Yassin, a founder of Hamas and its spiritual leader until his death, founded *Al-Mujama*, which he originally developed as an umbrella organization for several religious charities and groups in the Gaza Strip.[457] Like its sister organization, *Al-Jamiya Al-Islami*, the Muslim Brotherhood initially used *Al-Mujama* as a recruitment tool to expand its support base geographically and to increase its membership.[458]

*Al-Mujama* described itself as, "…the spark since the faithful young men started working and at [t]he same time holding the everlasting motto: (ISLAM is the SOLUTION)."[459] It depicted its aims as, "looking after the new Muslim Generation and taking care of its behavioral and religious side by the program of learning chapters of the Holy Quran by heart…Teaching the martyrs, jailed, needy sons free of charge trying to make up for them."[460] Members of the group further wrote, "we hope these students can make the generation of liberation of Al-Aqsa and Palestine and we, moreover, hope we can find those good people who can help and give a hand so that we can achieve our supreme aims."[461]

**1. Ties to Hamas**

According to Palestinian scholar Ziad Abu-Amr, *Al-Mujama* was originally characterized as "a front organization for the Muslim Brotherhood in Gaza."[462]

According to Anat Kurz and Nahman Tal of the Project on Terrorism at the Jaffee Center for Strategic Studies, by 1987, *Al-Mujama* controlled an estimated forty percent of all mosques in the Gaza Strip.[463] By providing basic social and religious services in the Gaza Strip, it continued

---

[455] *See*, Shaul Mishal and Avraham Sela, "The Palestinian Hamas: Vision, Violence, and Coexistence, pp. 23-24. *See also*, Ziad Abu-Amr, "Sheikh Ahmed Yassin and the Origins of Hamas" in Spokesmen for the Despised: Fundamentalist Leaders of the Middle East, University of Chicago Press, 1997, p. 234 ("Employing his unique talents and circumstance with great dexterity, Yassin extended the Brotherhood's control over the Islamic University and the waqf (religious endowment) authority in Gaza. The Islamic University, founded in 1978, was the only university in Gaza and quickly became the Muslim Brotherhood's principal stronghold.").
[456] *U.S. v. HLF*, GX Search-105, "A Summary about: Al-Mojama'a al-Islami & Al-Aqsa M. Schools & Kindergartens."
[457] Ravi Nessman, "Sheikh Ahmed Yassin, Founder of Radical Hamas Group, Is Killed in Israeli Airstrike," Associated Press, March 22, 2004. Yassin confirmed his own role in *Al-Mujama* in an interview with Abu-Amr. P. 140, note 43.
[458] J. Millard Burr and Robert O. Collins. Alms for Jihad: Charity and Terrorism in the Islamic World, p. 233.
[459] *U.S. v. HLF*, 3:04-CR-240-G, GX Search-105, "A Summary about: Al-Mojama'a al-Islami & Al-Aqsa M. Schools & Kindergartens."
[460] *Id.*
[461] *Id.*
[462] Abu-Amr, Islamic Fundamentalism in the West Bank and Gaza, pp. 16-17, 63.
[463] Meir Hatina, Islam and Salvation in Palestine, p. 19; Anat Kurz with Nahman Tal, "Hamas: Radical Islam in a National Struggle," Jaffee Center for Strategic Studies, Memorandum No. 48 (Tel Aviv University, July 1997), p. 12.

to grow. At the start of the First Intifada in 1987, Sheikh Yassin and several other members of *Al-Mujama* launched Hamas, using *Al-Mujama*'s base to do so.[464]

Muin Shabib noted the significance of *Al-Mujama* in a 1993 meeting that was attended by several subsequently convicted Hamas fundraisers. In assessing Hamas's institutions in the Gaza Strip, he stated, in part:

> If we speak in general terms about our organizations in the [Gaza] Sector, they are limited and I will try to mention them quickly…the Islamic Complex which was founded in 1973 and licensed in 1976. The Complex' activities at that time was more inclusive.[465]

### 2. Shared Leadership[466]

As noted above, Sheikh Yassin and Abd al-Aziz al-Rantisi were co-founders of both *Al-Mujama* and Hamas.[467] According to Palestinian scholar Ziad Abu-Amr, Mahmoud al-Zahar and Ibrahim al-Yazuri were additional members of *Al-Mujama* that helped found Hamas.[468]

### 3. Hamas-related Activities

According to the International Crisis Group, the affiliation of the extensive network of institutions that comprise *Al-Mujama* with Hamas is "readily apparent" and "all but official."[469] This is best demonstrated by *Al-Mujama*'s relationships with known Hamas charities.

According to wire transfers made public in the HLF trial, in 1989, the Occupied Land Fund (HLF's predecessor) transferred approximately 640,245 USD to *Al-Mujama*.[470] Additionally, HLF, a designated entity since December 4, 2001, transferred approximately $8,500 worth of funds to ***Al-Mujama*.**[471] According to the U.S. Department of Treasury, "Holy Land supports HAMAS activities through direct fund transfers to its offices in the West Bank and Gaza that are affiliated with HAMAS and transfers of funds to Islamic charity committees ('zakat committees') and other charitable organizations that are part of HAMAS or controlled by HAMAS members."[472] *Al-Mujama* has received significant funding from HLF over the years. In 1994, according to correspondence made public by the HLF trial, *Al-Mujama* received funding from HLF for its

---

[464] Andrew Higgins, "How Israel Helped to Spawn Hamas," The Wall Street Journal, January 24, 2009.
[465] Transcript of Dr. Muin Shabib, Philadelphia meeting, *U.S. v. HLF*, 3:04-CR-240-G, GX 016-0059.
[466] Even Khaled Hroub who has served as a defense expert in the trial of Mohammed Salah and who has taken issue with the use of the term "terrorist" to describe Hamas suicide bombers, wrote in his book, Hamas: Political Thought and Practice, Institute for Palestine Studies, 2000, that "It is worth emphasizing here that the leaders of the Brotherhood became the leaders of Hamas when it emerged in late 1987." At p. 35.
[467] Ravi Nessman, "Sheikh Ahmed Yassin, Founder of Radical Hamas Group, Is Killed in Israeli Airstrike," Associated Press, March 22, 2004.
[468] Abu-Amr, Islamic Fundamentalism in the West Bank and Gaza, pp. 16-17, 63. *See also* Meir Hatina, Islam and Salvation in Palestine, p. 19.
[469] "Islamic Social Welfare Activism in the Occupied Palestinian Territories: A Legitimate Target?" ICG Report, April 2003.
[470] Islamic Center of Gaza wire and check transfers, *U.S. vs. HLF*, 3:04-CR-240-G, GX 020-0019.
[471] *Id.*
[472] U.S. Department of Treasury, "Shutting Down the Terrorist Financial Network," December 4, 2001.

summer camp.[473] *Al-Mujama* also received funds from CBSP, Interpal and The Al-Aqsa Foundation.[474]

### B. Islamic Society Gaza (*Al-Jam'iya Al-Islamiya*)

The Islamic Society Gaza or Islamic Association Gaza, otherwise known as *Al-Jam'iya Al-Islamiya*, is one of the largest and earliest charitable organizations to become a component of Hamas's *da'wa*.[475] According to Hamas's own semi-official history, from 1976 to 1981, Hamas used *Al-Jam'iya* as a tool to expand its base, geographically and member-wise.[476] According to Palestinian author Zaki Chehab, once Israel took control of Gaza in 1967, the Muslim Brotherhood increased its activity in Gaza by founding charitable societies, and schools, which were mostly mosque-affiliated religious schools and kindergartens. Chehab states: "These activities became more widespread in 1973 when the Muslim Brotherhood, or other Islamist groups sympathetic to them, set up Islamic Societies in Gaza, Hebron, Nablus, and Jerusalem. Following the ideas and teachings of the Brotherhood, Sheikh Yassin had set up an Islamic Society in 1976."[477]

The link between *Al-Jam'iya* and Hamas has never been seriously disputed; in fact, it has been the subject of numerous reputable news reports by Western and English-language media since the early 1990s.[478] Under pressure from the Israeli government following a string of terrorist attacks, the Palestinian Authority arrested various leaders and members of *Al-Jam'iya* in 1998, including its chairman, Dr. Ahmad Bahar, discussed *supra*. The pattern was repeated in December 2001, when the Palestinian Authority launched a large-scale operation against Hamas and Palestinian Islamic Jihad[479] affiliated organizations and societies; that operation temporarily

---

[473] *U.S. vs. HLF*, 3:04-CR-240-G, GX HLDL420000372.

[474] For Al-Aqsa, *see* Audit report of Al-Aqsa e.V., Enclosure 1, provided by Plaintiffs, marked page AV-PL077534. *See also*, for example, AV-PL017081-82, which were provided by Plaintiffs.

[475] "Palestinian Authority Closes Down Islamic Institutions, Societies, Newspapers," BBC Monitoring International Reports, January 1, 2002.

[476] Hamas document "al-Haqiqa wal-Wujud" [Truth and Existence] (a semiofficial history of Hamas), 1990, Part 1, p. 34, as cited in Shaul Mishal and Avraham Sela, Palestinian Hamas: Vision, Violence, and Coexistence, p. 18. *Al-Jam'iya Al-Islamiya's* affiliation with Hamas was also confirmed by Muin Shabib, a Hamas operative, who furnished a list of Hamas-affiliated charities in the West Bank and Gaza when he spoke at a Hamas meeting in Philadelphia, PA in 1993. On his list, the Islamic Society of Gaza is identified as a Hamas charity. (*See* transcript of Dr. Muin Shabib, Philadelphia meeting, *U.S. v. HLF*, 3:04-CR-240-G, GX 016-0059.)

[477] Zaki Chehab, Inside Hamas: The Untold Story of the Militant Islamic Movement (New York: Nation Books, 2007) p. 19.

[478] In fact, the *Financial Times*, in a September 9, 1988, article, referred to PLO claims that Israel was in collusion with Hamas by stating "To substantiate their suspicions, Palestinians point to the surprising failure of the Israeli authorities to arrest and deport Sheikh Ahmed Yassin, the crippled spiritual leader of the Islamic Association in the Gaza Strip." The connection between Hamas and the Islamic Society was also explicitly referenced in numerous publications in the 1990s, *see*, *e.g.* The Independent, August 22, 1993 ("The Gaza school, the Light of Islam kindergarten, is run by the Islamic Society which is controlled by Hamas, the militant Islamic movement."); Sunday Times (of London) September 5, 1993 ("… In the cool, whitewashed offices of the Islamic Society, Abu Al-Abed warns that Arafat too will face the righteous wrath of Hamas if he fails to govern according to the strictest laws of God …").

[479] Palestinian Islamic Jihad is a Foreign Terrorist Organization with close ties to Iran (*see* U.S. Department of State, Foreign Terrorist Organizations, available online at https://www.state.gov/foreign-terrorist-organizations/ and Kenneth Katzman, "Iran: U.S. Concerns and Policy Responses," Congressional Research Service, October 8, 2008).

restricted *Al-Jam'iya*'s activities in Gaza.[480] The Israeli government outlawed *Al-Jam'iya* in February 2002 because of its affiliation with Hamas.[481] In August 2003, the Palestinian Authority formally designated *Al-Jam'iya* an illegal Hamas organization and froze its bank accounts (it rescinded the order in November 2003 as part of an effort at reconciliation with Hamas).[482]

The fact that *Al-Jam'iya* was originally established by Hamas founder Sheikh Yassin when he was building Hamas's infrastructure in the West Bank and Gaza, underscores *Al-Jam'iya*'s significance within Hamas. During the 1970s and 1980s, according to its own semi-official history, Hamas was progressing from its first phase of creating a "hard core" assembly of Muslim Brotherhood adherents in the Gaza Strip to its second phase of institution-building, which included *Al-Jam'iya*'s founding. These were the first two steps in a multi-phase program that resulted in the formation of Hamas as the Palestinian Muslim Brotherhood's militant arm, and the launching of continuing jihad.[483]

### 1. Shared Leadership

Several individuals were centrally involved in both *Al-Jam'iya* and Hamas, including Sheikh Yassin, who was involved in founding both;[484] Ismail Abu Shanab, who stated - "I founded Jam'iya al-Islamiyah, but I cut my connection with them when Hamas was first established" in December 1987[485]; Ahmad Bahar – whose connections to both Hamas and *Al-Jam'iya* were a matter of public record in the mid-1990s[486]; and Ibrahim al-Yazuri.[487]

### 2. Indoctrination

A particularly disturbing example of indoctrination activity at *Al-Jam'iya* is reflected in a video of a graduation ceremony held for 1,650 children from its forty-one kindergartens.[488] According to a widely distributed video and photographs of the event, the children were dressed in uniforms and given mock rifles to carry, and swore an oath "to pursue jihad, resistance, and Intifada." One girl had her hands dipped in red paint mimicking the bloodied hands proudly displayed by several Palestinians after lynching two Israeli army reservists who had become lost near Ramallah. A pair of children were dressed as Sheikh Yassin and Hezbollah's Secretary General Sheikh Hassan Nasrallah, and others wore the costume of suicide bombers. Children read

---

480 "Palestinian Authority Closes Down Islamic Institutions, Societies, Newspapers," BBC Monitoring International Reports, January 1, 2002. As stated by Hamas political leader Ismail Abu Shanab, a founder of *Al-Jam'iya Al-Islamiya*, "…even before Hamas came into being, in 1976, there were two organizations that were engaged in the social welfare: Al-Jam'iya Al-Islamiyaya and al-Mujama." *See*, Jessica Stern, Terror in the Name of God: Why Religious Militants Kill, p. 41.
481 AV-PL056686 – AV-PL057707.
482 Letter from the Federal Ministry of the Interior, Germany, to the Federal Chancellery of Germany, March 4, 2004, certified translation from the German language, provided by Plaintiffs, marked pages AV-PL079958 – AV-PL079972.
483 Hamas document "al-Haqiqa wal-Wujud" [Truth and Existence] (a semiofficial history of Hamas), 1990, part I, p. 34, as cited in Shaul Mishal and Avraham Sela, Palestinian Hamas: Vision, Violence, and Coexistence, p. 18.
484 Khaled Abu Toameh, "The Sheikh's Progress," *The Jerusalem Report*, July 20, 1998.
485 Jessica Stern, Terror in the Name of God: Why Religious Militants Kill, p. 41.
486 Jon Emmanuel, "Arafat: Hamas Using Gaza as Launching Pad," *The Jerusalem Post*, April 9, 1995.
487 "AFP Reports Support in Gaza for Fatah-Hamas Code of Honour," BBC Summary of World Broadcasts, Agence France Presse, September 20, 2003.
488 Hamas kindergarten video, *U.S. v. HLF*, GX 6-59.

excerpts of Nasrallah's recent speeches, and their friends waved Hezbollah flags.[489] *Al-Jam'iya* goes to great lengths to instill Hamas' values in Palestinian children.

Sheikh Ahmad Bahar oversaw summer camps Hamas hosted in July 2003 called "The al-Aqsa Intifada Martyrs Summer Camps."[490] They combined recreation with indoctrination, both active, in the form of classes on radical Islam, and passive, in the form of pervasive images of suicide bombers plastered on walls throughout the camp. Some of these camps served to indoctrinate children, while others reportedly provided actual small arms training.[491] The camps were financed through donations from *da'wa* charities, and paid for items that are luxuries for its campers, such as new uniforms, shoes, and books. These were a powerful inducement for children to attend the camps, and often succeeded in drawing children from both religious and secular families.[492]

Both the graduation ceremony and summer camps confirmed that Hamas was actively seeking to indoctrinate children. The benefits to a terrorist group included building membership and support. According to the ISA, "the innocent appearance of children and young people arouses less suspicion and enables them to more easily blend in crowded places. Moreover, children and teenagers are seen by the terrorist organizations as more easily influenced and constitute an easier recruitment base for suicide attacks."[493] According to Sheikh Bahar, teaching children the history of Islam while they are surrounded by pictures of martyrs instilled "seeds of hate against Israel."[494]

### 3. International Links

On December 30, 2000, Palestinian Authority President Yasser Arafat instructed Abu Mazen, the Palestinian Ambassador in Saudi Arabia, to write a letter on his behalf to the Saudi Prince Salman bin 'Abd al-'Aziz, to alert Prince Salman to the fact that Saudi money was being used to finance Hamas.[495] The letter indicated that Arafat wanted to point out that "the Saudi Committee responsible for transferring donations to beneficiaries sends large amounts [of money] to radical committees and organizations, among them the Islamic Society [in Gaza] which belongs

---

[489] *Id.*

[490] Israeli Ministry of Foreign Affairs, "Participation of Children and Teenagers in Terrorist Activity During the Al-Aqsa Intifada," MFA Library, January 2003, available online at https://web.archive.org/web/20040207060203/http://www.mfa.gov.il/mfa/go.asp?MFAH0n100.

[491] Israeli Ministry of Foreign Affairs, "The Exploitation of Children for Terrorist Purposes—Jan 2003," MFA Library, January 2003, available online at https://web.archive.org/web/20050315015531/http://www.mfa.gov.il/MFA/MFA Archive/2000_2009/2003/1/The+Exploitation+of+Children+for+Terrorist+Purpose.htm.

[492] Israeli Ministry of Foreign Affairs, "Participation of Children and Teenagers in Terrorist Activity During the Al-Aqsa Intifada," MFA Library, January 2003, available online at https://web.archive.org/web/20040207060203/http://www.mfa.gov.il/mfa/go.asp?MFAH0n100.

[493] Israel Security Agency, "2004 Terrorism Data." GSS Announcements, Prime Minister's Office, Government of Israel, January 4, 2005, available online at https://www.imra.org.il/story.php?id=23521.

[494] Israeli Ministry of Foreign Affairs, "Participation of Children and Teenagers in Terrorist Activity During the Al-Aqsa Intifada," MFA Library, January 2003, available online at https://web.archive.org/web/20040207060203/http://www.mfa.gov.il/mfa/go.asp?MFAH0n100.

[495] C.S.S. "Special Information Bulletin, Part II" December 2004, Appendix B (3): Arafat's appeal via Abu Mazen to Saudi Arabia through the 'Embassy of the Palestinian State' in Riyadh, December 30, 2000, p. 27. Available online at https://www.terrorism-info.org.il/app/uploads/2021/11/intrpal.pdf .

to Hamas…[This] has a bad influence on the internal situation [in Palestine], and also strengthens those brothers [Hamas] and thus has a bad influence on everyone."[496]

In a letter dated November 28, 2002, the German Intelligence Service (BND) informed the German Ministry of the Interior in Berlin that it believed the Islamic Society Gaza was part of Hamas.[497] The German intelligence service reported that its expert opinion was based on information available to the BND, including some of its own information as well as material from other countries' intelligence services which the BND "subjected to review regarding its plausibility." According to the BND:

> The association Al-Jam'iya Al-Islamiyaya should be considered closely associated with HAMAS. Al-Jam'iya Al-Islamiyaya has at least ten branches in the Gaza Strip. The president of the entire association is Dr. Ahmad Bahr, a member of the HAMAS leadership. In the winter of 2001/2002 Al-Jam'iya Al-Islamiyaya was banned by the Palestine Authority because of allegations of its affiliation with HAMAS. In 2001, the association ran 41 of its own kindergartens for 1650 children of preschool age. During a schoolyear-end party of these kindergartens in the summer of 2001 in the center owned by the association in the refugee camp al-Shati (Gaza Strip) several kindergarten classes presented paramilitary performances and parades which clearly called for the glorification of violence and support for HAMAS suicide attacks. Thus, boys about 5 years old in uniform and equipped with toy automatic weapons presented paramilitary exercises. They wore the headbands of HAMAS suicide bombers with which assassins record a video message to their families before attacks. During the same party's show scenes appeared a child disguised as HAMAS-leader Sheikh YASSIN, surrounded by more children with "bomb belts" and thus recognizable as suicide bombers. In another scene a girl before a model of the Jerusalem Dome of the Rock dipped her hands in "blood" (red paint) and with "bloody" hands held high symbolically called for the continuation of the Intifada. In closing the festive event, the president of the association Dr. Ahmad BAHR held a speech in which he praised, among other things, the "martyrs" fallen against Israel, more particularly he named the "martyr Mahmud MARMASH as a shining example for the children. On 5/18/2001, Mahmud MARMASH carried out a suicide attack in Netanya, during which 5 Israelis were killed and 74 injured.[498]

---

[496] *Id.*

[497] Letter dated November 28, 2002, from the German Intelligence Service (BND) to the German Ministry of the Interior in Berlin, Subject: Proscription Proceedings Al-Aqsa e. V Aachen, provided by Plaintiffs, marked page AV-PL077825 – AV-PL077829.

[498] *Id.*

*Al-Jam'iya* received funds from CBSP, Interpal and The Al-Aqsa Foundation.[499]

### C. *Al Salah Society*

*Al Salah* Society, or *Jamiyat al-Salah*, was and is a key part of Hamas's charitable network. According to Ismail Abu Shanab, a senior Gaza-based Hamas founder and leader, the *al Salah* Society is "one of the three charities that form Hamas' welfare arm."[500] The United States designated *Al Salah* a Specially Designated Global Terrorist on August 7, 2007.[501] According to Adam Szubin, then-Director of the Treasury Department's Office of Foreign Assets Control ("OFAC"), "Hamas has used the Al-Salah Society, as it has other charitable fronts, to finance its terrorist agenda." The U.S. Treasury Department designation of *Al Salah* Society stated, "Al Salah supported Hamas affiliated combatants during the first Intifada and recruited and indoctrinated youth to support Hamas' activities. It also financed commercial stores, kindergartens and the purchase of land for Hamas."[502]

The link between *Al Salah* and Hamas – which has never been seriously disputed – has been the subject of numerous reputable news reports by Western and English-language media. [503] According to a 2003 report by the International Crisis Group, "The Al-Salah Islamic Association, considered one of the largest Hamas-affiliated organisations in the Gaza Strip, obtains support from a variety of local and foreign organizations on the basis of project proposals it submits."[504] According to a 2001 article in *The New York Times*, the *Al Salah* Society has received funding from Saudi Arabia. The article states, "money is then wired to a Gaza branch of the private, Palestinian-owned Arab Bank: $5,000 for spouses or parents of those killed, $2,500 for the wounded. The Salah Association, which denies reports that it is associated with Hamas, says it has also distributed 200,000 Saudi-financed food baskets in the last two months."[505]

#### 1. Ties to Hamas and Indoctrination

In 1993, Hamas operative Muin Shabib, speaking at a Hamas meeting in Philadelphia, tied the *Al Salah* Society to Hamas and described the *Al Salah* Society – along with others – as "our organizations."[506] On August 7, 2007, *Al Salah* Society was designated an SDGT by the U.S. Department of Treasury for its Hamas affiliation.[507] Hamas has utilized the *Al Salah* Society to recruit and indoctrinate Palestinian youth.[508] The U.S. government also determined that "the

---

[499] For Al-Aqsa Foundation, *see* Letter dated November 28, 2002, from the German Intelligence Service (BND) to the German Ministry of the Interior in Berlin, Subject: Proscription Proceedings Al-Aqsa e. V Aachen, provided by Plaintiffs, marked pages AV-PL077825 – AV-PL077829. *See also*, for example, AV-PL016897 - AV-PL016898, which was provided by Plaintiffs.

[500] U.S. Department of Treasury, "Treasury Designates Al-Salah Society Key Support Node for Hamas," August 7, 2007, available online at https://home.treasury.gov/news/press-releases/hp531.

[501] *Id.*

[502] *Id.*

[503] *See, e.g. The Independent*, December 7, 2001 (describing Al-Salah as "an offshoot of Hamas").

[504] ICG email interview with al-Salah Islamic association, February 25, 2003. *See* ICG Report, Islamic Social Welfare Activism in the Occupied Palestinian Territories: A Legitimate Target?, April 2003.

[505] William A. Orme, Jr. "Gulf Arab States Prepare A Bailout to Assist Arafat," *The New York Times*, March 20, 2001.

[506] Transcript of Dr. Muin Shabib, Philadelphia meeting, *U.S. v. HLF*, 3:04-CR-240-G, GX 016-0059.

[507] U.S. Department of Treasury, "Treasury Designates Al-Salah Society Key Support Node for Hamas," August 7, 2007.

[508] *Id.*

leadership of the **AL-SALAH SOCIETY** is composed primarily of **Hamas** members and its membership includes members of the **Hamas** military wing … the AL-SALAH SOCIETY is controlled by, or acting for on behalf of **Hamas**."

As part of its designation of *Al Salah,* the U.S. government also determined that:

> **AL-SALAH SOCIETY** is controlled by, or acts for or on behalf of, Hamas since it is directed and run by an identified Hamas leader and employs a number of **Hamas** members, including members of **Hamas**' military wing; (2) the **AL-SALAH SOCIETY** assists, sponsors, or provides financial, material, or technological support for, or financial or other services to or in support of **Hamas** by providing **Hamas** with ostensibly legitimate charitable cover to conceal terrorist activity, by providing high quality new recruits predisposed to the plans and methods of Hamas, by generating popular support for the Hamas agenda, and by providing funds for **Hamas** combatants, prisoners and martyrs; and (3) Gaza-based **Hamas** leader Ahmad Harb **AL-KURD** plays an active role in the running of the **Hamas** movement….
>
> The **AL-SALAH SOCIETY** serves as a key node in the **Hamas** finance and support structure. In late 2001 and early 2002, the **AL-SALAH SOCIETY** was identified as the largest, best-funded **Hamas** organization in the Palestinian territories and included on a target list of **Hamas** infrastructure to be shut by the Palestinian Authority.[509]

It also found that:

> As of early 2001, nearly all non-governmental Persian Gulf money provided for aid in the West Bank and Gaza went to Hamas-controlled Islamic associations such as the **AL-SALAH SOCIETY** headed by **Ahmad AL-KURD**, according to long-time **Hamas** watcher and former Hamas member in Gaza, then-PA Minister of Communications Imad Falouji. Speaking on March 14, 2001, Falouji reported that associations like the AL-SALAH SOCIETY were not publicly labeled as **Hamas, "though everyone knew they were affiliated with Hamas and had Hamas directors."**
>
> In addition to providing the means for "charitable" work, external financial support for the **AL-SALAH SOCIETY** is used as a tool for **Hamas**…. Neither Saudi officials nor NGOs have hidden that their support for the **AL-SALAH SOCIETY** goes to the families of "martyrs." *Ain-Al-Yaqeen,* a Saudi owned weekly political magazine, reported in 2001 that Saudi support for the **AL-SALAH SOCIETY** has come through Saudi relief committees including the Muslim World League and the World Assembly of Muslim Youth at the direction of Saudi Interior Minister Prince Naif Ibn Abdul Aziz. The report openly stated that the financial assistance goes to the

[509] AV-PL107528-29.

families of "martyrs," as well as other activities, according to the *Ain-Al-Yaqeen* article.[510]

### 2. Shared Members

The *Al Salah* Society was, for over a decade, directed by Ahmad Al-Kurd, who was designated a Specially Designated Global Terrorist on August 7, 2007.[511] From 2006, al-Kurd served as Minister of Work and Social Affairs in the Hamas-led government in Gaza. The Treasury Department stated, "Al-Kurd's affiliation with Hamas goes back over a decade. During the First Intifada, Al-Kurd served as a Hamas Shura Council member in Gaza. As of late 2003, Al-Kurd was allegedly the top Hamas leader in Deir al-Balah, Gaza. He later served as the mayor of Deir Al-Balah, elected as a Hamas candidate."[512] Al-Kurd died of natural causes in 2020.[513]

The *Al Salah* Society has also employed a large number of Hamas operatives. According to the U.S. Department of Treasury, "In late 2002, an official of the *Al-Salah* Society in Gaza was the principal leader of a Hamas military wing structure in the Al-Maghazi refugee camp in Gaza. The founder and former director of the *Al Salah* Society's Al-Maghazi branch reportedly also operated as a member of the Hamas military wing structure in Al-Maghazi, participated in weapons deals, and served as a liaison to the rest of the Hamas structure in Al-Maghazi. At least four other Hamas military wing members in the Al-Maghazi refugee camp in Gaza were tied to the *Al Salah* Society."[514]

### 3. Hamas-related Activities

On February 25, 2002, the Israeli government declared the *Al Salah* Society an Unlawful Association.[515] In August 2003, the *Al Salah* Society was included on a list of Hamas- and PIJ-affiliated charities, whose bank accounts were frozen by the Palestinian Authority. After this action, the PA confirmed that the *Al Salah* Society was indeed a front for Hamas.[516]

In a January 2000 letter made public in the HLF trial, Al-Kurd thanked HLF for its continued assistance in "…helping the children of the martyrs and the orphans."[517]

In a letter dated November 28, 2002, the German Intelligence Service (BND) informed the German Ministry of the Interior in Berlin that it believed the Al Salah Society (Al Salah Islamic Association) was part of Hamas. The German intelligence service reported that its expert opinion was based on information available to the BND, including some of its own information as well as material from other countries' intelligence services which the BND "subjected to review regarding its plausibility." According to the BND:

---

[510] AV-PL107532.
[511] AV-PL107518.
[512] https://home.treasury.gov/news/press-releases/hp531
[513] https://english.palinfo.com/o_post/Gazans-bid-farewell-to-Hamas-leader-Ahmad-al-Kurd/
[514] *Id.*
[515] AV-PL056686 – AV-PL057707.
[516] U.S. Department of Treasury, "Treasury Designates Al-Salah Society Key Support Node for Hamas," August 7, 2007.
[517] Letter from Al-Kurd to HLF, January 19, 2000, *U.S. vs. HLF*, 3:04-CR-240-G, GX 001-0168.

> The association Jam'iyat al-Salah / Al-Salah Islamic Association in the center of the Gaza Strip is an Islamic social club to be directly linked to the HAMAS environment. The association's president, Ahmad AL-KURD, is a leading member of HAMAS. Two branches of the association, in Bethlehem and Ramallah, were banned by the Palestinian Authority based on allegations that it belonged to HAMAS. In the course of the al-Aqsa Intifada, the association is one of the important recipients of donated funds from the "Saudi Committee for the Support of the al-Aqsa Intifada" (al-Lajna al-sa'udiya li-da'm intifadat al-Quds) which are to be specifically passed on to families of Palestinian "Martyrs." Among the "martyrs" cited by name are also suicide bombers. Based on Saudi donation lists available to us it is known that in the winter of 2001/2002 each recipient "family of martyrs" received an amount of 20,000 riyal (approx. US $5,300.00).[518]

Furthermore, as noted above, the *Al-Salah* Society received funds from The Al-Aqsa Foundation,[519] CBSP and Interpal.[520]

### D. Islamic Charitable Society – Hebron

The Islamic Charitable Society - Hebron ("ICSH"), also known as the Islamic Charitable Association in Hebron, engaged in charitable activities in Hebron including organizing food packages, managing schools and orphanages, and providing aid to widows.[521] There is ample evidence, however, that ICSH was also heavily affiliated with Hamas[522] and this was widely and publicly known at the time. For example, the *Los Angeles Times* published a detailed report on December 8, 2001, titled "The World; Social Work and Suicide Bombings" that described the ICSH's role in Hamas's infrastructure:

> The kinetic operation is the work of the Islamic Charitable Society, which is distributing goods with the help of millions of dollars of Saudi money--and some American money--while also generating a lot of political goodwill for radical Islamic organizations like Hamas.
>
> The mounting influence, power and appeal of Hamas among many Palestinians come from the efficacy with which it kills Jews. But its lasting

---

[518] Letter dated November 28, 2002, from the German Intelligence Service (BND) to the German Ministry of the Interior in Berlin, Subject: Proscription Proceedings Al-Aqsa e. V Aachen, provided by Plaintiffs, marked pages AV-PL077825 – AV-PL077829.

[519] For Al-Aqsa Foundation, *see* Letter dated November 28, 2002, from the German Intelligence Service (BND) to the German Ministry of the Interior in Berlin, Subject: Proscription Proceedings Al-Aqsa e. V Aachen, provided by Plaintiffs, marked pages AV-PL077825 – AV-PL077829. *See also*, for example, AV-PL076229-30, which was provided by Plaintiffs. It is my understanding that the Defendant did not provide account opening records for *Al-Salah,* but I note that an account number at Cairo Amman Bank is listed on *AlSalah*'s website in 2001. *See*, https://web.archive.org/web/20011220233900fw_/http://www.alsalah.org:80/htm/withus.htm.

[520] *See*, for example, ABPLC191050, which was provided by Plaintiffs.

[521] "The Union of Good," Special Information Bulletin, Intelligence and Terrorism Information Center at the Center for Special Studies, Israel, February 2005, available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf; Watson Memorandum, November 5, 2001, p. 28.

