```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVERBACH et al., | |
|                         Plaintiffs, | |
|        -against- | **UNSEALING ORDER** |
| CAIRO AMMAN BANK, | **19-CV-0004-GHW-KHP** |
|                         Defendant. | |

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court is in receipt of Defendant's letter informing the Court that upon further consideration, it has determined that it has no objection to the unsealing of documents submitted as exhibits to the Declaration of Dina Gielchinsky. (ECF No. 326.) Accordingly, **the Clerk of Court is respectfully directed to unseal the filing at ECF No. 293.**

      SO ORDERED.

Dated: February 21, 2025
       New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge