# OSEN LLC
### ATTORNEYS AT LAW

reet, Suite 272, Hackensack, New Jersey 07601
T: 201 265 6400 F: 201 265 0303

1441 Broadway, New York, New York 10018
T: 212 354 0111
www.osenlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _3/21/2025_

**VIA ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

> Plaintiffs' request to reschedule the oral argument is denied. If it becomes necessary, the Court will extend the expert discovery deadline.

**SO ORDERED:**

*Katharine H. Parker*  3/21/2025
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

        Re:    *Averbach et al v. Cairo Amman Bank*, 19-cv-0

Dear Magistrate Judge Parker:

        We write on behalf of Plaintiffs to raise a scheduling issue. The Court recently scheduled oral argument for June 24, 2025, regarding Plaintiffs' Motion to Exclude Certain of Defendant Cairo Amman Bank's Experts on the Grounds of Relevance and Prejudice, ECF No. 313.

        Plaintiffs are available on that date. However, subject to the Court's availability, we respectfully request that oral argument be moved up to early May in order to provide more time before the close of expert discovery on July 31, 2025, for the parties to adjust the deposition schedule premised on the Court's decision on Plaintiffs' Motion, as necessary. Defendant does not object to Plaintiffs' request to move up the argument date to early May.

        Plaintiffs hope that the Court's resolution of the motion will reduce the number of expert depositions they must take (Defendant has proffered 17 expert witnesses). The parties are in the process of scheduling depositions for seven CAB experts that we have not moved to exclude (either at all or in part), as well as Plaintiffs' three case-in-chief experts and two rebuttal experts. Those 12 depositions will all be completed before the scheduled close of expert discovery in this case on July 31, 2025.

        Of course, Plaintiffs recognize that an extension of the expert discovery deadline may become necessary but hope to reduce unnecessary expenditure of time and resources as much as possible.

        We thank the Court for its consideration.

                                Respectfully submitted,


                                /s/ Gary M. Osen


cc:    All Counsel