

DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004
www.dlapiper.com

Samantha Chaifetz
samantha.chaifetz@us.dlapiper.com
T   202.799.4082
F   202.799.5082

April 7, 2025

**VIA ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Averbach et al. v. Cairo Amman Bank*, Index No. 19-cv-00004

Dear Judge Parker:

      Pursuant to the Court's order dated February 6, 2025 (ECF 317), we write on behalf of all parties to provide a status report regarding expert discovery and to propose a schedule for briefing CAB's motion to exclude certain testimony of Plaintiffs' experts.

      The parties have scheduled the depositions of 12 of the 22 experts collectively disclosed in this case. The parties anticipate completing these 12 expert depositions before July 31, 2025, the current expert discovery deadline.

      Plaintiffs have requested to postpone scheduling the remaining 10 experts' depositions (all CAB experts) until the Court decides Plaintiffs' motion to exclude those experts' testimony (ECF 313). Plaintiffs requested oral argument on their motion, and the Court scheduled that argument for June 24, 2025. Some or all of these depositions will likely need to occur after the current deadline for completion of expert discovery (unless the Court excludes all of their testimony in its entirety). *See* ECF 343. CAB does not object to deferring these experts' depositions provided that doing so does not prejudice CAB.

      Regarding CAB's anticipated motion to exclude certain testimony of Plaintiffs' experts, according to the current schedule, CAB expects to complete deposing all of Plaintiffs' experts on Thursday, July 10. Accordingly, the parties propose the following schedule for CAB's motion to exclude:

| Event | Deadline |
|---|---|
| CAB's motion to exclude | Thursday, August 7, 2025 |



April 7, 2025
Hon. Katharine H. Parker
Page Two

| Plaintiffs' opposition | Thursday, August 28, 2025 |
| --- | --- |
| CAB's reply | Thursday, September 18, 2025 |

Respectfully submitted,

Samantha Chaifetz

cc: All Counsel of Record (via ECF)