

DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004
www.dlapiper.com

Samantha Chaifetz
samantha.chaifetz@us.dlapiper.com
T 202.799.4082
F 202.799.5082

May 23, 2025

**VIA ECF**
Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Averbach et al. v. Cairo Amman Bank*, Index No. 19-cv-00004

Dear Judge Parker:

    Pursuant to the Court's order dated April 8, 2025 (ECF 345), we write on behalf of all parties to provide a status report regarding expert discovery.

    The parties have completed four expert depositions and have scheduled an additional eight expert depositions to be completed before the current expert discovery deadline of July 31, 2025. Under this Court's April 8 order, the depositions of the ten remaining experts (all CAB experts) have been postponed until the Court decides Plaintiffs' motion to exclude their testimony. Argument is scheduled to be heard on that motion on June 24, 2025. Pursuant to the Court's April 8 order, CAB's motion to exclude Plaintiffs' experts is due August 7, 2025; Plaintiffs' opposition is due August 28, 2025; and CAB's reply is due September 18, 2025.

                                                             Respectfully submitted,

                                                             */s/Samantha Chaifetz*
                                                              Samantha Chaifetz

cc: All Counsel of Record (via ECF)