

**DLA Piper LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
www.dlapiper.com

Samantha Chaifetz
samantha.chaifetz@us.dlapiper.com
T 202.799.4082
F 202.799.5082

June 5, 2025

<u>**VIA ECF**</u>
Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

  Re: ***Averbach et al. v. Cairo Amman Bank*, Index No. 19-cv-00004**

Dear Judge Parker:

  Pursuant to the Court's order dated February 14, 2025 (ECF 325), we write on behalf of Cairo Amman Bank ("**CAB**") to seek this Court's assistance in submitting letters rogatory to the Jordanian and Palestinian authorities. CAB encloses as **Exhibits A** and **B** the proposed Letters Rogatory to the Jordanian and Palestinian authorities, respectively.

  These letters seek authorization for CAB to produce the records and information it possesses for the 2000 to 2003 time period for the 59 accountholders identified by CAB. The number in the Letters Rogatory is 59—not the 66 previously identified by CAB—because, following this Court's February 14, 2025 Order, CAB determined that seven of the previously identified accountholders were either (1) not actually persons on Plaintiffs' lists, but merely *relatives* of persons on Plaintiffs' lists or (2) were double counted because they were listed more than once on Plaintiffs' lists.

              Respectfully submitted,

              Samantha Chaifetz

encl: **Exhibit A** (Proposed Letters Rogatory to the Ministry of Justice of the Kingdom of Jordan)
    **Exhibit B** (Proposed Letters Rogatory to the Palestinian National Authority)

cc:  All Counsel of Record (via ECF)