

DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004
www.dlapiper.com

Samantha Chaifetz
samantha.chaifetz@us.dlapiper.com
T 202.799.4082
F 202.799.5082

June 23, 2025

**VIA ECF**
Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Averbach et al. v. Cairo Amman Bank*, Index No. 19-cv-00004

Dear Judge Parker:

Pursuant to the Court's order dated May 27, 2025 (ECF 353), we write on behalf of all parties to provide a status report regarding expert discovery.

The parties have completed eight expert depositions. The parties had scheduled four other expert depositions to be completed before the current expert discovery deadline of July 31, 2025. Three of these experts live in Israel, however, and current conditions preclude travel to or from the country. The parties have therefore agreed to adjourn the two Israeli experts whose depositions were planned for early July (CAB's witness, Dr. Steinberg, and Plaintiffs' witness, Mr. Arik Brabbing) until travel is feasible. The third Israeli expert is scheduled for late July, so the parties have not yet rescheduled his deposition, as they hope it may be able to move forward as planned. In short, in light of circumstances outside the parties' control, it seems likely that two or more of the three remaining Israeli experts will not be deposed before the July 31 deadline.

Under this Court's April 8 order, the depositions of the ten remaining experts (all CAB experts) have been postponed until the Court decides Plaintiffs' motion to exclude their testimony. Argument is scheduled to be heard on that motion tomorrow, June 24, 2025.

Pursuant to the Court's April 8 order, CAB's motion to exclude Plaintiffs' experts is due August 7, 2025; Plaintiffs' opposition is due August 28, 2025; and CAB's reply is due September 18, 2025. CAB's deadlines were premised on the depositions of Plaintiffs' witnesses having been completed before August 7. Depending on when Mr. Brabbing's deposition can be conducted, these deadlines may need to be adjusted.

Respectfully submitted,

Samantha Chaifetz

cc: All Counsel of Record (via ECF)