**DLA Piper LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
www.dlapiper.com

Samantha Chaifetz
samantha.chaifetz@us.dlapiper.com
T   202.799.4082
F   202.799.5082

August 1, 2025

**APPLICATION GRANTED**   08/04/2025

*Kathaine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

**VIA ECF**
Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Averbach et al. v. Cairo Amman Bank,* 19-cv-00004-GHW-KHP

Dear Judge Parker:

      We write on behalf of Cairo Amman Bank ("CAB") to request a short extension of the deadline for CAB to file its Motion to Exclude Certain Testimony of Plaintiffs' Experts ("CAB's MTE"). CAB has not previously requested an adjournment or extension of this deadline, and Plaintiffs consent to CAB's request.

      With the Court's consent, the parties respectfully request that the briefing schedule on CAB's MTE be revised as follows:

- **August 18, 2025:  CAB's MTE**

- **September 8, 2025:  Plaintiffs' Opposition to CAB's MTE**

- **September 29, 2025:  CAB's Reply**

      Respectfully submitted,

      */s/ Samantha Chaifetz*

      Samantha Chaifetz

cc:    All Counsel (via ECF)