# Exhibit E

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------)

JULIE AVERBACH, et al.,

Plaintiffs, Case No.

vs. 19-cv-4(GWH)(KHP)

CAIRO AMMAN BANK,

Defendant.

------------------------------)

** CONFIDENTIAL **

**ATTORNEYS EYES ONLY**

VIDEOTAPED DEPOSITION OF MATTHEW LEVITT

New York, New York

June 9, 2025

9:34 a.m.

Reported by:

Debra Stevens, RPR/CRR

Job No.: 10756

opinion on this report and sources in this report, and that's true. What you are asking, when did I first come to this? I worked on this issue among others in government. I am not basing any of my positions here on that, but some of -- you know, when did I first come to the conclusion? That could have been earlier.

That is why I am answering it differently and accurately as saying that the research that was done for the book would have been done by, you know, certainly late 2005. I think the last round of interviews in Jordan and the West Bank and Israel, I think, were in November of 2005. Some of the book had already been written by then. So certainly by then, I would have come to many of the conclusions.

Obviously, that doesn't include any particular piece of information that I have here sourced to something that comes later. And that is just a factor of the fact that I continue to research these issues.

Q. The stuff that comes later is additional support for your conclusions?
A. Correct. And as I mentioned earlier, when I was engaged by Osen to do this report last year I was asked to --
MR. UNGAR: Again, I would remind you not to discuss communications you had with counsel.
A. I included in here material -- I intentionally included material in here beyond the scope, to give further context.
Q. Beyond the relevant time period?
A. Exactly.
Q. When an entity becomes controlled or becomes an alter ego of Hamas, does that happen over time, or is there a particular incident that occurs and now, in your mind, they are now controlled by Hamas?
MR. UNGAR: Objection to form. Compound.
A. It depends. There are organizations that are set -- are created by Hamas to serve as entities tied to the organization, sometimes fronts. The Holy

Land Foundation, for example, is a good example, according to the U.S. government. The Union of Good is another example according to the U.S. government, in both cases, according to the U.S. government, founded by Hamas leaders for the purpose of serving Hamas.

In other cases, you can have an organization that is created and over time it is kind of overtaken by Hamas as people who are sympathetic to or members of Hamas get jobs and get leadership positions in an organization.

So, at one point the Holy Land Foundation invited a Hamas operative to the United States to brief Hamas supporters here in the United States on the entities that the Holy Land Foundation and others were funding. And he gave a briefing of some of these and other committees and zakats. And he went through, you know, "This one we have the whole thing. We control the whole thing." "This one, we have a few people." And so, you can see that measure of how much

control they have.
Q. That was --
A. And that can happen over time.
Q. That was the secret meeting in Philadelphia in 1993?
A. That was -- yes. That was the meeting at the Courtyard Marriott at the Philadelphia Airport.
Q. So in your report -- and I am focused on Section F, 1 through 12, or 1 through 11, that you opined are controlled or are alter egos of Hamas. You use different words throughout the report. Sometimes you say "part of Hamas," "controlled by Hamas," "linked to Hamas," "affiliated with Hamas," "associated with Hamas."
Is there some reason you use different words? In other words, is there a spectrum of control that Hamas exercises over these entities?
MR. UNGAR: Objection to form. Vague.
A. I think there is a spectrum of

control for some. Some are just at that far end of the spectrum and are fully controlled by and, as I mentioned earlier here, in some cases founded by Hamas. We can go through any particular case you'd like in the report.

Sometimes in a sentence I will use a couple of words to demonstrate that there is this kind of continuum. You know, I will say things like, you know, supporters and operatives and leaders, sympathizers. That is to show that spectrum. And you can have support for Hamas across that spectrum.

Q. Do you have an opinion -- again focusing on Section F, 1 through 11, do you have an opinion or do you offer an opinion as to where each of those falls on the spectrum of Hamas control?

A. We can go through the report and the details there, but each of these 1 through 11 are -- or were, I should say; let's stick to that -- very much within Hamas control and support. And number 12, while not run by Hamas, run by Palestinian

Islamic Jihad, which is another Iranian-supported Islamist terrorist organization in the Palestinian territories that often cooperates with Hamas, was used as a pass-through for funds to Hamas.

Q. So 1 through 11 are all, if I understand your testimony correctly, are all in the same spot on the spectrum? Is that what you are telling me?

MR. UNGAR: Objection to form.

A. No. I am saying 1 through 11 were all supporting Hamas. And if one wanted to try and plot them out, one probably could plot them out. Some of them would fall in slightly different places, especially kind of those that -- those -- well, those for which there is more or less open source information for us to be able to have the discussion we are having, which isn't necessarily reflective of where they actually are but what information is out there that we can point to and discuss.

For example, we have entities on here that Hamas leaders themselves, people

like Khalid Mishal, K-H-A-L-E or I-D, M-I-S-H-A-L, former secretary general, leader of Hamas, have identified as, you know, "Before we were founded by Hamas," using that term, "in December 1987, we were functioning under these other entities" -- you know, Al-Mujama, the Islamic Center; Al-Jam'iya Al-Islamiya, numbers 1 and 2 on the list -- groups for which particularly important Hamas leaders, established Hamas leaders, established Hamas operatives involved in terrorist activities were involved in the committee.

So, I think you could map these out on a spectrum, but you'd be at one end of the spectrum.

Q. But you haven't done that in connection with your work here; you haven't plotted them on the spectrum?

MR. UNGAR: Objection to form.

A. No, I have not. To my mind, we are at one end of the spectrum.

Q. Looking at the entities in Section F, 1 through 12, did you ever visit