

**DLA Piper LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
www.dlapiper.com

Samantha Chaifetz
samantha.chaifetz@us.dlapiper.com
T 202.799.4082
F 202.799.5082

September 25, 2025

**VIA ECF**
Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

>    *Re:    Averbach et al. v. Cairo Amman Bank, Index No. 19-cv-00004*

Dear Judge Parker:

    Per the Court's instructions, ECF 376, CAB writes to provide a status update.

**Letters Rogatory**

    As explained in its last status report, CAB has worked diligently to serve the letters rogatory to the Jordanian and Palestinian authorities through official and unofficial channels. ECF 375. Since CAB's last status report, CAB received an additional letter from the Jordanian Ministry of Justice explaining that it is not authorized to approve breaches of banking confidentiality as stipulated in Jordanian Banks Law No. 28 of 2000 and its subsequent amendments.

    CAB has been working with CSC Global, a document authentication and legalization vendor, to complete the formal service of process. On September 22, 2025, CSC Global informed CAB that the U.S. Department of State requested that the letters rogatory be submitted to the U.S. Department of Justice. CSC Global advised that this is not a common occurrence.

**CAB's Customer Waivers and Production**

    CAB has continued to work diligently to obtain customer waivers despite significant challenges given the number of long-closed accounts and the conditions in the Palestinian Territories (especially Gaza).

    Since CAB's last status update to the Court, CAB has obtained four additional waivers. In total, to date, CAB has obtained waivers from 32 of the 59 accountholders. These include 19 who held accounts as of 2009, and 13 whose accounts closed prior to 2009. CAB has produced responsive documents and information in its possession for these customers as follows: account



September 25, 2025
Hon. Katharine H. Parker
Page Two

opening records for all 19 customers for whom such records exist, and spreadsheet (MS SQL) data for all 32 customers.[1]

     CAB remains in the process of diligently attempting to obtain waivers.

**<u>Expert Discovery</u>**

     Finally, CAB notes that the parties have completed eleven (11) expert depositions. The only remaining depositions are those subject to this Court's April 8, 2025, order, which postponed the depositions of ten CAB experts until the Court decides Plaintiffs' motion to exclude their testimony.  ECF 313.

                    Respectfully submitted,

                    Samantha Chaifetz

cc: All Counsel of Record (via ECF)

---

[1] The spreadsheets are from a static Microsoft (MS) SQL database of limited historic customer data, such as, customer names, IDs, and the dates for account openings and closings. *See* Chaifetz Decl., Ex. A, July 31, 2024 Deposition (Al Qassem) Tr. 148:20–24 (ECF 305-1). All available data have been produced to plaintiffs for each accountholder with a waiver.