UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
JULIE AVERBACH FOR THE ESTATE OF STEVEN  :
AVERBACH, *et al.*,                      :
                                         :
         Plaintiffs,                     :
                                         :  No. 19-cv-00004-GHW-KHP
     -against-                           :
                                         :
CAIRO AMMAN BANK,                        :
                                         :
         Defendant.                      :
------------------------------------------------------------------------x

### PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law dated January 19, 2026, Plaintiffs, through their undersigned counsel, move for an order in accordance with the Protective Order dated June 17, 2022, in this case, ECF No. 131, permitting the sealing of Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion to Compel Cairo Amman Bank's Production of Certain Post-2009 Account Records for 19 Customers and certain accompanying exhibits.

Dated: January 19, 2026
       Hackensack, NJ

                                    Respectfully submitted,

                                    **OSEN LLC**

                         By:    /s/ Gary M. Osen
                                Gary M. Osen, Esq.
                                Ari Ungar, Esq.
                                Michael Radine, Esq.
                                Dina Gielchinsky, Esq.
                                Aaron Schlanger, Esq.
                                190 Moore Street, Suite 272
                                Hackensack, NJ 07601
                                Telephone: (201) 265-6400

**TURNER & ASSOCIATES, P.A.**
C. Tab Turner, Esq.
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
Telephone: (501) 791-2277

**KOHN, SWIFT & GRAF, P.C.**
Zahra Dean, Esq.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 238-1700

**ZUCKERMAN SPAEDER LLP**
Shawn P. Naunton, Esq.
485 Madison Avenue
19th Floor
New York, NY 10022
Telephone: (212) 704-9600

*Attorneys for Plaintiffs*