# OSEN LLC
## ATTORNEYS AT LAW

190 Moore Street, Suite 272, Hackensack, New Jersey  07601
T: 201 265 6400 F: 201 265 0303

44 South Broadway, White Plains, NY 10601
T: 212 354 0111
www.osenlaw.com

April 16, 2026

**VIA ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:**  ***Averbach et al. v. Cairo Amman Bank*, 19-cv-00004-GHW-KHP**
> **Summary Judgment Briefing: Requested Page Limits**

Dear Magistrate Judge Parker:

The parties write jointly, further to their joint March 20, 2026, letter to the Court, ECF No. 444, to request that the following page limits apply to their respective summary judgment briefs:

| | |
|---|---|
| Opening Briefs: | 50 pages. |
| Opposition Briefs: | 50 pages. |
| Reply Briefs: | 25 pages. |

The parties thank the Court for its consideration of this joint request, and they are, of course, available to discuss it at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

/s/ Ari Ungar

cc:    All Counsel