<table>
<tr><td>

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 4/17/2026

</td></tr>
</table>

190 Moore Street, Suite 272, Hackensack, New Jersey  07601
T: 201 265 6400 F: 201 265 0303

Broadway, White Plains, NY 10601
T: 212 354 0111
www.osenlaw.com

**APPLICATION GRANTED**

*Katharine H. Parker*

**Hon. Katharine H. Parker, U.S.M.J.**

April 16, 2026          4/17/2026

> **Application Granted:** The Court grants, in part, the parties' joint request with the following modifications: 35 pages for Opening Briefs, 35 pages for Opposition Briefs, and 15 pages for Reply Briefs. The Clerk of the Court is directed to terminate the Motion at ECF No. 447.

**VIA ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Averbach et al. v. Cairo Amman Bank*, 19-cv-00004-GHW-KHP
         Summary Judgment Briefing: Requested Page Limits

Dear Magistrate Judge Parker:

The parties write jointly, further to their joint March 20, 2026, letter to the Court, ECF No. 444, to request that the following page limits apply to their respective summary judgment briefs:

| | |
|---|---|
| Opening Briefs: | 50 pages. |
| Opposition Briefs: | 50 pages. |
| Reply Briefs: | 25 pages. |

The parties thank the Court for its consideration of this joint request, and they are, of course, available to discuss it at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

/s/ Ari Ungar

cc:    All Counsel