USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVERBACH et al.,

                              Plaintiffs,

              -against-

CAIRO AMMAN BANK,

                              Defendant.

**ORDER**

**19-CV-0004-GHW-KHP**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On April 22, 2026, in connection with its motion for summary judgment, Plaintiffs filed a motion for leave to file documents under seal.  Pursuant to Individual Rule III.d,  Plaintiffs are directed to file a redacted version of their Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment, their Statement of Material Facts as to Which There Is No Genuine Issue Pursuant to Local Civil Rule 56.1, and certain accompanying exhibits on the public docket, while the Court considers its motion to seal or redact certain documents.

        **SO ORDERED.**

Dated: April 24, 2026
        New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge