UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____6/4/2026
```

AVERBACH et al.,

                                Plaintiffs,

            -against-

CAIRO AMMAN BANK,

                                Defendant.

**ORDER**

**19-CV-0004-GHW-KHP**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On June 1, 2026, in connection with its Opposition to Defendant's motion for summary judgment, Plaintiffs filed a motion to file documents under seal.  Pursuant to Individual Rule III.d, Plaintiffs are directed to file a redacted version of their Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment, their Response to Defendant's Statement of Material Facts Pursuant to Local Civil Rule 56.1, and certain accompanying exhibits on the public docket and file a version of the same documents with the proposed redactions highlighted under seal, while the Court considers its motion to seal or redact certain documents by **June 8, 2026**.

        **SO ORDERED.**

Dated: June 4, 2026
        New York, New York

_____

KATHARINE H. PARKER
United States Magistrate Judge