USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVERBACH et al.,

Plaintiffs,

-against-

CAIRO AMMAN BANK,

Defendant.

**ORDER**

**19-CV-0004-GHW-KHP**

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court has preliminarily reviewed the briefing filed in connection with the pending cross motions for summary judgment briefing. In connection with that review, it appears that Plaintiffs do not object and/or accept for purposes of summary judgment certain corrections and/or clarifications to transaction details included in the charts attached to Mr. Gottlieb's July 15, 2024 report. To assist the Court's review of the motion, by September 25, 2026, the parties shall submit, via email to Chambers, an unlocked excel spreadsheet of Mr. Gottlieb's charts (with each chart being a separate excel page/tab) with two additional columns added as follows:

- One additional column shall, on a transaction-by-transaction basis, indicate the correction and/or clarification to the details of each such transaction (if any) that Mr. Alfaro identified in his report; and
- A second additional column identifying evidence produced in this litigation for each transaction, if any, as to whether the transaction was cancelled, blocked, or processed with a citation to that evidence.

See Gottlieb and Alfaro reports at ECF Nos. 465-13; 465-26 ¶¶ 58–76.

**SO ORDERED.**

Dated: June 4, 2026
New York, New York

Katharine H Parker
______________________________
KATHARINE H. PARKER
United States Magistrate Judge