[522] *Id.*

> power derives from the way it has permeated Palestinian society and positioned itself to pose a dangerous challenge to Yasser Arafat, the besieged president of the Palestinian Authority.
>
> ****
>
> Here in Hebron, Hamas has been on the ascendancy for years. The Islamic Charitable Society is not officially a Hamas organization, but its director and several of its managers are members of the militant group.[523]

The Israeli government designated ICSH an Unlawful Association in 2002.[524] Israeli military raids of ICSH offices have uncovered Hamas pamphlets and the "living wills" of Hamas suicide bombers.[525] The Union of Good, designated by the Israeli government as an unlawful entity for financing Hamas, ran its activities in the southern West Bank through the ICSH.[526] A 2001 FBI report details substantial connections between the ICSH and Hamas.[527]

### 1. Shared Leadership

ICSH leaders, during and before the relevant period, have been identified as Hamas operatives or have worked with Hamas.[528] Mustafa Shawer, a self-proclaimed Hamas activist who has been jailed by Israeli authorities, served as a member of ICSH's administrative board.[529] According to Israeli intelligence, Abd al-Khalek Natsha, one-time head of the ICSH, is a senior Hamas leader in Hebron.[530] Natsha became a Hamas activist in the early 1990s, and continued working with Hamas in various capacities, interrupted only by his several arrests.[531] In 1998, following a stint in prison, Natsha was personally contacted by the head of Hamas's political bureau, Khalid Mishal, who offered Natsha the position of Hamas spokesman in Hebron.[532] In an interview with *Al Hayat*, Mishal identified Natsha as part of a generation of Hamas founding members in Hebron.[533] Both before[534] and during the Second Intifada period, Natsha was publicly

---

[523] https://www.latimes.com/archives/la-xpm-2001-dec-08-mn-12865-story.html
[524] AV-PL056686 – AV-PL057707.
[525] *Id.*
[526] "The Union of Good," Special Information Bulletin, Intelligence and Terrorism Information Center at the Center for Special Studies, Israel, February 2005, available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf.
[527] Watson Memorandum, November 5, 2001, pp. 28-32.
[528] *Id.* at pp. 29-30.
[529] "Faith, Hate & Charity," Panorama, BBC ONE, July 30, 2006, transcript available at http://news.bbc.co.uk /2/hi/programmes/panorama/5234586.stm.
[530] "Information Obtained through the Interrogation of Abd al-Khaliq al-Natshah, Head of the Islamic Charitable Society – Hebron, Regarding his Activity in the Ranks of Hamas," Appendix C(1) in "Interpal, Part III," Special Information Bulletin, Intelligence and Terrorism Information Center at the Center for Special Studies, Israel, December 2004, available online at https://web.archive.org/web/20050305124906fw_/http://www.intelligence.org.il/eng/sib/12_04/images/jan17_05.pdf
[531] *Id.*
[532] Ghassan Charbel, "The Khalid Mishal Interview (3)," al Hayat, December 5, 2003, available online (in English) at https://web.archive.org/web/20060209082110/http://english.daralhayat.com/Spec/12-2003/Article-20031231-ccc34157-c0a8-01ed-0076-de146376aa96/story.html.
[533] *Id.*
[534] *See, e.g.,* "Arafat's Police Crack Down On Hamas," *The Scotsman,* October 6, 1998 (quoting Natsha and identifying his as "a Hamas leader in Hebron.")

known and identified as a senior Hamas leader in Hebron. For example, *Time Magazine* described Natsha's involvement in Hamas's terrorist activities in a September 8, 2002 article titled "Hard Times for Hamas."[535]

As part of his job, Natsha led Hamas demonstrations in which he spoke about Hamas's activities and ideology.[536] He distributed propaganda material, served as the local spokesman describing Hamas attacks and eulogizing "martyred" members, and distributed funds to families of Hamas prisoners.[537] More importantly, Natsha revealed under questioning that together with other political leaders in Syria, the West Bank and Gaza he was part of Hamas's decision-making circle regarding strategic level decisions. These included such issues as whether Hamas should participate in elections and when or where it should conduct terrorist attacks. Natsha admitted to keeping in touch by phone with other Hamas leaders, including Mishal (first in Amman, Jordan, and then in Damascus, Syria), Sheikh Yassin in Gaza, Jamal Damouni, Ismail Abu Shanab, Sheikh Hassan Yusuf and Sheikh Ismail Haniyeh.[538]

Natsha transferred funds to Hamas networks led by Jamal Tawil, a senior Hamas military commander from Ramallah who has been arrested several times on suspicion of planning suicide bombing attacks.[539] Natsha even referred Hamas recruits who expressed an interest in carrying out terrorist attacks to the al-Qassam Brigades. Natsha admitted to having transferred $20,000 to Tawil for distribution to Hamas prisoners and their families.[540] Some of the funds Tawil received from Hamas political leaders in Syria and Lebanon arrived through Natsha's offices.[541]

Adnan Abd al-Hafez Musbah Maswada, former directorate co-chairman of the ICSH, was detained for several months in 1989 and again in 1994 for Hamas-related activity.[542] According to Israeli government information cited by the FBI, "Maswada is a member of Hamas headquarters

---

[535] "Hard Times for Hamas," *Time Magazine*, September 8, 2002, available at https://web.archive.org/web/20021012111112/https://time.com/time/world/article/0,8599,348974,00.html (identifying Natsha as someone who "the Islamic Charitable Society in Hebron" and a "political leader" of Hamas who "began providing funding and coordination for Izzedine al-Qassam").

[536] "Information Obtained through the Interrogation of Abd al-Khaliq al-Natshah, Head of the Islamic Charitable Society – Hebron, Regarding his Activity in the Ranks of Hamas," Appendix C(1) in "Interpal, Part III," Special Information Bulletin, Intelligence and Terrorism Information Center at the Center for Special Studies, Israel, December 2004, available online at https://web.archive.org/web/20050305124906fw_/http://www.intelligence.org.il/eng/sib/12_04/images/jan17_05.pdf; *see also*, Watson Memorandum, November 5, 2001, for in-depth evidence of Natshah's activities in Hamas and ICS Hebron.

[537] *Id.*

[538] *Id.*

[539] "Information Obtained through the Interrogation of Abd al-Khaliq al-Natshah, Head of the Islamic Charitable Society – Hebron, Regarding his Activity in the Ranks of Hamas," Appendix C(1) in "Interpal, Part III," Special Information Bulletin, Intelligence and Terrorism Information Center at the Center for Special Studies, Israel, December 2004, available online at https://web.archive.org/web/20050305124906fw_/http://www.intelligence.org.il/eng/sib/12_04/images/jan17_05.pdf.

[540] *Id.*

[541] *Id.* In the September 8, 2002, edition of *Time Magazine*, Natshah was described as the head of "the Islamic Charitable Society in Hebron" and according to the report, after "[Israel's] Defensive Shield [Operations in April 2002], Israeli officials and Palestinian sources say, Natshe began providing funding and coordination for Izzedine al-Qassam. They say Natshe was behind an April attack on the Israeli settlement of Adora, in which Hamas gunmen shot four Israelis. Natshe was finally arrested by Israeli soldiers …."

[542] Watson Memorandum, November 5, 2001, p. 30.

in Hebron and is connected to Hamas terrorist activities against settlers."[543] Maswada was therefore included among the Hamas and Palestinian Islamic Jihad leaders Israel deported to Lebanon in 1992.[544] Maswada was also identified as part of Hamas in Hebron by Mishal during an interview with *Al Hayat*.[545]

Mishal also identified Mohammed Ayad Mohammed Missaq as a ranking member of Hamas.[546] Missaq was identified by the Israeli government as a senior Hamas activist in Hebron. Abdallah Najar, also identified by Mishal as a member of Hamas, was interviewed by the Israeli government in January 1997, and stated that when he worked in the Hebron Orphanage, owned by the ICSH, Missaq was one of the Hamas activists with whom he worked.[547] According to the FBI, Ibrahim Abd Al-Fatah Shubaka stated that Missaq was a member of the ICSH, which maintains two orphanages and financially supports the town's orphans. He stated that the schools instill the pupils with Hamas values, and their graduates include operational Hamas activists.[548]

Other members of the ICSH have also been involved in Hamas-related activities. Adil Numan Salm al-Junaydi, former head of the ICSH, was arrested in 2004 for Hamas-related activities.[549] Taher Abd al-Aziz Dandis was a member of the ICSH whom Mishal confirmed was a Hamas activist. He was also a 1992 Marj al-Zuhur deportee to Lebanon and was imprisoned from June to September 1994.[550]

According to the FBI, Azzam Naaman abd al-Rahman Salhab was head of the ICSH's Orphan Branch.[551] He was placed under Israeli administrative arrest from May to December 1989 and after, from March to June 1990.[552] Salhab was also in prison from December 1990 to December 1991 and October to December 1992.[553] During an interview in December 1990, he admitted he was recruited by Hamas, was a member of the Hamas headquarters, and in charge of the prison committee.[554] The Israeli government identified him as a member of Hamas's leadership in Hebron.[555] He was a 1992 deportee to Lebanon.[556]

---

543 *Id.*
544 *Id.*
545 Ghassan Charbel, "The Khalid Mishal Interview (3)," Al Hayat, December 5, 2003, available online (in English) at https://web.archive.org/web/20060209082110/http://english.daralhayat.com/Spec/12-2003/Article-20031231-ccc34157-c0a8-01ed-0076-de146376aa96/story.html.
546 *Id.*
547 *See* Watson Memorandum, November 5, 2001, p. 29.
548 *Id.*
549 El Wafa, "Palestinian Agency Reports Israeli Army Arrests, Raids in West Bank, Gaza," BBC Worldwide Monitoring, December 6, 2004.
550 Watson Memorandum, November 5, 2001, p. 31; *See also* Ghassan Charbel, "The Khalid Mishal Interview (3)," al Hayat, December 5, 2003, available online (in English) at https://web.archive.org/web/20060209082110/http://english.daralhayat.com/Spec/12-2003/Article-20031231-ccc34157-c0a8-01ed-0076-de146376aa96/story.html.
551 Watson Memorandum, November 5, 2001, p. 31.
552 *Id.*
553 *Id.*
554 *See* Watson Memorandum, November 5, 2001, p. 31, for more information on Salhab's Hamas activities.
555 *Id.*
556 *Id.*

### 2. Indoctrination

In order for Hamas to increase its operational capacities, it constantly needed new recruits. Charitable organizations such as the ICSH played a central function in this role, by instilling the Hamas creed in young children and volunteers. Raids of ICSH facilities have uncovered posters of suicide bombers and martyrs on the walls of schools and orphanages it operates.[557] Hamas members often readily admit the goals of Hamas's widespread educational efforts, including their focus on providing Hamas with a pool of future terrorists.[558] According to the FBI, Ibrahim Abd AlFatah Shubaka, a Hamas activist, informed Israeli authorities after his capture that the ICSH "instill[s] the pupils with Hamas values, and their graduates include operational Hamas activists.[559]

Surrounding Palestinians with messages that praise Hamas suicide bombers carries over from preschools, summer camps and college campuses to Hamas's social service organizations. For example, as noted previously, press reports described assembly lines of Palestinian men and teen-age boys packing food items at the ICSH to the tune of inspirational music praising Hamas.[560] One journalist who observed such a scene reported that the lyrics informed that "the holy war is calling," and pledged, "We will continue the resistance, the Hamas revolution." The charity, the reporter notes, "is believed to be tied to Hamas." And while Islamist activists contend that "politics and charity are two separate matters," the reality is that "the connection is hard to ignore."[561]

### 3. Connections with other Hamas-Affiliated Institutions

The ICSH did not operate alone; it was part of a large network of charities and Hamas-affiliated institutions. The ICSH received much of its funding from foreign charitable institutions, such as HLF, which contributed over $1,600,000 between May 1991 and November 2001 before its funding was frozen by the U.S. government.[562] ICSH also has received funds from Interpal, World Assembly of Muslin Youth, and the Welfare Association for Palestinian and Lebanon.[563]

In a letter dated November 28, 2002, the German Intelligence Service (BND) informed the German Ministry of the Interior in Berlin that it believed the Islamic Charitable Society (Hebron) was part of Hamas.[564] The German intelligence service reported that its expert opinion was based on information available to the BND, including some of its own information as well as material

[557] Testimony of Avi, Israel Security Agency, *U.S. v. HLF*, vol. 29, October 31, 2008.
[558] Watson Memorandum, November 5, 2001, p. 29.
[559] *Id.*
[560] Jamie Tarabay, "Islamic Militants Gain Influence," AP, March 2, 2001.
[561] *Id.*
[562] Payments to Islamic Charitable Society/Hebron, *U.S. v. HLF*, GX Payments to IC Hebron, 3:04-CR-240-G; U.S. Department of the Treasury, "Shutting Down the Terrorist Financial Network," December 4, 2001, available online at https://home.treasury.gov/news/press-releases/po841 (http://www.investigativeproject.org/documents/misc/29.pdf).
[563] Examples included payments to ICS-Hebron made by Interpal (AV-PL018007-31), World Assembly of Muslim Youth (AV-PL018559), and the Welfare Association for Palestinian and Lebanon (AV-PL018565).
[564] Letter dated November 28, 2002, from the German Intelligence Service (BND) to the German Ministry of the Interior in Berlin, Subject: Proscription Proceedings Al-Aqsa e. V Aachen, provided by Plaintiffs, marked pages AV-PL077825 – AV-PL077829.

from other countries' intelligence services which the BND "subjected to review regarding its plausibility."[565] According to the BND:

> The association Al-Jam'iya al-Khairiya al-Islamiya / Islamic Charitable Society (Hebron) is an Islamic social club directly linked to HAMAS. This club is the most important HAMAS association on the West Bank. In April of 2002 a document of the HAMAS-Leadership Abroad (Damascus) of October 2000 was found on the premises of the club, which contained a direct call to violent Intifada against Israel.
>
> Numerous leading HAMAS members are participating in the club leadership. The president of Al-Jam'iya al-Khairiya al-Islamiya, Adil Na'ma Salim AL-JUNAIDI and the club leaders Azzam Na'man Abd al-Rahman SALHAB, Mustafa Kamil Khalil SHA'UR and Nabil Na'im Ishaq NATSHA were among the 415 "deportees" who were deported from Israel to the South Lebanese no man's land to Marj al-Zuhur in the end of 1992 at the behest of the then Israeli Prime Minister RABIN upon allegations of militant affiliation with HAMAS and the Palestinian Islamic Jihad. The deportees' actual affiliation with HAMAS and the Palestinian Islamic Jihad was never doubted. The spokesman for the deportees was Abd al-Aziz AL-RANTISSI who today is the official spokesman of HAMAS in the Gaza Strip.
>
> The members of Al-Jami'ya al-Khairiya al-Islamiya Husni AL-KRAKHI, Isa Khairi AL-JABRI, Nuh AL-MANASRA, Fayiz AL-KHADUR, Isa KHAMIDAT and abu Ziad AL-KRAKHI are all HAMAS members.
>
> The association receives donations from the "Saudi Committee for the Support of al-Aqsa Intifada" (al-Lajna al-sa'udiya li-da'm intifadat al Quds), which are to be passed on specifically to families of Palestinian "martyrs". Among the names of the "martyrs" are also those of suicide bombers.[566]

### E. Tulkarem Zakat Committee

The Tulkarem Zakat Committee funded and organized charitable activities in the Tulkarem area in the Northern West Bank.[567] The Israeli government has indicated that the Tulkarem Zakat Committee's purpose is to support Hamas-related activities.[568] The Tulkarem Zakat Committee was declared an Unlawful Association by the Israeli Minister of Defense on February 25, 2002, as

---

565 *Id.*
566 *Id.*
567 "IRFAN: A Hamas Front Organization Operating in Canada to Enlist Financial Support for Hamas Institutions in the Palestinian Authority-Administered Territories," Appendix D2, Footnote 25, Special Information Bulletin, Intelligence and Terrorism Information Center at the Center for Special Studies (C.S.S.), November 2004, available online at https://web.archive.org/web/20050305124148fw_/http://www.intelligence.org.il/eng/sib/11_04/images/nov13_04.pdf.
568 *Id.*

an institution belonging to Hamas. Israel's determination that the Tulkarem Zakat Committee was identified with Hamas was reported in the international press contemporaneously.[569]

Such support can be seen in the Tulkarem Zakat Committee's provision of funding for the families of martyrs and encouragement of suicide attacks. In late 2001, people in the Tulkarem area who were wounded in clashes with Israel demonstrated against the Tulkarem Zakat Committee, claiming it gave preference to supporting members of Hamas.[570]

### 1. Committee Members Affiliated with Hamas

During the relevant period, the following Tulkarem Zakat Committee members were identified by the Israeli government and FBI as Hamas members (in some cases senior members) in the Tulkarem area:

> **Hammad Muhammed Hamed Qa'adan**, head of the Tulkarem Zakat Committee, was identified by the Israeli government as a Hamas activist who belongs to the Hamas headquarters in Tulkarem and is in contact with the Hamas leadership in Samaria.[571]
>
> **Ibrahim Muhammad Salim Salim Nir Al Shams** is a member of the Hamas Financial Committee in Tulkarem, and an Imam of the Mosque. Salim also reportedly belonged to the Supreme Hamas Leadership in Nur Al-Shams. He was imprisoned from October to December 1990 for rioting.[572]
>
> **Riad Abd Al-Latif Abd Al-Karim Al Ras** is a one-time Hamas activist assigned to the Hamas Headquarters in Tulkarem. He has also been in contact with the Hamas leadership in Samaria, and he has been a member of the Majlis Al Shura in Tulkarem.[573]

---

[569] *See, e.g.*, Mark Matthews, "Arab documents seized in West Bank, Israel says," *Baltimore Sun* (May 7, 2002) ("Israeli officials say that in the past 16 months, the Saudis have sent $135 million to Palestinian organizations and individuals, including some involved in or connected to terrorism, such as Hamas and a group called the Tulkarm Charity Committee, which Israel said is identified with Hamas.").

[570] "IRFAN: A Hamas Front Organization Operating in Canada to Enlist Financial Support for Hamas Institutions in the Palestinian Authority-Administered Territories," Appendix D2, Footnote 25, Special Information Bulletin, Intelligence and Terrorism Information Center at the Center for Special Studies (C.S.S.), November 2004, available online at https://web.archive.org/web/20050305124148fw_/http://www.intelligence.org.il/eng/sib/11_04/images/nov13_04.pdf. A December 20, 2002, report published on the Israel Defense Forces website found that the Tulkarem Zakat Committee was "[a]n entity identified with Hamas, which is also connected to the Hamas terrorist-operational apparatus." *See,* https://web.archive.org/web/20021220141602/http://www.idf.il/saudi_arabia/site/english/file2.html.

[571] Watson Memorandum, November 5, 2001, p. 38.

[572] *See* Watson Memorandum, November 5, 2001, p. 38. *See also*, "The Union of Good," Special Information Bulletin, Intelligence and Terrorism Information Center at the Center for Special Studies, Israel, February 2005, available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf.

[573] Watson Memorandum, November 5, 2001, p. 38.

**Husni Hassan Hussein Hawaja** is a one-time head of the Tulkarem Zakat Committee and a Hamas activist.[574] His arrest by Palestinian police "as part of the ongoing crackdown on HAMAS" was reported in *Agence France Presse* in 1996.[575]

**Bilal Hamis Yussef Abu Safira** is a one-time Tulkarem Zakat Committee member and the head of the waqf (Islamic Trust) in Tulkarem. According to the FBI, he is a senior Hamas member.[576] His arrest by Palestinian police "as part of the ongoing crackdown on HAMAS" referenced above was also reported in *Agence France Presse* in 1996.[577]

**Fathi Muhammad Ali Qasem Qar'awi** is a Hamas leader. He worked for the Tulkarem Zakat Committee between 1996 – 1999. Beforehand, Qar'awi was arrested by Israel in 1991 and deported to Lebanon with other Hamas leaders in 1992. He was also arrested by the Palestinian Authority in 1996 and by Israel several times. In 2006, Qar'awi was elected to the Palestinian legislature as part of Hamas's Change and Reform party. On March 17, 1996, the Palestinian *Al Quds* radio station reported that Palestinian police arrested Qar'awi as part of the crackdown on Hamas described above.

### 2. Indoctrination and the Funding of Martyrs' Families

The Tulkarem Zakat Committee used libraries and other media to recruit Hamas members to distribute radical videos and other material.[578] It requested funding from the Union of Good for public relations, including money for public libraries, *da'wa* publications, audiocassette tapes used for indoctrination, and a local TV station.[579] Notably, it asked for the most money to be provided to prisoners and the families of martyrs or suicide bombers.[580]

When Israeli forces raided the Tulkarem Zakat Committee's offices in April 2002, they found posters, handbills, and other material praising suicide bombers and encouraging other Palestinian youths to follow in their footsteps. One handbill included a statement from the mother of Muhammad Farhat, a nineteen-year-old Hamas terrorist who killed five people and wounded twenty-four in a March 2002 rifle and grenade attack, calling on her fellow Palestinian mothers not to stand in the way of their sons' "martyrdom."[581] A poster featuring Abdullah Azzam, Osama Bin Laden's mentor, includes a typical passage from Azzam: "Love of Jihad has taken over my life, my soul, my sensations, my heart and my emotions. If preparing [for jihad] is terrorism, then

---

[574] *Id.*
[575] "Palestinian police arrest clerics, PA official in West Bank," *Agence France Press* (March 18, 1996).
[576] See Watson Memorandum, November 5, 2001, p. 38. *See also U.S. v. HLF*, 3:04-CR-240-G, GX HLF Search – 84.
[577] "Palestinian police arrest clerics, PA official in West Bank," *Agence France Press* (March 18, 1996).
[578] C.S.S. Special Information Bulletin, "The Union of Good," Intelligence and Terrorism Information Center, February 2005, available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf.
[579] *Id.*
[580] C.S.S. "The Union of Good," Special Information Bulletin, Intelligence and Terrorism Information Center, February 2005, available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf.
[581] *Id.*

we are terrorists. If defending our honor is extremism, then we are extremists. If jihad against our enemies is fundamentalism, then we are fundamentalists."[582]

The Tulkarem Zakat Committee disbursed money it received from international charitable organizations to the families of martyrs. A letter found in the offices of the Tulkarem Zakat Committee assured another charity that it had spent the funds sent by that charity for food packages "as you requested," adding that "the distribution focused on the families of martyrs, the wounded, orphans, and the families of workers, the needy and the poor."[583] A list of families who received support from that charity through the Tulkarem Zakat Committee includes the families of several terrorists, including Hamas and Fatah operatives involved in suicide bombings and shooting attacks targeting civilians.[584]

### 3. International Ties

The Saudi International Islamic Relief Organization ("IIRO") has donated around 2,040,000 Riyals to the Tulkarem Zakat Committee.[585] When Israeli forces raided the Tulkarem Zakat Committee's offices, they found spreadsheets (tables) of Saudi donations to suicide bombers and their families, indicating that the IIRO had full knowledge of how its aid money was being used.[586] Additionally, HLF (as noted *supra*, designated by the U.S. Department of Treasury as a terrorist organization in 2001 and convicted in 2008 of providing material support to Hamas) donated over $315,000 to the Tulkarem Zakat Committee between May 1991 and October 2001.[587]

In a letter dated November 28, 2002, the German Intelligence Service (BND) informed the German Ministry of the Interior in Berlin that it believed the Tulkarem Zakat Committee was part of Hamas.[588] The German intelligence service reported that its expert opinion was based on information available to the BND, including some of its own information as well as material from other countries' intelligence services which the BND "subjected to review regarding its plausibility."[589] According to the BND:

---

[582] "The Influence of the Legacy of the Global Jihad on Hamas," Special Information Bulletin, Intelligence and Terrorism Information Center at the Center for Special Studies, Israel, November 2004, available online at https://www.terrorism-info.org.il//Data/pdf/PDF1/NOV10_04_558130011.pdf.

[583] "IRFAN: A Hamas Front Organization Operating in Canada to Enlist Financial Support for Hamas Institutions in the Palestinian Authority-Administered Territories," Appendix D2, Special Information Bulletin, Intelligence and Terrorism Information Center at the Center for Special Studies (C.S.S.), November 2004, available online at https://web.archive.org/web/20050305124148fw_/http://www.intelligence.org.il/eng/sib/11_04/images/nov13_04.pdf.

[584] *Id.*

[585] Tulkarem Zakat Committee Grants, *U.S. v. HLF*, GX 020-0009, 3:04-CR-240-G.

[586] Appendix A in "Large Sums of Money Transferred by Saudi Arabia to the Palestinians are Used for Financing Terrorist Organizations (Particularly the Hamas) and Terrorist Activities (Including the Suicide Attacks Inside Israel)," Embassy of Israel, available online at https://web.archive.org/web/20041112123512/http://www.israelemb.org/articles/2002/May/2002051000.html.

[587] Tulkarem Zakat Committee Grants, *U.S. v. HLF*, GX 020-0009, 3:04-CR-240-G. Also, for example, *see* AV-PL000208.

[588] Letter dated November 28, 2002, from the German Intelligence Service (BND) to the German Ministry of the Interior in Berlin, Subject: Proscription Proceedings Al-Aqsa e. V Aachen, provided by Plaintiffs, marked pages AV-PL077825 – AV-PL077829.

[589] *Id.*

> The Zakat-Committee of Tulkarm is clearly under the control of HAMAS. The HAMAS member Husni Hasan HAWAJA is president of the Zakat Committee. The Zakat Committee runs a chain of kindergartens under the direction of the two HAMAS members Fath Allah SAIDI and Nazzar SHADID. The Tulkarm Zakat Committee is a leading recipient of donated funds from the "Saudi Committee for the Support of al-Aqsa Intifada" (al-Lajna al-sa'udiya li-da'm intifadat al-Quds), which are to be passed on specifically to families of Palestinian "martyrs". Among the named "martyrs" are also suicide bombers. Based on a Saudi list of donors found on the association's premises it is known that in the winter of 2001/2002 each "family of martyrs" so considered received an amount of 20,000 riyal (approx. US $ 5,300).[590]

### F. Nablus Zakat Committee

The Nablus Zakat Committee, founded in 1976,[591] was one of several "Hamas controlled organizations"[592] and was designated an Unlawful Association by Israel in February 2002.[593]

#### 1. Shared Leadership

Hamas activists who were part of the board of the Nablus Zakat Committee included: Dr Abed Al Rahim Mouhamad Radi Al Hanbali as chairman; Sheik Hamad Souleiman Jaber Houser Al Beitawi as the deputy chairman as well as member of the Al Tadamun Charitable Society and Palestinian representative for the Union of Good board; Dr. Mouawiya Rizek Al Masri; Hamza Jaber; Haj Adly Rafat Saleh Yaish as treasurer (later elected to be the mayor of Nablus)[594]; Ibrahim Mouhamad Ibrahim Mousleh; and Abdallah Abed Al Rahman Abed Al Fatah Hijawi.[595]

Sheikh Hamed Bitawi, a senior Hamas official, served simultaneously as the vice chairman of the Nablus Zakat Committee and the head of the al-Tadamun Charitable Society, and the two charities' boards of directors had shared many members.[596] He was identified as a "Hamas activist" in the press as early as 1994, and "considered to have great influence on Hamas ideology."[597] Other

---

[590] *Id.*
[591] Testimony of Avi, Israel Security Agency, *U.S. v. HLF*, vol. 27, October 29, 2008.
[592] *U.S. v. HLF*, Indictment, July 26, 2004.
[593] AV-PL056686 – AV-PL057707.
[594] Testimony of Avi, Israel Security Agency, *U.S. v. HLF*, vol. 27, October 29, 2008.
[595] C.S.S. Special Information Bulletin, "The Union of Good," Special Information Bulletin, Intelligence and Terrorism Information Center, February 2005, available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf; testimony of Avi, Israel Security Agency, *U.S. v. HLF*, vol. 27, October 29, 2008.
[596] Dan Perry, "Four Killed in Tel Aviv Café Blast; Hamas Claims Responsibility," *Associated Press*, March 21, 1997; C.S.S. "The Union of Good," Special Information Bulletin, Intelligence and Terrorism Information Center, February 2005, available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf.
[597] Jon Immanuel and Lamia Lahoud, "Fatah council decides to postpone elections," *The Jerusalem Post* (November 13, 1994).

articles called him "the leading Hamas figure in Nablus"[598] and reported that "Bitawi's name is synonymous with Hamas."[599]

Bitawi frequently advocated violence, as was reported contemporaneously in the international press. Following a suicide bombing at a Tel Aviv café in March 1997, Bitawi told a crowd of 10,000 Hamas supporters, "I have good news. There is a suicide bombing in Tel Aviv." He continued, "This is the only language the occupiers understand, the language of martyrdom."[600] Bitawi was also the chairman of the Palestinian Association of Islamic Scholars, which includes many Hamas members, and issued a religious edict (*fatwa*) praising suicide attacks as "actions [that] are an exalted expression of jihad for the sake of Allah and are not to be considered suicide."[601]

Following the assassination of a Hamas bombmaker by Israel in 2000, the *Associated Press* quoted Bitawi, "the Hamas leader in Nablus," as declaring that "'[o]ur response will be more car bombs and they (the Israelis) will pay a high price."[602] A week after the September 11 attacks on the United States, the *Associated Press* reported that Bitawi, "a spiritual leader of Hamas in the West Bank town of Nablus," issued a religious edict stating that "[i]t is illegal for any Muslim group or state … to cooperate or align itself with America in any way."[603] The next year, the *New York Sun* reported that "he has encouraged Hamas activists to go the way of Jihad and carry out suicide attacks against Israel."[604]

Dr. Abd al-Rahim Radi al-Hanbali, who served as chairman of the Nablus Zakat Committee and member of the al-Tadamun board, was described by Israel as "a senior political Hamas activist" whose son, Mohammad al-Hanbali, was "one of the heads of Hamas' terrorist-operational infrastructure in Nablus."[605] Another former board member, Haj Adli Rafat Salih Yaish, was deported to Lebanon along with other Hamas officials in 1992 and as treasurer of the Nablus Zakat Committee was very involved in Hamas money transfers.[606]

---

598 Samar Assad, "Hamas wins Palestinian hearts with inexpensive Islamic group wedding," *Associated Press* (July 11, 1997).
599 Deborah Heron, "Palestine: Hamas Plays Fundamental Role in Palestinian Society," *Inter Press Service* (September 25, 1997).
600 *See, e.g.*, Dan Perry, "Three killed in Tel Aviv suicide bombing," *Associated Press* (March 21, 1997).
601 Note that al-Tadamun featured prominently on Muin Shabib's list of "our," i.e. Hamas, institutions. For Bitawi statement, *see* Dan Perry, "Four Killed in Tel Aviv Café Blast; Hamas Claims Responsibility," *Associated Press*, March 21, 1997; C.S.S. "The Union of Good," Special Information Bulletin, Intelligence and Terrorism Information Center, February 2005, available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf.
602 *See, e.g.*, *The Associated Press*, "Israelis, Palestinians fight in Bethlehem Violence goes on despite high-level truce negotiations," published in Charleston Daily Mail (November 24, 2000).
603 Mohammed Daraghmeh, "Islamic clergymen linked to Hamas issues edict against cooperation with the United States," *The Associated Press* (September 18, 2001).
604 Khaled Abu Toameh, "Judge Praises Suicide Bombers," *New York Sun* (Oct. 3, 2002).
605 C.S.S. "The Union of Good," Special Information Bulletin, Intelligence and Terrorism Information Center, February 2005, available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf.
606 *Id.*

### 2. Ties to Hamas

The al-Tadamun Charitable Society and the Nablus Zakat Committee exemplified Hamas's ability to institutionalize grassroots dependency on the organization's institutions. The Nablus Zakat Committee received funds from abroad, including over $457,000 provided by the Holy Land Foundation between May 1991 and October 2001.[607] In a letter from the Nablus Zakat Committee to CBS, it decreed, "We have learned that your report on October 3rd has accused the Holy Land Foundation of diverting money to terrorists. If you think that providing medicine, education, food and clothes to the needy people of the Holy Land is wrong, please tell us what is the right thing to do," and continued, "We trust the Holy Land Foundation and we know where the money goes. It goes to keep the Palestinian people alive." Another part of the message also asked CBS to "Please stop your propaganda and correct your mistake."[608]

The Nablus Zakat Committee also ran profitable businesses.[609] It provided jobs through businesses it owned or in which it was a partner, including the Yasfa dairy company owned by the committee. It also ran several social service branches, including a medical clinic at the al-Rawdah mosque, the al-Tadamun school, a kindergarten, an orphanage, the al-Ansar sports club, and a club for adults that functioned as a community center and a home for the elderly.[610] The Nablus Zakat Committee worked in cooperation with the Qalqilya Zakat Committee, the Tulkarem Zakat Committee, and with the Jenin Zakat Committee.[611]

FBI investigations determined that the Nablus Zakat Committee and certain individuals affiliated with it (Abd al-Rahim Taha Hanbali; Hamed Bitawi[612]) are tied to Hamas and received funds from the Holy Land Foundation.[613] The last payment made from the Holy Land Foundation to the Nablus Zakat Committee occurred on October 11, 2001.[614] Several entities designated Unlawful Organizations by Israel[615] financed the committee, such as Interpal (London),[616] CBSP (France),[617] Union of Good,[618] WAMY (Saudi Arabia), and Al-Aqsa Fund (Europe).[619]

---

[607] Nablus Zakat Committee Grant Report, *U.S. v. HLF*, GX 020-0006, 3:04-CR-240-G.
[608] Testimony of Avi, Israel Security Agency, *U.S. v. HLF*, vol. 29, October 31, 2008.
[609] "Selected Recipients of HLFRD Funds: Jan. 1997-Sept. 2000," declassified FBI table marked page 0732 of evidentiary material brought in *Stanley Boim et al. v. Quranic Literacy Institute et al.*
[610] *Id.*
[611] Testimony of Avi, Israel Security Agency, *U.S. v. HLF*, vol. 27, October 29, 2008.
[612] Khalid Mishal identified Hamed Bitawi as one of the "next generation" of Hamas leaders. *See* Charbel, "The Khaled Mishaal Interview (3 of 7)."
[613] Watson Memorandum, November 5, 2001, p. 36. AV-PL051727.
[614] Testimony of Avi, Israel Security Agency, *U.S v. HLF*, vol. 27, October 29, 2008.
[615] https://nbctf.mod.gov.il/en/Minister%20Sanctions/Designation/Pages/downloads.aspx.
[616] C.S.S. Special Information Bulletin, "The Union of Good," Special Information Bulletin, Intelligence and Terrorism Information Center, February 2005, available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf.
[617] AV-PL016824-26.
[618] C.S.S. Special Information Bulletin, "The Union of Good," Special Information Bulletin, Intelligence and Terrorism Information Center, February 2005, available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf.
[619] C.S.S. Special Information Bulletin, "The Union of Good," Special Information Bulletin, Intelligence and Terrorism Information Center, February 2005, available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf. *See also* ABPLC008493.

### 3. Hamas-related Activities

According to an Israeli expert witness in the USA v. Holy Land Foundation case, the Nablus Zakat Committee "is very advanced in comparison with other committees."[620] The committee supported over one thousand orphans and sponsored over 2,200 families.[621] The Nablus Zakat Committee also operated a clinic (al Tadamun al Islami Clinic) and a medical center.[622] It subsidized the tuition fees of high school and university students, particularly at Al Najah University. The Palestinian Authority seized a postcard from the Nablus Zakat Committee, depicting two suicide bombers who executed bombings in Mahoula and Netanya, and who earlier had gone to a high school sponsored by the Nablus Zakat Committee.[623]

It additionally operated a group that promoted memorization of the Quran and was established in 1987.[624] This group was headed by Yaish, the committee's former treasurer, and housed a shooting range, arrows, and plastic guns.[625] Found at the Quran center was a video of a children's graduation ceremony at which Bitawi spoke and lashed out at "the Jews, the Crusaders" and the "heretics," a video of the Izz al-Din al-Qassam Brigades, postcards of Hamas suicide bombers, and teaching aides showing pictures of bombings and wounded Israelis.[626] The committee also was in possession of a video tape depicting an armed individual reciting a speech about a planned kidnapping of someone in the Israel Security Agency.[627]

## G. Islamic Solidarity (Al-Tadamun) Charitable Society – Nablus

The al-Tadamun Charitable Society was a paradigmatic model of how Hamas operatives were positioned within the organization's social welfare institutions. Founded by the Muslim Brotherhood in the 1950s, it operated in very close cooperation with two other Hamas charities in the area, the Nablus Zakat Committee and the Jenin Zakat Committee. Sheikh Hamid Bitawi,[628] a senior Hamas official, served simultaneously as the head of the al-Tadamun Charitable Society and the vice chairman of the Nablus Zakat Committee, and the two charities' boards of directors have shared many members. In a sign of his radical Islamist worldview, Bitawi told a crowd of 10,000 Hamas supporters following a suicide bombing at a Tel Aviv café in March 1997, "I have good news. There is a suicide operation in Tel Aviv." He continued, "This is the only language the occupiers understand, the language of martyrdom."[629] Bitawi was also the chairman of the

[620] Testimony of Avi, Israel Security Agency, *U.S v. HLF*, vol. 27, October 29, 2008.
[621] Philadelphia Meeting No. 13-E, cited in Testimony of Avi, Israel Security Agency, *U.S. v. HLF*, vol. 27, October 29, 2008.
[622] ISA Expert Report, *U.S. v. HLF*.
[623] Nablus Zakat No. 2, cited in Testimony of Avi, Israeli Security Agency*, U.S. v. HLF*, vol. 27, October 29, 2008.
[624] Testimony of Avi, Israel Security Agency, *U.S. v. HLF*, vol. 29, October 31, 2008.
[625] *Id.*
[626] *Id.*
[627] Nablus No. 6, cited in Testimony of Avi, Israel Security Agency, *U.S. v. HLF*, vol. 29, October 31, 2008.
[628] Bitawi's role as a Hamas leader is neatly encapsulated in an Australian documentary entitled "The Dirty War," which can be viewed at http://www.youtube.com/watch?v=KKma5eW7_sw. In the film, Bitawi headlines a Hamas rally in Nablus in 2001. C.S.S. Special Information Bulletin, Intelligence and Terrorism Information Center, "The Union of Good," February 2005, available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_68 0981780.pdf.
[629] "Suicide Bombing in Tel Aviv," Congressional Record Volume 143, Number 38, Government Printing Office, March 21, 1997, available online at http://www.gpo.gov/fdsys/pkg/CREC-1997-03-21/html/CREC-1997-03-21-pt1-PgH1286-3.htm.

Palestinian Association of Islamic Scholars, which includes many Hamas members, and issued a religious edict (fatwa) praising suicide attacks as "actions [that] are an exalted expression of jihad for the sake of Allah and are not to be considered suicide."[630]

The Palestinian Authority closed al-Tadamun's main offices, its sports club, and its medical clinic in December 2001 because of al-Tadamun's role as a key Hamas front organization.[631]

The Society's close ties to Hamas were corroborated not only by Muin Shabib's statement to Hamas members in the United States[632] but by other sources as well. For example, an Israeli analysis of al-Tadamun's board of directors revealed that all the members were Hamas activists.[633] Dr. Abd al-Rahim Radi al-Hanbali,[634] former chairman of the Nablus Zakat Committee and a former member of the al-Tadamun board, is described by Israel as "a senior political Hamas activist" whose son, Mohammad al-Hanbali, was "one of the heads of Hamas' terrorist-operational infrastructure in Nablus."[635] Another former board member, Haj Adli Rafat Salih Yaish, was deported to Lebanon along with other Hamas officials in 1992, and was very involved in Hamas money transfers as treasurer of the Nablus Zakat Committee.[636] Dr. Muawiyah Rizq al-Masri was a prominent advocate for supporting families of martyrs and "at the end of 2002 he waged a public struggle for the continuation of payments to such families."[637] Members of the al-Tadamun board were involved with related Hamas institutions too, including the al-Tadamun medical clinic, the al-Ansar sports club and the Koran Memorization Committee.[638] Israeli forces killed a former board member - Sheikh Jamal Damouni - in a July 31, 2001, missile strike targeting the Palestinian Center for Studies and Media (a Hamas center run by Jamal Mansour, a senior Hamas leader also killed in the attack).[639]

Sheikh Hamid Bitawi[640] was himself a telling example of the kind of Hamas leadership embedded within the organization's *da'wa* infrastructure. The head of the Association of Religious

---

[630] C.S.S. Special Information Bulletin, Intelligence and Terrorism Information Center, "The Union of Good," Appendix A, February 2005, available online at http://www.terrorism-info.org.il/malam_multimedia/html/final/eng/sib/2_05/funds_a.htm.

[631] Letter dated November 28, 2002, from the German Intelligence Service (BND) to the German Ministry of the Interior in Berlin, Subject: Proscription Proceedings Al-Aqsa e. V Aachen, provided by Plaintiffs, marked page AV-PL077825 – AV-PL077829.

[632] Transcript of Dr. Muin Shabib, Philadelphia meeting, *U.S. v. HLF*, 3:04-CR-240-G, GX 016-0059.

[633] C.S.S. Special Information Bulletin, Intelligence and Terrorism Information Center, "The Union of Good," February 2005, available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf.

[634] Hanbali was listed as an unindicted co-conspirator in the *U.S. v. HLF* criminal case as an "individual who [is] and/or [was] part of the HAMAS' social infrastructure in Israel and the Palestinian territories," *see U.S. v. HLF*, CR 3:04-CR-240-G, List of Unindicted Co-Conspirators and/or Joint Venturers.

[635] C.S.S. Special Information Bulletin, "The Union of Good," Intelligence and Terrorism Information Center, February 2005, available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf.

[636] *Id.*

[637] *Id.*

[638] *Id.*

[639] *Id.*

[640] Bitawi was also listed as an unindicted co-conspirator in the *U.S. v. HLF* criminal case as an "individual who [is] and/or [was] part of the HAMAS' social infrastructure in Israel and the Palestinian territories," *see U.S. v. HLF*, CR 3:04-CR-240-G, List of Unindicted Co-Conspirators and/or Joint Venturers.

Clerics in Palestine[641] (also known as the Council of Sages of Religion of Palestine, the Palestinian Islamic Scholars Association, or the Palestine Association of Religious Scholars), Bitawi enjoyed a position of religious prestige and legal authority in the Palestinian Territories independent from that earned as the head of the al-Tadamun Charitable Society.[642] The Association of Religious Clerics was established by prominent Hamas religious figures who saw the need for an organization that would issue religious edicts in support of Hamas's actions, thereby promoting Hamas's ideology of militancy and violence against Israel.[643] Several members of the association are also affiliated with al-Najah University, a Hamas stronghold in Nablus.[644] Several other members are officials of Hamas charities, including Ghassan Harmas, the chairman of the Orphan Care Society in Bethlehem.[645] Bitawi was also a preacher at the famous al-Aqsa mosque in Jerusalem[646] and held prominent judicial positions such as head of the appellate courts in Nablus.[647]

Bitawi's institutional authority gave currency to his radical ideas and broadened the Palestinian audience exposed to his message. On more than one occasion, he voiced his support for jihad and martyrdom – even explaining in one interview why it is religiously permissible for children to take part in jihad and martyrdom missions.[648] In another interview, Bitawi referred to suicide bombers as "angels sent to us from heaven."[649] He frequently employed purported religious textual interpretation and edicts to support militancy. In the wake of the death of Hamas bombmaker Mohi al-Din al-Sharif, Bitawi told a crowd of Hamas supporters that "religious rulings dictate that the Palestinian people must conduct acts of Jihad to rock the enemy. We call on the Islamic movement [Hamas] to take its revenge for its martyr."[650] Similarly, at a rally following the Israeli assassination of Sheikh Ahmed Yassin, Bitawi criticized Palestinian officials who urged restraint and "peaceful Intifada," saying, "We want to ask those officials in the Palestinian

---

641 Cal Thomas, "Many Problems to Correct," The Washington Times, September 21, 2001; C.S.S. Special Information Bulletin, "Profile of the Hamas Movement," February 12, 2006, available online at https://www.terrorism-info.org.il/Data/pdf/PDF_18895_2.pdf.
642 C.S.S. Special Information Bulletin, Intelligence and Terrorism Information Center, "The Union of Good," February 2005, available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf.
643 C.S.S. Special Information Bulletin, "'Charity' and Palestinian Terrorism: Spotlight on the Hamas-Run Islamic al-Tadamun 'Charitable Society' in Nablus," February 2005, available online at https://web.archive.org/web/20060504022041/www.intelligence.org.il/eng/sib/3_05/charity_2.htm.
644 C.S.S. Special Information Bulletin, "'Charity' and Palestinian Terrorism: Spotlight on the Hamas-Run Islamic al-Tadamun 'Charitable Society' in Nablus," February 2005, available online at https://web.archive.org/web/20060504022041/www.intelligence.org.il/eng/sib/3_05/charity_2.htm.
645 C.S.S. Special Information Bulletin, "Spotlight on a Hamas Da'wah Institution in the West Bank," Bethlehem Orphan Care Society, January 2005, available online at https://www.terrorism-info.org.il//Data/pdf/PDF1/JAN22_05_133001866.pdf.
646 "Preacher of Al-Aqsa Mosque Urges Arab Armies, Volunteers to Fight Israel," BBC Monitoring Middle East, August 22, 2001.
647 Elaine Shannon, "How will Hamas Rule?" Time Magazine, February 19, 2005, available online at https://time.com/archive/6676350/how-will-hamas-rule/.
648 Itamar Marcus, "Ask for Death! The Indoctrination of Palestinian Children to Seek Death for Allah- Shahada," available online at https://web.archive.org/web/20050206231407/http://www.pmw.org.il/ask%20for%20death.htm.
649 William B. Helmreich, "No Sense Negotiating with Terrorists," Newsday, June 30, 2004, A40.
650 Agence France Presse, "Thousands of Demonstrators Urge Bomb Attacks Against Israel," April 3, 1998.

Authority who speak of a peaceful Intifada: will this Intifada liberate our homeland, oust the occupiers and free our detainees?"[651]

As described above in sections III.C (Additional Hamas Leaders) and VI.F (Nablus Zakat Committee), Bitawi's leadership role in Hamas was well-publicized in the international press going back to the 1990s.

In a letter dated November 28, 2002, the German Intelligence Service (BND) informed the German Ministry of the Interior in Berlin that it believed the Al-Tadamun Charitable Society was part of Hamas. The German intelligence service reported that its expert opinion was based on information available to the BND, including some of its own information as well as material from other countries' intelligence services which the BND "subjected to review regarding its plausibility." According to the BND:

> The association Jam'iyat al-Tadamun / Al-Tadamun Charitable Society is directly linked to the HAMAS sphere of influence. In the winter of 2001/2002, the association was banned by the Palestinian Authority based on charges of affiliation with HAMAS. The association's leadership includes several persons who were deported as HAMAS activists to South Lebanon (Marj al-Zuhur) and who were among the leading HAMAS members, for example Munir AQD, Nabil BISHAWI, Kamal Abu AISHA, Abd Nassir QADAH, Adli YA'ISH, Salah al-Din MUSLAH and Hamza JABIR.[652]

### H. Ramallah - Al-Bireh Zakat Committee

The Charity and Contribution Committee of Ramallah–al-Bireh and the Surrounding Area (*Lajnat al-Zakat wal-Sadaqaat Ramallah wal-Bireh wal-Liwaa*), more commonly known as the Ramallah–al-Bireh Zakat Committee, was established in 1978 and run by Hamas.[653] The Ramallah-al-Bireh Zakat Committee was designated by Israel as an Unlawful Association in 2002.[654] In a 1991 a letter from Hamas associates in the territories to Hamas fundraisers in the United States, the Ramallah-al-Bireh Zakat Committee's relationship to Hamas is described as, "all of it is ours."[655]

The Ramallah-al-Bireh Zakat Committee's role in Hamas terrorism was reported in the international press going back to the 1990s. In 1995, *Agence France Presse* reported on an Israeli

[651] Islam Online, "Sad Friday' Rallies Against Yassin Assassination," https://web.archive.org/web/20051130101706/www.islamonline.net/English/News/2004-03/26/article06.shtml.
[652] Letter dated November 28, 2002, from the German Intelligence Service (BND) to the German Ministry of the Interior in Berlin, Subject: Proscription Proceedings Al-Aqsa e. V Aachen, provided by Plaintiffs, marked pages AV-PL077825 – AV-PL077829. *See* other sample transfers at ABPLC006922 and ABPLC006933.
[653] "Ramallah al-Bireh Zakat," http://web.archive.org/web/20080312175815/www.zakatramallah.org/pages/whowas.html.
[654] AV-PL056686 – AV-PL057707.
[655] Elbarasse Search No. 22 (*See U.S. v. HLF*, 3:04-CR-240-G) cited in Testimony of Lara Burns, *U.S. v. HLF*, vol. 25, October 27, 2008.

army raid on the Committee's offices, charging that the Hamas "collect[s] money to support the armed struggle under the cover of charity, social or educational institutions."[656]

### 1. Shared Leadership

The committee was headed by Dr. Abd al-Qadir Abu Awad, a respected physician.[657] Omar Hamdan, a senior Hamas member, was a member of the Ramallah-al-Bireh Zakat Committee from at least 1989 until around 2000, at which time he moved to the Ramallah al-Islah Zakat Committee, which had split away from Ramallah-al-Bireh Zakat Committee in 1997.[658] It was co-founded by Hasan Yusuf Daud al-Khalil (better known as Hasan Yusuf) (also a board member), who was described in the international press as "a Hamas leader in the West Bank."[659] Most of its members were Hamas activists.

While the Ramallah-al-Bireh Zakat Committee was ostensibly headed by respectable figures, another Palestinian intelligence report listed its active members (including the charity's administrative director and accountant) and concluded that "all the aforementioned are considered Hamas activists and we have files on them."[660] After listing some of the charity's investments and programs, the report noted, "The committee is run by Hamas in a sophisticated manner. Its main activity is transferring funds from the 'outside' [funds raised abroad] into Hamas's coffers [in the West Bank]."[661]

Yet another Palestinian intelligence report features a table listing seven committee activists, including the committee's chairman.[662] Under the column for "affiliation," all seven are listed as Hamas members, and three are marked as having been arrested at one time or another by Palestinian security. In fact, the report notes that after one Hamas-affiliated committee member, Mahmud al-Rahmi, was arrested by Israel, and after other steps were taken against committee activists, its activities on behalf of Hamas decreased. "Our investigation of the Committee," the Palestinian intelligence report concluded, "made it clear that it was transferring funds from abroad to Hamas." These conclusions were apparently based on documents seized in their own raids, since the reports added, "We paid a surprise visit to the Ramallah office and confiscated a number of documents."[663]

---

656 "Israeli army raids Moslem charity," *Agence France Presse* (February 1, 1995).
657 C.S.S. Special Information Bulletin, Interpal, Part II, "Appendix A(2): The Ramallah-al-Bireh Charity and Contribution Committee," available online at https://www.terrorism-info.org.il/app/uploads/2021/11/intrpal.pdf.
658 Testimony of Avi, Israel Security Agency, *U.S. v. HLF*, vol. 27, October 29, 2008.
659 "The Palestinians, Faster track," *The Economist* (December 2, 1995). Moreover, Khalil is reported to have threatened that "Hamas attacks, including suicide bombings like the one June 1, at a Tel Aviv disco that killed 21 people, would continue." Matthew Kalman, "Plan gets Arafat's agreement CIA chief stays in Mideast to work on way to end violence," *USA Today* (June 13, 2001).
660 C.S.S. Special Information Bulletin, Interpal, Part II, "Appendix A(2): The Ramallah-al-Bireh Charity and Contribution Committee," available online at https://www.terrorism-info.org.il/app/uploads/2021/11/intrpal.pdf.
661 *Id.*; the activists listed in another Palestinian intelligence report were Husni Mohammad Abd al-Qadi Abu Awad (chairman); Darwish al-Zaban (al Zien); Mohammad Omar Hamdan; Aql Rabia; Nabil Abd al-Hadi Mustafa Mansour; Muhtadi Mahmoud Ibrahim Muslih; and Mahmoud Ahmad Abd al-Rahman al-Rahmi.
662 *Id.*
663 *Id.*; the activists listed in another Palestinian intelligence report were Husni Mohammad Abd al-Qadi Abu Awad (chairman); Darwish al-Zaban (al Zien); Mohammad Omar Hamdan; Aql Rabia; Nabil Abd al-Hadi Mustafa Mansour; Muhtadi Mahmoud Ibrahim Muslih; and Mahmoud Ahmad Abd al-Rahman al-Rahmi.

### 2. Ties to Hamas

The Palestinian General Intelligence noted in a report that the charity "supports the families of imprisoned and deported individuals" and that the "higher echelons of this society and others like it belong to Hamas, and some of them are movement [Hamas] activists."[664] Thus, the committee's expense report for November and December 2000 reveals that among the families who benefited from the committee's financial aid were several senior Hamas operatives, including Abd al-Aziz Arouri, Rafat Mohammad Awad, Mundhir Abd al-Jabbar, Murad Sakhafi, and Amad Atshan.[665] The expense report includes entries such as 10,000 Israeli shekels in "aid for a *shaheed* [martyr] family in Jericho"; 2,927 shekel to rent temporary office space for Beit al-Mal, the Hamas-run bank banned by Israel and the United States;[666] "aid to wounded/Ibrahim Muteir"; and "aid to family of *shaheed/Najwa al-Anati*."[667]

The Palestinian Authority has determined that the Ramallah-al-Bireh Zakat Committee transfers funds from abroad to Hamas.[668] The committee received funds from several Arab and non-Arab countries, specifically Qatar, Saudi Arabia, Kuwait, and the United Arab Emirates.[669] As a part of Operation Defensive Shield, the Palestinian Authority seized several documents from the Ramallah al-Bireh Zakat Committee, one of which was entitled, "Palestinian National Authority General Intelligence Ramallah and al-Bireh Government, Security Work Plan."[670] The document stated that the committee "has financial relations with several companies and banks. The most important are the Arab Bank, Jordan Bank, Beit al-Mal, Sunqrot Company, and al-Ajuli for Currency Exchange," as well as general relations "with the Islamic Movement inside the green line, as well as the Jerusalem Zakat committee, as it is its founder."[671]

In a letter dated November 28, 2002, the German Intelligence Service (BND) informed the German Ministry of the Interior in Berlin that it believed the Ramallah-al-Bireh Zakat Committee was part of Hamas.[672] The German intelligence service reported that its expert opinion was based on information available to the BND, including some of its own information as well as material from other countries intelligence services which the BND "subjected to review regarding its plausibility."[673] According to the BND:

---

[664] *Id.*

[665] C.S.S. Special Information Bulletin, Interpal, Part II, "Appendix A(2): The Ramallah-al-Bireh Charity and Contribution Committee," December 2004, available online at https://www.terrorism-info.org.il/app/uploads/2021/11/intrpal.pdf.

[666] U.S. Department of the Treasury, Office of Foreign Assets Control, Recent OFAC Actions, December 4, 2001, available online at https://ofac.treasury.gov/recent-actions/20011204.

[667] C.S.S. Special Information Bulletin, Interpal, Part II, "Appendix A(2): The Ramallah-al-Bireh Charity and Contribution Committee," December 2004, available online at https://www.terrorism-info.org.il/app/uploads/2021/11/intrpal.pdf.

[668] Exhibit PA No. 8, cited in Testimony of Lara Burns, *U.S. v. HLF*, vol. 25, October 27, 2008.

[669] *Id.*

[670] Exhibit PA No. 8, cited in Testimony of Avi, Israel Security Agency, *U.S. v. HLF*, vol. 25, October 27, 2008.

[671] *Id.*

[672] Letter dated November 28, 2002, from the German Intelligence Service (BND) to the German Ministry of the Interior in Berlin, Subject: Proscription Proceedings Al-Aqsa e. V Aachen, provided by Plaintiffs, marked pages AV-PL077825 – AV-PL077829.

[673] *Id.*

> The Zakat Committee of Ramallah is closely connected with HAMAS and therefore, as part of the social network, it is to be linked to the immediate sphere of influence of HAMAS. The following former leading members of the Zakat Committee of Ramallah are HAMAS members: Aqil Sulaiman Muhammad RABIA, Umar Muhammad Ahmad HAMDAN, Mahmud Ahmad Abd al-Rahman RAMHI and Nabil al-Hadi Mustafa MANSUR.[674]

### 3. Hamas-related Activities

The committee operated a Quran memorization center and used funds provided by Interpal, at least some of which were used to support families of suicide bombers.[675] Indeed, at the request of the National Group of Palestine Martyrs' Sons, the committee provided assistance to the families of martyrs, most of whom died in the early 1990s during attacks in Israel.[676] The Ramallah–al-Bireh Zakat Committee additionally funded a library at the Grand Mosque in el-Bireh, described by Israel as "a center for Hamas activity," while the Islamic Center in the Jenin refugee camp, tied to Palestinian Islamic Jihad, also ran a public library funded in part by Hamas.[677] The Ramallah-al-Bireh Zakat Committee has received funds from Interpal, PVOE, ASP, and CBSP.[678]

## I. Jenin Zakat Committee

Founded in 1984, the Jenin Zakat Committee, also known as the Jenin Charity Committee, was a charitable Hamas front organization that was a central part of Hamas's civilian infrastructure in the Jenin area.[679] It engaged in activities such as building and running hospitals and schools, which Hamas often used to radicalize youth and recruit supporters.[680] The Jenin Zakat Committee has also disbursed a substantial portion of its charity money to the families of suicide bombers.[681] During a Hamas-orchestrated speech at the aforementioned 1993 "Philadelphia Meeting," Muin Shabib, a Hamas operative, included the Jenin Zakat Committee in a list of Hamas-affiliated charities, referencing it as a West Bank Hamas charity that "built a hospital" and is "for the Islamists."[682] In February 2002, the Israeli government declared the Jenin Zakat Committee an Unlawful Association.[683]

---

674 Letter dated November 28, 2002, from the German Intelligence Service (BND) to the German Ministry of the Interior in Berlin, Subject: Proscription Proceedings Al-Aqsa e. V Aachen, provided by Plaintiffs, marked pages AV-PL077825 – AV-PL077829.

675 C.S.S. Special Information Bulletin, Interpal, Part II, December 2004, available online at https://www.terrorism-info.org.il/app/uploads/2021/11/intrpal.pdf.

676 *Id.*

677 *Id.*; C.S.S. Special Information Bulletin, the Union of Good, "Appendix B7," November 5, 2001, available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf .

678 *See* ABPLC009461 (Interpal), ABPLC009487 (PVOE), ABPLC009495 (ASP) and ABPLC009656 (CBSP).

679 C.S.S. "The Union of Good," Special Information Bulletin, Intelligence and Terrorism Information Center, February 2005, available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf.

680 *Id.*

681 *Id.*

682 Transcript of Dr. Muin Shabib, Philadelphia meeting, *U.S. v. HLF*, 3:04-CR-240-G, GX 016-0059.

683 AV-PL056686 – AV-PL057707.

### 1. Shared Operatives

Ahmed Salim Ahmed Salatna, who was the manager of the Jenin Zakat Committee during the Second Intifada period, was heavily involved with Hamas for a number of years. He was involved in transferring bomb-making materials for the preparations of explosives in 1992 and participated in a car bombing in 1993.[684] Nazia Abu Aoun, a senior Hamas activist, revealed in an interview conducted by the Israeli government that when he was in prison with Saltana, Saltana was a senior Hamas activist.[685] Iyyad Braham, the Hamas chief in the village of Siris, stated that in 1992 he had been appointed to this post by Saltana, the Hamas chief in Jebba.[686] Fathi Katit, a Hamas activist in Siris, revealed that Saltana had given him two manuals for the preparation of explosive charges.[687] Muhammad Radwan, also a Hamas activist, stated that in 1991 or 1992, Saltana, with whom he worked in the Jenin Zakat Committee, approached him and offered to recruit him into Hamas.[688] Radwan agreed to Saltana's proposal, and, under Saltana's guidance, distributed Hamas leaflets in Jenin's mosques.[689] Saltana was indicted and charged with membership in an unlawful association (Hamas). He pled guilty and was convicted of that charge on June 20, 2006.[690]

Fawaz Hamdan, who was active in both the Jenin Zakat Committee and the Hamas-funded al-Razi Hospital "was imprisoned for his activities in connection with Hamas, which included aiding fugitives and funding weapons purchases."[691] After being released in 1996, Hamdan was again arrested in 1997 for his Jenin Zakat Committee-related activities. He was released in February 1998 and was active with the Jenin Zakat Committee and the al-Razi Hospital.[692]

Nasser Khaled Ibrahim Jarrar, another former Jenin Zakat Committee member, was imprisoned during the 1980s for terrorist activity, including throwing firebombs at a border guard vehicle and a bus, rioting, and distributing leaflets.[693] He was arrested in May 1993 "for transferring weapons to Hamas recruits who subsequently conducted terrorist attacks."[694] He was detained for three months in April 1994 "for recruiting young men to the Hamas terrorist wing"

---

[684] Watson Memorandum, November 5, 2001, p. 34.

[685] *Id.* The author wrote in *The Wall Street Journal* on June 4, 2003, about Saltana's role in the Jenin Zakat Committee and his involvement in transferring bomb-making materials for the preparation of explosives in 1992, participation in a car bombing in 1993, and recruitment of young men working for the charity committee into Hamas. *See*, Levitt, Matthew, "Blood Money," *The Wall Street Journal*, June 4, 2003. *The Wall Street Journal* had previously reported that "The FBI says the head of the Jenin committee is Ahmed Salim Ahmed Saltana, a Hamas activist who allegedly participated in a 1993 car bombing" and that Israel and the FBI had labeled, among others, the Ramallah Zakat Committee and the Jenin Zakat Committee as "Hamas fronts" that "received funding from the Holy Land Foundation -- a key reason the U.S. decided to close Holy Land." Simpson, Glenn R., "U.S. Says Hamas Has Backers in EU --- Groups With Alleged Links Operate Openly --- Europe's Reluctance to Shut Charities Shows Divide With Washington," *The Wall Street Journal*, February 11, 2002.

[686] Watson Memorandum, November 5, 2001, p. 34.

[687] Watson Memorandum, November 5, 2001, p. 34.

[688] Watson Memorandum, November 5, 2001, p. 34.

[689] Watson Memorandum, November 5, 2001, p. 34.

[690] Revised Indictment of Ahamad Salim Ahmad Salatna, Court Case No. 4299/05, Claim No. 3257/05, provided by Plaintiffs, marked pages AV-PL075563 – AV-PL075564, June 20, 2006; Plea and verdict of Ahmed Salim Ahmed Salatna, provided by Plaintiffs, marked pages AV-PL075579 – AV-PL075590, June 20, 2006.

[691] Watson Memorandum, November 5, 2001, p. 35.

[692] *Id.* at pp. 35-36.

[693] *Id.* at p. 35.

[694] *Id.*

and again in January 1998 for "his connection to one of the suicide bombers in the 1994 terrorist attack against an Israeli bus in Afula, as well as his assistance to other Hamas operatives."[695] He was severely injured in May 2001 while trying to plant explosives for an attack, and was killed by the IDF on August 14, 2002.[696] He has been identified as an operative of the al-Qassam Brigades on its website.[697] Khalid Mishal, in an interview with *Al Hayat*, identified Jarrar as a martyred Hamas operative.[698]

Ibrahim Hassan Ali Jaber, another former Jenin Zakat Committee member, was placed under administrative arrest four times by Israel for being a senior Hamas member who led riots in the First Intifada.[699] While under arrest, Jaber admitted to having been Hamas's leader in the Jenin refugee camp, where he recruited activists and distributed leaflets.[700] He was also detained by the Palestinian Authority's General Intelligence from February to August 1996, in its attempt to contain Hamas's support structure, following a wave of Hamas suicide attacks.[701]

A number of other Jenin Zakat Committee members also had clear ties with Hamas. Zayd Mahmud al-Rahim Salameh Zakarneh is a Hamas activist who has served as the director of the Jenin branch of the PA Ministry of Muslim Endowments (Waqf).[702] Zakarneh was the chairman of the Jenin Zakat Committee in the early 1990s and throughout the Second Intifada period.[703] Zakarneh also wrote a letter to Interpal in which he thanked it for its financial support.[704] Nur al-Din Kamal Asad Tahaina, a former computer specialist for the Jenin Zakat Committee, was arrested in 1994 for aiding a Hamas suicide bomber who carried out an attack in the northern Israeli town of Afula. Tahaina was imprisoned again from January 1995 to January 1996 for "conducting Hamas activities."[705] Professor Khalid Said "Abu Hammam," is the former Jenin Zakat Committee President, and was detained for more than one year in 1991 for heading the Hamas administrative office in Jenin since 1988 and being a member of the Hamas administrative office for the northern West Bank region.[706]

---

[695] *Id.*
[696] Molly Moore, "Disabled Militant's Defiant Last Battle; Legless, 1-Armed Palestinian Dies Shooting," *The Washington Post*, August 15, 2002.
[697] Al Qassam Brigades Arabic website, available online at https://web.archive.org/web/20100226020224/http://www.alqassam.ps/arabic/sohdaa5.php?sub_action=sera&id=221.
[698] Ghassan Charbel, "The Khalid Mishal Interview (3)," al Hayat, December 5, 2003, available online (in English) at https://web.archive.org/web/20060209082110/http://english.daralhayat.com/Spec/12-2003/Article-20031231-ccc34157-c0a8-01ed-0076-de146376aa96/story.html.
[699] Watson Memorandum, November 5, 2001, p. 35.
[700] *Id.*
[701] *Id.*
[702] C.S.S. "The Union of Good," Special Information Bulletin, Intelligence and Terrorism Information Center, February 2005, available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf.
[703] *Military Prosecutor v. Zeid Mahmoud Abd al-Rahim Salame/Zakarneh*, Indictment, No. 2131/06.
[704] Letter from Sheikh Zakarneh to Interpal, January 12, 2001, *U.S. v. HLF*, GX Jenin Zakat-2, 3:04-CR-240-G.
[705] Watson Memorandum, November 5, 2001, p. 35.
[706] *Id.* at p. 36.

### 2. Hamas-Related Activities

As noted above, the Jenin Zakat Committee used many different types of institutions, such as hospitals, schools, and summer camps to spread Hamas's influence.[707] Hamas prizes its hospitals because it can use them to build grassroots support, procure chemicals necessary for making explosives and facilitate terrorist attacks. The al-Razi Hospital has received sizeable donations from HLF.[708]

Recruiting hospital workers such as doctors provides Hamas with valuable operatives. For example, as noted previously, Hamas recruited Mustafa Amjad, a doctor at the al-Razi Hospital (affiliated with the Jenin Zakat Committee), to use his freedom of movement as a medical professional to help infiltrate Hamas suicide bombers into Israel from the Jenin area. After his arrest in June 2002, Amjad confessed to helping Hamas terrorists enter Israel while delivering medicines in his professional capacity.[709]

The Jenin Zakat Committee also funded and supported the families of suicide bombers.[710] Hamas charity committees typically paid the rent for temporary housing for the families of suicide bombers whose homes were destroyed by Israeli forces (in an Israeli effort to press families to prevent their members from joining terrorist groups). The Jenin Zakat Committee, for example, in cooperation with the Committee for Humanitarian Aid in Israel and the Union of Good in Saudi Arabia (both Hamas-affiliated charities), designated a monthly sum of over $18,000 for one such rent project in 2003.[711]

The Jenin Zakat Committee has used educational institutions, such as schools and Koran memorization centers, to radicalize operatives and coordinate attacks. Jamal Abd al-Shamal Abu Hija, a senior terrorist operative in the Jenin area, simultaneously served as a supervisor for a Koran memorization center and a member of the Jenin Zakat Committee. Abu Hija "was in charge of groups responsible for sending terrorists into Israel to perpetrate suicide bombing attacks."[712] The Union of Good requested that the Jenin Zakat Committee formulate proposals for radicalizing

---

[707] Additionally, materials depicting members of Hamas – such as Hamas co-founders Sheikh Ahmed Yassin, and Abd al-Aziz al-Rantisi and suicide bomber Mahmoud Ali Alhilwa – have been found in committee offices (*see U.S. v. HLF*, 3:04-CR-240-G, GX Jenin Zakat – 3, 4 and 5).

[708] Watson Memorandum, November 5. 2001, p. 36.

[709] "Terrorists Misuse of Medical Services to Further Terrorist Activity," Israel Foreign Ministry, August 26, 2002, available online at https://embassies.gov.il/MFA/FOREIGNPOLICY/Terrorism/Palestinian/Pages/Terrorist%20Misuse%20of%20Medical%20Services%20to%20Further%20Te.aspx. *See also* Watson Memorandum, November 5, 2001.

[710] C.S.S. "The Union of Good," Special Information Bulletin, Intelligence and Terrorism Information Center, February 2005, available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf.

[711] C.S.S. Special Information Bulletin, "The Union of Good," available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf.

[712] *Id.* Hija's involvement in Hamas terrorism was hardly secret. For example, on August 27, 2002, the *Jerusalem Post* reported that "[Israeli] Security forces operating in the Jenin refugee camp yesterday arrested the senior Hamas military commander in Samaria, who was allegedly directly involved in planning and dispatching terrorists to carry out suicide bomb attacks that killed scores of Israelis and wounded hundreds. According to security officials, Sheikh Jamal el-Hija, 43, and his right-hand man, Aslam Salah Muhammad, 29, were in the midst of planning additional attacks to be carried out inside Israel as well as in Samaria." "IDF nabs top Hamas terrorist in Jenin camp," *The Jerusalem Post*, August 27, 2002.

summer youth camps.[713] Hamas has successfully used such camps to recruit and train new members. For example, as noted previously, in July 2003, a Gaza-based Hamas summer camp called "The al-Aqsa Intifada Martyrs Summer Camp" focused on the radicalization and indoctrination of Palestinian youth.[714]

### 3. International Links

The Jenin Zakat Committee has also been linked to HLF, which provided it with over $655,000 between May 1991 and December 2001.[715] It also received funding from other Hamas fundraising organizations including branches of the Al Aqsa Foundation, CBSP and Interpal.[716] Furthermore, Abd al-Rahim Nasrallah, a Hamas activist in Saudi Arabia, is reported to have been in direct contact with Zayd Mahmud Abd al-Rahim Salameh Zakarneh, former chairman of the Jenin Zakat Committee.[717] Both Zakarneh in Jenin and Nasrallah in Saudi Arabia arranged for the transfer of hundreds of thousands of dollars to Hamas through the Jenin Zakat Committee.[718]

## J. Al-Islah Charitable Society - Ramallah & Al-Bireh

The Al-Islah Charitable Association is a multi-branch charitable organization that was controlled by Hamas throughout the Second Intifada period**.** Its Ramallah branch was founded by Hamas military commander Jamal Tawil. Tawil readily acknowledged founding the Al-Islah charity as a purportedly legitimate front through whose accounts he could launder the monthly fund transfers he received from Hamas.[719]

Tawil's role in Hamas's terrorist violence was reported in the international press going back to the 1990s.[720] In 2000, *Agence France Press* reported on Hamas threats: "'Israel should

---

713 C.S.S. Special Information Bulletin, "The Union of Good," Appendix B(6), available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf.

714 MFA, "The Exploitation of Children for Terrorist Purposes." MFA Library, January, 2003, https://web.archive.org/web/20050315015531/http://www.mfa.gov.il/MFA/MFAArchive/2000_2009/2003/1/The+Exploitation+of+Children+for+Terrorist+Purpose.htm.

715 Jenin Zakat Committee Grant Report, *U.S. v. HLF*, GX 020-0005, 3:04-CR-240-G. AV-PL013129-30. Between 1996 and 1999, HLF transferred at least $25,750 to Jenin's account at Cairo Amman Bank. See AV-PL000213, AV-PL000223, AV-PL015028, AV-PL015035.

716 Letter from Zayd Mahmud al-Rahim Salameh Zakarneh dated December 1, 2001, *U.S. v. HLF*, GX Jenin Zakat - 2, 3:04-CR-240-G.

717 "The Union of Good," Special Information Bulletin, Intelligence and Terrorism Information Center at the Center for Special Studies, Israel, February 2005, available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf.

718 "The Union of Good," Special Information Bulletin, Intelligence and Terrorism Information Center at the Center for Special Studies, Israel, February 2005, available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf; *see also* Matthew Levitt, "A Hamas Headquarters in Saudi Arabia?" PolicyWatch 3521, The Washington Institute for Near East Policy.

719 Typologies And Open Source Reporting On Terrorist Abuse Of Charitable Operations In Post-Earthquake Pakistan And India, U.S. Department of the Treasury, available online at https://web.archive.org/web/20111026070326/http://www.treasury.gov/resource-center/terrorist-illicit-finance/Documents/charities_post-earthquake.pdf (page 3).

720 *See, e.g.*, Dana Budeiri, "Report: Palestinians likelier to detain without trial than Israel," *Associated Press* (February 4, 1999).

remember the suicide attacks led by Hamas after the massacre,' Hamas leader Jamal Tawil told movement members assembled in Ramallah."[721]

### 1. Shared Leadership

During the Second Intifada period, Al-Islah's administrative board was made up of senior Hamas leaders in the greater Ramallah area. Members of Al-Islah's administrative board had to be frequently replaced, because many of them were arrested by Israeli security services for their Hamas activities. Among the members of Al-Islah's administrative board at that time were a future Hamas member of the Legislative Council who also served as the local mayor,[722] and three Hamas leaders who were deported to Lebanon (Marj al-Zuhur) in the early 1990s.

The Union of Good conducted its activities in the central West Bank through the Al-Islah Charitable Association in Ramallah.[723]

### 2. Hamas-Related Activities

According to the Israeli government, the Al-Islah Charitable Association distributed money to the families of suicide bombers and prisoners in Palestinian and Israeli jails.[724] An analysis of Israeli intelligence figures reflects that during the three days of the Muslim holiday Eid al-Fitr in 2001, 46% (approximately $42,295) of the Al-Islah Charitable Association's disbursements were directed to supporting terrorists and their families, compared to 43% ($39,537) for social welfare institutions. Extrapolating this data over a one-year period suggests that the Al-Islah Charitable Association's annual expenses would amount to $508,265 for the support of terrorists and their families, and $474,450 for Hamas social welfare institutions.[725] Al-Islah was also intimately related to the Union of Good, as a 2001 letter from the Union of Good to the committee attests. The letter asks the committee to prepare a report and media survey regarding

---

[721] "Hamas threatens violence against Israel if holy sites damaged," *Agence France Presse* (August 18, 2000).

[722] Jamal al-Tawil served as Mayor of al-Bireh, representing Hamas. *See* Toameh, Khled Abu, IDF arrests two Hamas commanders in West Bank, *The Jerusalem Post*, July 9, 2020, available online at https://www.jpost.com/middle-east/idf-arrests-two-hamas-commanders-in-west-bank-634499.

[723] "The Union of Good," Special Information Bulletin, Intelligence and Terrorism Information Center at the Center for Special Studies, Israel, February 2005, available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf.

[724] C.S.S. Special Information Bulletin, Interpal Part I, December 2004, available online at h https://www.terrorism-info.org.il/app/uploads/2021/11/intrpal.pdf ; C.S.S. "The Union of Good," Special Information Bulletin, Intelligence and Terrorism Information Center, February 2005, available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf.

[725] C.S.S. Special Information Bulletin, Interpal, Part I, "Appendix B: Interpal Transfer of Contributions to the Designated Hamas-Affiliated Al-Islah Charitable Society, Both the Ramallah-Al-Bireh and Bethlehem Branches—Another Test Case Examining Interpal's Connections with One of Hamas' Leading Institutions in the PA-Administered Territories," December 2004, available online at https://www.terrorism-info.org.il/app/uploads/2021/11/intrpal.pdf; *see also* C.S.S. Special Information Bulletin, Interpal Part III, December 2004, available online at https://web.archive.org/web/20050305124906fw_/http://www.intelligence.org.il/eng/sib/12_04/images/jan17_05.pdf. Data received in New Israeli Shekels (NIS) and converted into American dollars using the exchange rate of 4.08 NIS=1 US$; for conversion rate, *see* Central Intelligence Agency, "Exchange Rates," World Factbook, https://web.archive.org/web/20040109074340/http://www.umsl.edu/services/govdocs/wofact2001/fields/exchange_rates.html.

aid to Palestinian families and support of the Palestinian consumer and lists as benefactors, *inter alia*, Interpal and many branches of Al-Aqsa, including Al-Aqsa Germany.[726]

Jamal Tawil served as head of a Hamas prisoners committee responsible for supporting the families of Hamas prisoners and providing petty cash to the prisoners themselves. According to the indictment handed down against him by the Israeli government, Tawil sent Hamas inmates instructions to have bank accounts opened for them into which Hamas could deposit funds. Following several failed attempts to get a license from the PA for his prisoners committee, and on the recommendation of other Hamas political leaders, Tawil founded a branch of the Al-Islah Charitable Association in Ramallah "to camouflage the activities of the prisoners committee and to enable it to expand and receive donations from Islamic charitable societies abroad."[727]

The Al-Islah Charitable Association also emphasized indoctrination activities. A letter written by the charity to the Union of Good expressing gratitude for the support it provided to Hamas summer camps was found in the Al-Islah Charitable Association in February 2003. The Al-Islah Charitable Association report for the year 2000 included a picture of two Hamas activists holding a sign thanking Interpal.[728]

### 3. International Links

Israeli authorities arrested Jamal Tawil in 2002. During his post-arrest interrogation, he revealed that he had received funds from Hamas political leaders in Syria and Lebanon on a monthly basis through the Al-Islah Charitable Association. In the course of the interrogation, Tawil stated that beginning in March 1998, Abu Ahmad (believed to be Ismael Srour, head of Hamas's propaganda bureau in Lebanon) sent him monthly bank transfers of $12,000 for Hamas-related activities – first into his personal account and later into the Al-Islah Charitable Association account, the Hamas-related charity that Tawil ran.[729] Tawil used the charity to launder funds for the al-Qassam Brigades suicide bombings he helped plan, including the attack in Jerusalem's Ben-Yehuda pedestrian mall in December 2001 that killed 11 people and wounded 180.[730]

In a letter dated November 28, 2002, the German Intelligence Service (BND) informed the German Ministry of the Interior in Berlin that it believed the Al Islah Charity Committee was part

---

[726] "Comité de Bienfaisance et de Secours aux Palestiniens (CBSP): A French Hamas-Affiliated Fund Which Provides Financial Support for Hamas Institutions in the PA-Administered Territories, Part A: Background Information About Hamas's Terrorism-Funding Apparatus and its Civilian Infrastructure (da'wah)," Appendix C(1), March 2005, available online at https://web.archive.org/web/20051120181924fw_/http://www.intelligence.org.il/eng/sib/4_05/cbsp_e4.htm.

[727] Indictment of Jamal Tawil, file #3559/02, November 9, 2003, cited in "Interpal, Part II," Special Information Bulletin, Intelligence and Terrorism Information Center at the Center for Special Studies, Israel, December 2004, available online at https://www.terrorism-info.org.il/app/uploads/2021/11/intrpal.pdf.

[728] C.S.S. Special Information Bulletin, The Union of Good, "Appendix D: The Transfer of Funds from the Union of Good to the Hamas-Affiliated Ramallah al-Bireh al-Islah Charitable Society," February, 2005. Available online at https://www.terrorism-info.org.il/Data/pdf/PDF1/FEB22_05_680981780.pdf.

[729] Indictment of Jamal Tawil, file #3559/02, November 9, 2003, cited in "Interpal, Part II," Special Information Bulletin, Intelligence and Terrorism Information Center at the Center for Special Studies, Israel, December 2004, available online at https://www.terrorism-info.org.il/app/uploads/2021/11/intrpal.pdf.

[730] Israeli Security Forces Seize Palestinian Terrorist Assets Held in Banks Across the West Bank, February 25, 2004, Intelligence and Terrorism Information Center at the Center for Special Studies, Israel, https://web.archive.org/web/20040604045532fw_/http://www.intelligence.org.il/eng/c_t/ris_4_04.htm.

of Hamas. The German intelligence service reported that its expert opinion was based on information available to the BND, including some of its own information as well as material from other countries' intelligence services which the BND "subjected to review regarding its plausibility." According to the BND:

> The association Jam'iyat al-Islah / Al-Islah Charitable Society is directly associated with HAMAS. President of the association, until he was arrested by Israel, was Jamal AL-TAWIL, known as a leading HAMAS member. In the winter of 2001/2002, the association was banned by the Palestinian Authority upon accusations of HAMAS membership. On the premises of the "Welfare Committee" of the association's branch in Ramallah was found a list of HAMAS activists some of whom died as "martyrs" and for whose families requests were made for financial support from donations received by the association. Among the names of the listed activists is also the name of Dia' Hussain Muhammad TAWIL who died as the originator of a suicide attack on March 27, 2001 in Jerusalem.[731]

Among the documents seized by the IDF from the charity's office was a receipt dated January 15, 2001, for a donation that was printed on Interpal stationary and signed by Jamal Tawil.[732] Another document found at the Al-Islah Charitable Association in Bethlehem documented donations for thousands of dollars earmarked for the families of martyrs from the Al-Aqsa Foundation's offices in Germany, Holland, and South Africa.[733]

### K. Beit Fajar Zakat Committee

Beit Fajar is a small town south of Bethlehem. The Israeli government designated the Beit Fajar Zakat Committee (Charitable Society) an Unlawful Association on February 28, 2005, because of its connections to Hamas. Even before the Israeli designation, Palestinian intelligence reported similar concerns about the Beit Fajar Zakat Committee. The head of the charity was Dr. Issa Thawabtah (discussed above), a senior Hamas activist arrested first by Palestinian and later by Israeli authorities. Dr. Thawabtah previously served as the head of another Hamas front, the al-Islah Charitable Society, but left in February 2001 and was replaced at al-Islah by Sheikh Anwar Zaboun, another Hamas activist from the nearby town of Beit Sahour. Palestinian security officials assessed that "an office of the Beit Fajar Charitable Society in Bethlehem was opened as a result

---

[731] Letter dated November 28, 2002, from the German Intelligence Service (BND) to the German Ministry of the Interior in Berlin, Subject: Proscription Proceedings Al-Aqsa e. V Aachen, provided by Plaintiffs, marked page AV-PL077825 – AV-PL077829.

[732] "Interpal, Part III," Special Information Bulletin, Intelligence and Terrorism Information Center at the Center for Special Studies, Israel, December 2004, available online at https://web.archive.org/web/20050305124906fw_/http://www.intelligence.org.il/eng/sib/12_04/images/jan17_05.pdf.

[733] Document No. 2, December 2, 2000, cited in "An Important Step in the Struggle against the Financing of Terrorism from Europe: A German Court Upholds a Government Decision to Outlaw the German Office of the Al-Aqsa Charitable Foundation, Used by Hamas as a Front for Fundraising," Special Information Bulletin, Intelligence and Terrorism Information Center at the Center for Special Studies (C.S.S.), December 2004, available online at https://www.terrorism-info.org.il/Data/pdf/pdf3/JAN13_05_1093557097.pdf. *See also* ABPLC215842. Al Islah also has received funds from HLF (ABPLC211490) and Interpal (ABPLC212301).

of intense pressure exerted by Dr. Issa Thawabtah and because Dr. Issa Thawabtah plays a central role in bringing [in] support funds to Hamas institutions in Bethlehem."[734]

Palestinian authorities had no doubt about the Hamas connections of the Beit Fajar Zakat Committee.[735] In fact, Palestinian intelligence officers documented a disagreement between Dr. Thawabtah and another Hamas leader over the allocation of Hamas funds in the Bethlehem area, and over who should be the point of contact with foreign charities. According to a Palestinian intelligence report, the other Hamas leader (Ghasan Isa Muhammad Harmas) argued that decisions about how to spend funds received from foreign charities "is exclusively the business of the Hamas directorate in Bethlehem," which Harmas heads. Responding to Dr. Thawabtah's complaint that his charity received less than its share of funding, Harmas asserted, "I distribute the money as I see fit."[736]

In a letter dated November 28, 2002, the German Intelligence Service (BND) informed the German Ministry of the Interior in Berlin that it believed the Beit Fajar Zakat Committee was part of Hamas. The German intelligence service reported that their expert opinion was based on information available to the BND, including some of its own information as well as material from other countries' intelligence services which the BND "subjected to review regarding its plausibility." According to the BND:

> The Zakat Committee of Beit Fajar is under the control of HAMAS and therefore, being part of the social network, is directly associated with HAMAS. The members of the Zakat committee's leadership: Is Muhammad Khalil THAWABTA, Kamal Said Rashid DIRIYA, Muhammad Jum's Aqil THAWABTA and Husain Musa Jum'a DIRIYA are members of HAMAS.[737]

### L. Al-Ansar Charity Association (Al-Ansar)

Al-Ansar is a Gaza-based and PIJ-affiliated association that is closely tied to Hezbollah and Iran. Nasser Al Sheikh Ali (Al Sheikh Ali) long served as Al-Ansar's director. On its website, during the relevant period, al-Ansar identified its accounts with both Cairo Amman Bank and Arab Bank.[738] The website also expressed its goals explicitly:

> Al-Ansar opens its doors to the families of martyrs who seek it in order to register their martyrs, who, with their noble blood, have watered the pure soil of Palestine, drawing thereby the features and portrait of the coming freedom and the coming

---

[734] C.S.S. Special Information Bulletin, Spotlight on a Hamas Dawah Institution in the West Bank, January 22, 2005, available at https://www.terrorism-info.org.il//Data/pdf/PDF1/JAN22_05_133001866.pdf.
[735] *Id.*
[736] *Id.*
[737] Letter dated November 28, 2002, from the German Intelligence Service (BND) to the German Ministry of the Interior in Berlin, Subject: Proscription Proceedings Al-Aqsa e. V Aachen, provided by Plaintiffs, marked pages AV-PL077825 – AV-PL077829.
[738] AV-PL095268 – AV-PL095293. Plaintiffs' counsel have advised me that they have not received any bank records for al-Ansar's accounts with Cairo Amman Bank. If such records are produced in the future, I reserve the right to supplement my report.

> dawn. Al-Ansar follows their path and shares with their families and their parents the grief, the burden and the hope.

The association was designated by the Israeli government in October 2003 and as an SDGT by the U.S. Department of the Treasury on October 27, 2023 "for having materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services in support of, the U.S.-designated Martyrs Foundation, Hamas, and PIJ." The U.S. government found that:

> The Iranian Bonyad Shahid, also known as the Martyrs Foundation, which was designated in 2007, provides millions of dollars through the Gaza-based and PIJ-affiliated Al-Ansar Charity Association (Al-Ansar) for the families of terrorists affiliated with Hamas and PIJ. Al-Ansar claims to provide funds to families affiliated with these terrorist groups as an extension of Iranian support to the Palestinian people, but the funding ultimately serves as a recruiting tool for terrorist activities.[739]

Al-Ansar's active role in providing payments to the families of so-called "martyrs" killed in the course of the Second Intifada was not concealed but affirmatively advertised, as exemplified by an advertisement in the Palestinian newspaper, *Al-Hayat Al-Jadida* from May 15, 2001, which stated:

> The Al-Ansar Charitable Society calls on the honorable families of the martyrs of the Al-Aqsa Intifada to arrive at the Society's office in Al-Nasr Street, opposite the Exemplary Islamic Al-Nasr School, in order to receive their allocations. The Society asks the honorable families of the martyrs in the West Bank districts to provide it with [copies of] official records it had already requested in its last notice. The [copies of the] official records should be sent to box office number 1331 in the post office in Omar al-Mukhtar Street before May 25, so that the Society would be able to distribute their allocations in the specified date. The following are the official records:
>
> > 1) A copy of the martyr's Identification Card and, if possible, a personal photo of the martyr.
> > 2) A copy of the beneficiary's Identification Card.
> > 3) A copy of the Death Certificate.
> > 4) [A copy of] the martyr's sons' Birth Certificates, if possible.[740]

Based on the information currently available to me, in my professional opinion, the al-Ansar Society was not controlled by Hamas during the relevant period or today, but served as a

[739] https://home.treasury.gov/news/press-releases/jy1845#:~:text=Al-Ansar Charity Association is,Foundation%2C Hamas%2C and PIJ.
[740] AV-PL098494 – AV-PL098496.

conduit for Iranian and Hezbollah funds dedicated to supporting the families of Palestinian terrorists, including (if not predominantly) the families of Hamas "martyrs" and "prisoners."[741]

## VIII. CONCLUSIONS

The overt, social welfare activity of Hamas – an Israeli, U.S. and European Union designated terrorist organization – provides the grassroots foundation for the movement's political, social, and terrorist activities. Indeed, and as described above, there is ample evidence for the role of Hamas social institutions in the terror activities directed and authorized by Hamas leaders and commanders. These activities amplify, enable, and accelerate Hamas's overall ability to engage in incitement, recruitment, and logistical and operational support for weapons smuggling, reconnaissance, and terror attacks. Hamas's social welfare institutions also provide day jobs for field commanders, shelter fugitive operatives, and create an environment conducive to radicalizing and recruiting a steady stream of new members, operatives and supporters.

In my professional opinion, Hamas is an outgrowth and ideological and political offshoot of the Muslim Brotherhood movement generally, and of precursor institutions in the Palestinian territories specifically, which operate through a variety of institutions, including mosques and social service institutions, to carry out its various activities, as well as to achieve political and ideological influence over large segments of the Palestinian population.

In my professional opinion, Hamas succeeded during the years before and during the Second Intifada in obtaining adequate funding and financial support for its various activities (including acts of terrorism) through a variety of fundraising operations. An international network of fundraising organizations that supported Hamas facilitated this financial support activity, two of the most important of which were HLF and the Union of Good, as discussed above.

[741] See, e.g., AV-PL087996 (page from the Shahid Palestine (Martyrs Foundation) Website indicating payments made to a list of so-called "Martyrs" that includes the suicide bomber responsible for the March 27, 2002, attack on the Park Hotel in Netanya) and AV-PL088920 (same, listing payment to Taher Jarari'a, who was involved in the same March 27, 2002 attack.)

Dr. Matthew Levin                                                  Date July 8, 2024

# Exhibit 1

# Matthew Levitt, Ph.D.

1111 19th Street, NW, suite 500, Washington, DC 20036 * mlevitt@washingtoninstitute.org

**Experience:**

**The Washington Institute for Near East Policy** — Washington, DC
*Fromer-Wexler Fellow*
*Director of the Reinhard Program on Counterterrorism & Intelligence* — 2007- Present
- Write, lecture and consult on terrorism, intelligence, the Middle East and U.S. policy

**Georgetown University** — Washington, DC
*Adjunct Professor*, Edmund A. Walsh School of Foreign Service — Fall 2017-Present
*Andrew H. Siegel Professor in American Middle Eastern Foreign Policy, CJC* — 2021-2022
- Teach undergraduate course on "Combating Terrorist Financing 20 Years after 9/11"
- Co-taught graduate course on "Combating the Financing of Transnational Threats"
- Awarded "Faculty & Staff Career Champion 2022 Award" — Sep. 2022

**U.S. Department of the Treasury** — Aug 2023-Present
Consultant, Terrorist Financing Targeting Center (TFTC)
- Part time consultant within office of Terrorism & Financial Intelligence/Terrorist Financing & Financial Crime
- Conduct review of TFTC practices and strategy to develop policy guidance & framework to measure success

**Combating Terrorism Center, U.S. Military Academy at West Point**
*Instructor, External Education Program* — May 2008 – 2013
- Teach a variety of counterterrorism courses for CTC's external education program

**Johns Hopkins University, Paul H. Nitze School of Advanced International Studies (SAIS)**
*Professorial Lecturer in International Relations – Strategic Studies* — Washington, DC
- Teach graduate course entitled "Combating the Funding of Transnational Threats" — 2007 - 2012
- Teach graduate course entitled "Contemporary Terrorism & the American Response" — 2004 – 2005

**U.S. Department of State, Special Envoy for Middle East Regional Security** — Washington, DC
*Counterterrorism Advisor (part time, Temporary Government Employee)* — Feb 2008 – April 2009
- Advise Special Envoy General (ret) James Jones and staff on counterterrorism and intelligence issues
- Contribute to team's assessment of Palestinian/Israeli security sector and help draft final report

**U.S. Department of the Treasury** — Washington, DC
*Deputy Assistant Secretary for Intelligence and Analysis* — 2005- 2007
- Senior Executive Service (SES) manager within Terrorism and Financial Intelligence branch
- Deputy Chief of the Office of Intelligence and Analysis, one of the 16 US intelligence agencies

**The Washington Institute for Near East Policy** — Washington, DC
*Senior Fellow and Director of Terrorism Studies* — 2001- 2005
- Direct Terrorism Studies Program; write, lecture and consult on terrorism, the Middle East and U.S. policy

**Johns Hopkins University, Zanvyl Krieger School of Arts and Sciences**
*Lecturer* — Washington, DC
- Taught graduate course on "Contemporary Terrorism and the American Response" — Summer 2005

**National Commission on Terrorist Attacks Upon the United States** — Washington, DC
*Consultant for the 9/11 Commission* — April-May, 2003
- Consulted for the 9/11 Commission on al Qaeda and transnational terrorism

**Federal Bureau of Investigation,** International Terrorism Intelligence Unit — Washington, DC
*Intelligence Research Specialist* — 1998 - 2001
- Provided tactical and strategic analysis in support of FBI counterterrorism operations

**The Washington Institute for Near East Policy** — Washington, DC
*Soref Fellow* — 1998
- Analyst focused on the Middle East peace process, terrorism and Palestinian politics and society

**The Program on Negotiation at Harvard Law School** — Cambridge, MA
*Graduate Research Fellow* — 1997-1998
- Doctoral fellowship to pursue field research in the Middle East and commence writing of doctoral thesis

**Additional Affiliations:**

- Member, Activating the Financial Sector, Eradicate Hate Summit (September 2023-present)
- Member, State Threats Task Force, Royal United Services Institute (RUSI) (2022-present)
- Member, International Scientific Advisory Committee, The Middle East & North Africa Journal on Violence and Extremism, MENAVEX, Moroccan Observatory on Extremism & Violence (2022-present)
- Member, Community Security Initiative (CSI) advisory board member (2020-present)
- Member, RESOLVE Network Research Advisory Council (March 2019-March 2021)
- Advisory Board member, Centre for Financial Crime and Security Studies, Royal United Services Institute (RUSI), (August 2017-present)
- Member, Board of Advisors, Foundation for Defense of Democracies, Center on Economic and Financial Power (formerly Center on Sanctions and Illicit Finance) (2015 -present)
- Member, Atlantic Council Counterterrorism Study Group, 2021-present
- Academic Advisory Board Member, Emirati Center for Strategic Studies and Research (ECSSR), Jan 2015-Jan 2017
- Associate Fellow, The Henry Jackson Society (2016-2017)
- Senior Fellow, Homeland Security Policy Institute, The George Washington University (2009-2015)
- Member, The Council on Foreign Relations (Life member 2011-present; Term Member 2005-2010)
- Associate Fellow, Combating Terrorism Center (CTC) at U.S. Military Academy at West Point (2007-2012)
- Advisory Board Member, Institute for Counter-terrorism (ICT), Israel
- Advisory Board Member, ICT Working Paper Series, Institute for Counter-terrorism (ICT), Israel
- Former advisory Council Member, International Centre for Political Violence & Terrorism Research (ICPVTR), Singapore
- Member, Middle East Strategy at Harvard (MESH), John M. Olin Institute for Strategic Studies at Harvard University (2008-2009)
- Member, Working Group on "Containing a Nuclear Iran," Saban Center at the Brookings Institution (2010-2011)
- Member, Counterterrorism and Intelligence Task Force, Homeland Security Policy Institute, The George Washington University (2011)
- Member, Advisory Committee for production of the Council on Foreign Relations Special Report "Yemen: Meeting the Challenge" (2011)
- Member, Crisis in Middle East Task Force, Saban Center at the Brookings Institution (2008)
- Member, Council on Foreign Relations Task Force on Terrorist Financing (2005)

**Education:**

**Tufts University, The Fletcher School of Law and Diplomacy** — Medford, MA
- Ph.D. in International Relations (Terrorism and Conflict Resolution) — May 2005
  ~ Passed Ph.D. Oral Exam with Distinction
- Master of Arts in Law and Diplomacy (M.A.L.D.) — May 1995
  ~ Concentrations: Negotiation and Conflict Resolution, International Security Studies, the Middle East

**Yeshiva University** — New York, NY

- BA *cum laude* in Political Science June 1992

**Selected Honors/Awards:**

- Faculty & Staff Career Champion 2022 Award, Georgetown University, September 2022
- Andrew H. Siegel Professorship in American Middle Eastern Foreign Policy, Georgetown University, 2021-2022
- U.S. Embassy Expert Speaker Grant, U.S. Embassy Berlin, May 2019
- Certificate of Appreciation, United States Secret Service, 2015
- Certificate of Recognition, U.S. Departments of Justice and State and the International Institute for Justice and the Rule of Law, October 2015
- U.S. Marine Corps Forces Cyber Command, Letter of Appreciation, April 3, 2013
- U.S. Department of Justice, Federal Bureau of Investigation, Certificate of Appreciation, March 22, 2103
- U.S. Department of State "Counter-Terrorism Policy" Speaker Grant (lectures in Germany), January 2010
- Ministry of Interior, Kingdom of Bahrain, Award Certificate, February 25, 2009
- *Hamas: Politics, Charity and Terrorism in the Service of Jihad* selected as a 2007 Top Seller in Politics and Law as compiled by YBP Library Service
- *Hamas: Politics, Charity and Terrorism in the Service of Jihad* selected as a 2007 AAUP University Press Book for Public and Secondary School Libraries
- Exceptional Service Award, U.S. Department of the Treasury, January 2007
- Senior Executive Service (SES) Award, U.S. Department of the Treasury, December 2006
- Certificate of Appreciation, United States Central Command Directorate of Intelligence, February 2006
- Selected by CNN as one of "The 2005 New Guard: Washington's Next Generation of Newsmakers," April 2005
- European Union Visitors Program (EUVP) 2005
- Certificate of Commendation, U.S. Attorney Office, District of Idaho, Department of Justice, December 2004
- Visiting Scholar, The Paul H. Nitze School of Advanced International Studies (SAIS), Johns Hopkins University, March 2003
- U.S. Department of State Speaker and Specialist Grant (lectures in Austria), January 2003
- U.S. Department of State Speaker and Specialist Grant (lectures in Lithuania), April 2002
- Letter of Commendation from Deputy Assistant Director (3), Federal Bureau of Investigation, July 2000, August 2000, July 2001
- Time Off Award (2), Federal Bureau of Investigation, April 2000, April 2001
- Performance Awards (2), Federal Bureau of Investigation, December 1999, November 2000
- Special Act or Service Award, Federal Bureau of Investigation, September 1999
- Graduate Research Fellow, The Program On Negotiation at Harvard Law School, 1997-1998
- International Security Studies Fellow, International Security Studies Ph.D. Dissertation Fellowship, The Fletcher School of Law and Diplomacy, 1996-1997

**Court Testimony:**

- Qualified as an expert witness and provided expert testimony in several U.S. federal court criminal proceedings, including US v. Mohamed Yousef Hammoud, et al (Western District of North Carolina, June 2002); US v. Fowad Assed (Eastern District of New York, March 2003); US v. Fawaz Damrah (Northern District of Ohio, June 2004); US v Mohammed Ali Hassan Al Moayad (Eastern District of New York, February 2005); US v Sami Amin Al Arian et al (Middle District of Florida, 2005); US v Mousa Abu Marzook et al (Northern District of Illinois, Eastern Division, November 2006); US v Holy Land Foundation for Relief and Development et al (Northern District of Texas, Dallas Division, July 2007); US v Muhamed Mubayyid et al (District of Massachusetts,

December 2007); US v Holy Land Foundation for Relief and Development et al (Northern District of Texas, Dallas Division, September 2008 retrial); Soussi v. Napolitano et al (Eastern District of California, August 2009); US v Mahmoud Reza Banki (Southern District of New York, May 2010); US v Defreitas et al (Eastern District of New York, July 2010); US v Vaghari (Eastern District of Pennsylvania, February 2011); Atalla v. USCIS et al (District of Arizona, April 2011); US v Ibrahim (Eastern District of New York, May 2011); US v Allouche (Western District of Texas, February 2015); US v Tsarnaev, (District of Massachusetts, March 2015); US v Abdul Khabir Wahid (District of Arizona, February 2019); US v Ali Kourani (Southern District of New York, May 2019); US v Alexei Saab (Southern District of New York, April 2022); US v Nizar Trabelsi (District of Columbia 2023)

- Testified in deposition (in last 4 years) in several cases, including 03 MDL 1570 Plaintiffs v Kingdom of Saudi Arabia et al (Southern District of New York, April 2021); Blanco v Seaboard Marine, LTD (Southern District of Florida, March 2022)

- Testified as expert witness in foreign terrorism cases: Denmark v Al Aqsa Foundation et al (Copenhagen City Court, Courts of Law of the Kingdom of Denmark, December 2007); CBSP v. S. Samuels (Court of Appeals, Paris, France, 2008); Denmark v "Fighters + Lovers," (Copenhagen City Court, Courts of Law of the Kingdom of Denmark, September 2008); HMA v Nasserdine Menni (Scottish High Court of Judiciary, Glasgow, June 12, 2012); HMA v Yousef Badri (Scottish High Court of Judiciary, Glasgow, September 2015); Peru v Muhamad Ghaleb Hamdar (National Criminal Court, Peru, June 2019).

- Served as expert witness in several terrorism-related Immigration Court proceedings in the United States and Canada.

- Served as expert witness in several U.S. civil terrorism cases, including Stanley Boim et al v. Quranic Literacy Institute et al (Northern District of Illinois, Eastern Division, December 2004); Gates v. Syria (United States District Court for the District of Columbia, January 2008); Amduso v Sudan (United States District Court for the District of Columbia, October 2010); Wultz et al v Islamic Republic of Iran et al (United States District Court for the District of Columbia, February 2012); Wyatt v Syria (United States District Court for the District of Columbia, August 2012); Linde et al v. Arab Bank (Eastern District of New York, August 2014); Fraenkel v. Iran (United States District Court for the District of Columbia, December 2016); Fritz v Iran (United States District Court for the District of Columbia, April 2018); Hirshfeld v Iran (United States District Court for the District of Columbia, April 2018); Force v Iran (United States District Court for the District of Columbia, October 2018); Karcher v Iran (United States District Court for the District of Columbia, December 2018); Sotloff et al v Syria (United States District Court for the District of Columbia, June 2020); Henkin v Iran (United States District Court for the District of Columbia, January 2021); Soto v Iran (United States District Court for the District of Northern Illinois, May 2021)

- Provided expert reports in criminal and civil terrorism cases, in U.S. and foreign jurisdictions, related to terrorism, weapons proliferation, and Iran sanctions violation cases.

**Publications:**

***Books:***

- *Hezbollah: The Global Footprint of Lebanon's 'Party of God'* (Georgetown University Press/Hurst Publishers, 2013, 2024)

  ~Available in Spanish as *Hezbola: Las huellas en el mundo del parido de dios* (Buenos Aires: Hojas del Sur, 2015)

- *Negotiating under Fire: Preserving Peace Talks in the Face of Terror Attacks* (Lanham, MD: Rowman & Littlefield, 2008)

- *Hamas: Politics, Charity and Terrorism in the Service of Jihad*, (New Haven: Yale University Press, 2006)

  ~ Available in Spanish as *Hamas: Politica, Beneficencia Y Terrorismo Al Servicio De La* Yihad (Barcelona: Belacqva, 2007)

  ~ Available in Polish as *Hamas: Polityka, dobroczynność i terroryzm w służbie dżihadu* (Krakow: Jagiellonian University Press, 2008)

- *The Impact of Acute Security Crises on the Process of Ongoing Negotiations: Lessons from the Palestinian-Israeli Peace Process, 1993-1996* (Ph.D. dissertation, The Fletcher School of Law & Diplomacy at Tufts University, 2005)

- *Targeting Terror: US Policy toward Middle Eastern Terrorist Groups and State Sponsors in the War on Terror* (Washington, DC: The Washington Institute for Near East Policy, 2002)

***Monographs:***

- *Is Iran Looking to Inspire Shia Homegrown Violent Extremist Attacks?* Co-authored with Moustafa Ayad, (Washington, D.C.: The Washington Institute for Near East Policy, Policy Note 134, June 12, 2023)

- *U.S. Counterterrorism Reimagined: Tracking the Biden Administration's Efforts to Reform How America Addresses Violent Extremism* (Washington, D.C.: The Washington Institute for Near East Policy, Policy Focus 177, September 2022)

- *Rethinking U.S. Efforts on Counterterrorism: Toward a Sustainable Plan Two Decades after 9/11*(Washington, D.C.: The Washington Institute for Near East Policy, March, 2021)

- *A Blurred Line between Civil Society and Terrorism: Examining Charges of Palestinian NGOs Funding the PFLP* (Washington, D.C.: The Washington Institute for Near East Policy, November 7, 2021)

- *Counterterrorism Under the Trump Administration: A Fractured Response to a Diversified Threat*, (Washington, D.C.: The Washington Institute for Near East Policy, January 7, 2021)

- *A Paris Reset on Hezbollah? Implications for French Interests and Regional Security*, Policy Notes 87 (Washington, D.C.: The Washington Institute for Near East Policy, October 2020)

- *Green Without Borders: The Operational Benefits of Hezbollah's Environmental NGO,* with Samantha Stern, Policy Notes 79 (Washington, D.C.: The Washington Institute for Near East Policy, May 2020)

- *Hezbollah's Criminal and Terrorist Operations in Europe*, AJC, September 2, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-criminal-and-terrorist-operations-in-europe

- *Hezbollah's International Presence and Operations*, AJC*,* August 31, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-international-presence-and-operations

- *Neither Remaining Nor Expanding: The Decline of the Islamic State*, editor, Policy Focus 155 (Washington, D.C.: The Washington Institute for Near East Policy, July 2018)

- *Toward a New U.S. Policy in Syria: Ground Zero for Countering Iran and Deterring an Islamic State Revival*, contributor (Washington, D.C.: The Washington Institute for Near East Policy, July 2018)

- *Defeating Ideologically Inspired Violent Extremism: A Strategy to Build Strong Communities and Protect the U.S. Homeland*. Report of a Bipartisan Washington Institute Study Group, Transition 2017 Policy for the Trump Administration (Washington, D.C.: The Washington Institute for Near East Policy, March 2017)

- *Reinforcing the Role of Sanctions in Restraining Iran,* with Katherine Bauer and Patrick Clawson, Policy Note 38 (Washington, D.C.: The Washington Institute for Near East Policy, February 2017)

- *The Rise of ISIL: Counterterrorism Lectures 2016,* editor, Policy Focus 148 (Washington, D.C.: The Washington Institute for Near East Policy, August 2016)

- *A History of Hezbollah Activities in the Arabian Gulf Region,* Occasional Paper Series #87 (Abu Dhabi: The Emirates Center for Strategic Studies and Research, 2016)

- *From the Boston Marathon to the Islamic State: Countering Violent Extremism,* editor, Policy Focus 139 (Washington, D.C.: The Washington Institute for Near East Policy, April 2015)

- *Hizballah and the Qods Force in Iran's Shadow War with the West,* Policy Focus 123 (Washington, D.C.: The Washington Institute for Near East Policy, January 2013)

- *Finding a Balance: U.S. Security Interests and the Arab Awakening,* editor, (Washington, D.C.: The Washington Institute for Near East Policy, May 2012)

- *Obama's National Security Vision: Confronting Transnational Threats with Global Cooperation,* editor (Washington, DC: The Washington Institute for Near East Policy, October 2010)

- *Fighting the Ideological Battle: The Missing Link in U.S. Strategy to Counter Violent Extremism,* co-author with J. Scott Carpenter, Steven Simon and Juan Zarate (Washington, DC: The Washington Institute for Near East Policy, July 2010)

- *Continuity and Change: Reshaping the Fight against Terrorism,* co-edited with Michael Jacobson (Washington, DC: The Washington Institute for Near East Policy, April 2010)

- *Deterred but Determined: Salafi-Jihadi Groups in the Palestinian Arena,* co-authored with Yoram Cohen and Becca Wasser, (Washington, DC: The Washington Institute for Near East Policy, January 2010)

- *Combating the Financing of Transnational Threats*, co-authored with Michael Jacobson, Emirates Lecture Series #76 (Abu Dhabi: The Emirates Center for Strategic Studies and Research, 2009)

- *Rewriting the Narrative: An Integrated Strategy for Counterradicalization. Report of the Task Force on Confronting the Ideology of Radical Extremism,* co-convener and co-author with Michael Jacobson and J. Scott Carpenter (Washington, DC: The Washington Institute for Near East Policy, March 2009)

- *Countering Transnational Threats: Terrorism, Narco-Trafficking, and WMD Proliferation,* co-edited with Michael Jacobson (Washington, DC: The Washington Institute for Near East Policy, February 2009)

- *The Money Trail: Finding, Following and Freezing Terrorist Finances,* co-authored with Michael Jacobson (Washington, DC: The Washington Institute for Near East Policy, October 2008)

- *Terrorist Threat and U.S. Response: A Changing Landscape,* co-edited with Michael Jacobson (Washington, DC: The Washington Institute for Near East Policy, September 2008)

***Chapters:***

- Matthew Levitt, "Hezbollah's Parallel Governance Structure in Lebanon," in Joana Cook and Shiraz Maher, Eds., *The Rule is for None but Allah: Islamist Approaches to Governance* (London: Hurst Publishers, 2023)

- Matthew Levitt and Katherine Bauer, "Terror Financing Typologies and the Means of Combatting Them," in John M. Geiringer, Ed., *Countering the Financing of Terrorism: Law and Policy* (American Bar Association, 2022)

- Matthew Levitt, "The Role of the Islamic State in the Assad Regime's Strategy for Survival," in Christiane Hohn, Isabel Saavedra, and Anne Wyembergh, *The Fight against Terrorism: Achievements and Challenges* (Bruylant, 2021), https://www.washingtoninstitute.org/policy-analysis/role-islamic-state-assad-regimes-strategy-survival

- "How is the U.S. Targeted Killing of Qassem Soleimani Likely to Affect Hezbollah's International Activities and Operations?" in *Battered Survivor: Hezbollah at Home and Abroad*, Edited by Bilal Y. Saab, Roundtable Report, Middle East Institute, February 2020, available online at https://www.mei.edu/publications/battered-survivor-hezbollah-home-and-abroad

- "U.S. Financial Interdiction Policies: Results and Intents of the Current U.S. Administration," in *Targeting the De-Materialized 'Caliphate': Extremism, Radicalisation, and Illegal Trafficking* (Rome: NATO Defence College Foundation, 2019)

- "Introduction: Beyond Syria and Iraq," in Katherine Bauer, Ed., *Beyond Syria and Iraq: Examining Islamic State Provinces* (Washington Institute for Near East Policy, 2016)

- "Hezbollah's Criminal Networks: Useful Idiots, Henchmen, and Organized Criminal Facilitators," in Hilary Matfess and Michael Miklaucic, eds., *Beyond Convergence: World Without Order* (Washington, DC: National Defense University, 2016)

- "Anti-Semitism in the Public and Private Discourse of Hezbollah," with Kelsey Segawa, in Charles Asher Small, editor, "The ISGAP Papers: Antisemitism in Comparative Perspective, vol. 2 (New York: Institute for the Study of Global Antisemitism and Policy, 2016)

- "Hamas's Not-So-Secret Weapon," in *Clueless in Gaza* (New York: Foreign Affairs, 2014)

- "The Syrian War, Israel, and Hezbollah's Ideological Crisis," in Patrick Clawson, Ed., *No Good Outcome: How Israel Could be Drawn into the Syrian Conflict*, Policy Focus 131, The Washington Institute for Near East Policy, November 2013

- "Stemming the Flow of Terrorist Financing: Practical and Conceptual Challenges," in Naveen Beekarry, Ed., *Combating Money Laundering and Terrorism Finance: Past and Current Challenges* (Edward Elger Publishing, 2013)

- "Hizballah's Canadian Procurement Network," in *Terror in the Peaceable Kingdom: Understanding and Addressing Violent Extremism in Canada*, Daveed Gartenstein-Ross and Senator Linda Frum, Editors (Washington, DC: FDD Press, 2012)

- "Hezbollah," in Ilan Berman, Chief Editor, *World Almanac of Islamism 2011* (Lanham, MD: Rowman & Littlefield, 2011)

- "Financial Sanctions," in Robin Wright, Editor, *The Iran Primer: Power, Politics, and U.S. Policy* (Washington, DC: U.S. Institute of Peace Press, 2010)

- “The Evolving Threat of International Terrorism and Government Response,” in Boaz Ganor and Eitan Azani, Eds., *The Global Impact of Terrorism 2008* (The International Institute for Counter-Terrorism, 2010)

- “Threat Finance and Counterradicalization,” in Ronald R. Luman, Editor, *2009 Unrestricted Warfare Symposium: Proceedings on Integrating Action for Attacks Involving: Terrorism, Resources, Economics and Cyberspace* (Laurel, Maryland: The Johns Hopkins University Applied Physics Laboratory, 2009)

- “Disrupting Adversary Networks,” in Ronald R. Luman, Editor, *2008 Unrestricted Warfare Symposium: Proceedings on Integrating Strategy, Analysis, and Technology in Support of the U.S. War on Terrorism Campaign* (Laurel, Maryland: The Johns Hopkins University Applied Physics Laboratory, 2008)

- “Investigacion Y Persecution: Entrevista a Matthew Levitt,” in *La Lucha Contra el Terrorismo y Sus Limites* (Madrid, Spain: Adhara Publicaciones, 2006)

- “Hizballah Finances: Funding the Party of God,” in *Terrorism Financing and State Responses in Comparative Perspective* (Stanford CA: Stanford University Press, 2006), available online at https://www.washingtoninstitute.org/policy-analysis/hizballah-finances-funding-party-god

- “Hamas Social Welfare: In the Service of Terror,” in James JF Forest, editor, *The Making of a Terrorist: Recruitment, Training, and Root Causes* (New York: Praeger Publishers, 2005)

- “Hizballah’s Global Reach,” in Boaz Ganor, Editor, *Post Modern Terrorism: Trends, Scenarios and Future Threats* (Herzliya, Israel: The International Policy Institute for Counter-Terrorism, Herliya Project Publishing House, Ltd., 2005)

- "Iran and Syria: State Sponsorship in the Age of Terror Networks," in *Confronting Terrorism Financing* (Lanham, MD: University Press of America - American Foreign Policy Council, 2004)

- Several contributions to Peacewatch/Policywatch Anthology 2003: A Year of Victory and Challenge (Washington, DC: The Washington Institute for Near East Policy, 2004)

- “International Military Intervention and the Impact of Terrorism,” in Robert B. Satloff, Ed., *International Military Intervention: A Detour on the Road to Israeli-Palestinian Peace* (Washington D.C.: The Washington Institute for Near East Policy, 2003)

- *Winning the Peace in the Middle East: A Bipartisan Blueprint for Postwar U.S. Policy*, coauthored with Patrick Clawson and David Makovsky and edited by Dennis Ross and Robert Satloff (Washington, DC: The Washington Institute for Near East Policy, 2003)

- Several contributions to Peacewatch/Policywatch Anthology 2002: America and the Middle East – Expanding Threat, Broadening Response (Washington, DC: The Washington Institute for Near East Policy, 2003)

- "Iranian State Sponsorship of Terrorism," *The Encyclopedia of World Terrorism, 1996-2002,* (Armonk, NY: Sharpe Reference, 2002), 379-382

- Several contributions to Peacewatch/Policywatch Anthology 2001: A Year of Terror (Washington, DC: The Washington Institute for Near East Policy, 2002), p. 174, 186, 423

- Several contributions to Peacewatch/Policywatch Anthology 1998: Inching Toward Peace, Inching Toward War (Washington, DC: The Washington Institute for Near East Policy, 1999), p. 78, 112

***Select Testimony/Lectures:***

- "Addressing the Scourge of Antisemitism in Europe," House Foreign Affairs Subcommittee on Europe, December 12, 2023, https://www.washingtoninstitute.org/policy-analysis/addressing-scourge-anti-semitism-europe

- "Combating Hamas's Networks of Illicit Finance and Terrorism," Senate Committee on Banking, Housing, and Urban Affairs, October 26, 2023, https://www.washingtoninstitute.org/policy-analysis/combating-hamass-networks-illicit-finance-and-terrorism

- "How America and its Allies can Stop Hamas, Hezbollah, and Iran from Evading Sanctions and Financing Terror," House Financial Services Committee, October 25, 2023, https://www.washingtoninstitute.org/policy-analysis/how-america-and-its-allies-can-stop-hamas-hezbollah-and-iran-evading-sanctions-and

- "Symposium: Economic and Security Conditions in Lebanon," Middle East Policy Council, 113th Capitol Hill Conference, July 20, 2023 (published August 1, 2023), https://mepc.org/commentary/symposium-economic-and-security-conditions-lebanon

- "Countering the Financing of Terrorism," Presentation at an International Roundtable of the Independent Commission on UK Counterterrorism Law, Policy and Practice, an initiative of the Bingham Centre for the Rule of Law, March 22, 2023

- "Al-Qaeda, Hayat Tahrir al-Sham, and the Future of Jihadism," with Anastasia Smith and Aaron Zelin, The Washington Institute for Near East Policy, June 15, 2021, https://www.washingtoninstitute.org/policy-analysis/al-qaeda-hayat-tahrir-al-sham-and-future-jihadism

- "Terror and Turbulence in Israel and the West Bank," with Anna Ahronheim and Ghaith al-Omari, The Washington Institute for Near East Policy, April 8, 2022, https://www.washingtoninstitute.org/policy-analysis/terror-and-turbulence-israel-and-west-bank

- "Transatlantic Cooperation on Countering Global Violent Extremism," Testimony submitted to the U.S. House of Representatives Committee on Foreign Affairs, Subcommittee on Europe, Energy, the Environment and Cyber, and the Subcommittee on the Middle East, North Africa and Global Counterterrorism, September 22, 2021, https://www.washingtoninstitute.org/policy-analysis/transatlantic-cooperation-countering-global-violent-extremism

- "Designating Hezbollah as a Terrorist Organization under Australia's Criminal Code," Testimony before the Australian Parliamentary Joint Committee on Intelligence and Security, June 10, 2021, https://www.washingtoninstitute.org/policy-analysis/designating-hezbollah-terrorist-organization-under-australias-criminal-code

- "Recent Trends in Terrorism and Counterterrorism: National Practices in Countering Violent Extremism," presentation to Counter-Terrorism Committee Executive Directorate (CTED), United Nations, November 16, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/recent-trends-in-terrorism-and-counter-terrorism-national-practices-in-coun

- "Low Cost, High Impact: Combatting the Financing of Lone-Wolf and Small-Scale Terrorist Attacks," testimony before the House Financial Services Committee on September 6, 2017

- "Assessing the U.S.-Qatar Relationship," testimony before the House Foreign Affairs Committee on July 26, 2017

- "Attacking Hezbollah's Financial Network: Policy Options," testimony before the House Foreign Affairs Committee on June 8, 2017

- "Terrorist Abuse of Charity in the Age of the Islamic State and the Syria War," testimony before Senate of Canada, National Security and Defence Committee on February 13, 2017

- "The Islamic State, Extremism, and the Spread of Transnational Terrorism," testimony before the Senate Committee on Foreign relations on April 12, 2016

- "Hezbollah's Growing Threat Against U.S. National Security Interests in the Middle East," testimony before the House Foreign Affairs Subcommittee on the Middle East and North Africa on March 22, 2016
- "Major Beneficiaries of the Iran Deal: IRGC and Hezbollah," testimony before the House Foreign Affairs Subcommittee on the Middle East and North Africa on September 17, 2015

- "The Implications of Sanctions Relief Under the Iran Agreement," testimony before the Senate Committee on Banking, Housing, and Urban Affairs on August 5, 2015

- "Status Report on Countering Terrorist Financing," testimony before the Canadian House of Commons Standing Committee on Finance and the Standing Senate Committee on National Security and Defence, May 11, 2015

- "New Battlefields/Old Laws: The Next Steps in Counterterrorism, Adapting to an Evolving and Expanding Battlefield," Workshop panel at World Summit on Counter-Terrorism, Herzliya, Israel, September 10, 2014

- "Iran's Involvement in Local, Regional, and Global Terrorism," Workshop panel at World Summit on Counter-Terrorism, Herzliya, Israel, September 10, 2014

- "Syria Spillover: The Growing Threat of Terrorism and Sectarianism in the Middle East," testimony before the Senate Foreign Relations Committee, March 6, 2014

- "Iran's Support for Terrorism Worldwide," Testimony before the House Committee on Foreign Affairs Subcommittee on Terrorism, Nonproliferation, and Trade, Subcommittee on the Middle East and North Africa, March 4, 2014

- "Examining the State Department's Report on Iranian Presence in the Western Hemisphere Nineteen Years after the AMIA Attack," Testimony before the House Committee on Foreign Affairs, Subcommittee on the Middle East and North Africa and Subcommittee on the Western Hemisphere, Washington DC, August 1, 2013

- "Threat to the Homeland: Iran's Extending Influence in the Western Hemisphere," Written Testimony before the House Committee on Homeland Security, Subcommittee on Oversight and Management Efficiency, Washington DC, July 9, 2013

- "Hearing on the Blacklisting of Hezbollah by the European Union," Testimony before the Foreign Affairs Committee, European Parliament, Brussels, Belgium, July 9, 2013

- "Threat to the Homeland: Iran's Extending Influence in the Western Hemisphere," written testimony before the House Committee on Homeland Security, Subcommittee on Oversight and Management Efficiency, July 9, 2013

- "Iranian Support for Terrorism and Violations of Human Rights," Testimony before the Standing Committee on Foreign Affairs and International Development, International Human Rights Subcommittee, House of Commons, Parliament of Canada, May 30, 2013

- "Understanding the Hezbollah and Iranian Attack Strategy: Plots from Bulgaria to Washington, DC," The Washington Institute for Near East Policy, New York City, April 30, 2013

- "Hezbollah: The Global Footprint of Lebanon's Party of God," U.S. Military Academy at West Point, West Point, NY, April 29, 2013

- "Hezbollah: The Global Footprint of Lebanon's Party of God," Alexander Hamilton Center for Political Economy, New York University, New York City, April 25, 2013
- "Hezbollah: The Global Footprint of Lebanon's Party of God," Terrorist Screening Center, Virginia, April 24, 2013
- "Hezbollah and the Qods Force in Iran's Shadow War with the West," University of Maryland Hillel, April 20, 2013
- "Implications of Recent Developments in the Middle East," Lecture for J.P. Morgan Investor Seminar, Washington DC, April 19, 2013
- "Contending with Hezbollah Financing," panelist, Center for a New American Security (CNAS), Washington DC, April 17, 2013
- "Combating Terrorism: Protecting our Communities," panelist, conference on "European Union and United States Law Enforcement Co-operation Making it Safer for Citizens: A global Approach," An EU Rendez-Vous Event, Organized by the Delegation of the European Union to the United States and Europol, Washington, DC, April 16, 2013
- "Hezbollah: The Global Footprint of Lebanon's Party of God," Terrorism, Transnational Crime, and Corruption Center (TraCCC), George Mason University, April 12, 2013
- "Hezbollah: The Global Footprint of Lebanon's Party of God," 4/5th Special Forces Group (Airborne), Fort Campbell, Kentucky, April 10, 2013
- "Hezbollah and the Qods Force in Iran's Shadow War with the West," US Marine Corps Forces Cyber Command, Fort Meade, Maryland, April 5, 2013
- "Hezbollah: The Global Footprint of Lebanon's Party of God," Inter-University Center for Terrorism Studies, Potomac Institute, Arlington, VA, April 4, 2013
- "What Europe Should Do About Hezbollah," American Council on Germany and American Friends of Bucerius, New York City, April 3, 2013
- "Hezbollah: The Global Footprint of Lebanon's Party of God," DI Speaker Series, Directorate of Intelligence and Senior Intelligence Officer Council, Federal Bureau of Investigation, Washington DC, March 22, 2013
- "Hezbollah's Strategic Shift: A Global Terrorist Threat," Testimony before the House Foreign Affairs subcommittee on Terrorism, Proliferation and Trade, March 20, 2013
- "Hezbollah—A Threat for Europe?" The American Academy in Berlin Hans Arnold Center, Germany, March 18, 2013
- "Iran's Nuclear Program: News Paths out of the Deadlock?" Expert Discussion co-sponsored by AJC Berlin and the Heinrich Boll Stiftung, Berlin, Germany, March 18, 2013
- "Hezbollah—A Threat for Europe?" AJC Transatlantic Roundtable, JAC Berlin Ramer Institute, Germany, March 18, 2013
- "Europe's Hezbollah Problem," American University of Rome, Italy, March 13, 2013
- "Closing the Ranks on Iran: The United States, Israel, and Europe," panel at a conference on "Iran's Nuclear

Program: New Paths out of the Deadlock?" Heinrich Boll Stifung and American Jewish Committee, Berlin, Germany, March 18, 2013

- "Hezbollah and the Qods Force in Iran's Shadow War with the West," La Societa Italiana per l'Organizzazione Internazionale, in collaboration with the American Jewish Committee, Rome, Italy, March 13, 2013
- "Terror from Tehran: Iran as a Global Threat," forum lecture, AIPAC Policy Conference, Washington, DC, March 3, 2012
- "Inside Hezbollah: A Close Look at a Top Terrorist Organization," Scholar-in-Residence lecture, AIPAC Policy Conference, Washington, DC, March 3, 2012
- "Europe's Hezbollah Dilemma: What's Next?" Foundation for Defense of Democracies, Congressional Meeting Room South, Capitol Hill, March 1, 2013
- "Hezbollah and the Qods Force in Iran's Shadow War with the West," George Washington University's Homeland Security Policy Institute, February 14, 2013
- "Europe's Hezbollah Problem," The Washington Institute for Near East Policy, February 8, 2013
- "The Fatah-Hamas Reconciliation: Threatening Peace Prospects," Testimony before the US House of Representatives, Committee on Foreign Relations, Subcommittee on the Middle East and South Asia, February 5, 2013
- "Hezbollah and the Qods Force in Iran's Shadow War with the West," Maryland State Antiterrorism Advisory Council (ATAC), Howard County, Maryland, January 30, 2013
- "Hezbollah and Iran," Lectures for the FBI Fly Team, Northern Virginia, January 11, 2013
- "From Beirut to the Blue Ridge: Hezbollah's Reach into North America," Anti-Defamation League Advanced Training School, Extremist and Terrorist Threats Course, Washington DC, December 3, 2012
- "Hezbollah in Southeast Asia," Asymmetric Operations Working Group, Hybrid Threat Networks in the Asia Pacific Rim, Honolulu, HI, November 28, 2012
- "Hezbollah: The Global Footprint of Lebanon's Party of God," Bureau of Intelligence and Research, U.S. Department of State, Washington, DC, November 19, 2012
- "Is Hezbollah a Threat to the U.S. and Canada?" Lecture at a workshop on "Understanding Hezbollah's Impact on the Security of Canada and the United States," held jointly by Canadian Security Intelligence Service and Public Safety Canada, Ottawa, Canada, November 13, 2012
- "Hezbollah, the Qods Force, and Iran's Shadow War Against the West," UK House of Commons, Henry Jackson Society, London, UK, November 7, 2012
- "Why Hezbollah is Europe's Problem Too," A Berlin Middle East Talk by Scholars for Peace in the Middle East and the Mideast Freedom Forum Berlin, Berlin, Germany, November 6, 2012
- "Why Hezbollah in Europe's Problem Too," Concordia Press Club, Stop The Bomb, Vienna, Austria, November 5, 2012

- "Crime without Punishment? Stopping Hezbollah's Terrorist and Criminal Activities, Friedrich-Naumann-Stiftung für die Freiheit and Transatlantic Institute, Belgium, Brussels, October 24, 2012

- "Hezbollah, Qods Force, and the Shadow War against the West," U.S. Special Operations Command, Tampa, FL, October 11, 2012

- "AQ finance," conference entitled, *Financial Intelligence (FININT) Support to Counterintelligence*, The US Army 902d Military Intelligence (MI) Group (Gp), Ft. Meade, MD, September 19, 2012

- "Hezbollah in the Hot Seat: Fallout from the Syrian Insurgency and Criminal Investigations," Workshop on Lebanon and Syria, 12th Annual Global Counterterrorism Conference, Institute for Counter-Terrorism, Herzliya, Israel, September 12, 20112

- "The Changing Political Topography of Shia Militancy in the Gulf and Beyond," Workshop on Sunni-Shia Tensions in Iraq and the Gulf, 12th Annual Global Counterterrorism Conference, Institute for Counter-Terrorism, Herzliya, Israel, September 12, 20112

- "Is al-Qaeda Central Still Relevant?" Moderator and panelist, Washington Institute Policy Forum, September 4, 2012, Washington DC

- "Hezbollah and Iran," Lecture for FBI Counterterrorism Investigation and Operations (CTIOPS) course, Manassas, VA., August 15, 2012

- "Israeli-Palestinian Conflict," Lecture for FBI Counterterrorism Investigation and Operations (CTIOPS) course, Manassas, VA., August 15, 2012

- "Hezbollah's Global Footprint," Lecture for Department of the Treasury, Treasury Executive Institute, Washington DC, June 28, 2012

- "Combating Terror Financing," Lecture for Scottish Police and UK Security Service, Glasgow, Scotland, June 12, 2012

- "The Middle East in the Arab Awakening," Lecture for J.P. Morgan Investor Conference, Washington DC, April 20, 2012

- "Hezbollah's Global Footprint," Lecture for Tennessee State Office of Homeland Security, Nashville, TN, April 9, 2012

- "Party of Fraud: Hizballah's Criminal Enterprises," Policy Forum panelist, The Washington Institute for Near East Policy, Washington DC, March 20, 2012

- "Iran, Hizballah and the Threat to the Homeland," Testimony before the House Committee on Homeland Security, Washington DC, March 21, 2012

- "Combating the Financing of Transnational Threats," Week long course taught for the Counter-Terrorism Studies Program, Executive Certificate Program at the Interdisciplinary Center (IDC), Herzliya, Israel, February 14-17, 2012

- “Iranian Terror Co-Chair of Roundtable Expert Meeting on “Rehabilitation and Reintegration of Violent Extremist Offender: Good Practices & Lessons Learned,” co-sponsored by the International Centre for Counter-Terrorism – The Hague (ICCT) and the UN Interregional Crime and Justice Research Institute (UNICRI), The Hague, December 6-7, 2011

- “Iranian Terror Operations on American Soil,” Testimony before a joint hearing of the House Homeland Security Subcommittee on Counterterrorism and Intelligence and Subcommittee on Oversight, Investigations, and Management, Washington DC, October 26, 2011

- "September Reflections: Where We Stand Countering Terrorism and Pursuing Peace,” New York University SHARP Lecture Series, New York City, September 20, 2011

- “Countering Terror Finance a Decade after 9/11,” Workshop presentation at the 11th Annual Global Counterterrorism Conference, Institute for Counter-Terrorism, Herzliya, Israel, September 13, 2011

- “Hamas and Hezbollah as Hybrid Terrorist Organizations,” Workshop presentation at the 11th Annual Global Counterterrorism Conference, Institute for Counter-Terrorism, Herzliya, Israel, September 13, 2011

- “Missing the Forest for the Trees: A Call for Strategic Counterterrorism Ten Years after 9/11,” Plenary Keynote Lecture at the 11th Annual Global Counterterrorism Conference, Institute for Counter-Terrorism, Herzliya, Israel, September 12, 2011

- "Hamas Financing,” Mid-Atlantic Regional Intelligence Group (MARIG), Federal Bureau of Investigation, Washington, DC, August 3, 2011

- "Terrorism in and from the Middle East,” Security Policy Course on the Middle East, Royal Danish Defence College, Denmark, June 22, 2011

- "Leveraging Financial Intelligence to Combat Transnational Threats,” Program on Terrorism and Security Studies, George C. Marshall European Center for Security Studies, Garmsich, Germany, July 13, 2011

- "Drivers of Homegrown Terrorism,” panelist, at “Leading Thinkers” conference on “Terrorism in Canada: Threats, Vulnerabilities, and Strategies,” Foundation for Defense of Democracies, Ottawa, Canada, June 12-13, 2011

- “Upstream Prevention and Downstream Disengagement, Rehabilitation and Reintegration,” United Nations Interregional Crime and Justice Research Institute (UNICRI), Center on Polici9es to Counter the Appeal of Terrorism, Chairman of three afternoon panels on upstream prevention, Lucca, Italy, May 24-26, 2001

- “Combating Terror Financing,” Comprehensive Security Response to Terrorism Course, Asia-Pacific Center for Security Studies (APCSS), Honolulu, Hawaii, March 16, 2011

- “Responding to Radicalization and Violent Extremism,” panel moderator, “At the Crossroads of Violent Extremism and Foreign Directed Domestic Threats: Homeland Implications,” conference cosponsored by the Department of Homeland Security, Federal Bureau of Investigation and hosted by the Office of the Director of National Intelligence, Washington, DC, February 17, 2001

- “Combating Violent Extremism: The Counterradicalization Debate in 2011,” panel participant, The Washington Institute for Near East Policy, January 5, 2011

- "The Unifying Narrative in Domestic Radicalization," Panel chair at Colloquium on "Countering the Narrative: The Role of Ideology in the Radicalization Process," The Washington Institute for Near East Policy, Washington, DC, November 19, 2010

- Roundtable discussion on Counterterrorism, Lowy Institute, Sydney, Australia, November 9, 2010

- "Challenges and Opportunities in Financial Intelligence," Australian Transaction Reports and Analysis Center (AUSTRAC), Intelligence Branch, Sydney, Australia, November 8, 2010

- Roundtable discussion on Counterterrorism, Menzies Research Center, Sydney, Australia, November 8, 2010

- "International Terrorism Today: What we Need to Know," Australian Institute of International Affairs (AIIA), Melbourne, Australia, November 4, 2010

- Roundtable discussion on Counterterrorism and Counterproliferation at Office of National Assessments, Canberra, Australia, November 2, 2010

- "Combating Terror Finance," lecture at the Australian Federal Police (AFP) Advanced Counter Terrorism Investigations Program, Canberra, Australia, November 2, 2010

- "Glocalization of the Global Jihad," panel chair at Counterterrorim Colloquium on "Unconventional Warfare: Lessons for U.S. and Israeli Policy," The Washington Institute for Near East Policy, Washington, DC, October 29, 2010

- "What Policymakers can Learn from Palestinian Social Media," Discussant, Foundation for Defense of Democracies, Washington DC, October 19, 2010

- "Terrorism Networks" breakout panel at by-invitation-only conference on "Cutting the Fuse: Moving Beyond the War on Terror," New America Foundation and The University of Chicago, Washington DC, October 13, 2010

- "Combating Terror Financing," Comprehensive Security Response to Terrorism Course 10-1, Asia-Pacific Center for Security Studies (APCSS), Honolulu, Hawaii, July 28 2010

- "Disrupting the Flow of Funds to Terrorist Groups and their Supporters: How *The Justice Against Sponsors of Terrorism Act* Could Help," written testimony submitted to the Senate Committee on the Judiciary, Subcommittee on Crime and Drugs, Hearing entitled "Evaluating The Justice Against Sponsors of Terrorism Act, S. 2930," July 14, 2010
- "The Changing Face of Jihadi Terror: Lessons from the Near Miss in Times Square," panel with Juan Zarate and Dan Freedman, Washington Institute Lafer Symposium, New York City, June 14, 2010

- "Hezbollah and Hamas South of the Border: Terrorist Networks in Latin America," lecture at event on "Terrorists, Drug Traffickers and Gangs in Latin America: Undermining Democracy," The Hudson Institute, Washington, DC, Jun3 9, 2010

- "Combining Broad and Targeted Sanctions, Informal and Formal Sanctions," Washington Institute Colloquium "One Year After June 12: The Iranian Nuclear Impasse," Washington DC, June 3, 2010

- “Combating Terror Finance,” Baltimore Joint Terrorism Task Force, Baltimore, MD, June 1, 2010
- “Anti-Money Laundering: Blocking Terrorist Financing and Its Impact on Lawful Charities,” testimony before the House of Representatives Committee on Financial Services Subcommittee on Oversight and Investigations, May 26, 2010
- “Challenges for U.S. Policy in the War on Terror,” ADL National Leadership Conference, Washington DC, May 3, 2010
- “Rewriting the Narrative: An Integrated Approach for Counterradicalization,” Los Angeles Joint Regional Intelligence Center, Los Angeles, CA, May 11, 2010
- “Combating Terrorist Financing,” Los Angeles Joint Regional Intelligence Center, Los Angeles, CA, May 11, 2010
- “Rewriting the Narrative: An Integrated Approach for Counterradicalization,” National Security Management Course, National Security Studies Program, Maxwell School of Citizenship and Public Affairs, Syracuse University, April 29, 2010
- “Iran’s Economic Health and the Impact of Sanctions,” panelist at Carnegie Endowment for International Peace, Washington, D.C., April 27, 2010
- “A Strategic Approach to Counter-Radicalisation,” Henry Jackson Society and Legatum Institute, London, UK, April 15, 2010
- “Combating Terrorist Financing,” Counterterror Expo 2010,” London, UK, April 15, 2010
- “Contending with Transnational Threats,” Counterterror Expo 2010,” London, UK, April 15, 2010
- “Counter Threat Finance Intelligence: What It Can and Cannot Do for Mission Success in Afghanistan,” lecture at a DOD/USDI-sponsored “Symposium on Counter-Threat Finance Intelligence and Why It Is Critical to Mission Success in Afghanistan,” The Pentagon, Arlington, VA, February 1, 2010
- “The Obama Administration and Counterterrorism: A New Approach?” Parlor meeting lecture and discussion hosted by U.S. Consul General to Dusseldorf, Dusseldorf, Germany, January 27, 2010
- “Combating Terrorist Financing,” Bundeskriminalamt (BKA), Meckenheim, Germany, January 27, 2010
- “The Obama Administration and Counterterrorism: A New Approach?” German Landeskriminalamt (LKA) Nordrhein-Westfalen, Dusseldorf, Germany, January 26, 2010
- “Finding and Following Terrorist Financial Networks - Challenges faced by Financial Intelligence Units,” Financial Transactions and Reports Analysis Centre of Canada (FINTRAC), Ottawa, Canada, January 12, 2010
- “Hizballah Financing and Resourcing,” Financial Transactions and Reports Analysis Centre of Canada (FINTRAC), Ottawa, Canada, January 12, 2010
- “Finding and Following Terrorist Financial Networks - Challenges faced by the Intelligence Community,” Canadian Security Intelligence Service (CSIS), Ottawa, Canada, January 12, 2010

- “Terrorism, Crime and the Narco-Terror Connection,” Canadian Security Intelligence Service (CSIS), Ottawa, Canada, January 12, 2010

- “Al Qaeda in the West Bank and Gaza: One Year After Cast Lead” The Washington Institute for Near East Policy, Washington DC, January 11, 2010

- “Combating the Financing of Transnational Threats,” Seminar organized by Booz Allen Hamilton, December 16, 2009

- “The Threat of Islamist Terrorism: Have We Become Complacent?” The Heritage Foundation, Washington DC, December 14, 2009

- “The Financing of Terrorist Organizations,” American Institute for Contemporary German Studies (AICGS) workshop, Potsdam, Germany, December 7, 2009

- “Can Sanctions Work Against Iran?” Indiana University, Bloomington, Indiana, November 30, 2009

- “Contending with Iran’s Proxies,” University of Maryland, November 18, 2009

- “Multilateral Issues in Combating Terror Finance,” Comments to US-EU Troika meeting, US State Department, Washington DC, November 17, 2009

- “The Muslim Brotherhood,” and “Hamas,” and “Global Jihadist Movements,” New Agent Training Lectures at FBI Academy, Quantico, VA, November 12, 2009

- “Hizballah,” lecture at conference on “Israel’s Counterterrorism Challenges and Implications for the United States,” Center for Peace and Security Studies, Edmund A. Walsh School of Foreign Service, Georgetown University (co-sponsored by NCTC), Washington DC, September 23, 2009

- “Terrorist Financing: A Look Inside,” panel lecture organized by the ABA Section of International Law International Anti-Money Laundering Committee and the Association of Certified Anti-Money Laundering Specialists, Washington DC, September 23, 2009

- “Contending “FININT 101: Introduction to Financial Intelligence,” Seminar organized by Booz Allen Hamilton, September 21, 2009

- “Contending with Iran’s State Sponsorship of Terrorism in the Context of its Nuclear Program,” World Summit on Counter-Terrorism: Terrorism’s Global Impact, International Institute for Counter-Terrorism (ICT) 9th Annual International Conference, Herzliya, Israel, September 7, 2009

- “Minimizing Potential Threats from Iran: Assessing Economic Sanctions and Other U.S. Policy Options,” Testimony before Senate Committee on Banking, Housing and Urban Affairs, U.S. Senate, July 30, 2009

- “Disrupting Adversary Networks: Combating Terror Finance,” George C Marshal Center, Garmisch, Germany, July 16, 2009

- "Minimizing Potential Threats from Iran: Assessing Economic Sanctions and Other U.S. Policy Options," Testimony before Senate Committee on Banking, Housing and Urban Affairs, U.S. Senate, July 30, 2009

- "Contending with Iran's State Sponsorship of Terrorism in the Context of its Nuclear Program," World Summit on Counter-Terrorism: Terrorism's Global Impact, International Institute for Counter-Terrorism (ICT) 9th Annual International Conference, Herzliya, Israel, September 7, 2009

- "FININT 101: Introduction to Financial Intelligence," Seminar organized by Booz Allen Hamilton, September 21, 2009

- "Terrorist Financing: A Look Inside," panel lecture organized by the ABA Section of International Law International Anti-Money Laundering Committee and the Association of Certified Anti-Money Laundering Specialists, Washington DC, September 23, 2009

- "Hizballah," lecture at conference on "Israel's Counterterrorism Challenges and Implications for the United States," Center for Peace and Security Studies, Edmund A. Walsh School of Foreign Service, Georgetown University (co-sponsored by NCTC), Washington DC, September 23, 2009

- "Foreign Fighters and their Economic Impact: A Case Study of Syria and al Qaeda in Iraq (AQI)," Foreign Policy Research Institute conference, Washington DC, July 14, 2009

- "Rewriting the Narrative: An Integrated Strategy for Counterradicalization," HSPI Policy and Research Forum, Homeland Security Policy Institute, George Washington University, Washington DC, June 4, 2009

- "Rewriting the Narrative: An Integrated Strategy for Counterradicalization," Luncheon Briefing at the Transatlantic Institute, Brussels, Belgium, April 2, 2009

- "Rewriting the Narrative: An Integrated Strategy for Counterradicalization," Danish Institute for International Studies (DIIS), Copenhagen, Denmark, April 1, 2009

- "The Money Trail: Finding, Following and Freezing Terrorism Finances," with Michael Jacobson, Bi-partisan Anti-Terrorism Caucus Briefing, Cannon House Office Building, March 12, 2009

- "Terror Finance: The Imperative of Interagency Synergy," testimony before the House Committee on Armed Services Subcommittee on Terrorism and Unconventional Threats and Capabilities, March 11, 2009, available online at https://www.washingtoninstitute.org/policy-analysis/terror-finance-imperative-interagency-synergy

- "Internationalizing the Financial Flight against Terror Finance," lecture at the George C. Marshall Center, Garmisch, Germany, March 4, 2009

- "Dealing with Hamas: Future Pathways for Britain," lecture at the Quilliam Foundation, London, March 3, 2009

- "Fixing Fissures: What Role for the United States in the World – the Case of the Middle East," lecture for Young Professionals in Foreign Policy (London), co-sponsored by the U.S. Embassy London, March 2, 2009

- "Scaling Back the 'Long War'? How Obama will Combat Terrorism," lecture at the International Institute for Strategic Studies, London, March 2, 2009

- "Reforming U.S. Counter-Terrorism Assistance Programs," Hill briefing sponsored by the Potomac Institute for Policy Studies, Rayburn House Office Building, February 12, 2009

- "The Money Trail: Finding, Following and Freezing Terrorism Finances," with Michael Jacobson, National Counterterrorism Center Lunch and Learn Distinguished Speakers Series, January 26, 2009

- "What Next in Gaza?" Congressional Staff Briefing for the Democratic Israel Working Group, Rayburn House Office Building, Washington, DC, January 16, 2009

- "Negotiating Under Fire," Center for Peace and Security Studies, School of Foreign Service, Georgetown University, Washington, DC, January 15, 2009

- "The Money Trail: Finding, Following and Freezing Terrorist Finances," Woodrow Wilson International Center for Scholars, Council on Global Terrorism, Washington, DC, January 13, 2009

- "Crime-Terror Nexus: Illicit Networks, Terrorism, Insurgency and WMD Proliferation," National Defense University's Near East/South Asia Center, Washington, D.C., December 5, 2008

- "Combating the Ideology of Radical Jihadism," The Washington Institute for Near East Policy, Los Angeles, November 25, 2008

- "The Money Trail: Finding, Freezing and Following Terrorist Financing," with Michael Jacobson, The Washington Institute for Near East Policy, November 17, 2008

- "Iran, Hamas and the Palestinians," panel at conference on 'Iran, Hezbollah and Hamas: Tehran's War against the West by Proxy?" Hudson Institute, Washington, D.C., November 19, 2008

- "Negotiating Under Fire," The Program on Negotiation at Harvard Law School, Cambridge, MA, November 12, 2008

- "The Money Trail: Finding, Freezing and Following Terrorist Financing," The International Security Studies Program at Tufts University's Fletcher School of Law and Diplomacy, Medford, MA, November 13, 2008

- "The Utility of Targeted Financial Measures to Deal with Iran," Brandeis University's Crown Center for Middle East Studies, Waltham, MA, November 13, 2008

- "The Money Trail: Finding, Freezing and Following Terrorist Financing," with Michael Jacobson, The Washington Institute for Near East Policy, November 17, 2008

- "Iran, Hamas and the Palestinians," panel at conference on 'Iran, Hezbollah and Hamas: Tehran's War against the West by Proxy?" Hudson Institute, Washington, D.C., November 19, 2008

- "Combating the Ideology of Radical Jihadism," The Washington Institute for Near East Policy, Los Angeles, November 25, 2008

- "Crime-Terror Nexus: Illicit Networks, Terrorism, Insurgency and WMD Proliferation," National Defense University's Near East/South Asia Center, Washington, D.C., December 5, 2008

- "Opportunities for the Next Administration: Targeting Terrorist Finances," Homeland Security Policy Institute at The George Washington University, October 7, 2008

- "The Evolving Threat of International Terrorism and the U.S. Government Response," Plenary Address at the World Summit on Counter-Terrorism: Terrorism's Global Impact, The International Institute for Counter-Terrorism, Herzliya, Israel, September 9, 2008

- "The Terrorism-Crime Nexus," lecture at The Combating Terrorism Center at West Point, U.S. Military Academy, April 24, 2008

- "Iran and the United States: Outlook for the Next Decade?" Rayburn House Office Building, co-sponsored by the Counterterrorism Foundation; the Inter-University Center for Terrorism Studies, the International Center for Terrorism Studies at the Potomac Institute for Policy Studies, and the Inter-University Center for Legal Studies at the International Law Institute, Washington DC, April 15, 2002

- 2008 Unrestricted Warfare Symposium on *Integrating Strategy, Analysis, and Technology in Support of the U.S. War on Terrorism Campaign*, roundtable on "Disrupting Adversary Networks," Johns Hopkins University, Applied Physics Laboratory, Laurel, Maryland, March 10-11, 2008

- "Practical and Conceptual Challenges to Counter the Financing of Terrorism," NYPD Financial Intelligence Workshop, New York, March 6, 2008

- "Targeted Financial Measures to Protect National Security," Treasury Legal Division annual conference, U.S. Mint, Washington, DC, February 29, 2008

- Panel on "Perspectives on the Long War," Marine Corps Command and Staff College, Quantico, Virginia, February 26, 2008

- "The "Israel, the Palestinian Territories, and the Peace Process: Domestic, Regional and International Perspectives," A Workshop Sponsored by the U.S. intelligence community, CENTRA Technology, Inc., Arlington, Virginia, February 6, 2008

- "The Future of Palestinian Terrorism," A Workshop Sponsored by the U.S. intelligence community, CENTRA Technology, Inc., Arlington, Virginia, January 8-9, 2008

- "National Finance and Global Security: Status Check on the Effort to Combat Terror Financing," Carnegie Council, New York City, November 29, 2007

- "Combating Terror Financing," 2nd Annual Anti-Money Laundering & Counter-Terrorist Financing Forum, New York City, November 28, 2007

- "Hamas: Politics, Charity and Terrorism in the Service of Jihad," American Council on Germany, New York City, November 27, 2007

- "Combating Terror Financing," Department of Justice Executive Law Enforcement Summit, Lake Tahoe, California, November 5, 2007

- Moderator, “Homegrown Radicalism in the United States,” The Washington Institute for Near East Policy's annual Weinberg Founder's Conference, October 19-21, 2007, Leesburg, Virginia.

- “Combating the Financing of Transnational Threats,” Anti-Terrorism Caucus, U.S. House of Representatives, Washington, D.C., October 23, 2007

- Moderate session with Under Secretary of the Treasury Stuart Levey on “Iran Sanctions: Where We are and Where We are Going,” Radio Free Europe / Radio Liberty, Washington DC, October 16, 2007

- Chair panel on “Security in the West Bank” at a conference entitled “Whither the Palestinians? Politics and Policy at a Time of Crisis,” The Washington Institute for Near East Policy, July 30, 2007

- “Adding Hezbollah to the EU Terrorism List,” written testimony before the Committee on Foreign Affairs, Subcommittee on Europe, United States House of Representatives, June 20, 2007, available online at https://www.investigativeproject.org/documents/testimony/322.pdf

- Speaker on panel on “The Levant, Maghreb and Sub-Saharan Africa,” International Terrorism and Intelligence 2007 (ITI 2007) Conference, hosted by the University of St. Andrews Centre for the Study of Terrorism and Political, Washington DC, June 13, 2007

- “Understanding the Threat: Contemporary Terrorism and the American Response,” Anti Defamation League (ADL) Advanced Training School, June 11, 2007, Washington, D.C.

- “Terror Financing: New Trends and Developments,” Training Day on Counterterrorism, German Ministry of Foreign Affairs, Berlin, German, June 7, 2007

- “Internationalizing the Financial Fight against Terrorism,” George C. Marshall European Center for Security Studies in Garmisch, Germany, June 6, 2007

- Panelist at session on “Policy Options” at a workshop on “Confronting the Iranian Threat: The Way Forward. What We Know and what to Do.” Foundation for Defense of Democracies, Freeport, Bahamas, May 30 – June 1, 2007

- “Financial Tools to Combat the Evolving Terrorist Threat,” with Michael Jacobson, Soref Symposium, The Washington Institute for Near East Policy, Washington, DC, May 10, 2007

- “State Sponsorship of Terrorism in the Age of Binladenism,” National Security Management Course, Maxwell School of Citizenship and Public Affairs, Syracuse University, May 8, 2007

- “Confronting the Iranian Threat,” Anti-Defamation League Leadership Conference, Washington DC, April 30, 2007

- “Power of the Purse: Combating Terror Finance,” seminar sponsored by Eden Intelligence at the Royal College of Defense Studies, Seaford House, Belford Square, London, England, April 26, 2007

- “Hamas: Politics, Charity and Jihad,” Chatham House, Middle East Programme Roundtable Meeting, London, England, April 25, 2007, audio of lecture available online at

- “Can Sanctions and Financial Restrictions Avoid a Showdown with Iran?” Transatlantic Institute Roundtable

Discussion at the Residence Palace, Brussels, Belgium, April 24, 2007

- "Hamas: Politics, Charity and Terrorism in the Service of Jihad," Transatlantic Institute Roundtable Discussion, Brussels, Belgium, April 23, 2007

- "Pulling Tehran's Purse Stings: Leveraging Sanctions and Market Forces to Alter Iranian Behavior," testimony before the House of Representatives Committee on Foreign Affairs Subcommittee on Terrorism, Nonproliferation and Trade and Subcommittee on the Middle East and Central Asia, March 15, 2007, available online at https://www.washingtoninstitute.org/policy-analysis/pulling-tehrans-purse-stings

- "Teaching Terror: How Hamas Radicalizes Palestinian Society," comments for a panel discussion on the topic of environments that enable terrorism at a conference titled, "The Roots of Terror: Understanding the Evolving Threat of Global Terrorism," sponsored by Women in International Security and the U.S. Army War College, February 12, 2007, available online at https://www.washingtoninstitute.org/policy-analysis/teaching-terror-how-hamas-radicalizes-palestinian-society

- "Follow the Money: Challenges and Opportunities in the Campaign to Combat Terrorism Financing," Policy Forum at The Washington Institute for Near East Policy, February 23, 2007, available online at https://www.washingtoninstitute.org/policy-analysis/follow-money-challenges-and-opportunities-campaign-combat-terrorism-financing

- "Iran's Pretensions and a Turbulent Middle East," lecture at a conference on "US-Iran Relations: Collision, Stand-Off, or Convergence?" sponsored by The New America Foundation and The National Iranian American Council, Washington, DC, February 14, 2007

- "Understanding the Terrorist Threat," Presentation via VTC for the George C. Marshall European Center for Security Studies in Garmisch, Germany, February 6, 2007

- "Advantages and Limits to Evidence-Based Analysis," commentary on a panel on "Future Directions: How Can We Determine Which Analytic Practices Work? Can Analytic Practices Become Evidence-Based?" at a conference sponsored by the Office of the Director of National Intelligence (ODNI) on Improving Intelligence Analysis, Chantilly, Virginia, January 10, 2007

- "Hezbollah Fundraising through Criminal Enterprises," Testimony before the Committee on Governmental Affairs, United States Senate, May 25, 2005, available online at https://www.washingtoninstitute.org/policy-analysis/hezbollah-financing-terror-through-criminal-enterprise

- "Islamic Extremism in Europe – Beyond al-Qaeda: Hamas and Hezbollah in Europe," Testimony before the Committee on International Relations, Subcommittee on Europe and Emerging Threats, United States House of Representatives, April 27, 2005, available online at https://www.washingtoninstitute.org/policy-analysis/islamic-extremism-europe-beyond-al-qaeda-hamas-and-hezbollah-europe

- "Iranian State Sponsorship of Terror: Threatening U.S. Security, Global Stability, and Regional Peace," Testimony before the Committee on International Relations, Subcommittee on the Middle East and Central Asia Subcommittee on International Terrorism and Nonproliferation, United States House of Representatives, February 16, 2005, available online at https://www.washingtoninstitute.org/policy-analysis/iranian-state-sponsorship-terror-threatening-us-security-global-stability-and-0

- “Charitable Organizations and Terrorist Financing: A War on Terror Status-Check," Paper presented at the workshop "The Dimensions of Terrorist Financing," University of Pittsburgh, March 19, 2004, available online at https://www.washingtoninstitute.org/policy-analysis/charitable-organizations-and-terrorist-financing-war-terror-status-check

- “Terrorism in West Africa, Post 9/11,” A rapporteur's summary of remarks to a workshop on "Oil, Terrorism, and More: The Growing Strategic Significance of West Africa" organized by the CNA Corporation's Center for Strategic Studies, March 1, 2004, available online at https://www.washingtoninstitute.org/policy-analysis/terrorism-west-africa-post-911

- "Hezbollah: A Case Study of Global Reach" Remarks to a conference on "Post-Modern Terrorism: Trends, Scenarios, and Future Threats,” International Policy Institute for Counter-Terrorism, Herzliya, Israel, September 8, 2003, available online at https://www.aclu.org/sites/default/files/field_document/ACLURM001616.pdf

- “Untangling the Terror Web: The Need for a Strategic Understanding of the Crossover Between International Terrorist Groups to Successfully Prosecute the War on Terror," Testimony before the Committee on Banking, Housing, and Urban Affairs, United States Senate, October 22, 2003, available online at https://www.washingtoninstitute.org/policy-analysis/untangling-terror-web-need-strategic-understanding-crossover-between-international

- Chaired panel discussion on “The Matrix of International Terrorism: The Global Jihadist Threat” at a conference entitled “Between Hope and Challenge: The Bush Administration and the Middle East, 2003,” The Washington Institute for Near East Policy, Lansdowne, Virginia, September 19-21, 2003.

- “Subversion From Within: Saudi Funding of Islamic Extremist Groups Undermining US Interests and the War on Terror from within the United States,” Testimony before the Subcommittee on Terrorism, Technology and Homeland Security, Judiciary Committee, U.S. Senate, September 10, 2003, available online at https://www.washingtoninstitute.org/policy-analysis/subversion-within-saudi-funding-islamic-extremist-groups-undermining-us-interests

- “Combating Terrorist Financing: Where the War on Terror Intersects the ‘Road Map’,” *Jerusalem Issue Brief (Jerusalem Center for Public Affairs),* August 14, 2003, available online at https://www.washingtoninstitute.org/policy-analysis/combating-terrorist-financing-where-war-terror-intersects-road-map

- “Fighting Illegal Transfers Through Alternative Means of Money Transfer,” Remarks to a Conference on “The Economic War on Terrorism: Money Laundering and Terrorist Financing” Garmisch, Germany, George C. Marshall European Center for Security Studies in cooperation with U.S. Department of the Treasury, U.S. Federal Bureau of Investigation, US Department of Justice, July 21-25, 2003, available online at https://www.washingtoninstitute.org/policy-analysis/fighting-illegal-transfers-through-alternative-means-money-transfer

- “Developing Global Mechanisms to Combat Terror: Stemming the Flow of Terrorist Financing,” Remarks to a Conference on “Global Terrorism: If This is World War III, How Do We Win?” Sponsored by the Strategic Dialogue Center, Netanya College, Israel, New York City, April 6, 2003, available online at https://www.washingtoninstitute.org/policy-analysis/developing-global-mechanisms-combat-terror-stemming-flow-terrorist-financing

- "Culture and the Practice of Deception: Discussant Comments," Colloquium on Foreign Strategic Denial and Deception, The Cantril Group, May 15, 2003

- "The Causes of the 9/ll Attacks and the Scope of the Threat," Address to the 19th World Media Conference: "Media's Role in Peace and Conflict: Covering the Consequences of 9/11," Plenary Session I, "The Causes of the 9/11 Attacks and the Scope of the Threat" Washington, D.C., September 27, 2002, available online at http://www.wmassociation.com/reports/spkers/levitt.html

- "Syrian Sponsorship of Global Terrorism: The Need for Accountability," Testimony on the Syrian Accountability Act before the Subcommittee on the Middle East and South Asia, Committee on International Relations, United States House of Representatives, September 18, 2002, available online at https://www.washingtoninstitute.org/policy-analysis/syrian-sponsorship-global-terrorism-need-accountability

- "Charitable and Humanitarian Organizations in the Network of International Terrorist Financing," Testimony before the Subcommittee on International Trade and Finance, Committee on Banking, Housing, and Urban Affairs, United States Senate (August 1, 2002), available online at https://www.washingtoninstitute.org/policy-analysis/charitable-and-humanitarian-organizations-network-international-terrorist-financing

***Journal/Magazine Articles:***

- "The Road to October 7: Hamas' Long Game, Clarified," with Devorah Margolin, *CTC Sentinel*, Oct/Nov 2023, https://www.washingtoninstitute.org/policy-analysis/road-october-7-hamas-long-game-clarified

- "The Iran-Hamas Relationship," *The Jerusalem Strategic Tribune*, November 2023, https://jstribune.com/levitt-the-hamas-iran-relationship/

- "The EU Can, and Should, Designate the IRGC as a Terrorist Group, *Lawfare*, January 30, 2023, available online at https://www.lawfareblog.com/eu-can-and-should-designate-irgc-terrorist-group

- "Contending with IRGC Plots," *Lawfare*, August 16, 2022, available online at https://www.washingtoninstitute.org/policy-analysis/contending-irgc-plots

- "The Backstory Behind the Killing of Qods Force Col. Khodaei," *Trends Research* (UAE), June 20, 2022, available online at https://www.washingtoninstitute.org/policy-analysis/backstory-behind-killing-qods-force-col-khodaei

- "The United Nations' List of 'Not Listed' Terrorist Entities," with Lauren Fredericks, *Lawfare*, June 12, 2022, available online at https://www.washingtoninstitute.org/policy-analysis/united-nations-list-not-listed-terrorist-entities

- "Trends in Iranian External Assassination, Surveillance, and Abduction Plots," *CTC Sentinel*, February 2022, available online at https://www.washingtoninstitute.org/policy-analysis/trends-iranian-external-assassination-

surveillance-and-abduction-plots

- "The Assad Regime's Business Model for Supporting the Islamic State," *Lawfare*, September 26, 2021, available online at https://www.washingtoninstitute.org/policy-analysis/assad-regimes-business-model-supporting-islamic-state

- "Hezbollah's Regional Activities in Support of Iran's Proxy Networks," *The Middle East Institute*, July 26, 2021, available online at https://www.mei.edu/publications/hezbollahs-regional-activities-support-irans-proxy-networks

- "Rethinking U.S. Efforts on Counterterrorism: Toward a Sustainable Plan Two Decades after 9/11," Vol. 12, No. 2, *Journal of National Security Policy and Law*, June 11, 2021, available online at https://jnslp.com/2021/06/11/rethinking-u-s-efforts-on-counterterrorism-toward-a-sustainable-plan-two-decades-after-9-11/

- "Revitalizing Alliances to Counter Terrorism," *Just Security*, March 24, 2021, available online at https://www.justsecurity.org/75483/revitalizing-alliances-to-counter-terrorism/

- "Funding in Place: Local Financing Trends Behind Today's Global Terrorist Threat," with Katherine Bauer, *The International Centre for Counter-Terrorism – The Hague (ICCT) Evolutions in Counter-Terrorism*, Vol. 2, November 2020, available online at https://www.washingtoninstitute.org/policy-analysis/funding-place-local-financing-trends-behind-todays-global-terrorist-threat

- "Breaking Hezbollah's Golden Rule," *Perspectives on Terrorism*, Vol 14 Issue 4, August 2020, available online at https://www.washingtoninstitute.org/policy-analysis/breaking-hezbollahs-golden-rule

- "The Lebanese Hizbullah Financing Threat in Europe," *RUSI/Project CRAAFT*, April 17, 2020, available online at https://www.washingtoninstitute.org/policy-analysis/lebanese-hizbullah-financing-threat-europe

- "'Fighters without Borders': Forecasting New Trends in Iran Threat Network Foreign Operations Tradecraft," *CTC Sentinel*, February 27, 2020, available online at https://www.washingtoninstitute.org/policy-analysis/view/fighters-without-borders-forecasting-new-trends-in-iran-threat-network-fore

- "Hezbollah's Procurement Channels: Leveraging Criminal Networks and Partnering with Iran," *CTC Sentinel*, March 2019, available online at https://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-procurement-channels-leveraging-criminal-networks-and-partnering

- "Iran's Deadly Diplomats," *CTC Sentinel,* Vol 11, Issue 7, August 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/irans-deadly-diplomats

- "Trump's Travel Ban Might Be Legal, But It's Bad Policy," *Foreign Policy*, April 25, 2018, available online at https://foreignpolicy.com/2018/04/25/trumps-travel-ban-might-be-legal-but-its-bad-policy/

- "In Search of Nuance in the Debate over Hezbollah's Criminal Enterprise and the U.S. Response," *Lawfare*

*Research Paper Series*, March 20, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/in-search-of-nuance-in-the-debate-over-hezbollahs-criminal-enterprise-and-t

- "Debating the Hezbollah Problem," *ISCR Insight,* January 22, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/debating-the-hezbollah-problem

- "The Evolution of Shia Insurgency in Bahrain," with Michael Knights, *CTC Sentinel,* January 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/the-evolution-of-shia-insurgency-in-bahrain

- "Qatar Doesn't Need a Blockade, It Needs an Audit," *Foreign Policy*, June 15, 2017, available online at http://www.washingtoninstitute.org/policy-analysis/view/qatar-doesnt-need-a-blockade-it-needs-an-audit

- "How Hamas' Military Wing Threatens Reconciliation With Fatah," with Aviva Weinstein, *Foreign Affairs,* November 29, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/how-hamas-military-wing-threatens-reconciliation-with-fatah

- "The New York Bomber Was Not a Lone Wolf" *Foreign Policy,* September 21, 2016, available online at https://www.washingtoninstitute.org/policy-analysis/view/the-new-york-bomber-was-not-a-lone-wolf

- "Hezbollah's Pivot Toward the Gulf," *CTC Sentinel,* Vol 9, Issue 8, August 2016, available online at https://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-pivot-toward-the-gulf

- "The Islamic State's Lone-Wolf Era Is Over," *Foreign Policy*, March 24, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-islamic-states-lone-wolf-era-is-over

- "Iranian and Hezbollah Operations in South America: Then and Now," *PRISM,* December 16, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/iranian-and-hezbollah-operations-in-south-america-then-and-now

- "Anatomy of a Bombing," *Foreign Affairs,* September 1, 2015, available online at https://www.foreignaffairs.com/articles/lebanon/2015-09-01/anatomy-bombing

- "Waking Up the Neighbors: How Regional Intervention is Transforming Hezbollah," *Foreign Affairs,* July 23, 2015, available online at https://www.foreignaffairs.com/articles/israel/2015-07-23/waking-neighbors

- "Keeping Iran's Feet to the Fire," *Foreign Policy*, July 14, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/keeping-irans-feet-to-the-fire

- "Hezbollah Pulled Between Resistance to Israel and Defense of Syria," *CTC Sentinel,* Vol 8, Issue 2, February 2015, available online at http://www.washingtoninstitute.org/uploads/Documents/opeds/Levitt20150227-CTCSentinel.pdf

- "The Composing of ISIS: Let it Rot," *CCHS Security Insights,* February 4, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-composting-of-isis-let-it-rot

- "Can Argentina Find Justice Without Alberto Nisman?" *Foreign Policy,* January 22, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/can-argentina-find-justice-without-alberto-nisman

- "Hezbollah's Syrian Quaqmire," *PRISM,* Vol 5, Issue 4, September 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-syrian-quagmire

- "Hezbollah and Iran's Strategic Partnership," *Harvard Journal of Middle East Politics and Policy*, Vol. III, 2013-2014

- "Hamas's Not-So-Secret Weapon," *Foreign Affairs*, July 9, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hamass-not-so-secret-weapon

- "Regional Implications of the War in Syria," *Defense Dossier*, Issue 11, June 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/regional-implications-of-the-war-in-syria

- "Hezbollah's Man in Egypt," *Perspectives on Terrorism*, Vol 8, Issue 2, April 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-man-in-egypt

- "Hizb Allah's Gambit in Syria," with Aaron Y. Zelin, *CTC Sentinel*, Special Issue, Vol 6 Issue 8, August 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/hizb-allahs-gambit-in-syria

- "Hezbollah's Organized Criminal Enterprises in Europe," *Perspectives on Terrorism*, Vol 7 Issue 4, August 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-organized-criminal-enterprises-in-europe

- "Criminal Connections: Hizbullah's Global Illicit Financial Activities," *IHS Defense, Risk and Security Consulting*, September 2012, available online at http://www.washingtoninstitute.org/policy-analysis/view/criminal-connections-hizbullahs-global-illicit-financing-activities

- "Hizbullah Narco-Terrorism: A Growing Cross-Border Threat," *IHS Defense, Risk and Security Consulting*, September 2012, available online at http://www.washingtoninstitute.org/policy-analysis/view/hizbullah-narco-terrorism-a-growing-cross-border-threat

- "The Tragedy in Toulouse: When Kinetic Counterterrorism Tactics Aren't Enough," *HSPI Commentary* 26, The Homeland Security Policy Institute, The George Washington University, March 29, 2012, available online at https://www.washingtoninstitute.org/policy-analysis/tragedy-toulouse-when-kinetic-counterterrorism-tactics-arent-enough

- "Money Troubles: The Financial Woes of al-Qaeda's Leaders," *IHS Jane's*, January 2012, available online at https://www.washingtoninstitute.org/policy-analysis/money-troubles-financial-woes-al-qaedas-leaders

- "It's the Ideology, Stupid," *Journal of International Security Affairs*, September 2011, available online at https://www.washingtoninstitute.org/policy-analysis/its-ideology-stupid

- "Hezbollah: Party of Fraud," *Foreign Affairs*, July 27, 2011, available online at https://www.washingtoninstitute.org/policy-analysis/hezbollah-party-fraud

- "Follow the Money: Leveraging Financial Intelligence to Combat Transnational Threats," *Georgetown Journal of International Affairs* (Winter/Spring 2011), available online at https://www.washingtoninstitute.org/policy-analysis/follow-money-leveraging-financial-intelligence-combat-transnational-threats

- "Al Qaeda Targeting Israel: Between Rhetoric and Reality," *Orbis,* volume 54, number 3 (Summer 2010)

- "Tracking Narco-Terrorist Networks: The Money Trail," co-authored with Michael Jacobson, *The Fletcher Forum of International Affairs*, vol. 34:1, winter 2010, available online at https://www.washingtoninstitute.org/policy-analysis/tracking-narco-terrorist-networks-money-trail

- "What Europe Can Do to Secure a Deal with Iran," *Europe's World* (Spring 2010), available online at https://www.washingtoninstitute.org/pdf/view/6723/en

- "Syria's Financial Support for Jihad," *Middle East Quarterly* (Winter 2010), available online at http://www.meforum.org/2579/syria-financial-support-jihad

- "Staying Solvent – Assessing Al-Qaeda's Financial Portfolio," co-authored with Michael Jacobson in *Al-Qaeda's Senior Leadership (AQSL) – a Jane's Strategic Advisory Services (JSAS) supplement,* IHS Jane's, November 2009, available online at https://www.washingtoninstitute.org/policy-analysis/staying-solvent-assessing-al-qaedas-financial-portfolio

- "Hamas's Ideological Crisis," *Current Trends in Islamist Ideology* (November 2009), available online at https://www.washingtoninstitute.org/policy-analysis/hamass-ideological-crisis

- "Israel as an Al-Qa'ida Target: Sorting Rhetoric from Reality," *CTC Sentinel*, volume 2:10, October 2009, available online at https://ctc.usma.edu/israel-as-an-al-qaida-target-sorting-rhetoric-from-reality/

- "Foreign "South of the Border, a Threat from Hezbollah," *Journal of International Security Affairs*, Spring 2013, available online at https://www.washingtoninstitute.org/policy-analysis/south-border-threat-hezbollah

- "Foreign Fighters and Their Economic Impact: A Case Study of Syria and al-Qaeda in Iraq," *Perspectives on Terrorism*, Volume 3, Issue 3, September 2009, available online at https://www.washingtoninstitute.org/policy-analysis/foreign-fighters-and-their-economic-impact-case-study-syria-and-al-qaeda-iraq

- "Confronting the Ideology of Radical Extremism," co-authored with J. Scott Carpenter and Michael Jacobson, *Journal of National Security Law & Policy*, volume 3:2, Fall 2009, available online at https://www.washingtoninstitute.org/policy-analysis/confronting-ideology-radical-extremism

- "The Making of a Martyr" (Book Review), *The Journal of International Security Affairs*, Fall 2009, available online at http://www.washingtoninstitute.org/templateC06.php?CID=1353

- "Drug Wars: How Obama can Use Narcotics Enforcement to Fight Terrorism," co-authored with Michael Jacobson, *The New Republic*, January 26, 2009 available online at https://newrepublic.com/article/61512/drug-wars

- "The U.S. Campaign to Squeeze Terrorist's Financing," co-authored with Michael Jacobson, *Columbia Journal of International Affairs*, Fall/Winter 2008, available online at https://www.washingtoninstitute.org/policy-analysis/us-campaign-squeeze-terrorists-financing

- "Al Qa'ida's Finances: Evidence of Organizational Decline?" *CTC Sentinel*, April 2008, available online at https://www.washingtoninstitute.org/policy-analysis/al-qaidas-finances-evidence-organizational-decline

- "Could Hamas Target the West?" *Studies in Conflict & Terrorism*, vol. 30, no. 11, 2007, available online at https://www.washingtoninstitute.org/policy-analysis/could-hamas-target-west

- "Countering the Theological Case for 'Economic Jihad' is Vital," *RUSI/Jane's Homeland Security and Resilience Monitor*, (July 1, 2005), available online at https://www.washingtoninstitute.org/policy-analysis/countering-theological-case-economic-jihad-vital

- "Hamas and Islamic Jihad Clash over 'Media Jihad'," *RUSI/Jane's Homeland Security and Resilience Monitor*, January 12, 2005, available online at https://www.washingtoninstitute.org/policy-analysis/hamas-and-islamic-jihad-clash-over-media-jihad

- "Zarqawi's Jordanian Agenda," (with Julie Sawyer), *Terrorism Monitor: In-Depth Analysis of the War on Terror*, Vol. II, Issue 24, The Jamestown Foundation (December 16, 2004), available online at http://www.jamestown.org/publications_details.php?volume_id=400&issue_id=3179&article_id=2369022

- "Untangling the Terror Web: Identifying and Counteracting the Phenomenon of Crossover between Terrorist Groups," *SAIS Review*, vol. XXIV, no. 1 (Winter-Spring 2004), available online at https://www.washingtoninstitute.org/policy-analysis/untangling-terror-web-identifying-and-counteracting-phenomenon-crossover-between

- "USA Ties Terrorist Attacks in Iraq to Extensive Zarqawi Network," *Jane's Intelligence Review, Terrorism and Insurgency*, April 1, 2004 (posted online March 16, 2004), available online at https://www.washingtoninstitute.org/policy-analysis/usa-ties-terrorist-attacks-iraq-extensive-zarqawi-network

- "Hizbullah's African Activities Remain Undisrupted," *RUSI/Jane's Homeland Security and Resilience Monitor*, March 1, 2004 (posted online February 4, 2004), available online at https://www.washingtoninstitute.org/policy-analysis/hizbullahs-african-activities-remain-undisrupted

- "Hamas from Cradle to Grave," *Middle East Quarterly*, vol. 11, no. 1 (January 2004), available online at http://www.meforum.org/article/582

- "Hezbollah's West Bank Terror Network," *Middle East Intelligence Bulletin (MEIB),* vol. 5, no. 8 (August 2003), available online at http://www.meib.org/articles/0308_l3.htm

- "Confronting Syrian Support for Terrorist Groups," *Middle East Intelligence Bulletin (MEIB)*, vol. 5, no. 5 (May 2003), available online at http://www.meib.org/articles/0305_s1.htm

- "Stemming the Flow of Terrorist Financing: Practical and Conceptual Challenges." *The Fletcher Forum of World Affairs*, vol. 27, no. 1, (Winter/Spring 2003), available online at http://fletcher.tufts.edu/forum/27-1pdfs/Levitt3.pdf

- "The Political Economy of Middle East Terrorism," *The Middle East Review of International Affairs (MERIA) Journal*, vol. 6, no. 4 (December 2002), available online at https://www.washingtoninstitute.org/policy-

analysis/political-economy-middle-east-terrorism

- "Sponsoring Terrorism: Syria and Islamic Jihad," *Middle East Intelligence Bulletin (MEIB)*, vol. 4, no. 11 (November 2002), available online at http://www.meforum.org/meib/articles/0211_s1.htm

- "Eradicating Evil: Cracking Down on Terrorist Financing," *Harvard International Review online,* vol. XXIV, Issue 3, (Fall 2002), available online at http://www.hir.harvard.edu/articles/index.html?id=1080

- "War on Terrorism Scorecard," *Middle East Quarterly,* vol. 9, no. 3 (Summer 2002), available online at http://www.meforum.org/article/494

- "The Taliban, Islam, and Women's Rights in the Muslim World," *The Fletcher Forum of World Affairs*, vol. 21, no. 1 (Winter/Spring 1998)

- "Kilometer 101: Oasis or Mirage? An Analysis of Third-Party Self-Interest in International Mediation," *Mediation Quarterly*, vol. 15, no. 2, (Winter 1998); earlier version published in The Program on Negotiation at Harvard Law School, *Working Paper Series,* no. 96-1 (March 1996), and presented at a Ph.D. conference entitled "Conflict Studies: A New Generation of Ideas" held at The University of Massachusetts, Boston, MA, October 4-5, 1996.

- Academic Book Review of Faith and Freedom: Women's Human Rights in the Muslim World, Mahnaz Afkhami, Ed. (Syracuse University Press, 1995), *Journal of International Affairs,* vol. 50, no. 1 (Summer 1996)

- "Let Them Eat Figs: An Analysis of the Negotiation Process Leading to the Madrid Peace Conference," The Program on Negotiation at Harvard Law School, *Working Paper Series,* no. 94-4 (February 1994)

- A variety of classified articles published in FBI and U.S. intelligence community publications, 1998-2001

***Editorial Articles:***

- "What Hamas Wants in Postwar Gaza: The Power to Fight without the Burden of Governing," *Foreign Affairs*, May 10, 2024, https://www.foreignaffairs.com/israel/what-hamas-wants-postwar-gaza

- "The Only Way to Stop Hamas is to Stop Iran from Rebuilding It," co-authored with Michael Singh, *LA Times*, January 31, 2024, https://www.latimes.com/opinion/story/2024-01-31/iran-hamas-gaza-israel-war-terrorism

- "For All That Changed, Hamas is Still Hamas," Yale University Press Essay, January 22, 2024, https://yalebooks.yale.edu/2024/01/22/for-all-that-changed-hamas-is-still-hamas/

- "How to Keep Hamas from Bouncing Back," *The Dispatch*, January 9, 2024, https://thedispatch.com/article/how-to-keep-hamas-from-bouncing-back/

- "The End of the Hamas Military-Industrial Complex," *The Hill*, January 2, 2024, https://thehill.com/opinion/international/4385219-the-end-of-the-hamas-military-industrial-complex/

- "Los vínculos estrechos de Irán con Hamas," *Infobae*, November 29, 2023, https://www.infobae.com/america/mundo/2023/11/29/los-vinculos-estrechos-de-iran-con-hamas/

- "The War Hamas always Wanted," *Foreign Affairs*, October 11, 2023, https://www.foreignaffairs.com/israel/war-hamas-always-wanted

- "Hizbullah and Russia's Nascent Alliance," co-authored with Aurora Ortega, *RUSI Commentary*, May 23,

2023, https://rusi.org/explore-our-research/publications/commentary/hizbullah-and-russias-nascent-alliance

- "Synagogue Hostage Crisis Reminds Us That Neo-Nazis Aren't the Only Ones Targeting Jews," *NBC News*, January 19, 2022, available online at https://www.nbcnews.com/think/opinion/synagogue-hostage-crisis-reminds-us-neo-nazis-aren-t-only-ncna1287744

- "The 9/11 Attacks, 20 Years On: An FBI Terrorism Analyst Reflects on an Unwinnable War," *NBC News*, September 11, 2021, available online at https://www.nbcnews.com/think/opinion/9-11-attacks-20-years-fbi-terrorism-analyst-reflects-unwinnable-ncna1278942

- "Harmonizing Counterterrorism and Great-Power Competition," *National Interest*, May 9, 2021, available online at https://nationalinterest.org/feature/harmonizing-counterterrorism-and-great-power-competition-184787

- "Re-Budgeting for a Right-Sized International Counterterrorism Posture," *Cipher Brief*, March 18, 2021, available online at https://www.thecipherbrief.com/article/united-states/re-budgeting-for-a-right-sized-international-counterterrorism-posture

- "Trump's Aiding of Capitol Violence as World Watches Shows U.S. Is Now Exporting Extremism," *NBC*, January 8, 2021, available online at https://www.washingtoninstitute.org/policy-analysis/trumps-aiding-capitol-violence-world-watches-shows-us-now-exporting-extremism

- "Here's How the U.S. Can Pressure Lebanon's New Government to Tackle Corruption," with Hanin Ghaddar, *The Hill*, January 26, 2020, available online at https://thehill.com/opinion/international/479538-heres-how-the-us-can-pressure-lebanons-new-government-tackle

- "The New Iranian General to Watch," *Politico,* January 23, 2020, available online at https://www.politico.com/news/magazine/2020/01/23/how-the-quds-force-is-filling-qassem-soleimanis-shoes-102820

- "Iran Retains Its Ability to Launch Terror Attacks Despite Assassination," *The National*, January 3, 2020, available online at https://www.thenationalnews.com/world/mena/iran-retains-its-ability-to-launch-terror-attacks-despite-assassination-1.959524

- "The Men Responsible for the AMIA Bombing Are Known—and Still at Large," *Mosaic*, August 12, 2019, available online at https://mosaicmagazine.com/response/jewish-world/2019/08/the-men-responsible-for-the-amia-bombing-are-known-and-still-at-large/

- "Inside Hezbollah's American Sleeper Cells," *Haaretz*, August 4, 2019, available online at https://www.haaretz.com/middle-east-news/.premium-hezbollah-sleeper-cells-primed-to-strike-u-s-and-israeli-targets-on-iran-s-signal-1.7618673

- "Hezbollah Isn't Just in Beirut. It's in New York, Too," *Foreign Policy*, June 14, 2019, available online at https://foreignpolicy.com/2019/06/14/hezbollah-isnt-just-in-beirut-its-in-new-york-too-canada-united-states-jfk-toronto-pearson-airports-ali-kourani-iran/

- "Europe has not Faced up to the threat of Hizballah," *Telegraph*, June 9, 2019, available online at https://www.washingtoninstitute.org/policy-analysis/view/europe-has-not-faced-up-to-the-threat-of-hizbollah

- "What will IRGC Designation Actually Do?" *Iran Primer*, April 8, 2019, available online at https://www.washingtoninstitute.org/policy-analysis/view/what-will-irgc-designation-actually-do

- "Rouhani's Threat to Shut the Strait of Hormuz—More than Bluster?" *The American Interest*, December 14, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/rouhanis-threat-to-shut-the-

strait-of-hormuzmore-than-bluster

- "Hezbollah's Corruption Crisis Runs Deep," *Alhurra*, July 20, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-corruption-crisis-runs-deep

- "Next Stage in the Battle Against the Islamic State," *Alhurra*, February 8, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/next-stage-in-the-battle-against-the-islamic-state

- "Hezbollah is a Terrorist Group in Its Entirety; UK Must Recognize That," *The Hill,* January 24, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/hezbollah-is-a-terrorist-group-in-its-entirety-uk-must-recognize-that

- "How Trump Is Going After Hezbollah in America's Backyard," *Politico*, November 30, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/how-trump-is-going-after-hezbollah-in-americas-backyard

- "America's Radicalization Problem: It's Local," *New York Daily News*, November 1, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/americas-radicalization-problem-its-local

- "The Unique Counterterrorism Challenges Presented by Homegrown Violent Extremism" *Alhurra*, October 18, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/closing-the-door-against-isis

- "Shutting the Door to the Islamic State" *Alhurra*, September 9, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/closing-the-door-against-isis

- "NATO's Role in Fighting Post-Caliphate ISIS Looms Large" *The Hill,* August 2, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/natos-role-in-fighting-post-caliphate-isis-looms-large

- "On Bombing Anniversary, Iran Still Engaged in Illicit Activity," *The Hill,* July 19, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/on-bombing-anniversary-iran-still-engaged-in-illicit-activity

- "Stopping the Next London Attacker or Orlando Shooter," *The Hill*, April 7, 2017, available online at http://www.washingtoninstitute.org/policy-analysis/view/stopping-the-next-london-attacker-or-orlando-shooter

- "Iran's 'Resistance Economy' –and Stalled Reform Efforts,"*Wall Street Journal,* September 23, 2016, available online at https://www.washingtoninstitute.org/policy-analysis/view/irans-resistance-economy-and-stalled-reform-efforts

- "Why Trump and Netanyahu Might Keep the Iran Deal After All," The Hill (with Katherine Bauer and Patrick Clawson, Februa 15, 2017, http://www.washingtoninstitute.org/policy-analysis/view/why-trump-and-netanyahu-might-keep-iran-nuclear-deal-after-all

- Iran and Hezbollah Remain Hyperactive in Latin America," *Cipher Brief*, August 11, 2016, available online at https://www.washingtoninstitute.org/policy-analysis/view/iran-and-hezbollah-remain-hyperactive-in-latin-america

- "Under Cover of Nuclear Deal, Iran Foments Regional Instability," *The Hill*, July 12, 2016, available online at https://thehill.com/blogs/pundits-blog/international/287342-under-cover-of-nuclear-deal-iran-foments-regional

- "Hizbullah Under Fire in Syria," co-authored with Nadav Pollak, *Tony Blair Faith Foundation,* June 9, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/hizbullah-under-fire-in-syria

- “The View from Tehran's Twilight Zone: Iran's Continued Illicit Finance Activities and Their Implications,” *Henry Jackson Society*, May 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-view-from-tehrans-twilight-zone

- “Where Iran's Complaint About Banking Integration Misses the Mark,” *Wall Street Journal*, April 18, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/where-irans-complaint-about-banking-integration-misses-the-mark

- “My Journey Through Brussels' Terrorist Safe Haven,” *Politico*, March 27, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/my-journey-through-brussels-terrorist-safe-haven

- “Brussels Attacks Raise Questions on Readiness,” *New York Times*, March 22, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/brussels-attacks-raise-questions-on-readiness

- “Genocide or Not, Civilians Need Protection from ISIS,” *The Hill*, March 11, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/genocide-or-not-civilians-need-protection-from-isis

- “Behind the GCC's Terrorist Designation of Hizbullah,” *Tony Blair Faith Foundation* March 10, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/behind-the-gccs-terrorist-designation-of-hizbullah

- “The Crackdown on Hezbollah’s Financing Network,” *Wall Street Journal*, January 27, 2016,available online at http://www.washingtoninstitute.org/policy-analysis/view/the-crackdown-on-hezbollahs-financing-network

- “Prisoner Release,” *Cipher Brief*, January 20, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/prisoner-release

- “A Counterterrorism Restructuring That Can't Work Without Funding,” *Wall Street Journal* January 16, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/a-counterterrorism-restructuring-that-cant-work-without-funding

- “America May Have Unlocked a Key to Fighting Terrorism -- and It Doesn't Involve Drones,” *Washington Post*, January 8, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/america-may-have-unlocked-a-key-to-fighting-terrorism-and-it-doesnt-involve

- “U.S. Sanctions Delay Could Open Door for Iranian Weapons Violations,” *Wall Street Journal,* January 1, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/u.s.-sanctions-delay-could-open-door-for-iranian-weapons-violations

- “As Argentinian 'Truth Commission' Ends Before It Starts, Time to Investigate Iranian Agents,” *The Hill*, December 28, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/as-argentinian-truth-commission-ends-before-it-starts-time-to-investigate-i

- “The Islamic State Is Financially Self-Sufficient,” *BBC News*, December 19, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-islamic-state-is-financially-self-sufficient

- “Two Steps to Crack Down on Islamic State Financing Options,” *Wall Street Journal,* December 17, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/two-steps-to-crack-down-on-islamic-state-financing-options

- “On Iran Sanctions, Mixed News -- and Warnings for Potential Investors,” *Wall Street Journal,* December 9, 2015 available online at http://www.washingtoninstitute.org/policy-analysis/view/on-iran-sanctions-mixed-news-and-warnings-for-potential-investors

- "Sophisticated Finances That Could Trip Up ISIS," *New York Times*, November 22, 2015 available online at http://www.washingtoninstitute.org/policy-analysis/view/sophisticated-finances-that-could-trip-up-isis

- "How Do ISIS Terrorists Finance Their Attacks?" *The Hill,* November 18, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/how-do-isis-terrorists-finance-their-attacks

- "How to Beat ISIL Without 50,000 Troops," *Politico,* November 18, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/how-to-beat-isil-without-50000-troops

- "The Middle East After the Iran Nuclear Deal: Hezbollah," *Council on Foreign Relations*, September 7, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-middle-east-after-the-iran-nuclear-deal-hezbollah

- "Inside Hezbollah's European Plots," *Daily Beast*, July 20, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/inside-hezbollahs-european-plots

- "With Nisman Dead, AMIA Case Falls Down the Rabbit Hole," *Clarin,* June 4, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/with-nisman-dead-amia-case-falls-down-the-rabbit-hole

- "Why the Saudis Just Blacklisted Two Lebanese Militants," *The Hill,* May 29, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/why-the-saudis-just-blacklisted-two-lebanese-militants

- "Brooklyn Terror Plot Shows No Community Is Immune," co-authored with Kelsey Segawa, *New York Daily News,* February 26, 2015 available online at http://www.washingtoninstitute.org/policy-analysis/view/brooklyn-terror-plot-shows-no-community-is-immune

- "The P.L.O. Verdict Should Be No Surprise," *New York Times*, February 25, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-p.l.o.-verdict-should-be-no-surprise

- "Why the CIA Killed Imad Mughniyeh," *Politico*, February 9, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/why-the-cia-killed-imad-mughniyeh

- " 'Fox' Hunt: The Search for Hezbollah's Imad Mughniyeh," *The Hill* February 4, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/fox-hunt-the-search-for-hezbollahs-imad-mughniyeh

- "Israel vs. Hezbollah, Spy vs. Spy," *National Post*, January 19, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/israel-vs.-hezbollah-spy-vs.-spy

- "Terrorist 'Frenemies,'" *Politico*, January 16, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/terrorist-frenemies

- "Hezbollah's Syria Problem," *Politico,* December 1, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-syria-problem1

- "Don't Bank on Bankrupting ISIS, but Here's How We Shrink Its Wallet," *The Hill*, November 19, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/dont-bank-on-bankrupting-isis-but-heres-how-we-shrink-its-wallet

- "Hamas is Going Through a Rough Patch, So What is it Singing About?" co-authored with Oula Abdulhamid Alrifai and Kelsey Segawa, *The Hill*, October 15, 2014, available online http://www.washingtoninstitute.org/policy-analysis/view/hamas-is-going-through-a-rough-patch-so-what-is-it-

singing-about

- "The Khorasan Group Should Scare Us," *Politico*, September 24, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-khorasan-group-should-scare-us

- "Qater's Not-So-Charitable Record on Terror Finance," *The Hill*, September 24, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/qatars-not-so-charitable-record-on-terror-finance

- "While Still Risky, Military Intervention Against ISIS May be the Only Good Option for President Obama," *New York Daily News*, September 4, 2014, http://www.washingtoninstitute.org/policy-analysis/view/while-still-risky-military-intervention-against-isis-may-be-the-only-good-o

- "What is Hizbullah? Domestic Aspects and International Influence," *Tony Blair Faith Foundation*, August 19, 2014, available online at http://www.washingtoninstitute.org/uploads/Documents/opeds/Levitt20140819-TonyBlairFoundation.pdf

- "Is 'Reconstruction for Demilitarization' the Way Forward in Gaza?" *Fathom Journal* Interview, August 7, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/is-reconstruction-for-demilitarisation-the-way-forward-in-gaza

- "Gaza is Not About to Become an Islamic State," *The New Republic*, August 7, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/gaza-is-not-about-to-become-an-islamic-state

- "What Is Hezbollah Doing in Europe?" *The Atlantic*, July 24, 2014, http://www.washingtoninstitute.org/policy-analysis/view/what-is-hezbollah-doing-in-europe

- "Declaring an Islamic State, Running a Criminal Enterprise," *The Hill*, July 7, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/declaring-an-islamic-state-running-a-criminal-enterprise

- "Kidnapped Israeli Teens Compel Scrutiny of Hamas's International Finances: Going After the 'Hamas HQ in Europe'," *The New Republic*, June 24, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/kidnapped-israeli-teens-compel-scrutiny-of-hamass-international-finances

- "Closing the Gap on Hezbollah's Global Operations," *The Hill*, June 18, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/closing-the-gaps-on-hezbollahs-global-operations

- "Syria's Jihadis are Coming Home to Roost," *National Post* (Canada), June 5, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/syrias-jihadis-are-coming-home-to-roost

- "Imad Mughniyeh's Legacy Six Years On," *The Weekly Standard*, February 12, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/imad-mughniyehs-legacy-six-years-on

- "Zawahiri Aims at Israel: Behind Al Qaeda's Pivot to the Levant," *Foreign Affairs*, February 3, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/zawahiri-aims-at-israel-behind-al-qaedas-pivot-to-the-levant

- "Hezbollah's Ideological Crisis," *Times of Israel*, January 6, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-ideological-crisis

- "Long Reach of Hezbollah Makes it a Threat Close to Home," *Australian Financial Review*, December 13, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/long-reach-of-hezbollah-makes-it-a-threat-close-to-home

- Strange Bedfellows: Is the turbulent Middle East bringing Sunni and Shiite jihadists together, or driving them to war?" *Foreign Policy*, August 16, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/strange-bedfellows

- "There is No Distinct Hezbollah 'Military Wing,' So Why Ban It?" with Jonathan Prohov, *The Daily Beast*, July 25, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/there-is-no-distinct-hezbollah-military-wing-so-why-ban-it

- "Beware of Hezbollah in New York," *New York Post*, July 18, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/beware-of-hezbollah-in-new-york

- "Exporting Terror in America's Backyard," *Foreign Policy*, June 13, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/exporting-terror-in-americas-backyard

- **"**Hezbollah's Criminal Network Expanding in Size, Scope and Savvy," *World Politics Review*, May 1, 2013

- "Hezbollah's 1992 Attack in Argentina Is a Warning for Modern-Day Europe," *The Atlantic*, March 19, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-1992-attack-in-argentina-is-a-warning-for-modern-day-europe

- "Why Europe Should Ban Hezbollah," Al-Sharq al-Awsat (Arabic), March 18, 2013, available online (in English and Arabic) at http://www.washingtoninstitute.org/policy-analysis/view/why-europe-should-ban-hezbollah

- "Hezbollah's European Enablers," *National Post* (Canada), March 11, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-european-enablers

- "Hezbollah Worried; Europe Should be Too," with Magnus Norell, *The Daily Beast*, February 26, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollah-worried-europe-should-be-too

- "Europe's Hezbollah Problem," With Daniel Benjamin and Karen Betts, *The Jerusalem Post*, February 24, 2013, available online at http://www.jpost.com/MiddleEast/Article.aspx?id=304336

- "On a Military Wing and a Prayer," *Foreign Policy*, February 12, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/on-a-military-wing-and-a-prayer

- "Why Bulgaria? Why Now?" *CNN Global Public Square*, February 12, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/why-bulgaria-why-now

- "Hezbollah's Syria Problem," Fikra Forum, February 6, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-syria-problem

- Republished by Voice of America, Middle East Voices, February 13, 2013, available online at http://middleeastvoices.voanews.com/2013/02/insight-hezbollahs-syria-problem-82585/

- "Did Iran Bomb AMIA? The Evidence is Clear," *Jewish Chronicle* (UK), December 14, 2012, available online at http://www.thejc.com/comment-and-debate/analysis/94147/did-iran-bomb-amia-the-evidence-clear

- "29 Years Later, Echoes of 'Kuwait 17'," *The Weekly Standard*, December 13, 2012, available online at http://www.washingtoninstitute.org/policy-analysis/view/29-years-later-echoes-of-kuwait-17

- "Will the Ceasefire Last?" *The Daily Beast*, November 22, 2012, available online at http://www.washingtoninstitute.org/policy-analysis/view/will-the-ceasefire-last
- "Ignoring the Warning Lights on Hezbollah," Henry Jackson Society, November 8, 2012, available online at http://www.washingtoninstitute.org/policy-analysis/view/ignoring-the-warning-lights-on-hezbollah-the-case-for-a-european-ban
- "Why Iran Wants to Attack the United States," *Foreign Policy*, October 29, 2012, available online at http://www.washingtoninstitute.org/policy-analysis/view/why-iran-wants-to-attack-the-united-states
- "Tehran's Unlikely Assassins," *The Weekly Standard*, August 20, 2012, http://www.weeklystandard.com/blogs/tehran-s-unlikely-assassins_650307.html
- "Did Hezbollah Do It?" *The Daily Beast, Open Zion*, July 18, 2012, available online at http://www.thedailybeast.com/articles/2012/07/18/did-hezbollah-do-it.html
- "Iran, Hizballah and the Threat to the U.S. Homeland," YaLIBNAN, March 27, 2012, available online at http://www.yalibnan.com/2012/03/27/iran-hizballah-and-the-threat-to-the-u-s-homeland/
- "An Anti-Crime Strategy to Combat the PKK," Hurriyet Daily News, February 16, 2012, available online at http://www.washingtoninstitute.org/policy-analysis/view/an-anti-crime-strategy-to-combat-the-pkk
- "U.S. Court Ruling Links Iran to Al Qaeda," *Iran Primer*, December 13, 2011, available online at http://www.washingtoninstitute.org/html/pdf/IranPrimer_Levitt3.pdf
- "Treasury Tightens Squeeze on Iran Front Companies," *Iran Primer*, October 27, 2011, available online at http://www.washingtoninstitute.org/html/pdf/IranPrimer_Levitt2.pdf
- "A History of Violence," *Foreign Policy*, October 12, 2011, available online at https://www.washingtoninstitute.org/policy-analysis/history-violence-there-anyone-who-still-doubts-iran-terrorist-state
- "Iranian Doublespeak on the Anniversary of the AMIA Bombing," *The Jerusalem Post*, July 20, 2011, available online at http://www.jpost.com/Opinion/Op-EdContributors/Article.aspx?id=230258
- "Senior Hizballah Official Wanted for Murder," NOW Lebanon, July 21, 2011, available online at http://www.nowlebanon.com/NewsArticleDetails.aspx?ID=293278&MID=0&PID=0
- "Obama Puts the Onus on Hamas, Where It Belongs – and 1967 Borders, With Swaps, Makes Sense," New *York Daily News*, May 20, 2011, available online at https://www.washingtoninstitute.org/policy-analysis/obama-puts-onus-hamas-where-it-belongs-and-1967-borders-swaps-makes-sense
- "Checkbook Jihad," *Foreign Policy*, May 12, 2011, available online at https://www.washingtoninstitute.org/policy-analysis/checkbook-jihad

- "With Osama Bin Laden Gone, Al Qaeda Just Got A Lot Weaker," *New York Daily News*, May 3, 2011, available online at https://www.nydailynews.com/opinion/osama-bin-laden-al-qaeda-lot-weaker-article-1.140389

- "Hizballah: Governing Faction in Lebanon, Criminal Group Abroad," *NOWlebanon.com*, February 17, 2011, available online at http://www.nowlebanon.com/NewsArticleDetails.aspx?ID=241398

- "We Must Challenge the Ideology Driving Terrorism," with Scott Carpenter, *The Australian*, November 16, 2010, available online at https://www.washingtoninstitute.org/policy-analysis/we-must-challenge-ideology-driving-terrorism

- "Center of Jihadism Moves from the M.E. to South Asia, Africa," *The Jerusalem Post*, August 17, 2010, available online at http://www.jpost.com/Features/InThespotlight/Article.aspx?id=184989

- "Why the Iran Sanctions Matter," *Foreign Policy*, June 11, 2010, available online at https://www.washingtoninstitute.org/policy-analysis/why-iran-sanctions-matter

- "Crime Links Aid Counter-Terror Efforts," *Oxford Analytica*, May 19, 2010, available online at https://www.washingtoninstitute.org/policy-analysis/crime-links-aid-counter-terror-efforts

- "What Did Tehran Ask of Hizballah?" *The Jerusalem Post*, March 4, 2010, available online at http://www.jpost.com/MiddleEast/Article.aspx?id=170155

- "Can Gaza Become a Somalia or Yemen?" *The Jerusalem Post*, February 9, 2010, available online at https://www.washingtoninstitute.org/policy-analysis/can-gaza-become-somalia-or-yemen

- "When Yemen Meets Gaza," *Foreign Policy*, January 25, 2010, available online at https://www.washingtoninstitute.org/policy-analysis/when-yemen-meets-gaza

- "The World Can't Trust Iran," co-authored with Michael Jacobson, *The Guardian*, September 26, 2009, available online at https://www.washingtoninstitute.org/policy-analysis/world-cant-trust-iran

- "Radicalization: Made in the USA?" HSPI Commentary 03, Homeland Security Policy Institute, George Washington University, June 2, 2009, available online at https://www.washingtoninstitute.org/policy-analysis/radicalization-made-usa

- "Hamas: Hits and Misses," The Australian, May 30, 2009, available online at https://www.washingtoninstitute.org/policy-analysis/hamas-hits-and-misses

- "Analysis: Egypt Still has its Head in the Sand," with Yoram Cohen, *The Jerusalem Post*, March 3, 2009, available online at https://www.jpost.com/middle-east/analysis-egypt-still-has-its-head-in-the-sand

- "Focus to Remain on Terrorist Financing," Oxford Analytica March 3, 2009, available online at https://www.washingtoninstitute.org/policy-analysis/focus-remain-terrorist-financing

- "How Not to Fund Hamas: Scrutinize those who Receive U.S. Aid," *New York Daily News*, February 4, 2009, available online at https://www.washingtoninstitute.org/policy-analysis/how-not-fund-hamas-scrutinize-those-who-receive-us-aid

- "Targeting Terrorists' Financial Networks," co-authored with Michael Jacobson, *The Jerusalem Post*, January 6,

2009, available online at https://www.washingtoninstitute.org/policy-analysis/targeting-terrorists-financial-networks

- "Holding Hamas Accountable," *The Forward*, January 2, 2009, available online at https://www.washingtoninstitute.org/policy-analysis/holding-hamas-accountable

- "Bridging the Persian Gulf: Terrorist Networks are Active in the Persian Gulf, U.S. Diplomacy in the Region is the Key to Combating Them," co-authored with Michael Jacobson, *The Guardian* online, December 11, 2008, available online at https://www.washingtoninstitute.org/policy-analysis/bridging-persian-gulf

- "Where We've Come Since 9/11," co-authored with Michael Jacobson, *San Francisco Chronicle*, September 9, 2008, available online at https://www.washingtoninstitute.org/policy-analysis/where-weve-come-911

- "Franchises of al-Qaida Pose a Great Threat," co-authored with Michael Jacobson, *Courier-Post* (NJ), September 7, 2008, available online at https://www.washingtoninstitute.org/policy-analysis/franchises-al-qaida-pose-great-threat

- "Legitimizing Hamas: Carter's Visit Sends the Wrong Message," *The Weekly Standard*, April 16, 2008, available online at https://www.washingtoninstitute.org/policy-analysis/legitimizing-hamas-carters-visit-sends-wrong-message

- "Is Combating the Financing of Terrorism Worthwhile?" A World-Check Terrorism Brief Paper, March 10, 2008, available online at http://www.world-check.com/media/d/content_experttalk_reference/ExpertTalk_Levitt_2008March.pdf

- "Globalized Jihad then (1993) and Now," Middle East Strategy at Harvard (MESH), March 11, 2008, available online at http://blogs.law.harvard.edu/mesh/2008/03/globalized_jihad_then_1993_now/

- "Hamas in the Spotlight," Middle East Strategy at Harvard (MESH), February 27, 2008, available online at http://blogs.law.harvard.edu/mesh/2008/02/hamas_in_the_spotlight/

- "Why Following the Money Leads to Terrorists," *European Voice*, February 14, 2008, available online at https://www.washingtoninstitute.org/policy-analysis/why-following-money-leads-terrorists

- "GAO Misleads on Iran Sanctions," Middle East Strategy at Harvard (MESH), January 17, 2008, available online at https://www.washingtoninstitute.org/policy-analysis/gao-misleads-iran-sanctions

- "The Clock Ticks: Sanction Iran Now," *Financial Times Deutschland* (German), December 19, 2007, English version available online at https://www.washingtoninstitute.org/policy-analysis/clock-ticks-sanction-iran-now

- "Contending with Iran's Nuclear Intentions and Capabilities," *San Francisco Chronicle*, December 5, 2007, available online at https://www.washingtoninstitute.org/policy-analysis/contending-irans-nuclear-intentions-and-capabilities

- "Can Sanctions Be Effective in Halting Iran's Nuclear Program?" Council on Foreign Relations online debate, October 15-18, 2007, available online at http://www.cfr.org/publication/14500/can_sanctions_be_effective_in_halting_irans_nuclear_program.html?breadcrumb=%2Fpublication%2Fpublication_list%3Ftype%3Donline_debate

- "Chilling Effect: The U.S. Courts Wouldn't Stop Me from Writing about Terrorist Funding, but England Might," *The New Republic* online, October 12, 2007, available online at https://www.washingtoninstitute.org/policy-analysis/chilling-effect

- "Hamas' Hidden Economy," *Los Angeles Times*, July 3, 2007 (also ran in the *Singapore Straits Times* on July 5,

2007 as "The Covert Funding of Hamas"), available online at https://www.washingtoninstitute.org/policy-analysis/hamass-hidden-economy

- "Making Iran Feel the Pain," *Wall Street Journal Europe*, July 2, 2007, available online at https://www.wsj.com/articles/SB118332904043054630

- "Prized Fighter: How Nicolas Sarkozy Could Help Destroy Hezbollah," co-authored with Michael Jacobson, *The New Republic Online*, May 28, 2007, available online at https://www.washingtoninstitute.org/policy-analysis/prized-fighter-how-nicolas-sarkozy-could-help-destroy-hezbollah

- "Pulling Tehran's Purse Strings," Transatlantic Issues #16, May 4, 2007, available online at http://www.transatlanticinstitute.org/html/pu_articles.html?id=337

- "Blocking Terror Finances," UPI Outside View, May 3, 2007, available online at https://www.washingtoninstitute.org/policy-analysis/blocking-terror-finances

- "Putin's New Friends: Moscow Hosts Hamas," *The Weekly Standard*, March 19, 2007, available online at https://www.washingtoninstitute.org/policy-analysis/putins-new-friends-moscow-hosts-hamas

- "Target Iranian Forces," *The Washington Times*, February 16, 2007, available online at https://www.washingtoninstitute.org/policy-analysis/target-iranian-forces

- "Hamas's Muddied Waters," *The Chronicle Review*, May 12, 2006, available online (by subscription) at http://chronicle.com/weekly/v52/i36/36b01201.htm

- "No Excuse," *The Wall Street Journal Europe*, July 28, 2005, available online at https://www.washingtoninstitute.org/policy-analysis/no-excuse

- "A Major Blow to Al-Qaeda," *The National Post* (Canada), May 5, 2005, available online at https://www.washingtoninstitute.org/pdf/view/8300/en

- "Ready, Aim, Ceasefire: How to Sustain the Spirit of Shem-el-Sheikh," *The Review*, Vol. 30, No. 3, March 2005, available online at https://aijac.org.au/australia-israel-review/ready-aim-ceasefire/

- "Injustice in Gaza," The Baltimore Sun, October 18, 2004, available online at https://www.washingtoninstitute.org/policy-analysis/injustice-gaza

- "A Report Whose Tactical and Strategic Goals Don't Square," *The Daily Star*, August 30, 2004, available online at http://www.dailystar.com.lb/article.asp?edition_id=10&categ_id=5&article_id=7848#

- "The 9/11 Report and U.S. Middle East Strategy: Little Impact," *Bitterlemons-international.org*, August 27, 2004, available online at http://www.bitterlemons-international.org/inside.php?id=218

- "The Missing Link: Saddam and al Qaeda," *The Washington Post*, June 2, 2004, page C4, available online at http://www.washingtonpost.com/wp-dyn/articles/A8112-2004Jun1.html

- "Moderately Deadly: Yassin's Long History of Terror," *National Review Online*, March 26, 2004, available online at http://www.nationalreview.com/comment/levitt200403261126.asp

- "Who Did It?" *The Baltimore Sun*, March 14, 2004, available online at https://www.washingtoninstitute.org/policy-analysis/who-did-it

- "Charity Begins in Riyadh," *The Weekly Standard*, vol. 9, no. 20, February 2, 2004, available online at https://www.washingtoninstitute.org/policy-analysis/charity-begins-riyadh

- "Shut Down Hamas," *The Baltimore Sun*, January 22, 2004, available online at https://www.washingtoninstitute.org/policy-analysis/shut-down-hamas
- "Turning a Blind Eye to Hamas in London," *The Wall Street Journal Europe*, October 24, 2003, available online at https://www.washingtoninstitute.org/policy-analysis/turning-blind-eye-hamas-london
- "Palestinian terrorists expand their reach," *The National Post*, October 18, 2002, available online at https://www.washingtoninstitute.org/pdf/view/8822/en
- "PLO Penetrates Homeland Security," *The Jerusalem Post*, October 11, 2003, available online at https://www.washingtoninstitute.org/policy-analysis/plo-penetrates-homeland-security
- "Still With Us? Testing Britain's Counterterror Resolve," *National Review Online*, September 5, 2003, available online at https://www.washingtoninstitute.org/policy-analysis/still-us-testing-britains-counterterror-resolve
- "Tackling Terror in Iraq," *The Baltimore Sun*, September 3, 2003, available online at https://www.washingtoninstitute.org/policy-analysis/tackling-terror-iraq
- "Who Pays for Palestinian Terror?" *The Weekly Standard*, August 18, 2003, available online at https://www.washingtoninstitute.org/policy-analysis/who-pays-palestinian-terror
- "The Two Faces of Saudi Arabia: Dubious Allies in the War on Terror," *The Weekly Standard*, June 30, 2003, available online at https://www.washingtoninstitute.org/pdf/view/8919/en
- "Smeared in Blood, Hezbollah Fingerprints All Over Globe," *The Australian*, June 9, 2003, available online at https://www.washingtoninstitute.org/policy-analysis/smeared-blood-hezbollah-fingerprints-all-over-globe
- "Blood Money," *The Wall Street Journal*, June 4, 2003, available online at https://www.washingtoninstitute.org/policy-analysis/blood-money
- "Heart of the Axis - Al Qaeda has long called Iran home," *National Review Online*, May 29, 2003, available online at https://www.washingtoninstitute.org/templateC06.php?CID=475
- "Drawing a Line in the Saudi Sand," *National Review Online*, April 16, 2002, available online at http://www.nationalreview.com/comment/comment-levitt041603.asp
- "KSM in Custody," *National Review Online*, March 5, 2003, available online at http://www.nationalreview.com/comment/comment-levitt030503.asp
- "To Win the Terror War," *The New York Post*, March 4, 2003, available online at https://www.washingtoninstitute.org/policy-analysis/win-terror-war
- "The State of Denial: Arab Journalists and Intellectuals are Apologists for Terror," *National Review Online*, January 28, 2003, available online at http://www.nationalreview.com/comment/comment-levitt012803.asp
- "The Zarqawi Node in the Terror Matrix: Linking the Terrorists," *National Review Online*, February 6, 2003, available online at http://www.nationalreview.com/comment/comment-levitt020603.asp
- "World Should Confront Terrorist Haven of Syria," *The Baltimore Sun*, November 25, 2002, available online at https://www.washingtoninstitute.org/policy-analysis/world-should-confront-terrorist-haven-syria
- "Diplomacy Run Amuck," *The Jerusalem Post*, October 9, 2002, available online at

https://www.washingtoninstitute.org/policy-analysis/diplomacy-run-amuck

- "Money, Terror and Palestinian Reform: Accounting 101," *The Review* (Australia), vol. 27, no. 8 (August 2002)
- "Bush Administration Two-Faced on Terror," *The Baltimore Sun* (June 6, 2002), available online at https://www.washingtoninstitute.org/policy-analysis/bush-administration-two-faced-terror
- "The Wrong Models for Tenet," *The Jerusalem Post* (June 5, 2002), available online at https://www.washingtoninstitute.org/policy-analysis/wrong-models-tenet

***Washington Institute Policy Briefs:***

**1998**

- "U.S. Mediation in the Peace Process: Context for the Ross Mission," PeaceWatch # 177, September 16, 1998.
- "Human Rights in the Wye River," PeaceWatch #188, November 4, 1998.

**2001**

- "Navigating the U.S. Government's Terrorist Lists," PolicyWatch #585. November 30, 2001.
- "Words And Actions: Leading By Example," PeaceWatch #353, December 4, 2001.
- "Assessing Arafat's Performance in the Fight Against Terror," PeaceWatch #356, December 21, 2001.

**2002**

- "Syria and the War on Terrorism: Challenges for U.S. Policy (Part I)," PolicyWatch #595, January 23, 2002.
- "Syria and the War on Terrorism: Challenges for U.S. Policy (Part II)," PolicyWatch #596, January 24, 2002.
- "New Arenas for Iranian-Sponsored Terrorism: The Arab-Israeli Heartland," PolicyWatch #605, February 22, 2002.
- "Hamas: Toward a Lebanese-Style War of Attrition?," PeaceWatch #367, February 26, 2002.
- "Tackling the Financing of Terrorism in Saudi Arabia," PolicyWatch #609, March 11, 2002.
- "Next Steps in the War on Terrorism," PolicyWatch #610, March 12, 2002.
- "Designating the Al-Aqsa Martyrs Brigades," PeaceWatch #371, March 25, 2002.
- "Defensive Shield Counterterrorism Accomplishments," PeaceWatch #377, April 17, 2002 (with Seth Wikas).
- "The Return of Palestinian Nationalist Terrorism," PeaceWatch #379, May 3, 2002 (with Ehud Waldoks).
- "Anticipating Patterns of Global Terrorism 2001," PolicyWatch #626, May 20, 2002.
- "PLOCCA 2002: Empty Words," PeaceWatch #384, May 24, 2002.
- "Europe and Middle East Terrorism," PolicyWatch #627, May 29, 2002.
- "Accounting and Accountability: Defining Donor Requirements for Palestinian Reform," PolicyWatch #638, July 18, 2002.
- "PLOCCA Redux: The State Department's Subtle Swipe at the Concept of Demanding Palestinian Compliance," PolicyWatch #640, July 25, 2002.
- "The Network of Terrorist Financing," PolicyWatch #646, August 6, 2002.
- "Palestinian Islamic Jihad: Getting by with a Little Help From Its Friends," PeaceWatch #396, September 3, 2002.
- "Syrian Sponsorship of Global Terrorism: The Need for Accountability," PolicyWatch #660, September 19, 2002.
- "Untangling the Terror Web: Al-Qaeda is Not the Only Element," PolicyWatch #671, October 28, 2002.
- "Combating Terrorist Financing, Despite the Saudis," PolicyWatch #673, November 1, 2002.
- "Saudi Financial Counterterrorism Measures (Part II): Smokescreen or Substance?," PolicyWatch #687, December 10, 2002.
- "The War on Terror in the Shadow of the Iraq Crisis," PolicyWatch #690, December 12, 2002 (with Bruce Hoffman and Daniel Benjamin).

**2003**

- "Criminal Enterprise in the Political Economy of Middle Eastern Terrorism," PolicyWatch #697, January 3, 2003.
- "Banning Hizballah Activity in Canada," PolicyWatch #698, January 6, 2003.
- "Placing Iraq and Zarqawi in the Terror Web," PolicyWatch #710, February 13, 2003.
- "Palestinian Terrorist Groups Threaten U.S. Interests," PeaceWatch, PeaceWatch #413, February 14, 2003.
- "A Terrorist Front in Iraq?" PolicyWatch #745, April 8, 2003 (with Roger Cressey and Avi Jorisch).
- "Patterns of Terrorism 2002: Terror, Counterterror, and State Sponsorship," PolicyWatch #753, April 30, 2003.

- “Hamas Blood Money: Mixing Good Works and Terror is No Formula for Peace,” PeaceWatch #418, May 5, 2003.
- “Terror from Damascus, Part I: The Palestinian Terrorist Presence in Syria,” PeaceWatch #420, May 7, 2003.
- “Terror from Damascus, Part II: The Palestinian Terrorist Presence in Syria,” PeaceWatch #421, May 9, 2003.
- “U.S.-Saudi Counterterrorism Cooperation in the Wake of the Riyadh Bombing,” PolicyWatch #759, May 23, 2003 (with Simon Henderson).
- “Hizballah's West Bank Foothold,” PeaceWatch #429, August 20, 2003.
- “Ban Hamas in Europe,” PeaceWatch #430, September 4, 2003 (with Jeff Cary).
- “Terrorist Attacks Against Western Officials in Gaza, the West Bank, and Israel,” PeaceWatch #431, October 15, 2003.
- “Untangling the Web: Crossovers Among International Terrorist Groups,” PolicyWatch #799, October 24, 2003.
- “Waging the War on Terror: Are the Saudis Starting to Turn the Corner?” PolicyWatch #822, December 31, 2003 (with Simon Henderson).

**2004**

- “The Hizballah Threat in Africa,” PolicyWatch #823, January 2, 2004.
- “Hamas's Political Wing: Terror by Other Means,” PeaceWatch #440. January 6, 2004.
- “Radical Islamist Groups in Germany: A Lesson in Prosecuting Terror in Court,” PolicyWatch #834, February 19, 2004 (with Assaf Moghadam).
- “Shaykh Yassin and Hamas Terror,” PeaceWatch #448, March 23, 2004.
- “Assesing Hizballah’s West Bank Foothold,” PeaceWatch #463, June 18, 2004 (with Zohar Palti)
- “The Threat of Jewish Terror in Israel and the West Bank,” PeaceWatch #470, August 9, 2004 (with Julie Sawyer).
- “Indicting Hamas: By Disrupting its Operations, Does the West Become a Target?” PeaceWatch #471, August 26, 2004.
- “Terror on the UN Payroll?,” PeaceWatch #475, October 13, 2004.
- “Banning Hizballah TV in America,” PolicyWatch #930, December 17, 2004 (with Avi Jorisch).

**2005**

- “Sustaining an Israeli-Palestinian Ceasefire,” PeaceWatch #491, February 10, 2005
- “Ban Hizballah in Europe,” PolicyWatch #958, February 16, 2005
- “Iranian State Sponsorship of Terror: Threatening U.S. Security, Global Stability, and Regional Peace,” PolicyWatch #964, February 23, 2005
- “Hizballah Finances: Funding the Party of God,” PolicyWatch #965, March 1, 2005
- “Palestinian Authority Minister of Economy Tied to Hamas?” PeaceWatch #496, March 4, 2005
- “Freezing U.S. Assets of Syrian Officials,” PolicyWatch #1012: July 13, 2005 (with Jamie Chosak)
- “The New Lebanon: Democratic Reform and State Sponsorship,” PolicyWatch #1016: July 21, 2005
- “Undermining Hamas and Empowering Moderates by Filling the Humanitarian Void,” PeaceWatch #514: September 7, 2005 (with Jamie Chosak)
- “A Hamas Headquarters in Saudi Arabia?” PeaceWatch #521: September 28, 2005

**2007**

- “Prosecuting Terrorism Supporters: Lessons from a Recent Verdict,” Policywatch # 1192, February 6, 2007.
- “Shutting Hizballah’s Construction Jihad,” Policywatch #1202, February 20, 2007. .
- “Follow the Money: Challenges and Opportunities in the Campaign to Combat Terrorism Financing,” Policy Forum at The Washington Institute for Near East Policy, February 23, 2007.
- “U.S.-Designated Hamas Front Gets Symbolic Win in France,” Policywatch #1210, March 20, 2007.
- “Brazilian Counterterrorism Efforts: Legislative Progress, But Little Action on the Ground,” with David Jacobson, Policywatch #1222, April 18, 2007.

- "Global Anti-Terrorism Financing Group Challenged by Syria's Application," Policywatch #1238, May 31, 2007.
- "Adding Hizballah to the European Union's Terrorism List," with Michael Jacobson, Policywatch #1249, June 21, 2007.
- "Gaza: The Next Terrorist Safe Haven?" Policywatch #1255, June 29, 2007.
- "Dangerous Partners: Targeting the Iran-Hizballah Alliance," with Jake Lipton, Policywatch #1267, July 31, 2007.
- "Better Late than Never: Keeping USAID Funds out of Terrorist Hands," Policywatch #1277, August 24, 2007.
- "Iran Sanctions: Can They Be Effective?" Policywatch #1297, October 25, 2007.
- Holy Land Mistrial: Judging a Designated Terrorist Entity, Policywatch #1311, November 27, 2007.

**2008**

- "Prosecuting Terrorism beyond 'Material Support'," Policywatch #1326, January 14, 2008.
- "Who was Imad Mughniyeh?" with David Schenker, Policywatch #1340, February 14, 2008.
- "Timely Reminder of Iranian Support for Terrorism," with Michael Jacobson, Policywatch #1345, February 22, 2008.
- "Highlighting al-Qaeda's Bankrupt Ideology," with Michael Jacobson, Policywatch #1371, May 7, 2008.
- "Hizballah's Military Wing Under Pressure Despite Political Gains," Policywatch 1389, July 16, 2008.
- "Amman Warms to Hamas," with David Schenker, Policywatch 1400, August 28, 2008.
- "Violence by Extremists in the Jewish Settler Movement: A Rising Challenge," with Becca Wasser, Policywatch #1434, November 25, 2008.
- "Financial Setbacks for Hamas," Policywatch #1436, December 2, 2008.

**2009**

- "Political Hardball within Hamas: Hardline Militants Calling Shots in Gaza," Policywatch #1450, January 6, 2009.
- "The Iran-al-Qaeda Conundrum," with Michael Jacobson, Policywatch #1461, January 23, 2009.
- "Al-Qaeda Today," with Assaf Moghadam and Farhad Khosrokhavar, Policywatch #1477, February 13, 2009.
- "Hamas Arms Smuggling: Egypt's Challenge," with Yoram Cohen, Policywatch #1484, March 2, 2009.
- "Making Smugglers Pay: Underwriting Egyptian Border Security," with Becca Wasser, Policywatch #1505, April 13, 2009.
- "Hizballah Campaigns at Home, Exposed Abroad," Policywatch #1528, June 5, 2009.
- "Reality Contradicts New Hamas Spin," Policywatch #1565, August 7, 2009.
- "Contending with the PKK's Narco-Terrorism," with Benjamin Freedman, Policywatch #1611, December 8, 2009.

**2010**

- "Al Qaeda in the West Bank and Gaza," Special Policy Forum report featuring Matthew Levitt and Bruce Riedel, Policywatch #1619, January 13, 2010
- "New Multilateral Consensus Emerges on Iran," with Patrick Clawson, Policywatch #1633, February 23, 2010
- "Dinner in Damascus: What Did Iran Ask of Hizballah?" with David Schenker, Policywatch #1637, March 2, 2010
- "Fallout from the Gaza Flotilla Tragedy," with David Makovsky and Jeffrey White, Policywatch #1622, June 1, 2010
- "Fighting the Ideological Battle: The Missing Link in America's Effort to Counter Violent Extremism," rapporteur's summary of event featuring J. Scott Carpenter, Matthew Levitt and Juan Zarate, PolicyWatch #1673, June 24, 2010
- "Giving Teeth to Iran Sanctions: Targeting Re-Export Loopholes," PolicyWatch #1674, June 25, 2010
- "Status Check on the Struggle against Global Terrorism," PolicyWatch #1687, August 10, 2010

**2011**

- "Combating Violent Extremism: The Counterradicalization Debate in 2011," with Maajid Nawaz and Peter Neumann, PolicyWatch #1738, January 7, 2001
- "Hizballah Challenges Lebanon's Prime Minister Hariri -- and President Obama," with David Schenker, PolicyWatch #1741, January 13, 2011
- "Hizballah: Governing Faction in Lebanon, Criminal Group Abroad," PolicyWatch #1758, February 16, 2011
- "Asserting Liberal Values: The Future of British and U.S. Counterradicalization Strategies," with Mark Williams and Seamus Hughes, PolicyWatch #1776, March 2, 2011
- "How to Deal with Islamist Movements in Post-Revolutionary Regimes?" Policy Alert, March 4, 2011
- "Yemeni Military Leader Tied to Terrorism Pledges to Protect Protestors," Policy Alert, March 23, 2011
- "Usama bin Laden: A Post-Mortem," Policy Alert, May 2, 2011
- "UN Promotes Splitting the Taliban from al Qaeda," with Sam Cutler, PolicyWatch #1824, June 27, 2011
- "Senior Hizballah Official Wanted for Murder," PolicyWatch #1833, July 20, 2011
- "White House Set to Release Strategy to Combat Violent Extremism," Policy Alert, August 2, 2011
- "Hamas Shifts to an Outside-In Operational Strategy," PolicyWatch #1848, September 26, 201

**2012**

- "Hizballah Poised to Strike in Southeast Asia," PolicyWatch #1892, January 18, 2012
- "Party of Fraud: Hizballah's Criminal Enterprises," PolicyWatch #1911, March 22, 2012
- "Iran, Hizballah and the Threat to the U.S. Homeland," PolicyWatch #1913, March 26, 2012
- "Looming U.S.-Iraqi Row over Decision to Release Hizballah Commander," PolicyWatch #1970, August 7, 2012
- "Is al-Qaeda Central Still Relevant?" Together with Bruce Hoffman, Mary Habeck and Aaron Zelin, PolicyWatch #1979,September 12, 2012

**2013**

- "Europe's Hezbollah Problem," Policywatch #2038, Feburary 13, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/europes-hezbollah-problem-part-2
- "Cyprus Court Convicts Hezbollah Operative: Next Steps," Policy Alert, March 22, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/cyprus-court-convicts-hezbollah-operative-next-steps
- "Iranian Terrorism under 'Moderate' Presidents," Policywatch #2095, July 25, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/iranian-terrorism-under-moderate-presidents
- "Europe's Moment of Decision on Hezbollah," Policywatch #2104, July 22, 2013, available online at http://www.washingtoninstitute.org/policy-analysis/view/europes-moment-of-decision-on-hezbollah
- "New Strategies for Countering Homegrown Violent Extremism," Policywatch #2172, Policy Forum Report, November 21, 2013, with Hedieh Mirahmadi, George Selim and J. Thomas Manger, http://www.washingtoninstitute.org/policy-analysis/view/new-strategies-for-countering-homegrown-violent-extremism

**2014**

- "West Bank Violence and Gaza Rockets Could Spark Wider Conflict," PolicyWatch #2226, March 20, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/west-bank-violence-and-gaza-rockets-could-spark-wider-conflict
- "Iran and Bahrain: Crying Wolf or Wolf at the Door?" PolicyWatch #2255, May 16, 2014, http://www.washingtoninstitute.org/policy-analysis/view/iran-and-bahrain-crying-wolf-or-wolf-at-the-door

- "Palestinian Reconciliation: Devil in the Details?" with Neri Zilber, PolicyWatch #2258, May 28, 2014, http://www.washingtoninstitute.org/policy-analysis/view/palestinian-reconciliation-devil-in-the-details
- "Hezbollah in Iraq: A Little Help Can Go a Long Way," with Nadav Pollack, PolicyWatch #2277, June 25, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollah-in-iraq-a-little-help-can-go-a-long-way
- "Hezbollah's Message for Israel," PolicyWatch #2327, October 21, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-message-for-israel
- "The Battle of Ideas 2.0: Combatting ISIS Ideology at Home and Abroad," PolicyWatch #2349, December 16, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-battle-of-ideas-2.0-combating-isis-ideology-at-home-and-abroad
- "EU Court Expected to Annul Hamas Terrorist Designation," PolicyWatch #2348, December 16, 2014, available online at http://www.washingtoninstitute.org/policy-analysis/view/eu-court-expected-to-annul-hamas-terrorist-designation

**2015**

- "Kataib al-Imam Ali: Portrait of an Iraqi Shiite Militant Group Fighting ISIS," with Phillip Smyth, PolicyWatch #2352, January 15, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/kataib-al-imam-ali-portrait-of-an-iraqi-shiite-militant-group-fighting-isis
- "Rehabilitation and Reintegration of Returning Foreign Terrorist Fighters," with Gilles de Kerchove, Jacob Bundsgaard, Maj. Gen. Doug Stone, USMC (ret.), PolicyWatch #2376, February 23, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/rehabilitation-and-reintegration-of-returning-foreign-terrorist-fighters
- "The Islamic State's Backdoor Banking," PolicyWatch #2390, March 24, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-islamic-states-backdoor-banking
- "The EU Still Has Issues with Hamas," PolicyWatch #2397, April 2, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-eu-still-has-issues-with-hamas
- "Iranian and Hezbollah Threats to Saudi Arabia: Past Precedents," PolicyWatch #2426, May 19, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/iranian-and-hezbollah-threats-to-saudi-arabia-past-precedents
- "Syria's Druze Under Threat," with Noam Raydan, PolicyWatch #2437, June 17, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/syrias-druze-under-threat
- "Findings from the State Department's Annual Terrorism Report (Part 1): Hezbollah and Iran," with Kelsey Segawa, PolicyWatch #2439, June 19, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/findings-from-the-state-departments-annual-terrorism-report-part-1-hezbolla
- "Findings from the State Department's Annual Terrorism Report (Part 2): The Rise of ISIL," with Ryan Youkilis, PolicyWatch #2440, June 19, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/findings-from-the-state-departments-annual-terrorism-report-part-2-the-rise
- "The Regional Impact of Additional Iranian Money," with Michael Eisenstadt, Simon Henderson, Michael Knights, and Andrew J. Tabler, Policy Watch #2456, July 28, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/the-regional-impact-of-additional-iranian-money
- "Beyond the Vote (Part 4): Challenges for the Sanctions Regime," with Chip Poncy and Patrick Clawson, Policy Watch #2488, September 22, 2015, available online at http://www.washingtoninstitute.org/policy-analysis/view/beyond-the-vote-part-4-challenges-for-the-sanctions-regime

**2016**

- “Denying the Islamic State Access to Money-Exchange Houses,” with Katherine Bauer, PolicyWatch #2552, February 3, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/denying-the-islamic-state-access-to-money-exchange-houses
- “Terror in Europe: Combating Foreign Fighters and Homegrown Networks,” with Olivier Decottignies and Eric Rosand, PolicyWatch #2598, March 31, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/terror-in-europe-combating-foreign-fighters-and-homegrown-networks
- “Combating Genocide: Reassessing the Fight Against the Islamic State,” with Naomi Kikoler and James F. Jeffrey, PolicyWatch #2605, April 7, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/combating-genocide-reassessing-the-fight-against-the-islamic-state
- “Hezbollah's Transnational Organized Crime,” PolicyWatch #2609, April 21, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-transnational-organized-crime
- “Hezbollah's Biggest Loss to Date in Syria,” Policy Alert, May 13, 2016, available online at https://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-biggest-loss-to-date-in-syria
- “Iran's Support for Terrorism Under the JCPOA,”PolicyWatch #2648, July 8, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/irans-support-for-terrorism-under-the-jcpoa
- “Post 'Caliphate': The Future of the Salafi-Jihadi Movement,” with Bruce Hoffman, PolicyWatch #2720, November 1, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/post-caliphate-the-future-of-the-salafi-jihadi-movement
- “Hezbollah's 'Diplomats' Go Operational,” PolicyWatch #2734, December 2, 2016, available online at http://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-diplomats-go-operational

**2017**

- “Iranian-Backed Terrorism in Bahrain: Finding a Sustainable Solution,” with Michael Knights, PolicyWatch #2750, January 11, 2017, available online at http://www.washingtoninstitute.org/policy-analysis/view/iranian-backed-terrorism-in-bahrain-finding-a-sustainable-solution
- “Reinforcing the Role of Sanctions in Restraining Iran,” with Katherine Bauer and Patrick Clawson, PolicyNote #38, February 17, 2017, available online at http://www.washingtoninstitute.org/policy-analysis/view/reinforcing-the-role-of-sanctions-in-restraining-iran
- “Stopping Extremists from Becoming Terrorists: A Strategy for the Trump Administration,” with Rand Beers and Samantha Ravich, PolicyWatch #2782, April 7, 2017, available at http://www.washingtoninstitute.org/policy-analysis/view/stopping-extremists-from-becoming-terrorists-a-strategy-for-the-trump-admin
- “Defeating Ideologically Inspired Violent Extremism: A Strategy to Build Strong Communities and Protect the U.S. Homeland,” editor, Policy Notes, March 2017, available at http://www.washingtoninstitute.org/policy-analysis/view/defeating-ideologically-inspired-violent-extremism
- “Hamas’s Moderate Rhetoric Belies Militant Activities,” with Maxine Rich, PolicyWatch #2794, May 1, 2017, available online at http://www.washingtoninstitute.org/policy-analysis/view/hamass-moderate-rhetoric-belies-militant-activities
- “The Rise of Jihad in Europe: Views from France,” with Gilles Kepel and Tamara Cofman Wittes, PolicyWatch #2806, May 19, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/the-rise-of-jihad-in-europe-views-from-france
- “U.S. Options in the Qatar Crisis,” with Dick Schoof, Muhammad Fraser-Rahim, and Farah Pandith, PolicyWatch #2817, June 7, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/u.s.-options-in-the-qatar-crisis
- “Islamist Terrorism in the West,” with Lori Plotkin Boghardt, Simon Henderson, and Katherine Bauer, PolicyWatch #2822, June 16, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/islamist-terrorism-in-the-west

- “What to Expect From the State Department’s Annual Counterterrorism Report,” with Katherine Bauer and Aaaron Y. Zelin, PolicyWatch #2834, July 18, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/what-to-expect-from-the-state-departments-annual-counterterrorism-report
- “Lone Wolf: Passing Fad or Terror Threat of the Future,” with Boaz Ganor, Bruce Hoffman, and Marlene Mazel, PolicyWatch #2842, August 7, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/lone-wolf-passing-fad-or-terror-threat-of-the-future
- “From CVE to 'Terrorism Prevention': Assessing New U.S. Policies,” with William Braniff, Seamus Hughes, and Shanna Batten, PolicyWatch #2893, November 17, 2017, available online at https://www.washingtoninstitute.org/policy-analysis/view/from-cve-to-terrorism-prevention-assessing-new-u.s.-policies

**2018**

- “New Palestinian and Egyptian Designations Highlight Iran and the Muslim Brotherhood,” Policy Alert, January311, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/new-gaza-and-egypt-designations-highlight-iran-and-the-muslim-brotherhood
- “The Smart Way to Sanction Iranian-Backed Militias in Iraq,” with Michael Knights, Barbara A. Leaf, and Philip Smyth, PolicyWatch #3018, September 17, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/the-smart-way-to-sanction-iranian-backed-militias-in-iraq
- “The Future of Regional Cooperation in the War on Terror,” with Stephen Tankel, Tricia Bacon, and Barak Mendelsohn, PolicyWatch #3019, September 19, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/the-future-of-regional-cooperation-in-the-war-on-terror
- “Syria Downs a Russian Plane: What Next?” with Assaf Orion, Anna Borshchevskaya, PolicyWatch #3021, September 21, 2018, available online at https://www.washingtoninstitute.org/policy-analysis/view/syria-downs-a-russian-plane-what-next
- “Hezbollah’s Urban Missile Factories Put Civilians at Risk,” with Hanin Ghaddar, Policywatch #3024, October 4, 2018, https://www.washingtoninstitute.org/policy-analysis/view/hezbollahs-urban-missile-factories-put-civilians-at-risk

**2019**

- “Sending the Right Message in Cairo: Advice for Secretary Pompeo,” with Washington Institute Staff, Policywatch #3063, January 7, 2019, https://www.washingtoninstitute.org/policy-analysis/view/sending-the-right-message-in-cairo-advice-for-secretary-pompeo
- “Repatriating Western Jihadists: The Impact of U.S. Syria Policy,” with Aaron Zelin, Policywatch #3086, February 27, 2019, https://www.washingtoninstitute.org/policy-analysis/view/repatriating-western-jihadists-the-impact-of-u.s.-syria-policy
- “The Battle against Extremism: Assessment and Prescriptions,” with Farah Pandith and Juan Zarate, Policywatch #3094, March 25, 2019, https://www.washingtoninstitute.org/policy-analysis/view/the-battle-against-extremism-assessment-and-prescriptions
- “Hezbollah Prioritizes Its Own Interests, Putting Lebanon at Risk,” Policywatch #3195, October 3, 2019, https://www.washingtoninstitute.org/policy-analysis/hezbollah-prioritizes-its-own-interests-putting-lebanon-risk
- “After Baghdadi: How the Islamic State Rebounds,” with Katherine Bauer and Aaron Zelin, Policywatch #3207, October 28, 2019, https://www.washingtoninstitute.org/policy-analysis/after-baghdadi-how-islamic-state-rebounds
- “The Counter-ISIS Coalition Has Much to Do After Baghdadi’s Death,” with Charles Thépaut, Policywatch #3213, November 7, 2019, https://www.washingtoninstitute.org/policy-analysis/counter-isis-coalition-has-much-do-after-baghdadis-death

**2020**

- "The Beirut Disaster: Implications for Lebanon and U.S. Policy," with Saleh Machnouk, Hanin Ghaddar, and Charles Thépaut, Policywatch #3365, August 18, 2020, https://www.washingtoninstitute.org/policy-analysis/beirut-disaster-implications-lebanon-and-us-policy
- "Al-Qaeda's External Operations One Year After the Pensacola Attack," with Aaron Zelin, Policywatch #3408, December 11, 2020, https://www.washingtoninstitute.org/policy-analysis/al-qaedas-external-operations-one-year-after-pensacola-attack

**2021**

- "Iran and Israel's Undeclared War at Sea (Part 1): IRGC-Hezbollah Financing Schemes," PolicyWatch #3466, April 6, 2021, https://www.washingtoninstitute.org/policy-analysis/iran-and-israels-undeclared-war-sea-part-1-irgc-hezbollah-financing-schemes
- "Hamas Fields a Militant Electoral List: Implications for U.S.-Palestinian Ties," with Katherine Bauer, PolicyWatch #3473, April 21, 2021, https://www.washingtoninstitute.org/policy-analysis/hamas-fields-militant-electoral-list-implications-us-palestinian-ties

**2022**

- "Don't Drop Iran's Revolutionary Guards from FTO List," PolicyWatch #3595, March 21, 2022, https://www.washingtoninstitute.org/policy-analysis/dont-drop-irans-revolutionary-guards-fto-list
- "Terror and Turbulence in Israel and the West Bank," with Anna Ahronheim and Ghaith al-Omari, PolicyWatch #3603, April 8, 2022, https://www.washingtoninstitute.org/policy-analysis/terror-and-turbulence-israel-and-west-bank
- "Al-Qaeda, Hayat Tahrir al-Sham, and the Future of Jihadism," with Anastasia Smith and Aaron Zelin, PolicyWatch #3621, June 15, 2022, https://www.washingtoninstitute.org/policy-analysis/al-qaeda-hayat-tahrir-al-sham-and-future-jihadism
- "What Zawahiri's Death Means for al-Qaeda and Its Branches," with Aaron Zelin, PolicyWatch #3636, August 2, 2022, https://www.washingtoninstitute.org/policy-analysis/what-zawahiris-death-means-al-qaeda-and-its-branches
- "Israel's Karish Gas Field: Diplomatic Opportunity or Casus Belli?", with Simon Henderson, Hanin Ghaddar, Ehud Yaari, David Makovsky, David Schenker, and Andrew Tabler, PolicyWatch #3648, September 20, 2022, https://www.washingtoninstitute.org/policy-analysis/israels-karish-gas-field-diplomatic-opportunity-or-casus-belli
- "Hezbollah Turns 40: Implications of the Group's Internal, Regional, and Strategic Shifts," with Hanin Ghaddar, Mona Fayad, and Akeel Abbas, PolicyWatch #3677, December 2, 2022, https://www.washingtoninstitute.org/policy-analysis/hezbollah-turns-40-implications-groups-internal-regional-and-strategic-shifts

**2023**

- "Hezbollah Infiltrates Israel (Part 1): Another Step Toward Changing the Rules of the Game," PolicyWatch #3715, March 21, 2023, https://www.washingtoninstitute.org/policy-analysis/hezbollah-infiltrates-israel-part-1-another-step-toward-changing-rules-game
- "Jordanian Gun Arrest Underscores Israel's Smuggling Problem," with Lauren von Thaden, PolicyWatch #3735, April 25, 2023, https://www.washingtoninstitute.org/policy-analysis/jordanian-gun-arrest-underscores-israels-smuggling-problem
- "Israel-Lebanon Border Tensions: Hezbollah Provocations, IDF Response, and the Potential for Conflict," with Hanin Ghaddar and Assaf Orion, PolicyWatch #3775, August 25, 2023,

https://www.washingtoninstitute.org/policy-analysis/israel-lebanon-border-tensions-hezbollah-provocation-idf-response-and-potential

- "The Battle for UNIFIL's Independence: Facts on the Ground (Part 1)," with Assaf Orion, PolicyWatch s 3786, September 21, 2023, https://www.washingtoninstitute.org/policy-analysis/battle-unifils-independence-part-1-hezbollah-un
- "The Battle for UNIFIL's Independence: Facts on the Ground (Part 2)," with Assaf Orion, PolicyWatch #3787, September 21, 2023, https://www.washingtoninstitute.org/policy-analysis/battle-unifils-independence-part-2-facts-ground
- "The New Middle East: Hamas Attack, Israel at War, and U.S. Policy," with Robert Satloff, Ehud Yaari, Neomi Neumann, and Ghaith al-Omari, PolicyWatch 3797, October 13, 2023, https://www.washingtoninstitute.org/policy-analysis/new-middle-east-hamas-attack-israel-war-and-us-policy
- "Echoes of 1983 Beirut Bombings in Current Iranian Proxy Escalation," PolicyWatch 3801, October 23, 2023, https://www.washingtoninstitute.org/policy-analysis/echoes-1983-beirut-bombings-current-iranian-proxy-escalation
- "Putting the Hamas Massacre, and Hamas Denials, in Context," with Delaney Soliday, PolicyWatch 3803, https://www.washingtoninstitute.org/policy-analysis/putting-hamas-massacre-and-hamas-denials-context
- "Hezbollah's Escalation Ladder" PolicyWatch 3810, November 2, 2023, https://www.washingtoninstitute.org/policy-analysis/hezbollahs-escalation-ladder
- "The Hamas-Israel War: End of the Beginning of Beginning of the End?" with Assaf Orion, Hanan Ghaddar, Robert Satloff, PolicyWatch 3823, December 15, 2023, https://www.washingtoninstitute.org/policy-analysis/hamas-israel-war-end-beginning-or-beginning-end
- "Growing Internal Tensions Between Hamas Leaders," with Ehud Yaari, PolicyWatch #3825, December 21, 2023, https://www.washingtoninstitute.org/policy-analysis/growing-internal-tensions-between-hamas-leaders

**2024**

- "'Moderate' Hamas Statements are an Old Ploy," co-authored with Neomi Neumann, Policywatch 3874, May 23, 2024, https://www.washingtoninstitute.org/policy-analysis/moderate-hamas-statements-are-old-ploy
- "Coordinated Iran Sanctions Require Coordinated Enforcement," Policy Alert, April 19, 2024, https://www.washingtoninstitute.org/policy-analysis/coordinated-iran-sanctions-require-coordinated-enforcement
- "A Hamas Leader Dies in Beirut," co-authored with Hanin Ghaddar, Policywatch 3827, January 2, 2024, https://www.washingtoninstitute.org/policy-analysis/hamas-leader-dies-beirut

**Other**:

- ➢ My articles posted at the Homeland Security Policy Institute Blog can be accessed at http://hspi.org/
- ➢ My articles posted at the Counterterrorism Blog can be accessed at http://counterterrorismblog.org/
- ➢ My articles posted at the Middle East Strategy at Harvard (MESH) blog can be accessed at http://blogs.law.harvard.edu/mesh/category/members/matthew-levitt/
- ➢ My articles posted at the Security Debrief blog can be access at http://securitydebrief.com/
- ➢ My Twitter feed is @Levitt_Matt